1    QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
     Claude M. Stern (Bar No. 96737)
2      claudestern@quinnemanuel.com
     Jennifer A. Kash (Bar No. 203679)
3      jenniferkash@quinnemanuel.com
     Antonio R. Sistos (Bar No. 238847)
4      antoniosistos@quinnemanuel.com
5    50 California St., 22nd Floor
   San Francisco, California  94111
6    Telephone:     (415) 875-6600
7    Facsimile:     (415) 875-6700

8    Attorneys for IAC SEARCH & MEDIA, INC.

9

10                    UNITED STATES DISTRICT COURT

11              NORTHERN DISTRICT OF CALIFORNIA

12                       SAN JOSE DIVISION

| | |
|---|---|
| 13   GOOGLE INC., AOL LLC, YAHOO! INC., IAC SEARCH & MEDIA, INC., and LYCOS, INC. | Case No. C08 03172 (MEJ) |
| 15           Plaintiffs, | **CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** |
| 16      v. | |
| 17 | |
| 18   L. DANIEL EGGER, SOFTWARE RIGHTS ARCHIVE, LLC, and SITE TECHNOLOGIES, INC. | |
| 20          Defendants. | |
| 21 | |

22          On behalf of IAC Search & Media, Inc., pursuant to Civil L.R. 3-16, the

23 undersigned certifies that the following listed persons, associations of persons, firms, partnerships,

24 corporations (including parent corporations) or other entities (i) have a financial interest in the

25 subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in

26 that subject matter or in a party that could be substantially affected by the outcome of this

27 proceeding:

28

1        IAC Search & Media, Inc. is a wholly owned subsidiary of IAC/InterActiveCorp, a

2  publicly held corporation which itself has no parent corporation.

3

4  DATED:  July 17, 2008                    QUINN EMANUEL URQUHART OLIVER &
                                           HEDGES, LLP
5

6                                          By /s/  Jennifer Kash
7                                              Claude M. Stern (Bar No. 96737)
                                               claudestern@quinnemanuel.com
8                                              Jennifer A. Kash (Bar No. 203679)
                                               jenniferkash@quinnemanuel.com
9                                              Antonio R. Sistos (Bar No. 238847)
                                               antoniosistos@quinnemanuel.com
10                                         50 California St., 22nd Floor
11                                         San Francisco, California  94111
                                           Attorneys for Plaintiff IAC Search & Media, Inc.
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28