QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  Claude M. Stern (Bar No. 96737)
  claudestern@quinnemanuel.com
  Jennifer A. Kash (Bar No. 203679)
  jenniferkash@quinnemanuel.com
  Antonio R. Sistos (Bar No. 238847)
  antoniosistos@quinnemanuel.com
50 California St., 22nd Floor
San Francisco, California  94111
Telephone:   (415) 875-6600
Facsimile:    (415) 875-6700

Attorneys for LYCOS, INC.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| GOOGLE INC., AOL LLC, YAHOO! INC., IAC SEARCH & MEDIA, INC., and LYCOS, INC.<br><br>          Plaintiffs,<br><br>   v.<br><br>L. DANIEL EGGER, SOFTWARE RIGHTS ARCHIVE, LLC, and SITE TECHNOLOGIES, INC.<br><br>          Defendants. | Case No. C08 03172 (MEJ)<br><br>**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** |

       On behalf of Lycos, Inc., pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

Defendant Lycos, Inc. is a wholly owned subsidiary of Daum Communications Corporation, a publicly held Korean corporation ("KOSDAQ") which itself has no parent corporation.

DATED: July 17, 2008            QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

By /s/ Jennifer Kash
   Claude M. Stern (Bar No. 96737)
   claudestern@quinnemanuel.com
   Jennifer A. Kash (Bar No. 203679)
   jenniferkash@quinnemanuel.com
   Antonio R. Sistos (Bar No. 238847)
   antoniosistos@quinnemanuel.com
50 California St., 22nd Floor
San Francisco, California 94111
Attorneys for Plaintiff Lycos, Inc.