1  MICHAEL A. JACOBS (CA SBN 111664)
   mjacobs@mofo.com
2  RICHARD S.J. HUNG (CA SBN 197425)
   rhung@mofo.com
3  MORRISON & FOERSTER LLP
   425 Market Street
4  San Francisco, California  94105-2482
   Telephone: 415.268.7000
5  Facsimile: 415.268.7522

6
   Attorneys for Plaintiff
7  YAHOO! INC.

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10

11 | GOOGLE INC., AOL LLC, YAHOO! INC., IAC     Case No. 08-cv-03172 MEJ
12 | SEARCH & MEDIA, INC., and LYCOS, INC.
13 |          Plaintiffs,
                                                **CERTIFICATION OF
14 |     v.                                      INTERESTED ENTITIES OR
                                                 PERSONS**
15 | L. DANIEL EGGER, SOFTWARE RIGHTS
16 | ARCHIVE, LLC, and SITE TECHNOLOGIES,
     INC.
17
18 |          Defendants

19      On behalf of Yahoo! Inc., and pursuant to Civil L.R. 3-16, the undersigned certifies that as

20 of this date, other than the named parties, there is no such interest to report.

21      Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned additionally certifies that

22 Yahoo! has no parent corporation and that no publicly traded corporation owns ten percent or

23 more of Yahoo!'s stock.

24

25

26

27

28

CERTIFICATION OF INTERESTED ENTITIES OR PERSONS                                                    1
sf-2547413

| | | |
|---|---|---|
| 1 | Dated: July 17, 2008 | MORRISON & FOERSTER LLP |
| 3 | | By:  /s/ Richard S.J. Hung |
| 4 | | Richard S.J. Hung |
| 5 | | Attorneys for Plaintiff YAHOO! INC. |

CERTIFICATION OF INTERESTED ENTITIES OR PERSONS    2

sf-2547413