1  Juanita R. Brooks (SBN 75934) (brooks@fr.com)
   Jason W. Wolff (SBN 215819) (wolff@fr.com)
2  FISH & RICHARDSON P.C.
   12390 El Camino Real
3  San Diego, California  92130-2081
   Telephone:  (858) 678-5070
4  Facsimile:  (858) 678-5099

5  Attorneys for Plaintiffs
   GOOGLE INC. and AOL LLC
6

7

8                     UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10                       (SAN FRANCISCO DIVISION)

11 | GOOGLE INC., AOL LLC, YAHOO! INC., IAC    | Case No. 08-cv-03172-MEJ
   | SEARCH & MEDIA, INC., and LYCOS, INC.     |
12 |                                           |
   |         Plaintiffs,                       |
13 |                                           |
   |    v.                                     | **CERTIFICATION OF INTERESTED
14 |                                           | ENTITIES OR PERSONS**
15 | L. DANIEL EGGER, SOFTWARE RIGHTS          |
   | ARCHIVE, LLC, and SITE TECHNOLOGIES,      |
16 | INC.                                      |
17 |                                           |
   |         Defendants.                       |
18

19

20         On behalf of AOL LLC, pursuant to Civil L.R. 3-16, the undersigned certifies that the

21 following listed persons, associations of persons, firms, partnerships, corporations (including

22 parent corporations) or other entities (i) have a financial interest in the subject matter in

23 controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject

24 matter or in a party that could be substantially affected by the outcome of this proceeding:

25         AOL LLC, a Delaware limited liability company, is a wholly-owned subsidiary of AOL

26 Holdings LLC, a Delaware limited liability company.  AOL Holdings LLC is owned by Time

27 / / /

28 / / /

1  Warner Inc. (2.5%), Google Inc. (5%) and TW AOL Holdings Inc. (92.5%).  TW AOL Holdings
2  Inc., which is a Virginia corporation, is wholly-owned by Time Warner Inc.
3
4  Dated:  July 17, 2008                                    FISH & RICHARDSON P.C.
5
6                                                           By:  /s/ Jason W. Wolff
                                                                 Jason W. Wolff
7
8                                                           Attorneys for Plaintiff
                                                            AOL LLC
   AOL Cert of Interested Entities.doc
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28