1  Juanita R. Brooks (SBN 75934) (brooks@fr.com)
   Jason W. Wolff (SBN 215819) (wolff@fr.com)
2  FISH & RICHARDSON P.C.
   12390 El Camino Real
3  San Diego, California  92130-2081
   Telephone:  (858) 678-5070
4  Facsimile:  (858) 678-5099

5  Attorneys for Plaintiffs
   GOOGLE INC. and AOL LLC
6

7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10                (SAN FRANCISCO DIVISION)

11  GOOGLE INC., AOL LLC, YAHOO! INC., IAC        Case No. 08-cv-03172 MEJ
    SEARCH & MEDIA, INC., and LYCOS, INC.
12

13            Plaintiffs,
                                                  **CERTIFICATION OF INTERESTED
14       v.                                        ENTITIES OR PERSONS**

15  L. DANIEL EGGER, SOFTWARE RIGHTS
    ARCHIVE, LLC, and SITE TECHNOLOGIES,
16  INC.

17            Defendants.

18

19

20        On behalf of Google Inc., and pursuant to Civil L.R. 3-16, the undersigned certifies that as

21  of this date, other than the named parties, there is no such interest to report.

22

23  Dated:  July 17, 2008                    FISH & RICHARDSON P.C.

24

25                                           By:   /s/ Jason W. Wolff
                                                   Jason W. Wolff
26

27                                           Attorneys for Plaintiff
                                             GOOGLE INC.
28  Google Cert of Interested Entities.doc

                                      1          CERTIFICATION OF INTERESTED ENTITIES OR PERSONS
                                                 Case No. 08-cv-03172-MEJ