**FILED**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

2008 JUL 21 P 3: 16

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

Feetard

| | |
|---|---|
| GOOGLE INC., AOL, LLC, YAHOO! INC., IAC SEARCH & MEDIA, INC., AND LYCOS, INC. <br><br> Plaintiffs, <br><br> vs. <br><br> L. DANIEL EGGER, SOFTWARE RIGHTS ARCHIVE, LLC AND SITE TECHNOLOGIES INC. <br><br> Defendants. | Case No. C08 03172 (MEJ) <br><br> **APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*** |

Pursuant to Civil L.R. 11-3, Mark D. Baker, an active member in good standing of the bar of the State of New York, hereby applies for admission to practice in the Northern District of California on a pro hac vice basis representing IAC Search & Media, Inc. and Lycos, Inc. in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is: Jennifer A. Kash, Quinn Emanuel Urquhart Oliver & Hedges, LLP, 50 California St., 22nd Floor, San Francisco, California 94111, telephone no.: (415) 875-6600.

-2-

1     I declare under penalty of perjury that the foregoing is true and correct.

2

3 Dated: July 17, 2008                        *Mark Baker*