**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GOOGLE INC., et al., | No. C 08-3172 MEJ |
| Plaintiff(s), | **ORDER DIRECTING PLAINTIFF TO FILE CONSENT/DECLINATION FORM** |
| vs. | |
| L. DANIEL EGGER, et al., | |
| Defendant(s). | |

Pending before the Court is Mark D. Baker's Application for Admission of Attorney Pro Hac Vice. Upon review of the record in this action, the Court notes that his clients have not filed a written consent to Magistrate Judge James' jurisdiction or request for reassignment to a United States District Court judge for trial. This civil case was randomly assigned to United States Magistrate Judge Maria-Elena James for all purposes including trial. In accordance with Title 28, U.S.C. § 636(c), the magistrate judges of this District Court are designated to conduct any and all proceedings in a civil case, including a jury or non-jury trial, and to order the entry of final judgment, upon the consent of the parties. An appeal from a judgment entered by Magistrate Judge James may be taken directly to the United States Court of Appeals for the Ninth Circuit in the same manner as an appeal from any other judgment of a district court.

You have the right to have your case assigned to a United States District Judge for trial and

1  disposition.  Accordingly, Mr. Baker's clients, IAC Search & Media Inc. and Lycos Inc., shall
2  inform the Court whether they consent to Magistrate Judge James' jurisdiction or request
3  reassignment to a United States District Judge for trial.  A copy of both the consent and declination
4  forms may be obtained from the Northern District of California's website at
5  http://www.cand.uscourts.gov/.  From the homepage, click on the "Forms" tab on the left margin,
6  then choose "Civil."  The consent/declination form shall be filed as soon as possible, but no later
7  than August 7, 2008.

**IT IS SO ORDERED.**

Dated: July 24, 2008



MARIA-ELENA JAMES
United States Magistrate Judge

2