1  QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
   Claude M. Stern (Bar No. 96737)
2  claudestern@quinnemanuel.com
   555 Twin Dolphin Drive, Suite 560
3  Redwood Shores, California 94065-2139
   Telephone: (650) 801-5000
4  Facsimile:  (650) 801-5100

5  Jennifer A. Kash (Bar No. 203679)
   jenniferkash@quinnemanuel.com
6  50 California Street, 22nd Floor
   San Francisco, California 94111
7  Telephone: (415) 875-6600
   Facsimile: (415) 875-6700
8
   Attorneys for Plaintiffs
9  IAC Search & Media, Inc. and Lycos, Inc.

10

11                    **UNITED STATES DISTRICT COURT**

12                    **NORTHERN DISTRICT OF CALIFORNIA**

13                              **SAN JOSE DIVISION**

14 | GOOGLE INC., AOL, LLC, YAHOO! INC., | CASE NO. 08-cv-03172
   | IAC SEARCH & MEDIA, INC., AND       |
15 | LYCOS, INC.,                        |
   |                                     | **DECLINATION TO PROCEED BEFORE**
16 |           Plaintiffs,               | **A MAGISTRATE JUDGE AND REQUEST**
   |                                     | **FOR REASSIGNMENT TO A UNITED**
17 |     vs.                             | **STATES DISTRICT JUDGE**
   |                                     |
18 | L. DANIEL EGGER, SOFTWARE RIGHTS   |
   | ARCHIVE, LLC, AND SITE              |
19 | TECHNOLOGIES INC.,                  |
   |                                     |
20 |           Defendants.               |

21

22

23

24

25

26

27

28

51330/2590690.1

1 **REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE**

2 The undersigned party hereby declines to consent to the assignment of this case to a
3 United States Magistrate Judge for trial and disposition and hereby respectfully requests the
4 reassignment of this case to a United States District Judge.

6 DATED:  August 1, 2008            QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

By /s/ Jennifer A. Kash
Jennifer A. Kash

Attorneys for Plaintiffs
IAC Search & Media, Inc. and Lycos, Inc.

51330/2590690.1

# CERTIFICATE OF SERVICE

I hereby certify that on August 1, 2008, I electronically served IAC Search & Media, Inc.'s **DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** on the following via email:

| | |
|---|---|
| Smyser Kaplan & Veselka, LLP<br>Lee L. Kaplan<br>LKaplan@SKV.com | Fish & Richardson, P.C.<br>Juanita R. Brooks, Esq.<br>Jason W. Wolff, Esq.<br>Tom Walsh, Esq.<br>walsh@fr.com<br><br>Morrison & Foerster LLP<br>Michael A. Jacobs, Esq.<br>Richard S. Hung, Esq.<br>RHung@mofo.com |

I declare under penalty of perjury that the foregoing is true and correct.

                                                                    /s/  David Wei, Jr.

quinn emanuel

51330/2590688.1