# United States District Court

## NORTHERN DISTRICT OF CALIFORNIA

*ADR* (stamp)

GOOGLE INC., AOL LLC, YAHOO! INC., IAC SEARCH & MEDIA, INC., and LYCOS, INC.

*E-FILING* (stamp)

v.

L. DANIEL EGGER, SOFTWARE RIGHTS ARCHIVE, LLC, and SITE TECHNOLOGIES, INC.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

**C08 03172 _RMW_**

TO: (Name and address of defendant)

SITE TECHNOLOGIES, INC., 1120 Forest Ave #301, Pacific Grove, CA 93950

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Juanita Brooks
Jason W. Wolff
FISH & RICHARDSON P.C.
12390 El Camino Real
San Diego, CA  92130

an answer to the complaint which is herewith served upon you, within   20   days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

(signature)
(BY) DEPUTY CLERK
Tiffany Salinas-Harwell

DATE   JUL 0 1 2008

RICHARD S.J. HUNG (SBN 197425)
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, CA 94105
Telephone: (415) 268-7000
Attorney for: Plaintiff YAHOO! INC.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Plaintiff : GOOGLE, INC., et al.

Defendant : L. DANIEL EGGER, et al.

Ref#: 241540   **PROOF OF SERVICE OF SUMMONS**   Case No.: C08 03172 MEJ

1. At the time of service I was at least eighteen years of age and not a party to this action.

2. I served copies of:
   SUMMONS IN A CIVIL CASE; COMPLAINT FOR DECLARATORY RELIEF; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; STANDING ORDER RE: PRETRIAL PREPARATION; PUBLIC NOTICE-MAGISTRATE JUDGE; CONSENTING TO A MAGISTRATE JUDGE'S JURISDICTION IN THE NORTH DISTRICT OF CALIFORNIA

3. a. Party served    : SITE TECHNOLOGIES, INC.

   b. Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made:
      Margaret Wilson, Authorized Agent

4. Address where the party was served:
   C.T. Corporation System
   818 W. 7th Street
   Los Angeles, CA 90017

5. I served the party
   a. by personal service. I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: August 12, 2008 (2) at: 2:30 PM

**PROOF OF SERVICE OF SUMMONS**

6. The "Notice to the Person Served" (on the summons) was completed as follows:

7. Person who served papers:
   a. VINCENT AVILA
   b. SPECIALIZED LEGAL SERVICES, INC.
      1112 Bryant Street, Suite 200
      San Francisco, CA 94103
   c. Telephone number: (415) 357-0500
   d. The fee for service was: $145.00
   e. I am:
      (3) a registered California process server:
          (i) owner, employee or independent contractor
          (ii) Registration no.: 140
          (iii) County: Los Angeles

8. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: August 13, 2008

VINCENT AVILA　　　　　　　　　　　　　　　_____Vincent Avila_____

POS-010 Rev. January 1, 2007　　　　　　　　　　　　　　　　　　241540

**PROOF OF SERVICE OF SUMMONS**