# United States District Court
## NORTHERN DISTRICT OF CALIFORNIA

GOOGLE INC., AOL LLC, YAHOO! INC., IAC SEARCH & MEDIA, INC., and LYCOS, INC.

v.

L. DANIEL EGGER, SOFTWARE RIGHTS ARCHIVE, LLC, and SITE TECHNOLOGIES, INC.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

C08  03172  MEJ

TO: (Name and address of defendant)

DANIEL EGGER, 2027 West Club Blvd., Durham, NC 27705

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Juanita Brooks
Jason W. Wolff
FISH & RICHARDSON P.C.
12390 El Camino Real
San Diego, CA  92130

8/19/08

an answer to the complaint which is herewith served upon you, within  20  days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

JUL 0 1 2008
DATE

JUL 0 1 2008
(BY) DEPUTY CLERK

Tiffany Salinas-Harwell

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE |
|---|
| Service of the Summons and Complaint was made by me [1]  **DATE** August 19, 2008 @ 1:55 p.m. |
| Name of SERVER: Pat Herman   TITLE: Process Server |

Check one box below to indicate appropriate method of service

☐ Served Personally upon the Defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify): Delivered to Daniel Egger by delivering to Lee L. Kaplan, Attorney at 700 Louisiana, Suite 2300, Houston, Texas 77002

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   August 19, 2008
                    Date

Signature of Server

3801 Kirby Drive, Suite 313
Houston, Texas 77098
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

1  Juanita R. Brooks (SBN 75934, brooks@fr.com)
   Jason W. Wolff (SBN 215819, wolff@fr.com)
2  FISH & RICHARDSON P.C.
   12390 El Camino Real
3  San Diego, CA 92130
   Telephone: (858) 678-5070
4  Facsimile: (858) 678-5099

5  Jerry T. Yen (SBN 247988, yen@fr.com)
   FISH & RICHARDSON P.C.
6  500 Arguello Street, Suite 500
   Redwood City, CA 94063
7  Telephone: (650) 839-5070
   Facsimile: (650) 839-5071
8
   Attorneys for Plaintiffs
9  GOOGLE INC. and AOL LLC

10

11              UNITED STATES DISTRICT COURT

12              NORTHERN DISTRICT OF CALIFORNIA

13                    SAN JOSE DIVISION

14  GOOGLE INC., AOL LLC, YAHOO! INC., IAC   | Case No. CV 08-03172 RMW (RS)
    SEARCH & MEDIA, INC., and LYCOS, INC.,
15                                           | **CERTIFICATE OF SERVICE OF
              Plaintiffs,                    | SUMMONS, COMPLAINT AND OTHER
16                                           | PLEADINGS ON DEFENDANT
        v.                                   | L. DANIEL EGGER**
17
    L. DANIEL EGGER, SOFTWARE RIGHTS
18  ARCHIVE, LLC, and SITE TECHNOLOGIES,
    INC.,
19
              Defendants.                    | Honorable Ronald M. Whyte
20                                           | Courtroom 6, 4th Floor

21

22      I am employed in the __Harris__ County of Texas. I am over the age of 18 and not a

23  party to the foregoing action.

24      I am a process server and on August __19th__, 2008, I personally served a copy of the

25  following documents:

26      1.    COMPLAINT FOR DECLARATORY RELIEF AND EXHIBITS A-G;

27      2.    CIVIL COVER SHEET;

28      3.    SUMMONS TO L. DANIEL EGGER;

                                1   CERTIFICATE OF SERVICE OF SUMMONS, COMPLAINT AND
                                    OTHER PLEADINGS ON DEFENDANT L. DANIEL EGGER
                                    Case No. CV 08-03172 RMW (RS)

| | | |
|---|---|---|
| 1 | 4. | AO120 REPORT ON FILING OF ACTION RE PATENT; |
| 2 | 5. | IAC CERTIFICATE OF INTERESTED ENTITIES; |
| 3 | 6. | LYCOS CERTIFICATE OF INTERESTED ENTITIES; |
| 4 | 7. | YAHOO CERTIFICATE OF INTERESTED ENTITIES; |
| 5 | 8. | AOL CERTIFICATE OF INTERESTED ENTITIES; |
| 6 | 9. | GOOGLE CERTIFICATE OF INTERESTED ENTITIES; |
| 7 | 10. | IAC-LYCOS DECLINE TO PROCEED BEFORE MAG JDG AND REQUEST REASSIGNMENT TO US DISTRICT JUDGE; |
| 8 | 11. | ORDER SETTING INITIAL CMC AND ADR DEADLINES; |
| 9-10 | 12. | STANDING ORDER FOR ALL JUDGES OF NDCA RE JOINT CASE MANAGEMENT STATEMENT; |
| 11 | 13. | USDC-ND OF CA CONSENTING TO A MAG JDG IN NDCA; |
| 12-13 | 14. | USDC-ND OF CA PUBLIC NOTICE RE MAG JUDGE SEEBORG EXPIRATION OF CURRENT TERM; |
| 14 | 15. | USDC-ND OF CA SFO GUIDELINES; |
| 15 | 16. | ORDER DIRECTING PLAINTIFFS IAC AND LYCOS TO FILE CONSENT-DECLINE FORM RE MAG JDG; |
| 16-17 | 17. | NOTICE OF IMPENDING REASSIGNMENT TO USDC JUDGE – HEARING DATES VACATED; |
| 18 | 18. | ORDER REASSIGNING CASE TO DISTRICT COURT JUDGE WHYTE AND MAG JDG SEEBORG; |
| 19 | 19. | STANDING ORDER RE CASE MANAGEMENT IN CIVIL CASES FOR JUDGES WHYTE AND SEEBORG – UNISSUED; and |
| 20 | 20. | STANDING ORDER RE: PRETRIAL PREPARATION. |

upon Lee L. Kaplan, who I understand is authorized to accept service of process on behalf of Defendant L. DANIEL EGGER, at the following address:

Lee L. Kaplan
Smyser Kaplan & Veselka, L.L.P.
Bank of America Center
700 Louisiana, Suite 2300
Houston, TX 77002
**Attorneys for Defendant L. DANIEL EGGER**

1 | My name and business address is: Pat Herman
2 | Duces Tecum, Inc.
3 | 3801 Kirby Drive, Suite 313
4 | Houston, Texas 77098
5 | I declare under penalty of perjury that the above is true and correct.
6 |
7 | Dated: August 19, 2008
8 | *[signature]*
  | [Signature of Process Server]
9 | 10864281.doc