1  Juanita R. Brooks (SBN 75934, brooks@fr.com)
   Jason W. Wolff (SBN 215819, wolff@fr.com)
2  FISH & RICHARDSON P.C.
   12390 El Camino Real
3  San Diego, CA  92130
   Telephone:  (858) 678-5070
4  Facsimile:  (858) 678-5099

5  Jerry T. Yen (SBN 247988, yen@fr.com)
   FISH & RICHARDSON P.C.
6  500 Arguello Street, Suite 500
   Redwood City, CA  94063
7  Telephone: (650) 839-5070
   Facsimile: (650) 839-5071
8
   Attorneys for Plaintiffs
9  GOOGLE INC. and AOL LLC

10

11                        UNITED STATES DISTRICT COURT

12                     NORTHERN DISTRICT OF CALIFORNIA

13                              SAN JOSE DIVISION

14  GOOGLE INC., AOL LLC, YAHOO! INC., IAC        Case No. CV 08-03172 RMW (RS)
    SEARCH & MEDIA, INC., and LYCOS, INC.,
15                                                **CERTIFICATE OF SERVICE OF**
                  Plaintiffs,                     **SUMMONS, COMPLAINT AND OTHER**
16                                                **PLEADINGS ON DEFENDANT**
         v.                                       **L. DANIEL EGGER**
17
    L. DANIEL EGGER, SOFTWARE RIGHTS
18  ARCHIVE, LLC, and SITE TECHNOLOGIES,
    INC.,
19
                  Defendants.                     Honorable Ronald M. Whyte
20                                                Courtroom 6, 4th Floor

21

22         I am employed in the   Harris   County of Texas.  I am over the age of 18 and not a

23  party to the foregoing action.

24         I am a process server and on August  19th , 2008, I personally served a copy of the

25  following documents:

26         1.      COMPLAINT FOR DECLARATORY RELIEF AND EXHIBITS A-G;

27         2.      CIVIL COVER SHEET;

28         3.      SUMMONS TO L. DANIEL EGGER;

4.    AO120 REPORT ON FILING OF ACTION RE PATENT;

5.    IAC CERTIFICATE OF INTERESTED ENTITIES;

6.    LYCOS CERTIFICATE OF INTERESTED ENTITIES;

7.    YAHOO CERTIFICATE OF INTERESTED ENTITIES;

8.    AOL CERTIFICATE OF INTERESTED ENTITIES;

9.    GOOGLE CERTIFICATE OF INTERESTED ENTITIES;

10.    IAC-LYCOS DECLINE TO PROCEED BEFORE MAG JDG AND REQUEST REASSIGNMENT TO US DISTRICT JUDGE;

11.    ORDER SETTING INITIAL CMC AND ADR DEADLINES;

12.    STANDING ORDER FOR ALL JUDGES OF NDCA RE JOINT CASE MANAGEMENT STATEMENT;

13.    USDC-ND OF CA CONSENTING TO A MAG JDG IN NDCA;

14.    USDC-ND OF CA PUBLIC NOTICE RE MAG JUDGE SEEBORG EXPIRATION OF CURRENT TERM;

15.    USDC-ND OF CA SFO GUIDELINES;

16.    ORDER DIRECTING PLAINTIFFS IAC AND LYCOS TO FILE CONSENT-DECLINE FORM RE MAG JDG;

17.    NOTICE OF IMPENDING REASSIGNMENT TO USDC JUDGE – HEARING DATES VACATED;

18.    ORDER REASSIGNING CASE TO DISTRICT COURT JUDGE WHYTE AND MAG JDG SEEBORG;

19.    STANDING ORDER RE CASE MANAGEMENT IN CIVIL CASES FOR JUDGES WHYTE AND SEEBORG – UNISSUED; and

20.    STANDING ORDER RE: PRETRIAL PREPARATION.

upon Lee L. Kaplan, who I understand is authorized to accept service of process on behalf of

Defendant L. DANIEL EGGER, at the following address:

Lee L. Kaplan
Smyser Kaplan & Veselka, L.L.P.
Bank of America Center
700 Louisiana, Suite 2300
Houston, TX  77002
**Attorneys for Defendant L. DANIEL EGGER**

CERTIFICATE OF SERVICE OF SUMMONS, COMPLAINT AND
OTHER PLEADINGS ON DEFENDANT L. DANIEL EGGER
Case No. CV 08-03172 RMW (RS)

1    My name and business address is:     Pat Herman

2                                          Duces Tecum, Inc.

3                                          3801 Kirby Drive, Suite 313

4                                          Houston, Texas  77098

5    I declare under penalty of perjury that the above is true and correct.

6

7    Dated:    August 19, 2008

8                                          _____
                                           [Signature of Process Server]
9
     10864281.doc
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3    CERTIFICATE OF SERVICE OF SUMMONS, COMPLAINT AND
     OTHER PLEADINGS ON DEFENDANT L. DANIEL EGGER
     Case No. CV 08-03172 RMW (RS)