1 | Juanita R. Brooks (SBN 75934, brooks@fr.com)
2 | Jason W. Wolff (SBN 215819, wolff@fr.com)
  | FISH & RICHARDSON P.C.
3 | 12390 El Camino Real
  | San Diego, CA 92130
4 | Telephone: (858) 678-5070
  | Facsimile: (858) 678-5099

5 | Jerry T. Yen (SBN 247988, yen@fr.com)
  | FISH & RICHARDSON P.C.
6 | 500 Arguello Street, Suite 500
  | Redwood City, CA 94063
7 | Telephone: (650) 839-5070
  | Facsimile: (650) 839-5071
8 |
  | Attorneys for Plaintiffs
9 | GOOGLE INC. and AOL LLC

10

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GOOGLE INC., AOL LLC, YAHOO! INC., IAC SEARCH & MEDIA, INC., and LYCOS, INC., <br><br> Plaintiffs, <br><br> v. <br><br> L. DANIEL EGGER, SOFTWARE RIGHTS ARCHIVE, LLC, and SITE TECHNOLOGIES, INC., <br><br> Defendants. | Case No. CV 08-03172 RMW (RS) <br><br> **CERTIFICATE OF SERVICE OF SUMMONS, COMPLAINT AND OTHER PLEADINGS ON DEFENDANT SOFTWARE RIGHTS ARCHIVE, LLC** <br><br><br> Honorable Ronald M. Whyte <br> Courtroom 6, 4th Floor |

  I am employed in the ___Harris___ County of Texas. I am over the age of 18 and not a party to the foregoing action.

  I am a process server and on August __19th__, 2008, I personally served a copy of the following documents:

  1. COMPLAINT FOR DECLARATORY RELIEF AND EXHIBITS A-G;

  2. CIVIL COVER SHEET;

  3. SUMMONS TO SOFTWARE RIGHTS ARCHIVE, LLC;

1

CERTIFICATE OF SERVICE OF SUMMONS, COMPLAINT AND OTHER PLEADINGS ON DEFENDANT SOFTWARE RIGHTS ARCHIVE, LLC
Case No. CV 08-03172 RMW (RS)

4. AO120 REPORT ON FILING OF ACTION RE PATENT;

5. IAC CERTIFICATE OF INTERESTED ENTITIES;

6. LYCOS CERTIFICATE OF INTERESTED ENTITIES;

7. YAHOO CERTIFICATE OF INTERESTED ENTITIES;

8. AOL CERTIFICATE OF INTERESTED ENTITIES;

9. GOOGLE CERTIFICATE OF INTERESTED ENTITIES;

10. IAC-LYCOS DECLINE TO PROCEED BEFORE MAG JDG AND REQUEST REASSIGNMENT TO US DISTRICT JUDGE;

11. ORDER SETTING INITIAL CMC AND ADR DEADLINES;

12. STANDING ORDER FOR ALL JUDGES OF NDCA RE JOINT CASE MANAGEMENT STATEMENT;

13. USDC-ND OF CA CONSENTING TO A MAG JDG IN NDCA;

14. USDC-ND OF CA PUBLIC NOTICE RE MAG JUDGE SEEBORG EXPIRATION OF CURRENT TERM;

15. USDC-ND OF CA SFO GUIDELINES;

16. ORDER DIRECTING PLAINTIFFS IAC AND LYCOS TO FILE CONSENT-DECLINE FORM RE MAG JDG;

17. NOTICE OF IMPENDING REASSIGNMENT TO USDC JUDGE – HEARING DATES VACATED;

18. ORDER REASSIGNING CASE TO DISTRICT COURT JUDGE WHYTE AND MAG JDG SEEBORG;

19. STANDING ORDER RE CASE MANAGEMENT IN CIVIL CASES FOR JUDGES WHYTE AND SEEBORG – UNISSUED; and

20. STANDING ORDER RE: PRETRIAL PREPARATION.

upon Lee L. Kaplan, who I understand is authorized to accept service of process on behalf of Defendant SOFTWARE RIGHTS ARCHIVE, LLC, at the following address:

Lee L. Kaplan
Smyser Kaplan & Veselka, L.L.P.
Bank of America Center
700 Louisiana, Suite 2300
Houston, TX 77002
**Attorneys for Defendant SOFTWARE RIGHTS ARCHIVE, LLC**

1  My name and business address is:    Pat Herman
2  Duces Tecum, Inc.
3  3801 Kirby Drive, Suite 313
4  Houston, Texas   77098
5  I declare under penalty of perjury that the above is true and correct.
6
7  Dated:  August 19, 2008
8  _____
   [Signature of Process Server]
9  10864309.doc