IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GOOGLE, INC., et al., <br><br> Plaintiff, <br><br> v. <br><br> L. DANIEL EGGER, et al., <br><br> Defendant. | ***E-FILED - 9/11/08*** <br><br> CASE NO.: C-08-03172-RMW <br><br> **CLERK'S NOTICE OF SETTING CASE MANAGEMENT CONFERENCE** |

PLEASE TAKE NOTICE that a Case Management Conference has been scheduled for **October 10, 2008 @ 10:30 a.m.**, before the Honorable Judge Ronald M. Whyte. Parties are to appear in courtroom #6, 4th floor of the U.S. Courthouse, 280 South First Street, San Jose, California. Parties are required to file a Joint Case Management Statement by October 3, 2008.

If the above-entitled matter settles counsel are required to notify the Court by contacting the Courtroom Deputy at (408) 535-5375, so as to take this matter off calendar.

DATED: September 11, 2008

BY: _/s/ Jackie Garcia_
JACKIE GARCIA
Courtroom Deputy for
Honorable Ronald M. Whyte

1
2 Copy of Order E-Filed to Counsel of Record: