1  [SEE SIGNATURE PAGE FOR COUNSEL LISTINGS]

*E-FILED - 9/24/08*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GOOGLE INC., AOL LLC, YAHOO! INC., IAC SEARCH & MEDIA, INC., and LYCOS, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>L. DANIEL EGGER, SOFTWARE RIGHTS ARCHIVE, LLC, and SITE TECHNOLOGIES, INC.,<br><br>Defendants. | Case No. CV 08-03172 RMW (RS)<br><br>**JOINT STIPULATED REQUEST TO RESCHEDULE INITIAL CASE MANAGEMENT CONFERENCE AND ORDER**<br><br>DATE: October 10, 2008<br>TIME: 10:30 a.m.<br>PLACE: Courtroom 6, 4th Floor<br>JUDGE: Honorable Ronald M. Whyte |

Pursuant to Civil Local Rule 6-2(a) and 6-1(b), Plaintiffs GOOGLE INC., AOL LLC, YAHOO! INC., IAC SEARCH & MEDIA, INC., and LYCOS, INC., (collectively "Plaintiffs") and Defendants L. DANIEL EGGER, SOFTWARE RIGHTS ARCHIVE, LLC, and SITE TECHNOLOGIES, INC., (collectively, "Defendants") hereby stipulate to the postponement of the Initial Case Management Conference currently scheduled for October 10, 2008 at 10:30 a.m. The parties request that a new Initial Case Management Conference be continued to November 14, 2008 at 10:30 a.m. and that the parties' obligations under Federal Rules of Civil Procedure 26(a) and 26(f) be rescheduled accordingly. Assuming entry of the ORDER as requested, the parties' Case Management Statement will be due on November 7, 2008.

Defendants have requested this schedule modification, and Plaintiffs do not oppose it. In addition, the parties are engaged in jurisdictional discovery and motion practice in a related case

| | |
|---|---|
| 1 | pending in the Eastern District of Texas.  The parties believe that the benefit of this discovery will |
| 2 | allow for a more productive Initial Case Management Conference. |
| 3 | In addition, the parties have stipulated and agreed that Defendants may answer or |
| 4 | otherwise respond to the Complaint on November 10, 2008. |
| 5 | There have been no other schedule modifications in this case.  The parties believe that |
| 6 | rescheduling the Case Management Conference to November 14, 2008, will not prejudice the |
| 7 | parties or significantly impact the ultimate schedule for resolution of the case. |
| 8 | This stipulation is made without prejudice to seek additional orders from the Court, subject |
| 9 | to Court approval. |

Dated:  September 22, 2008                    Respectfully submitted,

By: /s/ Juanita R. Brooks
    Juanita R. Brooks (CA Bar No. 75934)
    Jason W. Wolff (CA Bar No. 215819)
    FISH & RICHARDSON P.C.
    12390 El Camino Real
    San Diego, CA 92130
    Telephone: 858-678-5070
    Facsimile: 858-678-5099
    Email: wolff@fr.com

Attorneys for Plaintiffs GOOGLE INC. and AOL LLC

By: /s/ Richard. S.J. Hung
    Michael A. Jacobs (CA Bar No. 111664)
    Richard S.J. Hung (CA Bar No. 197425)
    MORRISON & FOERSTER
    425 Market Street
    San Francisco, CA 94105
    Telephone: 415-268-7000
    Facsimile: 415-268-7522
    Email: mjacobs@mofo.com

Attorneys for Plaintiff YAHOO! INC.

| | |
|---|---|
| 1 | By: /s/ Jennifer A. Kash |
| 2 | Claude M. Stern (CA Bar No. 96737)<br>Jennifer A. Kash (CA Bar No. 203679) |
| 3 | QUINN EMANUEL URQUHART<br>OLIVER & HEDGES, LLP |
| 4 | 555 Twin Dolphin Drive, Suite 560<br>Redwood Shores, CA 94065 |
| 5 | Telephone: (650) 801-5000<br>Facsimile: (650) 801-5100 |
| 6 | Email: claudestern@quinnemanuel.com<br>Email: jenniferkash@quinnemanuel.com |
| 7 | Attorneys for Plaintiffs IAC SEARCH & |
| 8 | MEDIA, INC. and LYCOS, INC. |
| 9 | By: /s/ Jay D. Ellwanger |
| 10 | Jay D. Ellwanger (CA Bar No. 217747)<br>DiNovo Price Ellwanger & Hardy LLP |
| 11 | 7000 North MoPac Expressway, Suite 350<br>Austin, Texas 78731 |
| 12 | Telephone: (512) 539-2630<br>Facsimile: (512) 539-2627 |
| 13 | Mobile: (512) 731-7467<br>Email: jellwanger@dpelaw.com |
| 14 | |
| 15 | Attorneys for Defendants L. DANIEL EGGER, |
| 16 | SOFTWARE RIGHTS ARCHIVE, LLC, and<br>SITE TECHNOLOGIES, INC. |

## **DECLARATION OF CONSENT**

Pursuant to General Order No. 45, Section X(B) regarding signatures, I attest under penalty of perjury that concurrence in the filing of this document has been obtained from counsel for Plaintiffs Google Inc., AOL LLC and Yahoo! Inc. and Defendants L. Daniel Egger, Software Rights Archive, LLC, and Site Technologies, Inc.

Dated: September 22, 2008                                By: /s/ Jennifer A. Kash

## CASE MANAGEMENT ORDER

**PURSUANT TO STIPULATION, IT IS SO ORDERED.** The Case Management Conference scheduled for October 10, 2008 at 10:30 a.m., is rescheduled to ____November 14,____, 2008 at ____10:30 a.m.____. Defendants shall have until November 10, 2008 to answer or otherwise respond to the Complaint in this action.

Dated: __9/24/08_____    *Ronald M. Whyte*
                                                Honorable Ronald M. Whyte
                                                Judge of the United States District Court