UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

GOOGLE INC., AOL LLC, et al.

       Plaintiff(s),

v.

L. DANIEL EGGER, SOFTWARE
RIGHTS ARCHIVE, LLC, et al.
       Defendant(s).
_____/

Case No. CV 08-03172 RMW (RS)

ADR CERTIFICATION BY PARTIES
AND COUNSEL

    Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

    **(1)** Read the handbook entitled *"Dispute Resolution Procedures in the Northern District of California"* on the Court's ADR Internet site www.adr.cand.uscourts.gov *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45);*

    **(2)** Discussed the available dispute resolution options provided by the Court and private entities; and

    **(3)** Considered whether this case might benefit from any of the available dispute resolution options.

Dated: 10/24/08

                                 [Party]

Dated: 10/24/08

                                 [Counsel]

CA Bar No. 217747
Counsel for Site Technologies, Inc.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

GOOGLE INC., AOL LLC, et al.

               Plaintiff(s),

v.

L. DANIEL EGGER, SOFTWARE
RIGHTS ARCHIVE, LLC, et al.

               Defendant(s).

Case No. CV 08-03172 RMW (RS)

ADR CERTIFICATION BY PARTIES
AND COUNSEL

      Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

      (1) Read the handbook entitled *"Dispute Resolution Procedures in the Northern District of California"* on the Court's ADR Internet site www.adr.cand.uscourts.gov *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45);*

      (2) Discussed the available dispute resolution options provided by the Court and private entities; and

      (3) Considered whether this case might benefit from any of the available dispute resolution options.

Dated: 10/24/08

                                                        [Party]

Dated: 10/24/08

                                                        [Counsel]
                                                        CA Bar No. 217747
                                                        Counsel for L. Daniel Egger

When filing this document in ECF, please be sure to use the ADR Docket Event entitled "ADR Certification (ADR L.R. 3-5b) of Discussion of ADR Options."

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

GOOGLE INC., AOL LLC, et al.

                Plaintiff(s),

v.

L. DANIEL EGGER, SOFTWARE
RIGHTS ARCHIVE, LLC, et al.
                Defendant(s).

Case No. CV 08-03172 RMW (RS)

ADR CERTIFICATION BY PARTIES
AND COUNSEL

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

**(1)** Read the handbook entitled *"Dispute Resolution Procedures in the Northern District of California"* on the Court's ADR Internet site www.adr.cand.uscourts.gov *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45);*

**(2)** Discussed the available dispute resolution options provided by the Court and private entities; and

**(3)** Considered whether this case might benefit from any of the available dispute resolution options.

Dated: 10/24/08

[Party]

Dated: 10/24/08

[Counsel]
CA Bar No. 217747
Counsel for Software Rights Archive, LLC