UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

GOOGLE INC., AOL LLC, et al.

            Plaintiff(s),

v.

L. DANIEL EGGER, SOFTWARE
RIGHTS ARCHIVE, LLC, et al.
            Defendant(s).
_____/

Case No. CV 08-03172 RMW (RS)

ADR CERTIFICATION BY PARTIES
AND COUNSEL

      Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

      **(1)** Read the handbook entitled *"Dispute Resolution Procedures in the Northern District of California"* on the Court's ADR Internet site www.adr.cand.uscourts.gov *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45);*

      **(2)** Discussed the available dispute resolution options provided by the Court and private entities; and

      **(3)** Considered whether this case might benefit from any of the available dispute resolution options.


Dated: Oct. 24, 2008

                                                    s/ Adam L. Barea
                                                    [Party] Litigation Counsel for Plaintiff GOOGLE INC.

Dated: Oct. 24, 2008

                                                    s/ Jason W. Wolff
                                                  [Counsel]Fish & Richardson PC Attys.for Plaintiff GOOGLE INC.