1  [SEE SIGNATURE PAGE FOR COUNSEL]

2
3
4
5
6
7

8 UNITED STATES DISTRICT COURT

9 NORTHERN DISTRICT OF CALIFORNIA

10 SAN JOSE DIVISION

11

12 GOOGLE INC., AOL LLC, YAHOO! INC., IAC SEARCH & MEDIA, INC., and LYCOS, INC.,

Case No.  C-08-03172-RMW

13 
14 Plaintiffs,

**STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS**

15 v.

16 L. DANIEL EGGER, SOFTWARE RIGHTS ARCHIVE, LLC, and SITE TECHNOLOGIES, INC.,
17
18 Defendants.

19 Counsel report that they have met and conferred regarding ADR and have reached the

20 following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

21 The parties agree to participate in the following ADR process: Mediation.

22 The parties agree to hold the ADR session by March 7, 2011.

23
24
25
26
27
28

STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS - Case No. C-08-03172-RMW

sf-2593306

1

| | | |
|---|---|---|
| 1 | Dated: October 24, 2008 | Respectfully submitted, |
| 2 | | By: /s/ Juanita R. Brooks |

```
1    Dated:  October 24, 2008              Respectfully submitted,

2                                          By:  /s/ Juanita R. Brooks
3                                               Juanita R. Brooks (CA Bar No. 75934)
                                                Jason W. Wolff (CA Bar No. 215819)
4                                               FISH & RICHARDSON P.C.
                                                12390 El Camino Real
5                                               San Diego, CA 92130
                                                Telephone: 858-678-5070
6                                               Facsimile: 858-678-5099
                                                Email: wolff@fr.com
7
                                           Attorneys for Plaintiffs GOOGLE INC. and AOL
8                                          LLC

9                                          By:  /s/ Richard. S.J. Hung
10                                              Michael A. Jacobs (CA Bar No. 111664)
                                                Richard S.J. Hung (CA Bar No. 197425)
11                                              MORRISON & FOERSTER
                                                425 Market Street
12                                              San Francisco, CA 94105
                                                Telephone: 415-268-7000
13                                              Facsimile: 415-268-7522
                                                Email: mjacobs@mofo.com
14
                                           Attorneys for Plaintiff YAHOO! INC.
15
                                           By:  /s/ Jennifer A. Kash
16                                              Claude M. Stern (CA Bar No. 96737)
                                                Jennifer A. Kash (CA Bar No. 203679)
17                                              QUINN EMANUEL URQUHART
                                                OLIVER & HEDGES, LLP
18                                              555 Twin Dolphin Drive, Suite 560
                                                Redwood Shores, CA 94065
19                                              Telephone: (650) 801-5000
                                                Facsimile: (650) 801-5100
20                                              Email: claudestern@quinnemanuel.com
                                                Email: jenniferkash@quinnemanuel.com
21
                                           Attorneys for Plaintiffs IAC SEARCH &
22                                         MEDIA, INC. and LYCOS, INC.

23

24

25

26

27

28

     STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS - Case No. C-08-03172-RMW     2
     sf-2593306
```

| | |
|---|---|
| 1 | By: /s/ Jay D. Ellwanger |
| 2 | Jay D. Ellwanger (jellwanger@dpelaw.com) |
| | Dinovo Price Ellwanger LLP |
| 3 | P.O. Box 201690 |
| | Austin, Texas 78720 |
| 4 | Telephone: (512) 681-4060 |
| | Facsimile: (512) 628-3410 |

Jay D. Ellwanger (jellwanger@dpelaw.com)
Dinovo Price Ellwanger LLP
P.O. Box 201690
Austin, Texas 78720
Telephone: (512) 681-4060
Facsimile: (512) 628-3410

Lee Landa Kaplan (lkaplan@skv.com)
Smyser Kaplan & Veselka
700 Louisiana St., Suite 2300, Houston, TX 77002
Telephone: (713) 221-2300
Facsimile: (713) 221-2320

Attorneys for Defendants L. DANIEL EGGER, SOFTWARE RIGHTS ARCHIVE, LLC, and SITE TECHNOLOGIES, INC.

## DECLARATION OF CONSENT

Pursuant to General Order No. 45, Section X(B) regarding signatures, I attest under penalty of perjury that concurrence in the filing of this document has been obtained from counsel for Plaintiffs Google Inc., AOL LLC, IAC Search & Media, Inc. and Lycos, Inc. and Defendants L. Daniel Egger, Software Rights Archive, LLC, and Site Technologies, Inc.

Dated: October 24, 2008

By: _____/s/_____

Richard. S.J. Hung

# [PROPOSED] ORDER

Pursuant to the Stipulation above, the captioned matter is hereby referred to Mediation, to be completed by March 7, 2011.

Dated: _____    _____
Honorable Ronald M. Whyte
Judge of the United States District Court