IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

GOOGLE, INC., et al.,

    Plaintiffs,

vs.

L. DANIEL EGGER, et al.,

    Defendants.

Case No. C-08-03172-RMW

**ADR CERTIFICATION BY PARTIES AND COUNSEL**

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5(b), each of the undersigned certifies that he or she has:

(1) Read the handbook entitled *"Dispute Resolution Procedures in the Northern District of California"* on the Court's ADR Internet site www.adr.cand.uscourts.gov (*Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45*);

(2) Discussed the available dispute resolution options provided by the Court and private entities; and

(3) Considered whether this case might benefit from any of the available dispute resolution options.

Dated: 9/17/08

Plaintiff, IAC SEARCH & MEDIA, INC.

By: _____
Name: EDWARD T. FERGUSON
Title: SVP & GENERAL COUNSEL

Dated: 10-24-08

QUINN EMANUEL URQUHART
OLIVER & HEDGES, LLP

By: /s/ Jennifer A. Kash
Jennifer A. Kash
50 California Street 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Attorneys for Plaintiff IAC SEARCH & MEDIA, INC.