

Clerk's Use Only
Initial for fee pd.:

Lee L. Kaplan
700 Louisiana, Suite 2300
Houston, TX 77002
(713) 221-2323

**FILED**

2008 OCT 24 P 3: 00

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

GOOGLE INC., AOL LLC, YAHOO! INC., IAC SEARCH & MEDIA, INC., and LYCOS, INC.

　　　　Plaintiff(s),

v.

L. DANIEL EGGER, SOFTWARE RIGHTS ARCHIVE, LLC, and SITE TECHNOLOGIES, INC.

　　　　Defendant(s).

CASE NO. C 08 03172

**APPLICATION FOR ADMISSION OF ATTORNEY** *PRO HAC VICE*



Pursuant to Civil L.R. 11-3, Lee L. Kaplan, an active member in good standing of the bar of the Southern District of Texas, hereby applies for admission to practice in the Northern District of California on a pro hac vice basis representing Defendants in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:

Thomas F. Smegal, Jr.; One Sansome Street, 35th Floor, San Francisco, CA 94104; (415) 217-8383

I declare under penalty of perjury that the foregoing is true and correct.

Dated: October 21, 2008

RECEIVED
2008 OCT 24 PM 3:05
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CALIFORNIA

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

GOOGLE INC., AOL LLC, YAHOO! INC., IAC SEARCH & MEDIA, INC. and LYCOS, INC.

Plaintiff(s),

v.

L. DANIEL EGGER, SOFTWARE RIGHTS ARCHIVE, LLC, and SITE TECHNOLOGIES, INC.

Defendant(s).

CASE NO. C 08 03172

**(Proposed)**
**ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**

Lee L. Kaplan, an active member in good standing of the bar of the Southern District of Texas (particular court to which applicant is admitted) whose business address and telephone number is 700 Louisiana, Suite 2300
Houston, Texas 77002
(713) 221-2323

, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Defendants,

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated:

United States District Judge