RECEIVED

2008 OCT 24 PM 3: 05

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CALIFORNIA

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

1

2

3  GOOGLE INC., AOL LLC, YAHOO!
4  INC., IAC SEARCH & MEDIA, INC. and
   LYCOS, INC.
5

6                    Plaintiff(s),

7                          v.
   L. DANIEL EGGER, SOFTWARE
8  RIGHTS ARCHIVE, LLC, and SITE
   TECHNOLOGIES, INC.
9

10  _____ Defendant(s).  _____/

**CASE NO.** C 08 03172

**(Proposed)**
**ORDER GRANTING APPLICATION**
**FOR ADMISSION OF ATTORNEY**
*PRO HAC VICE*

11        Lee L. Kaplan                                    , an active member in good standing of the bar of

12  the Southern District of Texas                        whose business address and telephone number
    (particular court to which applicant is admitted)

13  is  700 Louisiana, Suite 2300
        Houston, Texas 77002
14      (713) 221-2323

15                                                                              , having applied in the

16  above-entitled action for admission to practice in the Northern District of California on a *pro hac*

17  *vice* basis, representing  Defendants,

18        IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and

19  conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac*

20  *vice* . Service of papers upon and communication with co-counsel designated in the application

21  will constitute notice to the party. All future filings in this action are subject to the requirements

22  contained in General Order No. 45, *Electronic Case Filing* .

23

24  Dated:

25                                                  United States District        Judge

26

27

28