RECEIVED

2008 OCT 24 PM 3:05

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

GOOGLE INC., AOL LLC, YAHOO! INC., IAC SEARCH & MEDIA, INC. and LYCOS, INC.

Plaintiff(s),

v.

L. DANIEL EGGER, SOFTWARE RIGHTS ARCHIVE, LLC, and SITE TECHNOLOGIES, INC.

Defendant(s).

CASE NO. C 08 03172

(Proposed)
ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

Jeffrey A. Potts, an active member in good standing of the bar of the Southern District of Texas (particular court to which applicant is admitted) whose business address and telephone number is 700 Louisiana, Suite 2300, Houston, Texas 77002, (713) 221-2317, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Defendants,

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated:

United States District Judge