1  [SEE SIGNATURE PAGE FOR COUNSEL]

***E-FILED - 10/28/08***

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GOOGLE INC., AOL LLC, YAHOO! INC., IAC SEARCH & MEDIA, INC., and LYCOS, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>L. DANIEL EGGER, SOFTWARE RIGHTS ARCHIVE, LLC, and SITE TECHNOLOGIES, INC.,<br><br>Defendants. | Case No.   C-08-03172-RMW<br><br>**STIPULATION AND [] ORDER SELECTING ADR PROCESS** |

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process: Mediation.

The parties agree to hold the ADR session by March 7, 2011.

STIPULATION AND [ ORDER SELECTING ADR PROCESS - Case No. C-08-03172-RMW

sf-2593306

1

| | | |
|---|---|---|
| 1 | Dated: October 24, 2008 | Respectfully submitted, |
| 2 | | By: /s/ Juanita R. Brooks |
| | | Juanita R. Brooks (CA Bar No. 75934) |
| 3 | | Jason W. Wolff (CA Bar No. 215819) |
| | | FISH & RICHARDSON P.C. |
| 4 | | 12390 El Camino Real |
| 5 | | San Diego, CA 92130 |
| | | Telephone: 858-678-5070 |
| 6 | | Facsimile: 858-678-5099 |
| | | Email: wolff@fr.com |
| 7 | | |
| 8 | | Attorneys for Plaintiffs GOOGLE INC. and AOL LLC |
| 9 | | |
| | | By: /s/ Richard. S.J. Hung |
| 10 | | Michael A. Jacobs (CA Bar No. 111664) |
| | | Richard S.J. Hung (CA Bar No. 197425) |
| 11 | | MORRISON & FOERSTER |
| | | 425 Market Street |
| 12 | | San Francisco, CA 94105 |
| | | Telephone: 415-268-7000 |
| 13 | | Facsimile: 415-268-7522 |
| | | Email: mjacobs@mofo.com |
| 14 | | |
| | | Attorneys for Plaintiff YAHOO! INC. |
| 15 | | |
| | | By: /s/ Jennifer A. Kash |
| 16 | | Claude M. Stern (CA Bar No. 96737) |
| | | Jennifer A. Kash (CA Bar No. 203679) |
| 17 | | QUINN EMANUEL URQUHART |
| | | OLIVER & HEDGES, LLP |
| 18 | | 555 Twin Dolphin Drive, Suite 560 |
| | | Redwood Shores, CA 94065 |
| 19 | | Telephone: (650) 801-5000 |
| | | Facsimile: (650) 801-5100 |
| 20 | | Email: claudestern@quinnemanuel.com |
| | | Email: jenniferkash@quinnemanuel.com |
| 21 | | |
| | | Attorneys for Plaintiffs IAC SEARCH & |
| 22 | | MEDIA, INC. and LYCOS, INC. |

| | |
|---|---|
| 1 | By: /s/ Jay D. Ellwanger |
| 2 | Jay D. Ellwanger (jellwanger@dpelaw.com) |
| | Dinovo Price Ellwanger LLP |
| 3 | P.O. Box 201690 |
| | Austin, Texas 78720 |
| 4 | Telephone: (512) 681-4060 |
| | Facsimile: (512) 628-3410 |
| 5 | |
| | Lee Landa Kaplan (lkaplan@skv.com) |
| 6 | Smyser Kaplan & Veselka |
| | 700 Louisiana St., Suite 2300, Houston, TX |
| 7 | 77002 |
| | Telephone: (713) 221-2300 |
| 8 | Facsimile: (713) 221-2320 |

Attorneys for Defendants L. DANIEL EGGER, SOFTWARE RIGHTS ARCHIVE, LLC, and SITE TECHNOLOGIES, INC.

# **DECLARATION OF CONSENT**

Pursuant to General Order No. 45, Section X(B) regarding signatures, I attest under penalty of perjury that concurrence in the filing of this document has been obtained from counsel for Plaintiffs Google Inc., AOL LLC, IAC Search & Media, Inc. and Lycos, Inc. and Defendants L. Daniel Egger, Software Rights Archive, LLC, and Site Technologies, Inc.

Dated: October 24, 2008

By: _____/s/_____

Richard. S.J. Hung

| | |
|---|---|
| 1 | **[] ORDER** |
| 2 | |
| 3 | Pursuant to the Stipulation above, the captioned matter is hereby referred to Mediation, to be |
| 4 | completed by March 7, 2011. |
| 5 | |
| 6 | Dated: 10/28/08  _____ FOR |
| 7 | Honorable Ronald M. Whyte<br>Judge of the United States District Court |