UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

RECEIVED
2008 OCT 24 PM 3: 05
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CALIF.

1
2
3  GOOGLE INC., AOL LLC, YAHOO!
4  INC., IAC SEARCH & MEDIA, INC. and
   LYCOS, INC.
5

*E-FILED - 10/28/08*

6                  Plaintiff(s),
                v.
7  L. DANIEL EGGER, SOFTWARE
   RIGHTS ARCHIVE, LLC, and SITE
8  TECHNOLOGIES, INC.

CASE NO. C 08 03172 -RMW

XXXXX
(Proposed)
ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY
*PRO HAC VICE*

9
10 _____ Defendant(s). _____/

11     Lee L. Kaplan                                    , an active member in good standing of the bar of

12 the Southern District of Texas                       whose business address and telephone number
   (particular court to which applicant is admitted)

13 is  700 Louisiana, Suite 2300
       Houston, Texas 77002
14     (713) 221-2323

15                                                              , having applied in the

16 above-entitled action for admission to practice in the Northern District of California on a *pro hac*

17 *vice* basis, representing  Defendants,

18        IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and

19 conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac*

20 *vice* . Service of papers upon and communication with co-counsel designated in the application

21 will constitute notice to the party. All future filings in this action are subject to the requirements

22 contained in General Order No. 45, *Electronic Case Filing* .

23

24 Dated: 10/28/08

25                                         United States District        Judge

26                                         for Judge Ronald M. Whyte

27

28