Jay D. Ellwanger (CA Bar No. 217747)
DiNovo Price Ellwanger & Hardy LLP
7000 North MoPac Expressway, Suite 350
Austin, Texas 78731
Telephone: (512) 539-2630
Facsimile:  (512) 539-2627

Attorneys for Defendants L. Daniel Egger, Software Rights Archive, LLC, and Site Technologies, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GOOGLE INC., AOL LLC, YAHOO! INC., IAC SEARCH & MEDIA, INC., and LYCOS, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>L. DANIEL EGGER, SOFTWARE RIGHTS ARCHIVE, LLC, and SITE TECHNOLOGIES, INC.,<br><br>Defendants. | Case No.   C-08-03172-RMW<br><br>**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** |

On behalf of Defendants, pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

(a) Site Technologies, Inc., prior to bankruptcy, was a public company,

(b) Daniel Egger is an individual, and

(c) Software Rights Archive, LLC is privately held.

CERTIFICATION OF INTERESTED ENTITIES OR PERSONS - Case No. C-08-03172-RMW

1

| | | |
|---|---|---|
| 1 | Dated: November 7, 2008 | Respectfully submitted, |
| 2 | | |
| 3 | | BY: /s/ Jay D. Ellwanger |
| 4 | | Jay D. Ellwanger (jellwanger@dpelaw.com)<br>DiNovo Price Ellwanger & Hardy LLP |
| 5 | | 7000 North MoPac Expressway, Suite 350<br>Austin, Texas 78731 |
| 6 | | Telephone: (512) 539-2630<br>Facsimile: (512) 539-2627 |
| 7 | | |
| 8 | | Thomas F. Smegal, Jr. (tomesmegal@smegallaw.com)<br>Law Offices of Thomas F. Smegal, Jr. |
| 9 | | One Sansome Street, 35th Floor<br>San Francisco, CA 94104 |
| 10 | | Telephone: (415) 217-8383<br>Facsimile: (415) 399-0593 |
| 11 | | |
| 12 | | Lee Landa Kaplan (lkaplan@skv.com)<br>(pro hac vice application pending) |
| 13 | | Smyser Kaplan & Veselka, L.L.P.<br>700 Louisiana Street, Suite 2300 |
| 14 | | Houston, Texas 77002 |
| 15 | | Telephone: (713) 221-2300<br>Facsimile: (713) 221-2320 |
| 16 | | |
| 17 | | Attorneys for Defendants L. DANIEL EGGER,<br>SOFTWARE RIGHTS ARCHIVE, LLC, and SITE<br>TECHNOLOGIES, INC. |