**RECEIVED**

NOV –15 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

United States District Court<br>For the Northern District of California

4   GOOGLE INC., AOL, LLC, YAHOO!
      INC., IAC SEARCH & MEDIA, INC.,
5   and LYCOS, INC.,

6                Plaintiff(s),

              v.
7   L. DANIEL EGGER, SOFTWARE RIGHTS
8   ARCHIVE, LLC, and SITE
      TECHNOLOGIES, INC.,
9

10            Defendant(s).     /

**CASE NO.** CV 08-03172 RMW

**(Proposed)**
**ORDER GRANTING APPLICATION**
**FOR ADMISSION OF ATTORNEY**
***PRO HAC VICE***

11       Thomas B. Walsh, IV               , an active member in good standing of the bar of

12   the Eastern District of Texas
      (particular court to which applicant is admitted)     whose business address and telephone number

13   is   Fish & Richardson P.C.
14       1717 Main Street, Suite 5000
      Dallas, Texas 75201
15       Telephone: (214) 747-5070

                                  , having applied in the

16   above-entitled action for admission to practice in the Northern District of California on a *pro hac*

17   *vice* basis, representing   Google Inc. and AOL, LLC

18       IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and

19   conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac*

20   *vice* . Service of papers upon and communication with co-counsel designated in the application

21   will constitute notice to the party. All future filings in this action are subject to the requirements

22   contained in General Order No. 45, *Electronic Case Filing* .

23

24   Dated:

25                            Ronald M. Whyte
                           United States District     Judge
26

27

28

Reset Form

Dockets.Justia.com