# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

*E-FILED*

## CIVIL MINUTES

DATE: November 14, 2008

Case No. C-08-03172-RMW    JUDGE: Ronald M. Whyte

**GOOGLE, INC.**    -V- **DANIEL EGGER, et al.**
Title

T. Walsh, M. Jacobs, R. Hung, J. Kash    T. Smegal, L. Kaplan
Attorneys Present (Plaintiff)    Attorneys Present (Defendant)

**COURT CLERK:** Jackie Garcia    **COURT REPORTER:** Not Reported

## PROCEEDINGS

**CASE MANAGEMENT CONFERENCE**    (*Time: 25 min.*)

**ORDER AFTER HEARING**

Hearing Held. Motion to dismiss, transfer and stay action is pending and set for hearing before this court on 1/23/09 @ 9:00 a.m. There is also a case pending in the Eastern District of Texas. Parties agreed to use discovery in either case. Any summary judgment motion dependent on claims construction shall be heard at the same time as the claims construction hearing. Within 30 days of today, the parties are to file a stipulation as to the plan of the tutorial. There will be one expert on technology per side. The Court set the following dates: 8/20/10 @ 2:00 p.m. for a Pre-Conference Hearing on the Claims Construction; Claims Construction Hearing set for 12/15/10 @ 9:00 a.m. The Court to set a Further Case Management Conference after the court issues its claims construction ruling. Plaintiff shall prepare an order following the conference.