RECEIVED

NOV –15 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

GOOGLE INC., AOL, LLC, YAHOO!
INC., IAC SEARCH & MEDIA, INC.,
and LYCOS, INC.,

*＊E-FILED -11/19/08＊*

                                        Plaintiff(s),
                        v.
L. DANIEL EGGER, SOFTWARE RIGHTS
ARCHIVE, LLC, and SITE
TECHNOLOGIES, INC.,

CASE NO. CV 08-03172 RMW

(Proposed)
**ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY
*PRO HAC VICE***

                                        Defendant(s).            /

Thomas B. Walsh, IV                      , an active member in good standing of the bar of

the Eastern District of Texas                      whose business address and telephone number
(particular court to which applicant is admitted)

is  Fish & Richardson P.C.
    1717 Main Street, Suite 5000
    Dallas, Texas 75201
    Telephone: (214) 747-5070
                                                                  , having applied in the

above-entitled action for admission to practice in the Northern District of California on a *pro hac*

*vice* basis, representing  Google Inc. and AOL, LLC

        IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and

conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac*

*vice* . Service of papers upon and communication with co-counsel designated in the application

will constitute notice to the party. All future filings in this action are subject to the requirements

contained in General Order No. 45, *Electronic Case Filing* .


Dated:  11/19/08

*Ronald M. Whyte*
Ronald M. Whyte
United States District        Judge

Reset Form

United States District Court
For the Northern District of California

4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28