| | |
|---|---|
| 1 | Juanita R. Brooks (SBN 75934, brooks@fr.com) |
| | Jason W. Wolff (SBN 215819, wolff@fr.com) |
| 2 | FISH & RICHARDSON P.C. |
| | 12390 El Camino Real |
| 3 | San Diego, CA 92130 |
| | Telephone: (858) 678-5070 |
| 4 | Facsimile: (858) 678-5099 |
| 5 | Jerry T. Yen (SBN 247988, yen@fr.com) |
| | FISH & RICHARDSON P.C. |
| 6 | 500 Arguello Street, Suite 500 |
| | Redwood City, CA 94063 |
| 7 | Telephone: (650) 839-5070 |
| | Facsimile: (650) 839-5071 |
| 8 | |
| | Attorneys for Plaintiffs |
| 9 | GOOGLE INC. and AOL LLC |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GOOGLE INC., AOL LLC, YAHOO! INC., IAC SEARCH & MEDIA, INC., and LYCOS, INC., | Case No. CV 08-03172 RMW (RS) |
| Plaintiffs, | **NOTICE OF APPEARANCE** |
| v. | |
| L. DANIEL EGGER, SOFTWARE RIGHTS ARCHIVE, LLC, and SITE TECHNOLOGIES, INC., | Honorable Ronald M. Whyte |
| | Courtroom 6, 4th Floor |
| Defendants. | |

**TO ALL PARTIES AND THEIR RESPECTIVE ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that Thomas B. Walsh, IV of Fish & Richardson P.C. hereby appears *pro hac vice* in the above-entitled action as counsel for Plaintiffs GOOGLE INC. and AOL LLC. The undersigned requests that copies of all briefs, motions, orders, correspondence and other papers be served upon Mr. Walsh at his address listed below:

| | |
|---|---|
| 1 | Thomas B. Walsh, IV (Admitted *Pro Hac Vice*) |
| 2 | [Texas Bar No. 00785173]<br>Fish & Richardson P.C. |
| 3 | 1717 Main Street, Suite 5000<br>Dallas, Texas 75201 |
| 4 | Telephone: (214) 747-5070<br>Facsimile: (214) 747-2091 |
| 5 | Email: walsh@fr.com |

Dated: November 20, 2008     FISH & RICHARDSON P.C.


By: /s/ Thomas B. Walsh
    Thomas B. Walsh (Bar No. 00785173)
    E-mail: walsh@fr.com

Attorneys for Plaintiffs
GOOGLE INC. AND AOL LLC

10882162.doc