1 | [See Signature Page for Counsel]

2

3

4

5

6

7

8 | UNITED STATES DISTRICT COURT

9 | NORTHERN DISTRICT OF CALIFORNIA

10 | SAN JOSE DIVISION

11

12 | GOOGLE INC., AOL LLC, YAHOO! INC., IAC SEARCH & MEDIA, INC. AND LYCOS, INC.,

CASE NO. C-08-03172-RMW

**NOTICE OF RE-OPENING OF BANKRUPTCY CASE**

14 | Plaintiffs,

15 | v.

16 | L. DANIEL EGGER, SOFTWARE RIGHTS ARCHIVE, LLC, AND SITE TECHNOLOGIES, INC.,

18 | Defendants.

51429/2725787.1

Case No. C-08-03172-RMW
NOTICE OF RE-OPENING OF BANKRUPTCY CASE

1  PLEASE TAKE NOTICE THAT the chapter 11 bankruptcy case of Site Technologies,
2  Inc. ("Site Technologies") (Case No. 99-50736 (RLE)), was re-opened pursuant to an order (a
3  copy of which is attached hereto as <u>Exhibit A</u>) of the United States Bankruptcy Court for the
4  Northern District of California (the "Bankruptcy Court"), entered on the docket on December 2,
5  2008. The motion upon which the bankruptcy case was re-opened (a copy of which is attached
6  hereto as <u>Exhibit B</u>) asserted, among other things, that the patents that are the subject of the above-
7  captioned action are assets of Site Technologies that were not administered in the bankruptcy
8  proceedings and therefore remain protected by the automatic stay of Bankruptcy Code section 362.
9  If necessary, Plaintiffs in this action will be seeking confirmation from the Bankruptcy Court that
10 the automatic bankruptcy stay is in effect.

12 DATED: December 10, 2008                Respectfully submitted,

By /s/ Thomas B. Walsh, IV
  Juanita R. Brooks (SBN 75934, brooks@fr.com)
  Jason W. Wolff (SBN 215819, wolff@fr.com)
  FISH & RICHARDSON P.C.
  12390 El Camino Real
  San Diego, CA  92130
  Telephone:  (858) 678-5070
  Facsimile:   (858) 678-5099

  Thomas B. Walsh, IV (*admitted pro hac vice*)
  FISH & RICHARDSON P.C.
  5000 Bank One Center
  1717 Main Street
  Dallas, TX 75201
  Telephone:  (214)747-5070
  Facsimile:  (214) 747-2091
  Email:  walsh@fr.com

  Jerry T. Yen (SBN 247988, yen@fr.com)
  FISH & RICHARDSON P.C.
  500 Arguello Street, Suite 500
  Redwood City, CA  94063
  Telephone: (650) 839-5070
  Facsimile: (650) 839-5071

  Attorneys for Plaintiffs
  GOOGLE INC. and AOL LLC

|   |   |
|---|---|
| 1 | By /s/ Richard S.J. Hung |
| 2 | Michael A. Jacobs (CA Bar No. 111664)<br>Richard S.J. Hung (CA Bar No. 197425) |
| 3 | MORRISON & FOERSTER<br>425 Market Street |
| 4 | San Francisco, CA 94105<br>Telephone: (415) 268-7000 |
| 5 | Facsimile: (415) 268-7522<br>Email: mjacobs@mofo.com |
| 6 | Email: rhung@mofo.com |
| 7 | Attorneys for Plaintiff YAHOO! INC. |

By /s/ Jennifer A. Kash
Claude M. Stern (CA Bar No. 96737)
Jennifer A. Kash (CA Bar No. 203679)
QUINN EMANUEL URQUHART
  OLIVER & HEDGES, LLP
555 Twin Dolphin Drive, Suite 560
Redwood Shores, CA 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100
Email: claudestern@quinnemanuel.com
Email: jenniferkash@quinnemanuel.com

Attorneys for Plaintiffs IAC SEARCH & MEDIA, INC. and LYCOS, INC.

I, Jennifer A. Kash, am the ECF User whose ID and password are being used to file this pleading. Pursuant to General Order No. 45, Section X(B) regarding signatures, I attest under penalty of perjury that concurrence in the filing of this document has been obtained from counsel for Plaintiffs GOOGLE INC., AOL LLC, and YAHOO! INC.

/s/ Jennifer A. Kash