Clerk's Use Only

Initial for fee pd.:

_____

Ramon K. Tabtiang
Fish & Richardson P.C.
225 Franklin Street
Boston, MA 02110
617-542-5070

*Filed*

DEC 0 9 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

GOOGLE INC., AOL LLC, YAHOO!
INC., IAC SEARCH & MEDIA, INC., and
LYCOS, INC.,

　　　　　　　Plaintiff(s),

　　　　v.

L. DANIEL EGGER, SOFTWARE
RIGHTS ARCHIVE, LLC, and SITE
TECHNOLOGIES, INC.,

　　　　　　　Defendant(s).　　　/

CASE NO. CV 08-03172

**APPLICATION FOR
ADMISSION OF ATTORNEY
*PRO HAC VICE***

Pursuant to Civil L.R. 11-3, Ramon K. Tabtiang , an active member in good standing of the bar of the USDC for the District of Massachusetts , hereby applies for admission to practice in the Northern District of California on a pro hac vice basis representing GOOGLE INC. and AOL LLC in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:
   Jason W. Wolff, Fish & Richardson P.C., 4350 La Jolla Village Drive,
   Suite 500, San Diego, CA 92122; telephone: 858-678-5070

I declare under penalty of perjury that the foregoing is true and correct.

Dated: December 2, 2008

Ramon K. Tabtiang