Reset Form

# RECEIVED

DEC - 9 2008

RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

GOOGLE INC., AOL LLC, YAHOO!
INC., IAC SEARCH & MEDIA, INC., and
LYCOS, INC.,

Plaintiff(s),

v.

L. DANIEL EGGER, SOFTWARE
RIGHTS ARCHIVE, LLC, and SITE
TECHNOLOGIES, INC.,

Defendant(s).

CASE NO. CV 08-03172

**(Proposed)**
**ORDER GRANTING APPLICATION**
**FOR ADMISSION OF ATTORNEY**
***PRO HAC VICE***

Ramon K. Tabtiang                                                                , an active member in good standing of the bar of

the USDC for the District of Massachusetts                whose business address and telephone number
(particular court to which applicant is admitted)

is  Fish & Richardson P.C., 225 Franklin Street, Boston, MA 02110;
    telephone: 617-542-5070

, having applied in the

above-entitled action for admission to practice in the Northern District of California on a *pro hac*

*vice* basis, representing  GOOGLE INC. and AOL LLC

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and

conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac*

*vice* . Service of papers upon and communication with co-counsel designated in the application

will constitute notice to the party. All future filings in this action are subject to the requirements

contained in General Order No. 45, *Electronic Case Filing* .

Dated:

United States District        Judge

Ronald M. Whyte

United States District Court
For the Northern District of California