[SEE SIGNATURE PAGE FOR COUNSEL]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GOOGLE INC., AOL LLC, YAHOO! INC., IAC SEARCH & MEDIA, INC., and LYCOS, INC., <br><br> Plaintiffs, <br><br> v. <br><br> L. DANIEL EGGER, SOFTWARE RIGHTS ARCHIVE, LLC, and SITE TECHNOLOGIES, INC., <br><br> Defendants. | Case No.    C-08-03172-RMW <br><br> **STIPULATION GOVERNING LIVE TECHNOLOGY TUTORIAL AND [PROPOSED] ORDER** |

**STIPULATION GOVERNING LIVE TECHNOLOGY TUTORIAL**

The Court will conduct a live technology tutorial on December 15, 2010 at 9:00 a.m.  The parties hereby stipulate to the following which will govern how the live technology tutorial will be conducted:

1.      Each side will be allowed one expert witness to testify at the tutorial, but neither side is required to call any such expert witness at the tutorial.

2.      Defendants will proceed first.  Defendants will collectively be allotted 60 minutes to make their presentation regarding the technology at issue in the patents-in-suit. Defendants' attorneys may make attorney argument and present expert witness

STIPULATION GOVERNING LIVE TECH. TUTORIAL AND [PROPOSED] ORDER - Case No. C-08-03172-RMW

sf- 2616986

1

Dockets.Justia.com

1  testimony during their allotted 60 minutes.  There will be no cross-examination of

2  Defendants' expert witness by Plaintiffs.

3      3.    At the conclusion of Defendants' presentation, Plaintiffs will collectively be

4  allotted 60 minutes to make their presentation regarding the technology at issue in

5  the patents-in-suit.  Plaintiffs' attorneys may make attorney argument and present

6  expert witness testimony during their allotted 60 minutes.  There will be no cross-

7  examination of Plaintiffs' expert witness by Defendants.

8      SO STIPULATED.

9

10  Dated:  December 15, 2008               Respectfully submitted,

11                    By: /s/ Juanita R. Brooks

12                    Juanita R. Brooks (SBN 75934, brooks@fr.com)

13                    Jason W. Wolff (SBN 215819, wolff@fr.com)

14                    FISH & RICHARDSON P.C.
   12390 El Camino Real

15                    San Diego, CA  92130
   Telephone:  (858) 678-5070

16                    Facsimile:   (858) 678-5099

17                    Thomas B. Walsh, IV (*admitted pro hac vice*)

18                    FISH & RICHARDSON P.C.
   5000 Bank One Center

19                    1717 Main Street
   Dallas, TX 75201

20                    Telephone:  (214)747-5070
   Facsimile:  (214) 747-2091

21                    Email:  walsh@fr.com

22                    Jerry T. Yen (SBN 247988, yen@fr.com)
   FISH & RICHARDSON P.C.

23                    500 Arguello Street, Suite 500
   Redwood City, CA  94063

24                    Telephone: (650) 839-5070
   Facsimile: (650) 839-5071

25                    Attorneys for Plaintiffs GOOGLE INC. and AOL LLC

26

27

28

By: /s/ Richard. S.J. Hung
  Michael A. Jacobs (CA Bar No. 111664)
  Richard S.J. Hung (CA Bar No. 197425)
  MORRISON & FOERSTER
  425 Market Street
  San Francisco, CA 94105
  Telephone: 415-268-7000
  Facsimile: 415-268-7522
  Email: mjacobs@mofo.com

Attorneys for Plaintiff YAHOO! INC.

By: /s/ Jennifer A. Kash
  Claude M. Stern (CA Bar No. 96737)
  Jennifer A. Kash (CA Bar No. 203679)
  QUINN EMANUEL URQUHART
  OLIVER & HEDGES, LLP
  555 Twin Dolphin Drive, Suite 560
  Redwood Shores, CA 94065
  Telephone: (650) 801-5000
  Facsimile: (650) 801-5100
  Email: claudestern@quinnemanuel.com
  Email:jenniferkash@quinnemanuel.com

Attorneys for Plaintiffs IAC SEARCH &
MEDIA, INC. and LYCOS, INC.

By: /s/ Jay D. Ellwanger

Jay D. Ellwanger
(jellwanger@dpelaw.com)
Dinovo Price Ellwanger LLP
P.O. Box 201690
Austin, Texas 78720
Telephone:  (512) 681-4060
Facsimile:  (512) 628-3410

Thomas F. Smegal, Jr.
(tomsmegal@smegallaw.com)
Law Offices of Thomas F. Smegal, Jr.
One Sansome Street, 35th floor
San Francisco, CA  94104
Telephone:  (415) 217-8383
Facsimile:  (415) 399-0593

Lee Landa Kaplan (lkaplan@skv.com)
(pro hac vice)
Smyser Kaplan & Veselka, L.L.P.
700 Louisiana St., Suite 2300, Houston, TX 77002
Telephone:      (713) 221-2300
Facsimile:      (713) 221-2320
Attorneys for Defendants L. DANIEL EGGER, SOFTWARE RIGHTS ARCHIVE, LLC, and SITE TECHNOLOGIES, INC.

## DECLARATION OF CONSENT

Pursuant to General Order No. 45, Section X(B) regarding signatures, I attest under penalty of perjury that concurrence in the filing of this document has been obtained from counsel for Plaintiffs Google Inc., AOL LLC, IAC Search & Media, Inc. and Lycos, Inc. and Defendants L. Daniel Egger, Software Rights Archive, LLC, and Site Technologies, Inc.

Dated: December 15, 2008

By: ___/s/ Richard_Hung___

1  **[PROPOSED] ORDER**

2  The Court hereby adopts the Stipulation Governing Live Technology Tutorial.

3

4

   Dated:  December ___, 2008

5

                              By: _____

6                                       Honorable Ronald M. Whyte
                                         Judge of the United States District Court
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28