[SEE SIGNATURE PAGE FOR COUNSEL]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GOOGLE INC., AOL LLC, YAHOO! INC., IAC SEARCH & MEDIA, INC., and LYCOS, INC., <br><br> Plaintiffs, <br><br> v. <br><br> L. DANIEL EGGER, SOFTWARE RIGHTS ARCHIVE, LLC, and SITE TECHNOLOGIES, INC., <br><br> Defendants. | Case No.　C-08-03172-RMW <br><br> **AGREED SCHEDULE AND [PROPOSED] ORDER** |

## AGREED SCHEDULE

The Court hereby adopts the following agreed schedule for this case:

| Proposed Dates | Court Order | Event/Authority |
|---|---|---|
| November 14, 2008 | | Initial Case Management Conference <br> [Civil L.R. 16-10; Sep. 24, 2008 Case Management Conference Order] |
| December 19, 2008 | | Initial Disclosure of Asserted Claims & Preliminary Infringement Contentions & accompanying document production <br> [Patent L.R. 3-1 & 3-2 (10 days after Initial Case Management Conference)] |
| December 19, 2008 | | Initial Disclosures <br> [FRCP 26(a)(1)] |
| February 13, 2009 | | Preliminary Invalidity Contentions |

AGREED SCHEDULE AND [PROPOSED] ORDER - Case No. C-08-03172-RMW

sf-2616989

1

| Proposed Dates | Court Order | Event/Authority |
|---|---|---|
| | | [Patent L.R. 3-3 & 3-4 (ordinarily 45 days after Patent L.R. 3-1 Disclosure )] |
| March 6, 2009 | | Document production pursuant to Patent L.R. 3-3 & 3-4 |
| June 4, 2010 | | Parties to exchange Proposed Terms & Claim Elements for Construction<br>[Patent L.R. 4-1(a) (ordinarily 10 days after Patent L.R. 3-3 Contentions)] |
| July 2, 2010 | | Parties to exchange Preliminary Claim Constructions<br>[Patent L.R. 4-2(a) (ordinarily 20 days after Patent L.R. 4-1 Disclosures)] |
| August 6, 2010 | | Parties to file Joint Claim Construction & Prehearing Statement; parties to exchange expert declarations or other disclosures on claim construction for any experts who will submit declarations or testify regarding claim construction at the Claim Construction Hearing.<br>[Patent L.R. 4-3 (ordinarily 60 days after Patent L.R. 3-3 Contentions)] |
| August 20, 2010 at 2:00 pm | | Claim Construction Pre-Hearing Conference<br>[Patent L.R. 2-1] |
| September 3, 2010 | | Claim Construction Discovery Cut-Off<br>[Patent L.R. 4-4 (30 days after Patent L.R. 4-3 Statement)] |
| September 24, 2010 | | Parties to file Opening Brief on Claim Construction<br>[Patent L.R. 4-5(a) (45 days after Patent L.R. 4-3 Statement)]<br><br>Parties to file any motion(s) for summary judgment which are dependent on claim construction[1] |
| October 29, 2010 | | Parties to file Responsive Brief on Claim Construction<br>[Patent L.R. 4-5(b), (c) (Responsive Brief 14 days after Opening Brief, Reply Brief 7 days after Responsive Brief)]<br><br>Parties to file any response(s) in opposition to any motion(s) for summary judgment which are dependent on claim construction |
| November 19, 2010 | | Parties to file Reply Brief on Claim Construction<br><br>Parties to file any reply brief(s) to any motion(s) for summary judgment which are dependent on claim construction |
| December 15, 2010 at 9:00 am | | Live technical tutorial to the Court. (The specifics of how the live technical tutorial will be conducted, including the length of the hearing, will be contained in a separate order)<br><br>Court conducts Claim Construction (*Markman*) Hearing<br>[Patent L.R. 4-6 (14 days after Reply Brief)] |

---

[1] The parties may file any summary judgment motion(s) which are not dependent on claim construction at any time.

| Proposed Dates | Court Order | Event/Authority |
|---|---|---|
| | | In addition, any motion(s) for summary judgment which are dependent on claim construction will be heard at this time as well |

The Court will conduct another case management conference to schedule the remainder of the case after the Court issues a claim construction ruling and its ruling(s) on any motion(s) for summary judgment that are heard on December 15, 2010. In addition, while the parties are free to participate in mediation at any time, the topic of mediation will be discussed at the case management conference which will be conducted after the Court issues a claim construction ruling and its ruling(s) on any motion(s) for summary judgment that are heard on December 15, 2010. The Court will require that mediation occur shortly before the pre-trial conference that will be scheduled at a later date.

The agreed to discovery limitations set forth in paragraph 8 of Dkt. No. 41 will apply to this case. On December 2, 2008, the chapter 11 bankruptcy case of Site Technologies, Inc. ("Site Technologies") (Case No. 99-50736 (RLE)), was re-opened pursuant to an order of the United States Bankruptcy Court for the Northern District of California. Plaintiffs believe that the patents in this case are assets of Site Technologies and that the automatic stay of Bankruptcy Code section 362 therefore applies to this action, and submit the proposed scheduling order with Defendants subject to a determination of the applicability of the automatic stay.

Dated: December 15, 2008

Respectfully submitted,

By: /s/ Juanita R. Brooks
    Juanita R. Brooks (SBN 75934, brooks@fr.com)
    Jason W. Wolff (SBN 215819, wolff@fr.com)
    FISH & RICHARDSON P.C.
    12390 El Camino Real
    San Diego, CA 92130
    Telephone: (858) 678-5070
    Facsimile: (858) 678-5099

    Thomas B. Walsh, IV (*admitted pro hac vice*)
    FISH & RICHARDSON P.C.
    5000 Bank One Center
    1717 Main Street
    Dallas, TX 75201
    Telephone: (214)747-5070
    Facsimile: (214) 747-2091
    Email: walsh@fr.com

    Jerry T. Yen (SBN 247988, yen@fr.com)
    FISH & RICHARDSON P.C.
    500 Arguello Street, Suite 500
    Redwood City, CA 94063
    Telephone: (650) 839-5070
    Facsimile: (650) 839-5071

Attorneys for Plaintiffs GOOGLE INC. and AOL LLC

By: /s/ Richard. S.J. Hung
    Michael A. Jacobs (CA Bar No. 111664)
    Richard S.J. Hung (CA Bar No. 197425)
    MORRISON & FOERSTER
    425 Market Street
    San Francisco, CA 94105
    Telephone: 415-268-7000
    Facsimile: 415-268-7522
    Email: mjacobs@mofo.com

Attorneys for Plaintiff YAHOO! INC.

| | |
|---|---|
| 1 | By: /s/ Jennifer A. Kash |
| 2 | Claude M. Stern (CA Bar No. 96737)<br>Jennifer A. Kash (CA Bar No. 203679)<br>QUINN EMANUEL URQUHART<br>OLIVER & HEDGES, LLP<br>555 Twin Dolphin Drive, Suite 560<br>Redwood Shores, CA 94065<br>Telephone: (650) 801-5000<br>Facsimile: (650) 801-5100<br>Email: claudestern@quinnemanuel.com<br>Email: jenniferkash@quinnemanuel.com |

Attorneys for Plaintiffs IAC SEARCH & MEDIA, INC. and LYCOS, INC.

By: /s/ Jay D. Ellwanger

Jay D. Ellwanger
(jellwanger@dpelaw.com)
Dinovo Price Ellwanger LLP
P.O. Box 201690
Austin, Texas 78720
Telephone: (512) 681-4060
Facsimile: (512) 628-3410

Thomas F. Smegal, Jr.
(tomsmegal@smegallaw.com)
Law Offices of Thomas F. Smegal, Jr.
One Sansome Street, 35th floor
San Francisco, CA 94104
Telephone: (415) 217-8383
Facsimile: (415) 399-0593

Lee Landa Kaplan (lkaplan@skv.com)
(pro hac vice)
Smyser Kaplan & Veselka, L.L.P.
700 Louisiana St., Suite 2300, Houston, TX 77002
Telephone: (713) 221-2300
Facsimile: (713) 221-2320

Attorneys for Defendants L. DANIEL EGGER, SOFTWARE RIGHTS ARCHIVE, LLC, and SITE TECHNOLOGIES, INC.

## **DECLARATION OF CONSENT**

Pursuant to General Order No. 45, Section X(B) regarding signatures, I attest under penalty of perjury that concurrence in the filing of this document has been obtained from counsel for Plaintiffs Google Inc., AOL LLC, IAC Search & Media, Inc. and Lycos, Inc. and Defendants L. Daniel Egger, Software Rights Archive, LLC, and Site Technologies, Inc.

Dated: December 15, 2008

By: ___/s/ Richard_Hung___

AGREED SCHEDULE AND [PROPOSED] ORDER - Case No. C-08-03172-RMW
sf-2616989

6

**[PROPOSED] ORDER**

The Court hereby adopts the Agreed Schedule.


Dated: December ___, 2008

By: _____
    Honorable Ronald M. Whyte
    Judge of the United States District Court