[SEE SIGNATURE PAGE FOR COUNSEL]

*E-FILED - 12/17/08*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GOOGLE INC., AOL LLC, YAHOO! INC., IAC SEARCH & MEDIA, INC., and LYCOS, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>L. DANIEL EGGER, SOFTWARE RIGHTS ARCHIVE, LLC, and SITE TECHNOLOGIES, INC.,<br><br>Defendants. | Case No. C-08-03172-RMW<br><br>**STIPULATION GOVERNING LIVE TECHNOLOGY TUTORIAL AND [] ORDER** |

**STIPULATION GOVERNING LIVE TECHNOLOGY TUTORIAL**

The Court will conduct a live technology tutorial on December 15, 2010 at 9:00 a.m. The parties hereby stipulate to the following which will govern how the live technology tutorial will be conducted:

1. Each side will be allowed one expert witness to testify at the tutorial, but neither side is required to call any such expert witness at the tutorial.

2. Defendants will proceed first. Defendants will collectively be allotted 60 minutes to make their presentation regarding the technology at issue in the patents-in-suit. Defendants' attorneys may make attorney argument and present expert witness

STIPULATION GOVERNING LIVE TECH. TUTORIAL AND [] ORDER - Case No. C-08-03172-RMW

sf- 2616986

1

| | |
|---|---|
| 1 | testimony during their allotted 60 minutes. There will be no cross-examination of |
| 2 | Defendants' expert witness by Plaintiffs. |
| 3 | 3. At the conclusion of Defendants' presentation, Plaintiffs will collectively be |
| 4 | allotted 60 minutes to make their presentation regarding the technology at issue in |
| 5 | the patents-in-suit. Plaintiffs' attorneys may make attorney argument and present |
| 6 | expert witness testimony during their allotted 60 minutes. There will be no cross- |
| 7 | examination of Plaintiffs' expert witness by Defendants. |

SO STIPULATED.

Dated: December 15, 2008           Respectfully submitted,

By: /s/ Juanita R. Brooks
Juanita R. Brooks (SBN 75934, brooks@fr.com)
Jason W. Wolff (SBN 215819, wolff@fr.com)
FISH & RICHARDSON P.C.
12390 El Camino Real
San Diego, CA 92130
Telephone: (858) 678-5070
Facsimile: (858) 678-5099

Thomas B. Walsh, IV (*admitted pro hac vice*)
FISH & RICHARDSON P.C.
5000 Bank One Center
1717 Main Street
Dallas, TX 75201
Telephone: (214)747-5070
Facsimile: (214) 747-2091
Email: walsh@fr.com

Jerry T. Yen (SBN 247988, yen@fr.com)
FISH & RICHARDSON P.C.
500 Arguello Street, Suite 500
Redwood City, CA 94063
Telephone: (650) 839-5070
Facsimile: (650) 839-5071

Attorneys for Plaintiffs GOOGLE INC. and AOL LLC

By: /s/ Richard. S.J. Hung
Michael A. Jacobs (CA Bar No. 111664)
Richard S.J. Hung (CA Bar No. 197425)
MORRISON & FOERSTER
425 Market Street
San Francisco, CA 94105
Telephone: 415-268-7000
Facsimile: 415-268-7522
Email: mjacobs@mofo.com

Attorneys for Plaintiff YAHOO! INC.

By: /s/ Jennifer A. Kash
Claude M. Stern (CA Bar No. 96737)
Jennifer A. Kash (CA Bar No. 203679)
QUINN EMANUEL URQUHART
OLIVER & HEDGES, LLP
555 Twin Dolphin Drive, Suite 560
Redwood Shores, CA 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100
Email: claudestern@quinnemanuel.com
Email:jenniferkash@quinnemanuel.com

Attorneys for Plaintiffs IAC SEARCH &
MEDIA, INC. and LYCOS, INC.

| | |
|---|---|
| 1 | By: /s/ Jay D. Ellwanger |
| 2 | Jay D. Ellwanger (jellwanger@dpelaw.com) |
| 3 | Dinovo Price Ellwanger LLP P.O. Box 201690 |
| 4 | Austin, Texas 78720 Telephone: (512) 681-4060 |
| 5 | Facsimile: (512) 628-3410 |
| 6 | |
| 7 | Thomas F. Smegal, Jr. (tomsmegal@smegallaw.com) Law Offices of Thomas F. Smegal, Jr. |
| 8 | One Sansome Street, 35th floor San Francisco, CA 94104 |
| 9 | Telephone: (415) 217-8383 Facsimile: (415) 399-0593 |
| 10 | |
| 11 | Lee Landa Kaplan (lkaplan@skv.com) (pro hac vice) |
| 12 | Smyser Kaplan & Veselka, L.L.P. 700 Louisiana St., Suite 2300, Houston, TX 77002 |
| 13 | Telephone: (713) 221-2300 Facsimile: (713) 221-2320 |
| 14 | Attorneys for Defendants L. DANIEL EGGER, SOFTWARE RIGHTS ARCHIVE, LLC, and |
| 15 | SITE TECHNOLOGIES, INC. |

**<u>DECLARATION OF CONSENT</u>**

Pursuant to General Order No. 45, Section X(B) regarding signatures, I attest under penalty of perjury that concurrence in the filing of this document has been obtained from counsel for Plaintiffs Google Inc., AOL LLC, IAC Search & Media, Inc. and Lycos, Inc. and Defendants L. Daniel Egger, Software Rights Archive, LLC, and Site Technologies, Inc.

Dated: December 15, 2008

By: ___/s/ Richard_Hung___

**[] ORDER**

The Court hereby adopts the Stipulation Governing Live Technology Tutorial.

Dated: December 17, 2008

By: _/s/ Ronald M. Whyte_
Honorable Ronald M. Whyte
Judge of the United States District Court