Juanita R. Brooks (SBN 75934, brooks@fr.com)
Jason W. Wolff (SBN 215819, wolff@fr.com)
FISH & RICHARDSON P.C.
12390 El Camino Real
San Diego, CA 92130
Telephone: (858) 678-5070
Facsimile: (858) 678-5099

Jerry T. Yen (SBN 247988, yen@fr.com)
FISH & RICHARDSON P.C.
500 Arguello Street, Suite 500
Redwood City, CA 94063
Telephone: (650) 839-5070
Facsimile: (650) 839-5071

Thomas B. Walsh, IV (admitted pro hac vice, walsh@fr.com)
FISH & RICHARDSON P.C.
5000 Bank One Center
1717 Main Street
Dallas, TX 75201
Telephone: (214)747-5070
Facsimile: (214) 747-2091

Attorneys for Plaintiffs
GOOGLE INC. and AOL LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GOOGLE INC., AOL LLC, YAHOO! INC., IAC SEARCH & MEDIA, INC., and LYCOS, INC., <br><br> Plaintiffs, <br><br> v. <br><br> L. DANIEL EGGER, SOFTWARE RIGHTS ARCHIVE, LLC, and SITE TECHNOLOGIES, INC., <br><br> Defendants. | Case No. CV 08-03172 RMW (RS) <br><br> **NOTICE OF APPEARANCE** <br><br><br> Honorable Ronald M. Whyte <br> Courtroom 6, 4th Floor |

**TO ALL PARTIES AND THEIR RESPECTIVE ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that Ramon K. Tabtiang of Fish & Richardson P.C. hereby

appears *pro hac vice* in the above-entitled action as counsel for Plaintiffs GOOGLE INC. and

1  AOL LLC.  The undersigned requests that copies of all briefs, motions, orders, correspondence
2  and other papers be served upon Mr. Tabtiang at his address listed below:

3   Ramon K. Tabtiang (Admitted *Pro Hac Vice*)
    Fish & Richardson P.C.
4   225 Franklin Street
    Boston, MA 02110
5   Telephone: 617-542-5070
    Facsimile: 617-542-8906
6   Email: tabtiang@fr.com

8  Dated:  December 19, 2008                    FISH & RICHARDSON P.C.

10                                              By:   /s/ Ramon K. Tabtiang
                                                      Ramon K. Tabtiang *pro hac vice*
11                                                    (MA Bar No. 663943)
                                                      Fish & Richardson P.C.
12                                                    225 Franklin Street
                                                      Boston, MA 02110
13                                                    Telephone: 617-542-5070
                                                      Facsimile: 617-542-8906
14                                                    Email: tabtiang@fr.com
15
16                                              Attorney for Plaintiffs
                                                GOOGLE INC. AND AOL LLC

19  22096914.doc