[SEE SIGNATURE BLOCK FOR COUNSEL]

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| GOOGLE INC., AOL LLC, YAHOO! INC., IAC SEARCH & MEDIA, INC., and LYCOS, INC.<br><br>**Plaintiffs**<br><br>v.<br><br>L. DANIEL EGGER, SOFTWARE RIGHTS ARCHIVE, LLC, and SITE TECHNOLOGIES, INC.<br><br>**Defendants** | Case No. CV08-03172RMW<br><br>SOFTWARE RIGHTS ARCHIVE, LLC'S AGREED MOTION TO ENLARGE TIME |

Defendant Software Rights Archive, LLC ("SRA") files this agreed motion to enlarge time for (a) all parties to serve their Initial Disclosures pursuant to Federal Rule of Civil Procedure 26(a)(1); and (b) Defendant SRA to serve its Initial Disclosure of Asserted Claims & Preliminary Infringement Contentions and accompanying document production pursuant to Patent L.R. 3-1 & 3-2. These documents were scheduled to be served on December 19, 2008. With the agreement of all parties, SRA moves this Court to enlarge the time for service of the above-listed documents to December 29, 2008.

Respectfully submitted,

_____
Thomas F. Smegal, Jr. (Bar No. 34,819)
One Sansome Street, 35th Floor
San Francisco, CA 94104
Telephone: (415) 217-8383
Facsimile: (415) 399-5093
Email: tomsmegal@smegallaw.com

Lee L. Kaplan (Texas Bar No. 11094400)
Jeffrey A. Potts (Texas Bar No. 00784781)
Raj Duvvuri (Texas Bar No. 24054185)
(admitted *pro hac vice*)
700 Louisiana Street, Suite 2300
Houston, TX 77002
Telephone: (713) 221-2300
Facsimile: (713) 221-2320
Email: lkaplan@skv.com

Jay D. Ellwanger (Texas Bar No. 24036522)
P.O. Box 201690
Austin, Texas 78720
Telephone: (512) 681-4060
Facsimile: (512) 628-3410
Email: jellwanger@dpelaw.com

Attorneys for Defendants

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing instrument has been forwarded to all counsel of record pursuant to the Federal Rules of Civil Procedure on this the 19th day of December, 2008.

_____
Lee L. Kaplan

Juanita R. Brooks
Jason W. Wolff
Fish & Richardson P.C.
12390 El Camino Real
San Diego, California 92130

Thomas B. Walsh, IV
Fisher & Richardson P.C.
5000 Bank One Center
1717 Main St.
Dallas, Texas 75201

Ramon K. Tabtiang
Fish & Richardson P.C.
225 Franklin Street
Boston, Massachusetts 02110-2804

Michael A. Jacobs (CA Bar No. 111664)
Richard S.J. Hung (CA Bar No. 197425)
MORRISON & FOERSTER
425 Market Street
San Francisco, CA 94105

Claude M. Stern (CA Bar No. 96737)
Jennifer A. Kash (CA Bar No. 203679)
QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
555 Twin Dolphin Drive, Suite 560
Redwood Shores, CA 94065

## DECLARATION OF CONSENT

Pursuant to General Order No. 45, Section X(B) regarding signatures, I attest under penalty of perjury that concurrence in the filing of this document has been obtained from counsel for Plaintiffs Google Inc., Yahoo! Inc., AOL LLC, IAC Search & Media, Inc., and Lycos, Inc. and Defendants L. Daniel Egger and Site Technologies, Inc.

Dated: December 19, 2008

_____
Lee L. Kaplan

# ORDER

Before the Court is Software Rights Archive, LLC's Agreed Motion to Enlarge Time. The Court hereby GRANTS the motion. Accordingly, it is ORDERED that the time for (a) all parties to serve their Initial Disclosures pursuant to Federal Rule of Civil Procedure 26(a)(1); and (b) Defendant SRA to serve its Initial Disclosure of Asserted Claims & Preliminary Infringement Contentions and accompanying document production pursuant to Patent L.R. 3-1 & 3-2 is extended until and including December 29, 2008.

Dated: December _____, 2008

_____
Hon. Ronald M. Whyte
United States District Judge