1  [SEE SIGNATURE PAGE FOR COUNSEL]

*E-FILED - 12/24/08*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GOOGLE INC., AOL LLC, YAHOO! INC., IAC SEARCH & MEDIA, INC., and LYCOS, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>L. DANIEL EGGER, SOFTWARE RIGHTS ARCHIVE, LLC, and SITE TECHNOLOGIES, INC.,<br><br>Defendants. | Case No. C-08-03172-RMW<br><br>**STIPULATION AND []**<br>**ORDER FOR CONTINUANCE OF**<br>**HEARING FOR DEFENDANTS'**<br>**MOTION TO DISMISS, TRANSFER,**<br>**OR STAY**<br><br>**Date: February 27, 2009**<br>**Time: 9:00 AM**<br>**Courtroom: 6, 4th Floor**<br>**Judge: Honorable Ronald M. Whyte** |

**STIPULATION FOR CONTINUANCE**

Plaintiffs Google Inc., AOL LLC, Yahoo! Inc., IAC Search & Media, Inc., and Lycos Inc., and Defendants L. Daniel Egger, Software Rights Archive, LLC, and Site Technologies, Inc. hereby stipulate and request this Court to continue the scheduled hearing on Defendants' Motion to Dismiss, Transfer, or Stay (Dkt. No. 42) from Friday, January 23, 2009, at 10:30 a.m. to Friday, February 27, 2009, at 9:00 a.m. in Courtroom 6, 4th Floor, 280 South 1st Street, San Jose, California, 95133.

STIP. AND [] ORDER FOR CONTINUANCE - Case No. C-08-03172-RMW

sf-2621540

Plaintiffs have not yet filed their opposition papers to Defendants' Motion to Dismiss, Transfer, or Stay. Pursuant to the continued hearing date, Plaintiffs' opposition papers will be due February 6, 2009, and Defendants' reply papers will be due February 13, 2009.

Dated: December 22, 2008

Respectfully submitted,

By: /s/ Juanita R. Brooks
Juanita R. Brooks (SBN 75934, brooks@fr.com)
Jason W. Wolff (SBN 215819, wolff@fr.com)
FISH & RICHARDSON P.C.
12390 El Camino Real
San Diego, CA 92130
Telephone: (858) 678-5070
Facsimile: (858) 678-5099

Thomas B. Walsh, IV (*admitted pro hac vice*)
FISH & RICHARDSON P.C.
5000 Bank One Center
1717 Main Street
Dallas, TX 75201
Telephone: (214)747-5070
Facsimile: (214) 747-2091
Email: walsh@fr.com

Jerry T. Yen (SBN 247988, yen@fr.com)
FISH & RICHARDSON P.C.
500 Arguello Street, Suite 500
Redwood City, CA 94063
Telephone: (650) 839-5070
Facsimile: (650) 839-5071

Attorneys for Plaintiffs GOOGLE INC. and AOL LLC

STIP. AND [] ORDER FOR CONTINUANCE - Case No. C-08-03172-RMW

sf-2621540

2

|     |                                                                                                                                                                                                                                                                       |
| --- | --------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------- |
| 1   | By: /s/ Richard. S.J. Hung                                                                                                                                                                                                                                            |
| 2   | Michael A. Jacobs (CA Bar No. 111664)<br>Richard S.J. Hung (CA Bar No. 197425)<br>MORRISON & FOERSTER                                                                                                                                                                 |
| 3   | 425 Market Street<br>San Francisco, CA 94105                                                                                                                                                                                                                          |
| 4   | Telephone: 415-268-7000<br>Facsimile: 415-268-7522                                                                                                                                                                                                                    |
| 5   | Email: mjacobs@mofo.com                                                                                                                                                                                                                                               |
| 6   | Attorneys for Plaintiff YAHOO! INC.                                                                                                                                                                                                                                   |
| 7   | By: /s/ Jennifer A. Kash                                                                                                                                                                                                                                              |
| 8   | Claude M. Stern (CA Bar No. 96737)<br>Jennifer A. Kash (CA Bar No. 203679)                                                                                                                                                                                            |
| 9   | QUINN EMANUEL URQUHART<br>OLIVER & HEDGES, LLP                                                                                                                                                                                                                        |
| 10  | 555 Twin Dolphin Drive, Suite 560<br>Redwood Shores, CA 94065                                                                                                                                                                                                         |
| 11  | Telephone: (650) 801-5000<br>Facsimile: (650) 801-5100                                                                                                                                                                                                                |
| 12  | Email: claudestern@quinnemanuel.com<br>Email:jenniferkash@quinnemanuel.com                                                                                                                                                                                            |
| 13  | Attorneys for Plaintiffs IAC SEARCH &<br>MEDIA, INC. and LYCOS, INC.                                                                                                                                                                                                  |

| | |
|---|---|
| | By: /s/ Lee Kaplan |
| | Jay D. Ellwanger |
| | (jellwanger@dpelaw.com) |
| | Dinovo Price Ellwanger LLP |
| | P.O. Box 201690 |
| | Austin, Texas 78720 |
| | Telephone: (512) 681-4060 |
| | Facsimile: (512) 628-3410 |
| | |
| | Thomas F. Smegal, Jr. |
| | (tomsmegal@smegallaw.com) |
| | Law Offices of Thomas F. Smegal, Jr. |
| | One Sansome Street, 35th floor |
| | San Francisco, CA 94104 |
| | Telephone: (415) 217-8383 |
| | Facsimile: (415) 399-0593 |
| | |
| | Lee Landa Kaplan (lkaplan@skv.com) |
| | (pro hac vice) |
| | Smyser Kaplan & Veselka, L.L.P. |
| | 700 Louisiana St., Suite 2300, Houston, TX 77002 |
| | Telephone: (713) 221-2300 |
| | Facsimile: (713) 221-2320 |
| | Attorneys for Defendants L. DANIEL EGGER, SOFTWARE RIGHTS ARCHIVE, LLC, and SITE TECHNOLOGIES, INC. |

## **DECLARATION OF CONSENT**

Pursuant to General Order No. 45, Section X(B) regarding signatures, I attest under penalty of perjury that concurrence in the filing of this document has been obtained from the above-listed counsel for Plaintiffs Google Inc., AOL LLC, IAC Search & Media, Inc., and Lycos, Inc. and Defendants L. Daniel Egger, Software Rights Archive, LLC, and Site Technologies, Inc.

Dated: December 22, 2008

    /s/ Richard S. J. Hung

Richard S. J. Hung

| | |
|---|---|
| 1 | **[] ORDER** |
| 2 | PURSUANT TO STIPULATION OF THE PARTIES, IT IS HEREBY ORDERED that |
| 3 | the Hearing for Defendants' Motion to Dismiss, Transfer, or Stay (Dkt. No. 42) is continued from |
| 4 | Friday, January 23, 2009, at 9:00 a.m. to Friday, February 27, 2009, at 9:00 a.m. in Courtroom |
| 5 | 6, 4th Floor, 280 South 1st Street, San Jose, California, 95133. Plaintiffs' opposition papers are |
| 6 | due February 6, 2009 and Defendants' reply papers are due February 13, 2009. |

Dated: 12/24/08

*Ronald M. Whyte*

Hon. Ronald M. Whyte
United States District Judge