1  [SEE SIGNATURE BLOCK FOR COUNSEL]

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| GOOGLE INC., AOL LLC, YAHOO! INC., IAC SEARCH & MEDIA, INC., and LYCOS, INC.<br><br>Plaintiffs<br><br>v.<br><br>L. DANIEL EGGER, SOFTWARE RIGHTS ARCHIVE, LLC, and SITE TECHNOLOGIES, INC.<br><br>Defendants | Case No. CV08-03172RMW<br><br>DEFENDANTS' OBJECTIONS TO PLAINTIFFS' NOTICE OF DEPOSITION OF L. DANIEL EGGER |

Defendants L. Daniel Egger, Software Rights Archive, LLC, and Site Technologies, Inc. object to Plaintiffs' Notice of Deposition of L. Daniel Egger. Defendants and Plaintiffs agreed that Egger's deposition would take place for four hours on January 27, 2009 at "such other time and place as may be agreed upon by the parties." Out of an excess of caution, Defendants object to Plaintiffs' failure to limit the proposed deposition to four hours in length. Defendants also object to Plaintiffs' failure to limit the subject matter of the deposition to Egger's contacts with California in his individual capacity. Personal jurisdiction over Egger is the only matter presently in dispute to which Egger has relevant knowledge, and it is only Egger's contacts with California in his individual capacity that Plaintiffs can reasonably use to try to establish personal jurisdiction over Egger in this case. Four hours is a reasonable length of time for discovering

Egger's knowledge of his personal contacts with California, because Egger has already attested on penalty of perjury that his contacts with California in his individual capacity have been very limited.

Respectfully submitted,

*/s/ Raj D*

Thomas F. Smegal, Jr. (Bar No. 34,819)
One Sansome Street, 35th Floor
San Francisco, CA 94104
Telephone: (415) 217-8383
Facsimile: (415) 399-5093
Email: tomsmegal@smegallaw.com

Lee L. Kaplan (Texas Bar No. 11094400)
Jeffrey A. Potts (Texas Bar No. 00784781)
Raj Duvvuri (Texas Bar No. 24054185)
(admitted *pro hac vice*)
700 Louisiana Street, Suite 2300
Houston, TX 77002
Telephone: (713) 221-2300
Facsimile: (713) 221-2320
Email: lkaplan@skv.com

Jay D. Ellwanger (Texas Bar No. 24036522)
P.O. Box 201690
Austin, Texas 78720
Telephone: (512) 681-4060
Facsimile: (512) 628-3410
Email: jellwanger@dpelaw.com

Attorneys for Defendants

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the above and foregoing instrument has been forwarded to all counsel of record pursuant to Federal Rules of Civil Procedure on this the 29th day of December, 2008.

*Raj D* [signature]
Raj Duvvuri

Juanita R. Brooks
Jason W. Wolff
Fish & Richardson P.C.
12390 El Camino Real
San Diego, California 92130

Thomas B. Walsh, IV
Fish & Richardson P.C.
5000 Bank One Center
1717 Main St.
Dallas, Texas 75201

Ramon K. Tabtiang
Stephen A. Marshall
Fish & Richardson P.C.
225 Franklin Street
Boston, Massachusetts 02110-2804

Michael A. Jacobs
Richard S.J. Hung
Morrison & Foerster
425 Market Street
San Francisco, CA 94105

Claude M. Stern
Jennifer A. Kash
Quinn Emanuel Urquhart Oliver & Hedges, LLP
555 Twin Dolphin Drive, Suite 560
Redwood Shores, CA 94065