[SEE SIGNATURE BLOCK FOR COUNSEL]

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| GOOGLE INC., AOL LLC, YAHOO! INC., IAC SEARCH & MEDIA, INC., and LYCOS, INC.<br><br>**Plaintiffs**<br><br>v.<br><br>L. DANIEL EGGER, SOFTWARE RIGHTS ARCHIVE, LLC, and SITE TECHNOLOGIES, INC.<br><br>**Defendants** | Case No. CV08-03172RMW<br><br>**DEFENDANTS' OBJECTION TO PLAINTIFFS' NOTICE OF DEPOSITION PURSUANT TO RULE 30(B)(6)** |

Defendants L. Daniel Egger and Software Rights Archive, LLC ("SRA") object to Plaintiffs' Notice of Deposition of SRA Pursuant to Rule 30(b)(6). The reason is that Plaintiffs have nothing to discover through the deposition. The issue pending before this Court, to which Plaintiffs' deposition is directed, is whether SRA possesses sufficient contacts with California to give rise to personal jurisdiction in this Court. Plainly, however, Plaintiffs already know everything there is to know about SRA's non-existent contacts with California. In their complaint, Plaintiffs admit that SRA is neither incorporated nor based in California. (Compl. ¶ 8.) Further, Plaintiffs admit that SRA has no business activities in California: "As of November 21, 2007, Defendant SRA's sole business activity has been to prosecute an action [in Texas]

against Plaintiffs for alleged infringement of the Patents-in-Suit." (Compl. ¶ 33.) In short, Plaintiffs already know—and have already admitted—that SRA has no contacts with California.

Given that Plaintiffs know that SRA lacks contacts with California, defense counsel recently asked Plaintiffs' counsel in a telephone conversation why Plaintiffs were seeking the deposition of SRA. Plaintiffs' counsel identified no basis for seeking the deposition, instead stating that Plaintiffs had "a theory," which they declined to reveal until after the deposition of Daniel Egger (scheduled for January 27, 2008).

In short, the proposed deposition of SRA will serve no discovery purpose. It is instead a misuse of discovery procedures for purposes of harassment. SRA objects to presenting a witness for a purposeless deposition.

Respectfully submitted,

_____
Thomas F. Smegal, Jr. (Bar No. 34,819)
One Sansome Street, 35th Floor
San Francisco, CA 94104
Telephone: (415) 217-8383
Facsimile: (415) 399-5093
Email: tomsmegal@smegallaw.com

Lee L. Kaplan (Texas Bar No. 11094400)
Jeffrey A. Potts (Texas Bar No. 00784781)
Raj Duvvuri (Texas Bar No. 24054185)
(admitted *pro hac vice*)
700 Louisiana Street, Suite 2300
Houston, TX 77002
Telephone: (713) 221-2300
Facsimile: (713) 221-2320
Email: lkaplan@skv.com

Jay D. Ellwanger (Texas Bar No. 24036522)
P.O. Box 201690
Austin, Texas 78720
Telephone: (512) 681-4060
Facsimile: (512) 628-3410
Email: jellwanger@dpelaw.com

Attorneys for Defendants

# CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing instrument has been forwarded to all counsel of record pursuant to Federal Rules of Civil Procedure on this the 15th day of January, 2008.

/s/ Lee L. Kaplan
Lee L. Kaplan

Juanita R. Brooks
Jason W. Wolff
Fish & Richardson P.C.
12390 El Camino Real
San Diego, California 92130

Thomas B. Walsh, IV
Fisher & Richardson P.C.
5000 Bank One Center
1717 Main St.
Dallas, Texas 75201

Ramon K. Tabtiang
Stephen A. Marshall
Fish & Richardson P.C.
225 Franklin Street
Boston, Massachusetts 02110-2804

Michael A. Jacobs
Richard S.J. Hung
Morrison & Foerster
425 Market Street
San Francisco, CA 94105

Claude M. Stern
Jennifer A. Kash
Quinn Emanuel Urquhart Oliver & Hedges, LLP
555 Twin Dolphin Drive, Suite 560
Redwood Shores, CA 9406