1  MICHAEL A. JACOBS (CA SBN 111664)
   mjacobs@mofo.com
2  RICHARD S.J. HUNG (CA SBN 197425)
   rhung@mofo.com
3  MORRISON & FOERSTER LLP
   425 Market Street
4  San Francisco, CA  94105-2482
   Telephone: (415) 268-7000
5  Facsimile: (415) 268-7522

6  ATTORNEYS FOR YAHOO! INC.

7

8                    UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10                        SAN JOSE DIVISION

11

12  GOOGLE INC., AOL LLC, YAHOO! INC., IAC        Case No.    C-08-03172-RMW
    SEARCH & MEDIA, INC., and LYCOS, INC.,
13                                                **DECLARATION OF FRANCIS C.
                     Plaintiffs,                  HO IN SUPPORT OF
14                                                PLAINTIFFS' MOTION TO
          v.                                      STRIKE SITE TECHNOLOGIES,
15                                                INC.'S MOTION TO DISMISS,
                                                  TRANSFER, OR STAY**
16  L. DANIEL EGGER, SOFTWARE RIGHTS
    ARCHIVE, LLC, and SITE TECHNOLOGIES,          **HEARING REQUESTED**
17  INC.,
                                                  Date:    February 27, 2009
18                   Defendants.                  Time:    9:00 AM
                                                  Judge:   Hon. Ronald M. Whyte
19

20

21

22

23

24

25

26

27

28

I, Francis C. Ho, declare as follows:

1. I am an attorney at Morrison & Foerster LLP. I submit this declaration in support of Plaintiffs' Motion to Strike Site Technologies, Inc.'s Motion to Dismiss, Transfer, or Stay. I make this declaration based on my own personal knowledge. If called as a witness, I could and would testify competently to the matters set forth herein.

2. Attached to this declaration as Exhibit A is a true and correct copy of the Stock Exchange Agreement entered into by Deltapoint, Inc. (aka Site Technologies, Inc.) and site/technologies/inc. (aka Libertech, Inc.), dated July 11, 1997.

3. Attached to this declaration as Exhibit B is a true and correct copy of a document titled Bill of Sale, Assignment & License Agreement, dated September 16, 1998.

4. Attached to this declaration as Exhibit C is a true and correct copy of a document titled Assignment of Patent, dated February 22, 2005.

5. Attached to this declaration as Exhibit D is a true and correct copy of a Certificate of Ownership and Merger Merging site/technologies/inc. into Site Technologies, Inc., dated December 21, 2000.

6. Attached to this declaration as Exhibit E a true and correct copy of the Order Appointing Natural Person as Responsible Person Pursuant to B.L.R. 4002-1, filed in the United States Bankruptcy Court for the Northern District of California, Case No. 99-50736-JRG, dated February 3, 1999.

7. Attached to this declaration as Exhibit F is a true and correct copy of the Order Authorizing and Approving Employment of Counsel, filed in the United States Bankruptcy Court for the Northern District of California, Case No. 99-50736-JRG, dated February 4, 1999.

8. Attached to this declaration as Exhibit G is a true and correct copy of the Order Authorizing and Approving Employment of Special Corporate Counsel (Wilson Sonsini Goodrich & Rosati), filed in the United States Bankruptcy Court for the Northern District of California, Case No. 99-50736-JRG, dated March 18, 1999.

9. Attached to this declaration as Exhibit H is a true and correct copy of the Order Confirming Debtor's First Amended Plan of Reorganization, without attachments, filed in the

Ho Decl. ISO Yahoo!'s Motion to Strike
Case No. C-08-03172-RMW
sf-2627891

1

United States Bankruptcy Court for the Northern District of California, Case No. 99-50736-JRG, dated June 15, 2000.

10.     Attached to this declaration as Exhibit I is a true and correct copy of excerpts from the Debtor's First Amended Plan of Reorganization, filed in the United States Bankruptcy Court for the Northern District of California, Case No. 99-50736-JRG, dated April 25, 2000.

11.     Attached to this declaration as Exhibit J is a true and correct copy of the Final Decree, filed in the United States Bankruptcy Court for the Northern District of California, Case No. 99-50736-JRG, dated January 6, 2004.

12.     Attached to this declaration as Exhibit K is a true and correct copy of a document titled Statement of Information, dated August 1, 2008.

13.     Attached to this declaration as Exhibit L is a true and correct copy of a document titled Assignment of Patents, dated August 13, 2008.

14.     Attached to this declaration as Exhibit M is a true and correct copy of a Declaration of Jeffrey Ait, dated August 18, 2008.

15.     Attached to this declaration as Exhibit N is a true and correct copy of a letter from Richard S.J. Hung, counsel for Yahoo! Inc., to Lee L. Kaplan, counsel for Software Rights Archive, LLC, dated September 17, 2008.

I declare under penalty of perjury that the foregoing is true and correct.  Executed in San Francisco, California this 20th day of January 2009.

_____/s/  Francis C. Ho_____<br>
Francis C. Ho

I, Richard S.J. Hung, am the ECF User whose ID and password are being used to file Plaintiffs' Motion to Strike Site Technologies, Inc.'s Motion to Dismiss, Transfer, or Stay.  In compliance with General Order 45, X.B., I hereby attest that Francis C. Ho has concurred in this filing.

Dated: January 20, 2009

_____/s/ Richard  S.J. Hung_____<br>
Richard S.J. Hung

Ho Decl. ISO Yahoo!'s Motion to Strike
Case No. C-08-03172-RMW
sf-2627891

2