1  MICHAEL A. JACOBS (CA SBN 111664)
   mjacobs@mofo.com
2  RICHARD S.J. HUNG (CA SBN 197425)
   rhung@mofo.com
3  MORRISON & FOERSTER LLP
   425 Market Street
4  San Francisco, CA  94105-2482
   Telephone: (415) 268-7000
5  Facsimile: (415) 268-7522

6  ATTORNEYS FOR YAHOO! INC.

7

8                         UNITED STATES DISTRICT COURT

9                         NORTHERN DISTRICT OF CALIFORNIA

10                                SAN JOSE DIVISION

11

12 | GOOGLE INC., AOL LLC, YAHOO! INC., IAC | Case No.   C-08-03172-RMW
   | SEARCH & MEDIA, INC., and LYCOS, INC., |
13 |                                         | **[PROPOSED] ORDER RE:**
   |                                         | **PLAINTIFFS' MOTION TO**
14 |            Plaintiffs,                  | **STRIKE SITE TECHNOLOGIES,**
   |                                         | **INC.'S MOTION TO DISMISS,**
15 |        v.                               | **TRANSFER, OR STAY**
   |                                         |
16 | L. DANIEL EGGER, SOFTWARE RIGHTS        | **HEARING REQUESTED**
   | ARCHIVE, LLC, and SITE TECHNOLOGIES,    |
17 | INC.,                                   | Date:   February 27, 2009
   |                                         | Time:   9:00 AM
18 |            Defendants.                  | Judge:  Hon. Ronald M. Whyte

19

20

21

22

23

24

25

26

27

28

[PROPOSED] ORDER RE: YAHOO!'S MOTION TO STRIKE
Case No. C-08-03172-RMW
sf-2627969

| | |
|---|---|
| 1 | **[PROPOSED] ORDER** |
| 2 | For good cause shown, IT IS HEREBY ORDERED THAT Plaintiffs' Motion to Strike |
| 3 | Site Technologies, Inc.'s Motion to Dismiss, Transfer, or Stay is GRANTED. |
| 4 | Defendants' Motion to Dismiss, Transfer, or Stay under the First-to-File Rule, under Rule |
| 5 | 12(b)(2) for Lack of Personal Jurisdiction, and under Rule 12(b)(1) for Lack of Subject Matter |
| 6 | Jurisdiction (Docket 42) is therefore stricken to the extent that the motion purports to be brought |
| 7 | on behalf of Site Technologies, Inc. |

Dated: _____, 2009

By: _____
Hon. Ronald M. Whyte
United States District Judge