*E-FILED - 1/21/09*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Google Inc., AOL, LLC, Yahoo! Inc., IAC Search & Media, Inc., Lycos, Inc.<br><br>Plaintiff,<br><br>v.<br><br>L. Daniel Egger, Software Rights Archive, LLC, Site Technologies, Inc.<br><br>Defendant. | CASE NO. CV 08-3172 RMW<br><br>(Proposed)<br>**ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY** *PRO HAC VICE* |

Mark D. Baker, whose business address and telephone number is Quinn Emanuel Urquhart Oliver & Hedges, LLP, 51 Madison Avenue, 22nd Floor, New York, NY 10010, Telephone: (212) 849-7000, and who is an active member in good standing of the bar of the State of New York having applied in the above-entitled action for admission to practice in the Northern District of California on a pro hac vice basis, representing IAC Search & Media, Inc. and Lycos, Inc.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice.* Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing.*

Dated: 1/21/09

*/s/ Ronald M. Whyte*
The Honorable Ronald M. Whyte
United States District Judge