1  [SEE SIGNATURE PAGE FOR COUNSEL]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GOOGLE INC., AOL LLC, YAHOO! INC., IAC SEARCH & MEDIA, INC., and LYCOS, INC., <br><br> Plaintiffs, <br><br> v. <br><br> L. DANIEL EGGER, SOFTWARE RIGHTS ARCHIVE, LLC, and SITE TECHNOLOGIES, INC., <br><br> Defendants. | Case No.   C-08-03172-RMW <br><br> **STIPULATION RE: AGREED RULE 7-11 MOTION TO CONSOLIDATE PENDING MOTIONS AND ASSIGN RELATED MISCELLANEOUS ACTION TO THIS COURT** <br><br> Judge:   Hon. Ronald M. Whyte |

STIPULATION RE: AGREED RULE 7-11 MOTION
Case No. C-08-03172-RMW
sf-2633209

1  WHEREAS, currently before this Court in this action are:

- Defendants' Motion to Dismiss, Transfer or Stay ("Motion to Dismiss"), filed on November 10, 2008;

- Plaintiffs' Motion to Strike Site Technologies, Inc.'s Motion to Dismiss, Transfer or Stay ("Motion to Strike"), filed on January 20, 2009; and

- Defendants' L. Daniel Egger and Software Rights Archive LLC's ("SRA") Motion to Quash Plaintiff's 30(b)(6) Notice of Deposition and for Protection ("Motion to Quash"), filed on January 20, 2009.

WHEREAS, currently before this Court (Judge Fogel and Judge Trumbull) in Miscellaneous Action No. C-09-80004 are:

- Yahoo!'s Motion to Compel Compliance with Yahoo!'s Subpoena on Murray & Murray P.C. ("Motion to Compel Murray"), filed on January 20, 2009;

- Yahoo!'s Motion to Compel Compliance with Yahoo!'s Subpoena on Wilson, Sonsini, Goodrich & Rosati ("Motion to Compel WSGR"), filed on January 20, 2009.

WHEREAS, the Motion to Quash, Motion to Compel Murray, and Motion to Compel WSGR are scheduled for hearing before Judge Trumbull on February 24, 2009;

WHEREAS, the Motion to Dismiss and Motion to Strike are scheduled for hearing before this Court three days later, on February 27, 2009;

WHEREAS, this action and the miscellaneous action may involve similar issues to those before this Court in this action;

WHEREAS, the Motion to Compel Murray, the Motion to Compel WSGR, and the Motion to Strike may also involve similar underlying issues; and

WHEREAS, the Motion to Quash and the Motion to Dismiss may also involve similar issues; and

WHEREAS, to conserve judicial resources, it would be efficient for Miscellaneous Action No. C-09-80004 to be assigned to this Court and all of these motions to be heard together.

THEREFORE, the parties and counsel for Murray & Murray P.C. and Wilson, Sonsini, Goodrich & Rosati jointly stipulate to the assignment of Miscellaneous Action No. C-09-80004 to

1 this Court and propose that the Court hear the Motion to Dismiss, Motion to Strike, Motion to
2 Quash, Motion to Compel Murray, and Motion to Compel WSGR together on February 27, 2009,
3 if the Court so agrees.

Dated: January 29, 2009  Respectfully submitted,

By: /s/ Juanita R. Brooks
Juanita R. Brooks (SBN 75934, brooks@fr.com)
Jason W. Wolff (SBN 215819, wolff@fr.com)
FISH & RICHARDSON P.C.
12390 El Camino Real
San Diego, CA  92130
Telephone:  (858) 678-5070
Facsimile:   (858) 678-5099

Thomas B. Walsh, IV (*admitted pro hac vice*)
FISH & RICHARDSON P.C.
5000 Bank One Center
1717 Main Street
Dallas, TX 75201
Telephone:  (214)747-5070
Facsimile:  (214) 747-2091
Email:  walsh@fr.com

Jerry T. Yen (SBN 247988, yen@fr.com)
FISH & RICHARDSON P.C.
500 Arguello Street, Suite 500
Redwood City, CA  94063
Telephone: (650) 839-5070
Facsimile: (650) 839-5071

Attorneys for Plaintiffs GOOGLE INC. and AOL LLC

By: /s/ Richard. S.J. Hung
Michael A. Jacobs (CA Bar No. 111664)
Richard S.J. Hung (CA Bar No. 197425)
MORRISON & FOERSTER
425 Market Street
San Francisco, CA 94105
Telephone: 415-268-7000
Facsimile: 415-268-7522
Email: mjacobs@mofo.com

Attorneys for Plaintiff YAHOO! INC.

| | |
|---|---|
| 1 | By: /s/ Jennifer A. Kash |
| 2 | Claude M. Stern (CA Bar No. 96737) |
|   | Jennifer A. Kash (CA Bar No. 203679) |
| 3 | QUINN EMANUEL URQUHART |
|   | OLIVER & HEDGES, LLP |
| 4 | 555 Twin Dolphin Drive, Suite 560 |
|   | Redwood Shores, CA 94065 |
| 5 | Telephone: (650) 801-5000 |
|   | Facsimile: (650) 801-5100 |
| 6 | Email: claudestern@quinnemanuel.com |
|   | Email: jenniferkash@quinnemanuel.com |

Attorneys for Plaintiffs IAC SEARCH & MEDIA, INC. and LYCOS, INC.

By: /s/ Lee L. Kaplan
Lee Landa Kaplan (lkaplan@skv.com)
(pro hac vice)
Smyser Kaplan & Veselka, L.L.P.
700 Louisiana St., Suite 2300, Houston, TX 77002
Telephone: (713) 221-2300
Facsimile: (713) 221-2320

Thomas F. Smegal, Jr.
(tomsmegal@smegallaw.com)
Law Offices of Thomas F. Smegal, Jr.
One Sansome Street, 35th floor
San Francisco, CA 94104
Telephone: (415) 217-8383
Facsimile: (415) 399-0593

Jay D. Ellwanger
(jellwanger@dpelaw.com)
Dinovo Price Ellwanger LLP
P.O. Box 201690
Austin, Texas 78720
Telephone: (512) 681-4060
Facsimile: (512) 628-3410

Attorneys for Defendants L. DANIEL EGGER, SOFTWARE RIGHTS ARCHIVE, LLC, and SITE TECHNOLOGIES, INC.

|     |                                                      |
| --- | ---------------------------------------------------- |
| 1   |                                                      |
| 2   | By: /s/ Mark Parnes                                  |
| 3   | Mark Parnes (mparnes@wsgr.com)                       |
| 4   | Wilson, Sonsini, Goodrich & Rosati                   |
| 5   | 650 Page Mill Road Palo Alto, CA 94304               |
| 6   | Telephone: (650) 493-9300 Facsimile: (650) 493-6811  |

By: /s/ Mark Parnes
 Mark Parnes
 (mparnes@wsgr.com)
 Wilson, Sonsini, Goodrich & Rosati
 650 Page Mill Road
 Palo Alto, CA 94304
 Telephone: (650) 493-9300
 Facsimile: (650) 493-6811

Attorneys for WILSON, SONSINI, GOODRICH & ROSATI.

By: /s/ Joseph J. De Hope, Jr.
 Joseph J. De Hope, Jr.
 (jdehope@hinshawlaw.com)
 Hinshaw & Culbertson LLP
 One California Street
 18th Floor
 San Francisco, CA 94111
 Telephone: (415) 362-6000
 Facsimile: (415) 834-9070

Attorneys for MURRAY & MURRAY P.C.

## **DECLARATION OF CONSENT**

Pursuant to General Order No. 45, Section X(B) regarding signatures, I attest under penalty of perjury that concurrence in the filing of this document has been obtained from counsel listed above.

Dated: January 29, 2009

By: <u>   /s/ Richard S.J. Hung   </u>