[SEE SIGNATURE PAGE FOR COUNSEL]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GOOGLE INC., AOL LLC, YAHOO! INC., IAC SEARCH & MEDIA, INC., and LYCOS, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>L. DANIEL EGGER, SOFTWARE RIGHTS ARCHIVE, LLC, and SITE TECHNOLOGIES, INC.,<br><br>Defendants. | Case No.   C-08-03172-RMW<br><br>**AGREED RULE 7-11 MOTION TO CONSOLIDATE PENDING MOTIONS AND ASSIGN RELATED MISCELLANEOUS ACTION TO THIS COURT**<br><br>Judge:   Hon. Ronald M. Whyte |

AGREED RULE 7-11 MOTION
 Case No. C-08-03172-RMW
sf-2632292

| | |
|---|---|
| 1 | Currently before this Court in this action are: |
| 2 | |
| 3 | • Defendants' Motion to Dismiss, Transfer or Stay ("<u>Motion to Dismiss</u>"), filed on November 10, 2008; |
| 4 | • Plaintiffs' Motion to Strike Site Technologies, Inc.'s Motion to Dismiss, Transfer or Stay ("<u>Motion to Strike</u>"), filed on January 20, 2009; and |
| 5 | |
| 6 | • Defendants' L. Daniel Egger and Software Rights Archive LLC's ("SRA") Motion to Quash Plaintiff's 30(b)(6) Notice of Deposition and for Protection ("<u>Motion to Quash</u>"), filed on January 20, 2009. |
| 7 | |
| 8 | Currently before this Court (Judge Fogel and Judge Trumbull) in Miscellaneous Action |
| 9 | No. C-09-80004 are: |
| 10 | • Yahoo!'s Motion to Compel Compliance with Yahoo!'s Subpoena on Murray & Murray P.C. ("<u>Motion to Compel Murray</u>"), filed on January 20, 2009; |
| 11 | |
| 12 | • Yahoo!'s Motion to Compel Compliance with Yahoo!'s Subpoena on Wilson, Sonsini, Goodrich & Rosati ("<u>Motion to Compel WSGR</u>"), filed on January 20, 2009. |
| 13 | |

The Motion to Quash, Motion to Compel Murray, and Motion to Compel WSGR are scheduled for hearing before Judge Trumbull on February 24, 2009. The Motion to Dismiss and Motion to Strike are scheduled for hearing before this Court three days later, on February 27, 2009.

Plaintiffs contend this action and the miscellaneous action are related. The miscellaneous action relates to *Software Rights Archive, LLC v. Google Inc., et al.*, Case No. 2:07-cv-511 (CE) (E.D. Tex.) (the "*SRA* case"), a case involving similar issues to those before this Court in this action. The Motion to Compel Murray, the Motion to Compel WSGR, and the Motion to Strike may also involve similar issues. Specifically, these motions concern whether SRA's counsel may represent Site Technologies, Inc. and assert the privilege on its behalf. Finally, the Motion to Quash and the Motion to Dismiss may be related and involve similar issues. Specifically, the Motion to Dismiss questions the sufficiency of SRA's contacts with this forum for jurisdictional purposes, while the Motion to Quash questions whether Plaintiffs may conduct a Rule 30(b)(6) deposition of SRA to oppose the Motion to Dismiss.

1     Assignment of the miscellaneous action to this Court will conserve judicial resources. It would be efficient to schedule the hearing of all of these motions together.

    The parties, along with counsel for Murray & Murray P.C. and Wilson, Sonsini, Goodrich & Rosati, therefore respectfully request that the Court assign Miscellaneous Action No. C-09-80004 to this Court and also schedule the Motion to Dismiss, Motion to Strike, Motion to Quash, Motion to Compel Murray, and Motion to Compel WSGR for hearing on the same day.

Dated: January 29, 2009

Respectfully submitted,

By: /s/ Juanita R. Brooks
    Juanita R. Brooks (SBN 75934, brooks@fr.com)
    Jason W. Wolff (SBN 215819, wolff@fr.com)
    FISH & RICHARDSON P.C.
    12390 El Camino Real
    San Diego, CA 92130
    Telephone: (858) 678-5070
    Facsimile: (858) 678-5099

    Thomas B. Walsh, IV (*admitted pro hac vice*)
    FISH & RICHARDSON P.C.
    5000 Bank One Center
    1717 Main Street
    Dallas, TX 75201
    Telephone: (214)747-5070
    Facsimile: (214) 747-2091
    Email: walsh@fr.com

    Jerry T. Yen (SBN 247988, yen@fr.com)
    FISH & RICHARDSON P.C.
    500 Arguello Street, Suite 500
    Redwood City, CA 94063
    Telephone: (650) 839-5070
    Facsimile: (650) 839-5071

Attorneys for Plaintiffs GOOGLE INC. and AOL LLC

| | |
|---|---|
| 1 | By: /s/ Richard. S.J. Hung |
| 2 | Michael A. Jacobs (CA Bar No. 111664)<br>Richard S.J. Hung (CA Bar No. 197425) |
| 3 | MORRISON & FOERSTER<br>425 Market Street |
| 4 | San Francisco, CA 94105<br>Telephone: 415-268-7000 |
| 5 | Facsimile: 415-268-7522<br>Email: mjacobs@mofo.com |
| 6 | Attorneys for Plaintiff YAHOO! INC. |
| 7 | By: /s/ Jennifer A. Kash |
| 8 | Claude M. Stern (CA Bar No. 96737)<br>Jennifer A. Kash (CA Bar No. 203679) |
| 9 | QUINN EMANUEL URQUHART<br>OLIVER & HEDGES, LLP |
| 10 | 555 Twin Dolphin Drive, Suite 560<br>Redwood Shores, CA 94065 |
| 11 | Telephone: (650) 801-5000<br>Facsimile: (650) 801-5100 |
| 12 | Email: claudestern@quinnemanuel.com<br>Email: jenniferkash@quinnemanuel.com |
| 13 | Attorneys for Plaintiffs IAC SEARCH &<br>MEDIA, INC. and LYCOS, INC. |

| | |
|---|---|
| 1 | By: /s/ Lee L. Kaplan |
| 2 | Lee Landa Kaplan (lkaplan@skv.com) (pro hac vice) |
| 3 | Smyser Kaplan & Veselka, L.L.P. 700 Louisiana St., Suite 2300, Houston, TX 77002 |
| 4 | Telephone: (713) 221-2300 Facsimile: (713) 221-2320 |

Thomas F. Smegal, Jr.
(tomsmegal@smegallaw.com)
Law Offices of Thomas F. Smegal, Jr.
One Sansome Street, 35th floor
San Francisco, CA 94104
Telephone: (415) 217-8383
Facsimile: (415) 399-0593

Jay D. Ellwanger
(jellwanger@dpelaw.com)
Dinovo Price Ellwanger LLP
P.O. Box 201690
Austin, Texas 78720
Telephone: (512) 681-4060
Facsimile: (512) 628-3410

Attorneys for Defendants L. DANIEL EGGER, SOFTWARE RIGHTS ARCHIVE, LLC, and SITE TECHNOLOGIES, INC.

|   |   |
|---|---|
| 1 | |
| 2 | By: /s/ Mark Parnes |
| 3 | Mark Parnes (mparnes@wsgr.com) |
| 4 | Wilson Sonsini Goodrich & Rosati |
| 5 | 650 Page Mill Road Palo Alto, CA 94304 |
| 6 | Telephone: (650) 493-9300 Facsimile: (650) 493-6811 |

By: /s/ Mark Parnes
    Mark Parnes
    (mparnes@wsgr.com)
    Wilson Sonsini Goodrich & Rosati
    650 Page Mill Road
    Palo Alto, CA 94304
    Telephone:  (650) 493-9300
    Facsimile:  (650) 493-6811

Attorneys for WILSON, SONSINI, GOODRICH & ROSATI.

By: /s/ Joseph J. De Hope, Jr.
    Joseph De Hope, Jr.
    (jdehope@hinshawlaw.com)
    Hinshaw & Culbertson LLP
    One California Street
    18th Floor
    San Francisco, CA 94111
    Telephone:  (415) 362-6000
    Facsimile:  (415) 834-9070

Attorneys for MURRAY & MURRAY P.C..

## DECLARATION OF CONSENT

Pursuant to General Order No. 45, Section X(B) regarding signatures, I attest under penalty of perjury that concurrence in the filing of this document has been obtained from counsel listed above.

Dated: January 29, 2009

By: /s/ Richard S.J. Hung