1    [SEE SIGNATURE BLOCK FOR COUNSEL]

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                        NORTHERN DISTRICT OF CALIFORNIA

10                                 SAN JOSE DIVISION

11   GOOGLE INC., AOL LLC, YAHOO! INC.,          CASE NO. CV 08-03172-RMW
     IAC SEARCH & MEDIA, INC., and
12   LYCOS, INC.,                                **DECLARATION OF JENNIFER A.
                                                 KASH IN SUPPORT OF PLAINTIFFS'
13                  Plaintiffs,                   OPPOSITION TO DEFENDANTS'
                                                 MOTION TO QUASH PLAINTIFFS'
14          v.                                   30(b)(6) NOTICE OF DEPOSITION TO
                                                 DEFENDANT SOFTWARE RIGHTS
15   L. DANIEL EGGER,                            ARCHIVE, LLC AND PLAINTIFFS'
     SOFTWARE RIGHTS ARCHIVE, LLC, and           CROSS-MOTION TO COMPEL
16   SITE TECHNOLOGIES, INC.,                    PRODUCTION OF DOCUMENTS FROM
                                                 DEFENDANT SOFTWARE RIGHTS
17                  Defendants.                  ARCHIVE, LLC**

18
                                                 Hearing Date:  February 27, 2009
19
                                                 Hearing Time:  9:00 AM
20

21

22

23

24

25

26

27

28

KASH DECLARATION IN SUPPORT OF PLAINTIFFS'
OPPOSITION TO MOTION TO QUASH AND PLAINTIFFS'
CROSS-MOTION TO COMPEL
CASE NO. C-08-03172-RMW

I, Jennifer A. Kash, declare as follows:

1.      I am an attorney admitted to practice in the State of California, and I am a partner of the law firm of Quinn Emanuel Urquhart Oliver & Hedges, LLP.  I represent Plaintiffs IAC Search & Media, Inc. and Lycos, Inc. in this action.  Except as otherwise stated, I have personal firsthand knowledge of the matters set forth in this Declaration, and if called as a witness I would testify competently to those matters.

2.      Attached hereto as Exhibit A is a true and correct copy of Plaintiffs' Notice of Deposition Pursuant to 30(b)(6) to Software Rights Archive, LLC, served on December 22, 2008.

3.      Attached hereto as Exhibit B is a true and correct copy of Plaintiffs' First Set of Requests for Production of Documents and Things to Software Rights Archive, LLC, served on November 21, 2008.

4.      Attached hereto as Exhibit C is a true and correct copy of Software Rights Archive, LLC's Objections and Responses to Plaintiffs' First Set of Requests for Production of Documents and Things, served on December 9, 2008.

5.      Attached hereto as Exhibit D is a true and correct copy of a letter dated January 22, 2009 from Plaintiffs to Software Rights Archive, LLC.

6.      Attached hereto as Exhibit E is a true and correct copy of a letter dated January 29, 2009 from Software Rights Archive, LLC to Plaintiffs.

7.      Attached hereto as Exhibit F is a true and correct copy of the Joint Motion of the Parties to Notify the Court of (1) Agreements Regarding Protective Order and (2) One Remaining Dispute Regarding Protective Order, filed on November 4, 2008 in *SRA, LLC v. Google et al.*, Civil Case No. 2:07-cv-511 (CE) (E.D. Tex.).

8.      Attached hereto as Exhibit G is a true and correct copy of the document available at the following Internet address:  http://www.visto.com/news/releases/pdfs/07.02.16_financing.pdf.

9.      Attached hereto as Exhibit H is a true and correct copy Plaintiffs' Second Set of Requests for Production of Documents and Things to Software Rights Archive, LLC, served on December 12, 2008.

51429/2782180.1

KASH DECLARATION IN SUPPORT OF PLAINTIFFS'
OPPOSITION TO MOTION TO QUASH AND PLAINTIFFS'
CROSS-MOTION TO COMPEL
CASE NO. C-08-03172-RMW

1

1        10.     Attached hereto as Exhibit I is a true and correct copy of Software Rights Archive,

2 LLC's Objections and Responses to Plaintiffs' Second Set of Requests for Production of

3 Documents and Things, served on January 15, 2009.

4

5       I declare under penalty of perjury that the foregoing is true and correct.

6       Executed this 3rd day of February, 2009, at San Francisco, California.

7

8                                     /s/ Jennifer A. Kash
                                           Jennifer A. Kash

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28