1  [SEE SIGNATURE BLOCK FOR COUNSEL]

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| GOOGLE INC., AOL LLC, YAHOO! INC., IAC SEARCH & MEDIA, INC., and LYCOS, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>L. DANIEL EGGER, SOFTWARE RIGHTS ARCHIVE, LLC, and SITE TECHNOLOGIES, INC.,<br><br>Defendants. | CASE NO. CV 08-03172-RMW<br><br>**[PROPOSED] ORDER DENYING DEFENDANTS' MOTION TO QUASH AND GRANTING PLAINTIFFS' CROSS-MOTION TO COMPEL PRODUCTION OF DOCUMENTS FROM DEFENDANT SOFTWARE RIGHTS ARCHIVE, LLC**<br><br>Hearing Date: February 27, 2009<br><br>Hearing Time: 9:00 AM |

1. The Court has considered the Motion to Quash Plaintiffs' 30(b)(6) Notice of Deposition brought by Defendant Software Rights Archive, LLC ("SRA"), the Cross-Motion to Compel Production of Documents brought by Plaintiffs Google Inc., AOL LLC, Yahoo! Inc., IAC Search & Media, Inc., and Lycos, Inc. (collectively "Plaintiffs"), all supporting papers and responsive pleadings, and the arguments of counsel heard on February 27, 2009.

GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED as follows:

1. Plaintiffs' Motion to Compel is GRANTED. SRA is ordered to produce immediately all non-privileged documents responsive to each request in Plaintiffs' First and Second Set of Requests for Production, and SRA may not withhold responsive documents on the purported ground that these documents are irrelevant to personal jurisdiction.

2. SRA's Motion to Quash is DENIED. Defendant SRA shall produce a corporate representative to testify on the topics in Plaintiffs' Notice of 30(b)(6) Deposition within 10 days of the date of this order. Plaintiffs shall have the opportunity to submit supplemental briefing on Defendants' motion to transfer, dismiss, or stay within 10 days of the deposition.

IT IS SO ORDERED.

SO ORDERED this _____ day of _____, 2009.

_____
THE HONORABLE RONALD M. WHYTE
UNITED STATES DISTRICT JUDGE