1  [SEE SIGNATURE BLOCK FOR COUNSEL]

8  UNITED STATES DISTRICT COURT

9  NORTHERN DISTRICT OF CALIFORNIA

10  SAN JOSE DIVISION

| | |
|---|---|
| GOOGLE INC., AOL LLC, YAHOO! INC., IAC SEARCH & MEDIA, INC., and LYCOS, INC.,<br><br>    Plaintiffs,<br><br>    v.<br><br>L. DANIEL EGGER, SOFTWARE RIGHTS ARCHIVE, LLC, and SITE TECHNOLOGIES, INC.,<br><br>    Defendants. | CASE NO. CV 08-03172-RMW<br><br>**STIPULATED REQUEST FOR ORDER AND [PROPOSED] ORDER SHORTENING TIME FOR HEARING ON PLAINTIFFS' CROSS-MOTION TO COMPEL PRODUCTION OF DOCUMENTS FROM DEFENDANT SOFTWARE RIGHTS ARCHIVE, LLC**<br><br>Hearing Date: February 27, 2009<br><br>Hearing Time: 9:00 AM |

51429/2782585.2

STIPULATED REQUEST FOR ORDER SHORTENING TIME
FOR HEARING ON PLAINTIFFS' CROSS-MOTION TO
COMPEL PRODUCTION OF DOCUMENTS
CASE NO. CV 08-01372 RMW

Dockets.Justia.com

# STIPULATION

Subject to the approval of this Court and pursuant to Civil Local Rule 6-2, the parties hereby stipulate to the following briefing and hearing schedule:

WHEREAS, a hearing is scheduled for February 27, 2009 on Defendants' Motion to Dismiss, Transfer or Stay ("Motion to Dismiss"), filed on November 10, 2008, and Plaintiffs' Motion to Strike Site Technologies, Inc.'s Motion to Dismiss, Transfer or Stay ("Motion to Strike"), filed on January 20, 2009;

WHEREAS, the parties have previously stipulated, subject to Court approval, that Defendants' L. Daniel Egger's and Software Rights Archive LLC's ("SRA") Motion to Quash Plaintiffs' 30(b)(6) Notice of Deposition and for Protection ("Motion to Quash"), filed on January 20, 2009, currently set for hearing on February 24, 2009 before Judge Trumbull, be instead heard by this Court on February 27, 2009 with the Motion to Dismiss and the Motion to Strike;

WHEREAS, Plaintiffs intend to file a related Cross-Motion to Compel the Production of Documents from SRA;

WHEREAS, the parties have reached an agreement regarding a shortened briefing schedule so that the Court may hear the Defendants' Motion to Quash and the Plaintiffs' Cross-Motion to Compel at the February 27, 2009 hearing;

WHEREAS, there have been two other schedule modifications in this case (*See* Docket Nos. 20, 60), and the parties believe that shortening the time for the hearing on Plaintiffs' Cross-Motion will not prejudice the parties or significantly impact the case schedule;

Accordingly, IT IS HEREBY STIPULATED by and between Plaintiffs and Defendants, through their respective counsel of record, that the following briefing and hearing schedule will apply to Plaintiffs' Motion to Compel:

i) Plaintiffs' Cross-Motion to Compel will be filed on February 3, 2009;

ii) Defendants' response to Plaintiffs' Cross-Motion will be due on Tuesday, February 17, 2009;

iii) Plaintiffs' reply in support the Cross-Motion will be due on Monday, February 23, 2009;

51429/2782585.2

STIPULATED REQUEST FOR ORDER SHORTENING TIME
FOR HEARING ON PLAINTIFFS' CROSS-MOTION TO
COMPEL PRODUCTION OF DOCUMENTS
CASE NO. CV 08-01372 RMW

1

iv) Plaintiffs' Motion to Compel will be heard on February 27, 2009.

**<u>ORDER</u>**

PURSUANT TO STIPULATION, IT IS SO ORDERED:

Dated: _____        _____
                                       The Honorable Ronald M. Whyte
                                       United States District Court Judge

| | | |
|---|---|---|
| 1 | Dated: February 3, 2009 | Respectfully submitted, |
| 2 | | By: /s/ Thomas B. Walsh, IV |
| 3 | | Thomas B. Walsh, IV |
| | | *pro hac vice* |
| | | Texas Bar No. 00785173 |
| 4 | | E-mail: walsh@fr.com |
| | | Fish & Richardson P.C. |
| 5 | | 1717 Main Street |
| | | Suite 5000 |
| 6 | | Dallas, TX 75201 |
| | | Telephone: (214) 747-5070 |
| 7 | | Facsimile: (214) 747-2091 |
| 8 | | Juanita R. Brooks (CA Bar No. 75934) |
| 9 | | Jason W. Wolff (CA Bar No. 215819) |
| | | FISH & RICHARDSON P.C. |
| 10 | | 12390 El Camino Real |
| | | San Diego, CA 92130 |
| 11 | | Telephone: 858-678-5070 |
| | | Facsimile: 858-678-5099 |
| 12 | | Email: wolff@fr.com |
| 13 | | |
| | | Attorneys for Plaintiffs GOOGLE INC. and |
| 14 | | AOL, LLC |
| 15 | | By: /s/ Richard. S.J. Hung |
| | | Michael A. Jacobs (CA Bar No. 111664) |
| 16 | | Richard S.J. Hung (CA Bar No. 197425) |
| | | MORRISON & FOERSTER |
| 17 | | 425 Market Street |
| | | San Francisco, CA 94105 |
| 18 | | Telephone: 415-268-7000 |
| | | Facsimile: 415-268-7522 |
| 19 | | Email: mjacobs@mofo.com |
| 20 | | Attorneys for Plaintiff YAHOO! INC. |
| 21 | | By: /s/ Jennifer A. Kash |
| | | Claude M. Stern (CA Bar No. 96737) |
| 22 | | Jennifer A. Kash (CA Bar No. 203679) |
| | | QUINN EMANUEL URQUHART |
| 23 | | OLIVER & HEDGES, LLP |
| | | 555 Twin Dolphin Drive, Suite 560 |
| 24 | | Redwood Shores, CA 94065 |
| | | Telephone: (650) 801-5000 |
| 25 | | Facsimile: (650) 801-5100 |
| | | Email: claudestern@quinnemanuel.com |
| 26 | | Email:jenniferkash@quinnemanuel.com |
| 27 | | Attorneys for Plaintiffs IAC SEARCH & |
| | | MEDIA, INC. and LYCOS, INC. |
| 28 | | |

| | |
|---|---|
| 1 | By: /s/ Jay D. Ellwanger |
| 2 | Jay D. Ellwanger (jellwanger@dpelaw.com) |
| | Dinovo Price Ellwanger LLP |
| 3 | P.O. Box 201690 |
| | Austin, Texas 78720 |
| 4 | Telephone: (512) 681-4060 |
| | Facsimile: (512) 628-3410 |
| 5 | |
| 6 | Lee Landa Kaplan (lkaplan@skv.com) |
| | Smyser Kaplan & Veselka, L.L.P. |
| 7 | 700 Louisiana St., Suite 2300, Houston, TX 77002 |
| 8 | Telephone: (713) 221-2300 |
| | Facsimile: (713) 221-2320 |

Attorneys for Defendants L. DANIEL EGGER, SOFTWARE RIGHTS ARCHIVE, LLC, and SITE TECHNOLOGIES, INC.

51429/2782585.2

STIPULATED REQUEST FOR ORDER SHORTENING TIME FOR HEARING ON PLAINTIFFS' CROSS-MOTION TO COMPEL PRODUCTION OF DOCUMENTS
CASE NO. CV 08-01372 RMW

4

## **DECLARATION OF CONSENT**

Pursuant to General Order No. 45, Section X(B) regarding signatures, I attest under penalty of perjury that concurrence in the filing of this document has been obtained from counsel for the Defendants and counsel for Plaintiffs Google Inc., AOL LLC, and Yahoo! Inc.

Dated: February 3, 2009

                                                /s/ Jennifer A. Kash
                                                Jennifer A. Kash

51429/2782585.2

STIPULATED REQUEST FOR ORDER SHORTENING TIME
FOR HEARING ON PLAINTIFFS' CROSS-MOTION TO
COMPEL PRODUCTION OF DOCUMENTS
CASE NO. CV 08-01372 RMW

5