1  [SEE SIGNATURE BLOCK FOR COUNSEL]

2
3
4
5
6
7

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10                           SAN JOSE DIVISION

11

| | |
|---|---|
| GOOGLE INC., AOL LLC, YAHOO! INC., IAC SEARCH & MEDIA, INC., and LYCOS, INC. | Case No. CV 08-03172-RMW |
| Plaintiffs, | **JOINT STIPULATION AND [PROPOSED] ORDER** |
| v. | |
| L. DANIEL EGGER, SOFTWARE RIGHTS ARCHIVE, LLC, and SITE TECHNOLOGIES, INC. | |
| Defendants. | |

Plaintiffs, Google Inc., AOL LLC, Yahoo! Inc., IAC Search & Media, Inc., and Lycos, Inc., and Defendants Site Technologies, Inc., Software Rights Archive, LLC, and Daniel Egger respectfully file this joint stipulation and proposed order.

The following motions are pending in this Court, and are currently set for hearing on February 27, 2009 (or tentatively scheduled for hearing on such date pending the Court's approval of the parties' Agreed Rule 7-11 Motion to Consolidate Pending Motions and Assign Related Miscellaneous Action No. C-09-80004 to this Court (filed January 29, 2009) (Docket No. 70)):

(1) Plaintiffs' motion to compel compliance with Yahoo! Inc.'s subpoena on Murray & Murray P.C. (filed on January 20, 2009) in Miscellaneous Action No. C-09-80004;

(2) Plaintiffs' motion to compel compliance with Yahoo! Inc.'s subpoena on Wilson Sonsini Goodrich & Rosati (filed on January 20, 2009) in Miscellaneous Action No. C-09-80004;

(3) Plaintiffs' motion to strike Site Technologies, Inc.'s motion to dismiss, transfer, or stay (filed on January 20, 2009) (Docket No. 64);

(4) Plaintiffs' cross-motion to compel production of documents from Defendant Software Rights Archive, LLC (filed on February 3, 2009) (Docket No. 72);

(5) Defendants' motion to dismiss, transfer, or stay under the first-to-file rule, under Rule 12(b)(2) for lack of personal jurisdiction, and under Rule 12(b)(1) for lack of subject matter jurisdiction (filed on November 10, 2008) (Docket No. 42); and

(6) Defendants' motion to quash Plaintiffs' 30(b)(6) notice of deposition and for protection (filed on January 20, 2009) (Docket No. 63).

Subject to the Court's approval, the Plaintiffs and Defendants have agreed to postpone the discovery motions in this case (numbers (1), (2), (4), and (6) above) by roughly 4-6 weeks, and the motion to strike and the motion to dismiss/transfer/stay (numbers (3) and (5) above) by another roughly 4-5 weeks thereafter. Plaintiffs and Defendants are in the process of working together and with the Court to find alternative hearing dates and times agreeable to all. As soon as such dates are determined, the parties will have the motions again placed on the Court's calendar. All oppositions and replies to be filed in response to the above-listed motions, to the extent such

1 | oppositions and replies have not yet been filed, will be filed pursuant to Local Rule 7-3 based on
2 | the new hearing dates or other agreement of the parties.

## **ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED:

Dated: _____     _____
                                 The Honorable Ronald M. Whyte
                                 United States District Court Judge

| | |
|---|---|
| Dated: February 6, 2009 | Respectfully submitted, |

By: /s/ Thomas B. Walsh, IV
   Thomas B. Walsh, IV
   (admitted *pro hac vice*)
   Texas Bar No. 00785173
   FISH & RICHARDSON P.C.
   1717 Main Street, Suite 5000
   Dallas, TX 75201
   Telephone: (214) 747-5070
   Facsimile: (214) 747-2091
   Email: walsh@fr.com

   Juanita R. Brooks (CA Bar No. 75934)
   Jason W. Wolff (CA Bar No. 215819)
   FISH & RICHARDSON P.C.
   12390 El Camino Real
   San Diego, CA 92130
   Telephone: 858-678-5070
   Facsimile: 858-678-5099
   Email: brooks@fr.com
   Email: wolff@fr.com

   Ramon K. Tabtiang
   (admitted *pro hac vice*)
   Massachusetts Bar No. 663943
   FISH & RICHARDSON P.C.
   225 Franklin Street
   Boston, MA 02110-2804
   Telephone: 617-521-7017
   Facsimile: 617-542-8906
   Email: rkt@fr.com

Attorneys for Plaintiffs GOOGLE INC. and AOL, LLC

By: /s/ Richard. S.J. Hung
   Michael A. Jacobs (CA Bar No. 111664)
   Richard S.J. Hung (CA Bar No. 197425)
   MORRISON & FOERSTER
   425 Market Street
   San Francisco, CA 94105
   Telephone: 415-268-7000
   Facsimile: 415-268-7522
   Email: mjacobs@mofo.com
   Email: rhung@mofo.com

Attorneys for Plaintiff YAHOO! INC.

By: /s/ Jennifer A. Kash
Claude M. Stern (CA Bar No. 96737)
Jennifer A. Kash (CA Bar No. 203679)
QUINN EMANUEL URQUHART
OLIVER & HEDGES, LLP
555 Twin Dolphin Drive, Suite 560
Redwood Shores, CA 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100
Email: claudestern@quinnemanuel.com
Email: jenniferkash@quinnemanuel.com

Attorneys for Plaintiffs IAC SEARCH & MEDIA, INC. and LYCOS, INC.


By: /s/ Thomas F. Smegal, Jr.
Thomas F. Smegal, Jr. (CA Bar No. 34,819)
One Sansome Street, 35th Floor
San Francisco, CA 94104
Telephone: (415) 217-8383
Facsimile: (415) 399-5093
Email: tomsmegal@smegallaw.com

Lee L. Kaplan (Texas Bar No. 11094400)
Jeffrey A. Potts (Texas Bar No. 00784781)
Raj Duvvuri (Texas Bar No. 24054185)
(admitted *pro hac vice*)
SMYSER, KAPLAN & VESELKA, LLP
700 Louisiana Street, Suite 2300
Houston, TX 77002
Telephone: (713) 221-2300
Facsimile: (713) 221-2320
Email: lkaplan@skv.com

Jay D. Ellwanger (CA Bar No. 217747)
DiNOVO PRICE ELLWANGER
& HARDY, LLP
7000 North MoPac Expressway
Suite 350
Austin, Texas 78731
Telephone: (512) 539-2630
Facsimile: (512) 539-2627
Email: jellwanger@dpelaw.com

Attorneys for Defendants L. DANIEL EGGER, SOFTWARE RIGHTS ARCHIVE, LLC, and SITE TECHNOLOGIES, INC.

## **DECLARATION OF CONSENT**

Pursuant to General Order No. 45, Section X(B) regarding signatures, I attest under penalty of perjury that concurrence in the filing of this document has been obtained from counsel for all parties.

/s/ Kristin J. Madigan<br>Kristin J. Madigan