***E-FILED - 2/13/09***

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GOOGLE INC., AOL LLC, YAHOO! INC., IAC SEARCH & MEDIA, INC., and LYCOS, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>L. DANIEL EGGER, SOFTWARE RIGHTS ARCHIVE, LLC, and SITE TECHNOLOGIES, INC.,<br><br>Defendants. | Case No.   C-08-03172-RMW<br><br>**[] ORDER RE:<br>AGREED RULE 7-11 MOTION TO CONSOLIDATE PENDING MOTIONS AND ASSIGN RELATED MISCELLANEOUS ACTION TO THIS COURT**<br><br>Judge:   Hon. Ronald M. Whyte |

[ ORDER RE: AGREED RULE 7-11 MOTION
Case No. C-08-03172-RMW
sf-2632324

## [] ORDER

Currently before this Court in this action are:

- Defendants' Motion to Dismiss, Transfer or Stay ("Motion to Dismiss"), filed on November 10, 2008;

- Plaintiffs' Motion to Strike Site Technologies, Inc.'s Motion to Dismiss, Transfer or Stay ("Motion to Strike"), filed on January 20, 2009; and

- Defendants' L. Daniel Egger and Software Rights Archive LLC's ("SRA") Motion to Quash Plaintiff's 30(b)(6) Notice of Deposition and for Protection ("Motion to Quash"), filed on January 20, 2009.

Currently before this Court (Judge Fogel and Judge Trumbull) in Miscellaneous Action No. C-09-80004 are:

- Yahoo!'s Motion to Compel Compliance with Yahoo!'s Subpoena on Murray & Murray P.C. ("Motion to Compel Murray"), filed on January 20, 2009;

- Yahoo!'s Motion to Compel Compliance with Yahoo!'s Subpoena on Wilson, Sonsini, Goodrich & Rosati ("Motion to Compel WSGR"), filed on January 20, 2009.

The Motion to Quash, Motion to Compel Murray, and Motion to Compel WSGR are scheduled for hearing before Judge Trumbull on February 24, 2009. The Motion to Dismiss and Motion to Strike are scheduled for hearing before this Court three days later, on February 27, 2009.

This action and the miscellaneous action appear to be related. The miscellaneous action relates to *Software Rights Archive, LLC v. Google Inc., et al.*, Case No. 2:07-cv-511 (CE) (E.D. Tex.), a case involving similar issues to those before this Court in this action. The Motion to Compel Murray, the Motion to Compel WSGR, and the Motion to Strike may also involve similar issues. The Motion to Quash and the Motion to Dismiss also may be related and involve similar issues.

To conserve judicial resources, Miscellaneous Action No. C-09-80004 should be assigned to this Court. For the same reason, all of these motions should be heard together.

1    IT IS THEREFORE ORDERED THAT the Agreed Rule 7-11 Motion to Consolidate
2  Pending Motions and Assign Related Miscellaneous Action to this Court is GRANTED.  This
3  Court will hear the Motion to Dismiss, Motion to Strike, Motion to Quash, Motion to Compel
4  Murray, and Motion to Compel WSGR together on February 27, 2009 at 9:00AM.

Dated: 2/13, 2009

By: *Ronald M. Whyte*
Hon. Ronald M. Whyte
United States District Judge

[ ORDER RE: AGREED RULE 7-11 MOTION
Case No. C-08-03172-RMW
sf-2632324