1  [SEE SIGNATURE BLOCK FOR COUNSEL]
2
3
4
5
6                                              ***E-FILED - 2/13/09***
7
8                    UNITED STATES DISTRICT COURT
9                   NORTHERN DISTRICT OF CALIFORNIA
10                          SAN JOSE DIVISION
11

12 | GOOGLE INC., AOL LLC, YAHOO! INC., IAC SEARCH & MEDIA, INC., and LYCOS, INC. | Case No. CV 08-03172-RMW |
|---|---|
| 13  Plaintiffs, | **JOINT STIPULATION AND [] ORDER** |
| 14  v. | |
| 15  L. DANIEL EGGER, SOFTWARE RIGHTS ARCHIVE, LLC, and SITE TECHNOLOGIES, INC. | |
| 16  | |
| 17  Defendants. | |

51330/2789192.1

Case No. CV 08-03172-RMW

JOINT STIPULATION AND [] ORDER

Plaintiffs, Google Inc., AOL LLC, Yahoo! Inc., IAC Search & Media, Inc., and Lycos, Inc., and Defendants Site Technologies, Inc., Software Rights Archive, LLC, and Daniel Egger respectfully file this joint stipulation and proposed order.

The following motions are pending in this Court, and are currently set for hearing on February 27, 2009 (or tentatively scheduled for hearing on such date pending the Court's approval of the parties' Agreed Rule 7-11 Motion to Consolidate Pending Motions and Assign Related Miscellaneous Action No. C-09-80004 to this Court (filed January 29, 2009) (Docket No. 70)):

(1) Plaintiffs' motion to compel compliance with Yahoo! Inc.'s subpoena on Murray & Murray P.C. (filed on January 20, 2009) in Miscellaneous Action No. C-09-80004;

(2) Plaintiffs' motion to compel compliance with Yahoo! Inc.'s subpoena on Wilson Sonsini Goodrich & Rosati (filed on January 20, 2009) in Miscellaneous Action No. C-09-80004;

(3) Plaintiffs' motion to strike Site Technologies, Inc.'s motion to dismiss, transfer, or stay (filed on January 20, 2009) (Docket No. 64);

(4) Plaintiffs' cross-motion to compel production of documents from Defendant Software Rights Archive, LLC (filed on February 3, 2009) (Docket No. 72);

(5) Defendants' motion to dismiss, transfer, or stay under the first-to-file rule, under Rule 12(b)(2) for lack of personal jurisdiction, and under Rule 12(b)(1) for lack of subject matter jurisdiction (filed on November 10, 2008) (Docket No. 42); and

(6) Defendants' motion to quash Plaintiffs' 30(b)(6) notice of deposition and for protection (filed on January 20, 2009) (Docket No. 63).

Subject to the Court's approval, the Plaintiffs and Defendants have agreed to postpone the discovery motions in this case (numbers (1), (2), (4), and (6) above) by roughly 4-6 weeks, and the motion to strike and the motion to dismiss/transfer/stay (numbers (3) and (5) above) by another roughly 4-5 weeks thereafter. Plaintiffs and Defendants are in the process of working together and with the Court to find alternative hearing dates and times agreeable to all. As soon as such dates are determined, the parties will have the motions again placed on the Court's calendar. All oppositions and replies to be filed in response to the above-listed motions, to the extent such

oppositions and replies have not yet been filed, will be filed pursuant to Local Rule 7-3 based on the new hearing dates or other agreement of the parties.

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED:

Dated: 2/13/09

*Ronald M. Whyte*
The Honorable Ronald M. Whyte
United States District Court Judge

| | | |
|---|---|---|
| 1 | Dated: February 6, 2009 | Respectfully submitted, |
| 2 | | By: /s/ Thomas B. Walsh, IV |

Thomas B. Walsh, IV
(admitted *pro hac vice*)
Texas Bar No. 00785173
FISH & RICHARDSON P.C.
1717 Main Street, Suite 5000
Dallas, TX 75201
Telephone: (214) 747-5070
Facsimile: (214) 747-2091
Email: walsh@fr.com

Juanita R. Brooks (CA Bar No. 75934)
Jason W. Wolff (CA Bar No. 215819)
FISH & RICHARDSON P.C.
12390 El Camino Real
San Diego, CA 92130
Telephone: 858-678-5070
Facsimile: 858-678-5099
Email: brooks@fr.com
Email: wolff@fr.com

Ramon K. Tabtiang
(admitted *pro hac vice*)
Massachusetts Bar No. 663943
FISH & RICHARDSON P.C.
225 Franklin Street
Boston, MA 02110-2804
Telephone: 617-521-7017
Facsimile: 617-542-8906
Email: rkt@fr.com

Attorneys for Plaintiffs GOOGLE INC. and AOL, LLC

By: /s/ Richard. S.J. Hung

Michael A. Jacobs (CA Bar No. 111664)
Richard S.J. Hung (CA Bar No. 197425)
MORRISON & FOERSTER
425 Market Street
San Francisco, CA 94105
Telephone: 415-268-7000
Facsimile: 415-268-7522
Email: mjacobs@mofo.com
Email: rhung@mofo.com

Attorneys for Plaintiff YAHOO! INC.

| | |
|---|---|
| 1 | |
| 2 | By: /s/ Jennifer A. Kash |
| | Claude M. Stern (CA Bar No. 96737) |
| 3 | Jennifer A. Kash (CA Bar No. 203679) |
| | QUINN EMANUEL URQUHART |
| | OLIVER & HEDGES, LLP |
| 4 | 555 Twin Dolphin Drive, Suite 560 |
| | Redwood Shores, CA 94065 |
| 5 | Telephone: (650) 801-5000 |
| | Facsimile: (650) 801-5100 |
| 6 | Email: claudestern@quinnemanuel.com |
| | Email: jenniferkash@quinnemanuel.com |
| 7 | |
| | Attorneys for Plaintiffs IAC SEARCH & |
| 8 | MEDIA, INC. and LYCOS, INC. |

By: /s/ Thomas F. Smegal, Jr.
Thomas F. Smegal, Jr. (CA Bar No. 34,819)
One Sansome Street, 35th Floor
San Francisco, CA 94104
Telephone: (415) 217-8383
Facsimile: (415) 399-5093
Email: tomsmegal@smegallaw.com

Lee L. Kaplan (Texas Bar No. 11094400)
Jeffrey A. Potts (Texas Bar No. 00784781)
Raj Duvvuri (Texas Bar No. 24054185)
(admitted *pro hac vice*)
SMYSER, KAPLAN & VESELKA, LLP
700 Louisiana Street, Suite 2300
Houston, TX 77002
Telephone: (713) 221-2300
Facsimile: (713) 221-2320
Email: lkaplan@skv.com

Jay D. Ellwanger (CA Bar No. 217747)
DINOVO PRICE ELLWANGER
& HARDY, LLP
7000 North MoPac Expressway
Suite 350
Austin, Texas 78731
Telephone: (512) 539-2630
Facsimile: (512) 539-2627
Email: jellwanger@dpelaw.com

Attorneys for Defendants L. DANIEL EGGER, SOFTWARE RIGHTS ARCHIVE, LLC, and SITE TECHNOLOGIES, INC.

## **DECLARATION OF CONSENT**

Pursuant to General Order No. 45, Section X(B) regarding signatures, I attest under penalty of perjury that concurrence in the filing of this document has been obtained from counsel for all parties.

/s/ Kristin J. Madigan<br>
Kristin J. Madigan