

Clerk's Use Only
Initial for fee pd.:

Ms. Kristen L. McKeever
Smyser Kaplan & Veselka, L.L.P.
700 Louisiana Street, Suite 2300
Houston, Texas 77002
(713) 221-2300 Telephone (713) 221-2320 (fax)

FILED
2009 FEB 17 P 3: 15
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

GOOGLE, INC., AOL LLC, YAHOO! INC., IAC SEARCH & MEDIA, INC. and LYCOS, INC.

Plaintiff(s),

v.

L. DANIEL EGGER, SOFTWARE RIGHTS ARCHIVE, LLC, and SITE TECHNOLOGIES, INC.

Defendant(s).

CASE NO. C 08 03172-RMW

APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

Pursuant to Civil L.R. 11-3, Kristen L. McKeever, an active member in good standing of the bar of the Southern District of Texas, hereby applies for admission to practice in the Northern District of California on a pro hac vice basis representing L. Daniel Egger and Software in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:

Thomas F. Smegal, Jr. (Bar No. 34,819), One Sansome Street, 35th Floor, San Francisco, CA 94104, Telephone: (415) 217-8383, Facsimile: (415) 399-5093

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 2/11/2009

/s/ Kristen McKeever