RECEIVED

2009 FEB 17 PM 3:16

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

Google, Inc., AOL LLC, Yahoo! Inc.,
IAC Search & Media, Inc. and Lycos, Inc

CASE NO. C 08 03172-RMW

Plaintiff,

v.

L. Daniel Egger, Software Rights Archive, LLC, and Site Technologies, Inc

Defendant.

**(Proposed)**
**ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY**
*PRO HAC VICE*

Kristen L. McKeever , whose business address and telephone number is Smyser Kaplan & Veselka, L.L.P., 700 Louisiana Street, Suite 2300, Houston, Texas 77002, (713) 221-2340.

and who is an active member in good standing of the bar of

having applied in the above-entitled action for admission to practice in the Northern District of California on a pro hac vice basis, representing L. Daniel Egger, Software Rights Archive

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated:

_____
United States District Judge