RECEIVED
2009 FEB 17 PM 3:16
RICHARD W. WIEKING
CLERK
U.S. DSTRICT COURT
NO. DIST OF CA

*E-FILED - 3/5/09*

# IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Google, Inc., AOL LLC, Yahoo! Inc., IAC Search & Media, Inc. and Lycos, Inc<br><br>Plaintiff,<br><br>v.<br><br>L. Daniel Egger, Software Rights Archive, LLC, and Site Technologies, Inc<br><br>Defendant. | CASE NO. C 08 03172-RMW<br><br>(Proposed)<br>**ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY** *PRO HAC VICE* |

Kristen L. McKeever, whose business address and telephone number is Smyser Kaplan & Veselka, L.L.P., 700 Louisiana Street, Suite 2300, Houston, Texas 77002, (713) 221-2340.

and who is an active member in good standing of the bar of

having applied in the above-entitled action for admission to practice in the Northern District of California on a pro hac vice basis, representing L. Daniel Egger, Software Rights Archive

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: 3/5/09

*Ronald M. Whyte*
United States District Judge