LEE. L. KAPLAN
Admitted Pro Hac Vice
lkaplan@skv.com
SMYSER KAPLAN & VESELKA, L.L.P.
700 Louisiana St., Suite 2300
Houston, Texas 77002
Telephone: (713) 221-2323
Facsimile: (713) 221-2320

ATTORNEYS FOR PLAINTIFF
SOFTWARE RIGHTS ARCHIVE, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SOFTWARE RIGHTS ARCHIVE, LLC,<br><br>Plaintiff<br><br>v.<br><br>GOOGLE, INC., YAHOO!, INC., IAC SEARCH & MEDIA, INC., AOL LLC, and LYCOS, INC.,<br><br>Defendants. | Case No. CV09-80004 MISC<br><br>Case No. 2:07-cv-511 (CE)<br>EASTERN DISTRICT OF TEXAS<br><br>DECLARATION OF LEE L. KAPLAN TO RESPONDENTS' OPPOSITION TO MOTION TO COMPEL COMPLIANCE WITH YAHOO!'S SUBPOENA ON WILSON SONSINI GOODRICH & ROSATI |

I, Lee L. Kaplan, declare as follows:

1. I am an attorney licensed to practice in the State of Texas and admitted pro hac vice before this Court. I am a partner with the law firm of Smyser Kaplan & Veselka, L.L.P., counsel for Software Rights Archive, LLC ("SRA") in this matter. The following facts are within my personal knowledge, and, if called upon to do so, I could and would testify competently thereto.

LEE L. KAPLAN'S DECLARATION TO RESPONDENTS' OPPOSITION TO MOTION TO COMPEL COMPLIANCE WITH YAHOO!'S SUBPOENA ON WILSON SONSINI GOODRICH & ROSATI
CASE NO. CV09-80004 MISC

1

dockets.Justia.com

2. Exhibit 1 to this declaration is a true and correct copy of the July 16, 2008 Defendants' Motion to Dismiss for Lack of Standing.

3. Exhibit 2 to this declaration is a true and correct copy of the August 25, 2008 Plaintiff's Response to Defendants' Motion to Dismiss.

4. Exhibit 3 to this declaration is a true and correct copy of the April 25, 2000 Debtor's First Amended Plan of Reorganization.

5. Exhibit 4 to this declaration is a true and correct copy of the December 15, 2008 Plaintiff's Sur-Response to Defendants' Motion to Dismiss.

6. Exhibit 5 to this declaration is a true and correct copy of the November 10, 2008 Reply in Support of Defendants' Motion to Dismiss for Lack of Standing.

7. Exhibit 6 to this declaration is a true and correct copy of the June 6, 2004 Final Decree of the United States Bankruptcy Court, Northern District of California, San Jose Division.

8. Exhibit 7 to this declaration is a true and correct copy of the California corporate status of Site Technologies, Inc. as of January 30, 2009.

9. Exhibit 8 to this declaration is a true and correct copy of the September 17, 2008 subpoena sent to Wilson Sonsini Goodrich & Rosati.

10. Exhibit 9 to this declaration is a true and correct copy of the September 24, 2008 Response and Objections of Third Party Wilson Sonsini Goodrich & Rosati to Subpoena in a Civil Case from Defendant Yahoo! Inc.

11. Exhibit 10 to this declaration is a true and correct copy of the September 24, 2008 Egger's, STI's, and Software Rights Archive, LLC's Objections and Responses to Subpoena served on Wilson Sonsini Goodrich & Rosati.

LEE L. KAPLAN'S DECLARATION TO RESPONDENTS' OPPOSITION TO MOTION TO COMPEL COMPLIANCE WITH YAHOO!'S SUBPOENA ON WILSON SONSINI GOODRICH & ROSATI
CASE NO. CV09-80004 MISC

2

12. Exhibit 11 to this declaration is a true and correct copy of the September 2, 2008 Subpoena to Jeffrey Franklin Ait."

I declare under penalty of perjury under the laws of the United States and California that the foregoing is true and correct and that this Declaration is executed on March 27, 2009 in Houston, Texas.

Date: March 27, 2009            SMYSER KAPLAN & VESELKA, L.L.P.

*[signature]*

Lee L. Kaplan
Attorney for Plaintiff
Software Rights Archive, LLC

LEE L. KAPLAN'S DECLARATION TO RESPONDENTS' OPPOSITION TO MOTION TO COMPEL COMPLIANCE WITH YAHOO!'S SUBPOENA ON WILSON SONSINI GOODRICH & ROSATI
CASE NO. CV09-80004 MISC

3