MICHAEL A. JACOBS (CA SBN 111664)
mjacobs@mofo.com
RICHARD S.J. HUNG (CA SBN 197425)
rhung@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, CA 94105-2482
Telephone: (415) 268-7000
Facsimile: (415) 268-7522

ATTORNEYS FOR YAHOO! INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SOFTWARE RIGHTS ARCHIVE, LLC,<br><br>        Plaintiff,<br><br>    v.<br><br>GOOGLE INC., YAHOO! INC., IAC SEARCH & MEDIA, INC., AOL LLC, and LYCOS, INC.<br><br>        Defendants. | Case No.   Misc. Action C-09-80004-RMW[1]<br><br>(Case No. 2:07-cv-511 (CE) pending in the Eastern District of Texas)<br><br>**DECLARATION OF RICHARD S.J. HUNG IN SUPPORT OF YAHOO!'S MOTIONS TO COMPEL COMPLIANCE WITH SUBPOENAS ON WILSON SONSINI GOODRICH & ROSATI AND MURRAY & MURRAY P.C.**<br><br>**HEARING REQUESTED**<br><br>Date: April 17, 2009<br>Time: 9:00 AM<br>Judge: Ronald M. Whyte |

---

[1] Consolidated for hearing with *Google v. Egger*, Case No. 5:08-03172-RMW.

HUNG DECL. ISO YAHOO!'S MOTIONS TO COMPEL WSGR AND MURRAY
CASE NOS. MISC ACTION C-09-80004 & C-08-03172-RMW
sf-2666818

I, Richard S.J. Hung, declare as follows:

1. I am an attorney at Morrison & Foerster LLP. I submit this declaration in support of Yahoo! Inc's Motion to Compel Compliance with Yahoo!'s Subpoenas on Wilson Sonsini Goodrich & Rosati and Murray & Murray P.C. I make this declaration based on my own personal knowledge. If called as a witness, I could and would testify competently to the matters set forth herein.

2. Attached to this declaration as Exhibit A is a true and correct copy of a Certificate of Ownership Merging site/technologies/inc. into Site Technologies, Inc., dated December 29, 2000.

3. Attached to this declaration as Exhibit B is a true and correct copy of Software Rights Archive, LLC's First Set of Requests for Admission and Interrogatories, dated August 11, 2008.

4. Attached to this declaration as Exhibit C is a true and correct copy of a document titled Assignment of Patents, dated August 13, 2008.

5. Attached to this declaration as Exhibit D is a true and correct copy of excerpts of the Deposition Transcript of Jeffrey F. Ait, dated September 30, 2008.

6. Attached to this declaration as Exhibit E is a true and correct copy of an e-mail from Lee L. Kaplan, counsel for Software Rights Archive, LLC, to counsel for Yahoo! Inc., dated November 24, 2008.

7. Attached to this declaration as Exhibit F is a true and correct copy of the Third Declaration of Jeffrey F. Ait, dated December 8, 2008.

8. Attached to this declaration as Exhibit G is a true and correct copy of an e-mail from Lee L. Kaplan, counsel for Software Rights Archive, LLC, to counsel for Yahoo! Inc., dated December 17, 2008.

9. Attached to this declaration as Exhibit H is a true and correct copy of excerpts of the Transcript of Proceedings in the United States Bankruptcy Court for the Northern District of California, Case No. 99-50736-RLE, dated December 17, 2008.

10. Attached to this declaration as Exhibit I is a true and correct copy of an e-mail from Lee L. Kaplan, counsel for Software Rights Archive, LLC, to counsel for Yahoo! Inc., dated February 5, 2009.

11. Attached to this declaration as Exhibit J is a true and correct copy of an e-mail from Lee L. Kaplan, counsel for Software Rights Archive, LLC, to counsel for Yahoo! Inc., dated February 6, 2009.

12. Attached to this declaration as Exhibit K is a true and correct copy of an e-mail from Rebecca S. Saelao, counsel for Yahoo! Inc., to Lee L. Kaplan, dated February 17, 2009 and attaching a proposed stipulation under Rule 502 of the Federal Rules of Evidence.

I declare under penalty of perjury that the foregoing is true and correct. Executed in San Francisco, California this 3rd day of April 2009.

                                                /s/ Richard S.J. Hung
                                                  Richard S.J. Hung