1    MICHAEL A. JACOBS (CA SBN 111664)
     mjacobs@mofo.com
2    RICHARD S.J. HUNG (CA SBN 197425)
     rhung@mofo.com
3    MORRISON & FOERSTER LLP
     425 Market Street
4    San Francisco, CA  94105-2482
     Telephone: (415) 268-7000
5    Facsimile: (415) 268-7522

6    ATTORNEYS FOR YAHOO! INC.

7

8                         UNITED STATES DISTRICT COURT

9                       NORTHERN DISTRICT OF CALIFORNIA

10                             SAN JOSE DIVISION

11

12   SOFTWARE RIGHTS ARCHIVE, LLC,        Case No.    Misc. Action C-09-80004-RMW[1]

13                    Plaintiff,           (Case No. 2:07-cv-511 (CE) pending in the
                                           Eastern District of Texas)
14          v.
                                           **YAHOO!'S RESPONSE TO SOFTWARE**
15   GOOGLE INC., YAHOO! INC., IAC         **RIGHTS ARCHIVE, LLC'S STATEMENT**
     SEARCH & MEDIA, INC., AOL LLC,        **OF RECENT DECISION**
16   and LYCOS, INC.
                                           **HEARING REQUESTED**
17                    Defendants.
                                           Date:  April 17, 2009
18                                         Time:  9:00 AM
                                           Judge: Ronald M. Whyte
19

20

21

22

23

24

25

26

27          [1] Consolidated for hearing with *Google v. Egger*, Case No. 5:08-03172-RMW.

28

     YAHOO!'S RESPONSE TO SRA'S STATEMENT OF RECENT DECISION
     Case Nos. Misc. Action C-09-80004 & C-08-03172-RMW
     sf-2666774

On March 31, 2009, Magistrate Judge Everingham issued a memorandum opinion and order denying Defendants'[2] motion to dismiss the Texas action for lack of standing. On April 2, 2009, Software Rights Archive, LLC ("SRA") submitted a "Statement of Recent Decision"[3] attaching this order. In its Statement, SRA suggests that the order "moot[s] [Yahoo!'s] motions to compel discovery from WSGR and Murray."

For the reasons set forth in (1) Yahoo!'s reply brief in support of its motions to compel and (2) Plaintiffs' reply brief in support of their motion to compel production of documents,[4] both of which are filed concurrently herewith, SRA's suggestion is incorrect. The ruling on the motion to dismiss was premised on the court's conclusion that patent rights were transferred prior to the commencement of Chapter 11 proceedings by Site Technologies, Inc. ("Site Tech"). The ruling does not change the fact that Jeffrey Ait, who was named "Responsible Person" under Site Tech's Chapter 11 plan, has been discharged from his duties as Responsible Person and thus has no authority to assert privilege on behalf of Site Tech. In addition, the subpoenaed documents remain relevant not only to the standing issue, but also to the central issues of patent infringement, validity, and damages. As to the standing issue itself, the documents are critical to any motion to reconsider Judge Everingham's order.

Dated: April 3, 2009                    MORRISON & FOERSTER LLP


                                        By: _____/s/_____
                                            Richard S.J. Hung
                                            Attorneys for Defendant Yahoo! Inc.

---

[2] "Defendants" refers to Google, Inc., Yahoo!, Inc., IAC Search & Media, Inc., AOL LLC, and Lycos, Inc. (defendants in Case No. 2:07-cv-511 (CE) (E.D. Tex.)).

[3] Docket No. 94 (Case No. 5:08-03172-RMW).

[4] Defendants in the Texas action are Plaintiffs in the declaratory judgment action before this Court.

YAHOO!'S RESPONSE TO SRA'S STATEMENT OF RECENT DECISION
Case Nos. Misc. Action C-09-80004 & C-08-03172-RMW
sf-2666774

1