[SEE SIGNATURE BLOCK FOR COUNSEL]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GOOGLE INC., AOL LLC, YAHOO! INC., IAC SEARCH & MEDIA, INC., and LYCOS, INC.,<br><br>    Plaintiffs,<br><br>    v.<br><br>L. DANIEL EGGER, SOFTWARE RIGHTS ARCHIVE, LLC, and SITE TECHNOLOGIES, INC.,<br><br>    Defendants. | CASE NO. CV 08-03172-RMW<br><br>**DECLARATION OF JENNIFER A. KASH IN FURTHER SUPPORT OF PLAINTIFFS' CROSS-MOTION TO COMPEL PRODUCTION OF DOCUMENTS FROM DEFENDANT SOFTWARE RIGHTS ARCHIVE, LLC**<br><br>Hearing Date: April 17, 2009<br>Hearing Time: 9:00 a.m. |

51429/2869286.1

Case No. C-08-03172-RMW
KASH DECLARATION IN FURTHER SUPPORT OF CROSS-MOTION TO COMPEL SRA

I, Jennifer A. Kash, declare as follows:

1. I am an attorney admitted to practice in the State of California, and I am a partner of the law firm of Quinn Emanuel Urquhart Oliver & Hedges, LLP. I represent Plaintiffs IAC Search & Media, Inc. and Lycos, Inc. in this action. Except as otherwise stated, I have personal firsthand knowledge of the matters set forth in this Declaration, and if called as a witness I would testify competently to those matters.

2. Attached hereto as Exhibit A is a true and correct copy of the Declaration of Michael J. Collins, dated February 20, 2009.

3. Attached hereto as Exhibit B is a true and correct copy of a document submitted to the U.S. Patent and Trademark Office, dated August 8, 2007.

4. Attached hereto as Exhibit C is a true and correct copy of a printout from the website of Altitude Capital Partners, http://altitudecp.com/contact.html, dated April 3, 2009.

4. Attached hereto as Exhibit D is a true and correct copy of a document titled "Assignment of Patents," dated August 13, 2008.

5. Attached hereto as Exhibit E is a true and correct copy of a printout from the website of Altitude Capital Partners, http://altitudecp.com/firm.html, dated April 3, 2009.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 3rd day of April, 2009, at San Francisco, California.

                                           /s/ Jennifer A. Kash
                                                Jennifer A. Kash