# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

*E-FILED*

## CIVIL MINUTES

DATE: **April 17, 2009**

Case No. **C-08-03172-RMW**    JUDGE: **Ronald M. Whyte**    TIME IN: *50 min.*

**GOOGLE, INC., et al.**    -V- **L. DANIEL EGGER, et al.**
Title

**R. Hung, T. Walsh, K. Madigan, C. Stern**    **L. Kaplan, T. Smegal, M. Parnes, J. DeHope, Jr.**
Attorneys Present (Plaintiff)    Attorneys Present (Defendant)

**COURT CLERK: Jackie Garcia**    **COURT REPORTER: Lee-Anne Shortridge**

## PROCEEDINGS

**DANIEL EGGER AND SOFTWARE RIGHTS ARCHIVE'S MOTION TO QUASH GOOGLE'S NOTICE OF DEPOSITION AND FOR PROTECTION; GOOGLE'S CROSS-MOTION TO COMPEL PRODUCTION OF DOCUMENTS FROM SOFTWARE RIGHT ARCHIVE**

**ORDER AFTER HEARING**

**Hearing Held. The Court heard oral argument from all parties. The Court's tentative ruling is to grant the motion to compel. The Court to issue a final ruling to the parties. The matter is deemed submitted.**