MICHAEL A. JACOBS (CA SBN 111664)
mjacobs@mofo.com
RICHARD S.J. HUNG (CA SBN 197425)
rhung@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, CA 94105-2482
Telephone: (415) 268-7000
Facsimile: (415) 268-7522

ATTORNEYS FOR YAHOO! INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SOFTWARE RIGHTS ARCHIVE, LLC, | Case No. Misc. Action C-09-80004-RMW[1] |
| Plaintiff, | (Case No. 2:07-cv-511 (CE) pending in the Eastern District of Texas) |
| v. | **DECLARATION OF RICHARD S.J. HUNG IN SUPPORT OF YAHOO!'S RESPONSE TO SOFTWARE RIGHTS ARCHIVE LLC'S AND DANIEL EGGER'S POST-HEARING BRIEF** |
| GOOGLE INC., YAHOO! INC., IAC SEARCH & MEDIA, INC., AOL LLC, and LYCOS, INC. | |
| Defendants. | |

---

[1] Consolidated for hearing with *Google v. Egger*, Case No. 5:08-03172-RMW.

HUNG DECL. ISO YAHOO!'S RESPONSE TO SRA'S AND EGGER'S POST-HEARING BRIEF
CASE NOS. MISC ACTION C-09-80004 & C-08-03172-RMW
sf-2678587

1         I, Richard S.J. Hung, declare as follows:

2         1.     I am an attorney at Morrison & Foerster LLP. I submit this declaration in support of Yahoo!'s Response to Software Rights Archive LLC's and Daniel Egger's Post-Hearing Brief. I make this declaration based on my own personal knowledge. If called as a witness, I could and would testify competently to the matters set forth herein.

        2.     Attached to this declaration as Exhibit A is a true and correct copy of excerpts of the Deposition Transcript of L. Daniel Egger, dated October 2, 2008.

        3.     Attached to this declaration as Exhibit B is a true and correct copy of the Declaration of Michael J. Collins, dated February 20, 2009.

I declare under penalty of perjury that the foregoing is true and correct. Executed in San Francisco, California this 29th day of April 2009.

                                                      /s/ Richard S.J. Hung
                                                          Richard S.J. Hung

HUNG DECL. ISO YAHOO!'S RESPONSE TO SRA'S AND EGGER'S POST-HEARING BRIEF
CASE NOS. MISC ACTION C-09-80004 & C-08-03172-RMW
sf-2678587

1