1  [SEE SIGNATURE BLOCK FOR COUNSEL]
2
3
4
5
6
7
8                          UNITED STATES DISTRICT COURT
9                        NORTHERN DISTRICT OF CALIFORNIA
10                                SAN JOSE DIVISION

11  GOULE INC., AOL LLC, YAHOO! INC.,                CASE NO. CV 08-03172-RMW
    IAC SEARCH & MEDIA, INC., and
12  LYCOS, INC.,                                     **PLAINTIFFS' ADMINISTRATIVE
                                                     MOTION FOR CONTINUANCE OF THE
13               Plaintiffs,                         BRIEFING AND HEARING SCHEDULE
                                                     FOR DEFENDANTS' MOTION TO
14          v.                                       DISMISS, TRANSFER OR STAY AND
                                                     PLAINTIFFS' MOTION TO STRIKE**
15  L. DANIEL EGGER,
    SOFTWARE RIGHTS ARCHIVE, LLC, and
16  SITE TECHNOLOGIES, INC.,

17               Defendants.

18
19
20
21
22
23
24
25
26
27
28

PLAINTIFFS' MOTION FOR ADMINISTRATIVE RELIEF
CASE NO. C-08-03172-RMW

Pursuant to Civil Local Rule 7-11, Plaintiffs respectfully submit this motion for administrative relief to continue the briefing and hearing schedule for Defendants' Motion to Dismiss, Transfer or Stay Under the First-To-File Rule, Under Rule 12(b)(2) For Lack of Personal Jurisdiction, and Under Rule 12(b)(1) For Lack of Subject Matter Jurisdiction (Dkt. No. 42) (hereinafter "Defendants' Motion to Dismiss, Transfer or Stay") and Plaintiffs' Motion to Strike Site Technologies, Inc.'s Motion to Dismiss, Transfer or Stay (Dkt. No. 64) (hereinafter "Plaintiffs' Motion to Strike"). Plaintiffs' motion is made on the ground that additional time is necessary for Plaintiffs to obtain discovery that is highly relevant to the disposition of Defendants' Motion to Dismiss, Transfer or Stay.

1. On April 16, 2009, less than two weeks ago, the Court issued a tentative ruling granting Plaintiffs' Cross-Motion to Compel discovery from Defendant Software Rights Archive, LLC (Dkt. No. 72) (hereinafter "Plaintiffs' Cross-Motion to Compel").

2. The following day, on April 17, 2009, counsel for the parties and non-parties Wilson Sonsini Goodrich & Rosati and Murray & Murray, P.C. appeared before the Court for a hearing on (1) Yahoo!'s Motions to Compel Compliance with Subpoenas on Wilson Sonsini Goodrich & Rosati and Murray & Murray, P.C.; (2) Defendant Software Rights Archive, LLC's Motion to Quash Plaintiffs' 30(b)(6) Notice of Deposition; and (3) Plaintiffs' Cross-Motion to Compel.

3. As set forth in Plaintiffs' prior briefing, the discovery Plaintiffs seek from Defendant Software Rights Archive, LLC in connection with Plaintiffs' Cross-Motion to Compel is highly relevant to the preparation of Plaintiffs' brief in opposition to Defendants' Motion to Dismiss, Transfer or Stay, which is currently due on Friday, May 1. As of the date of this motion, the Court has not yet issued a final ruling on Plaintiffs' Cross-Motion to Compel.

4. Accordingly, in light of the above, Plaintiffs respectfully request that the hearing and briefing schedule for such motions be continued as follows:

| Event | Old Deadline | New Deadline |
|---|---|---|
| Plaintiffs' Opposition to Defendants' Motion to Dismiss, Transfer or Stay<br><br>Defendants' Opposition to Plaintiffs' Motion to Strike | May 1, 2009 | 30 days after the entry of an Order <u>granting</u> Plaintiffs' Cross-Motion to Compel<br><br><u>or</u><br><br>5 business days after the entry of an Order <u>denying</u> Plaintiffs' Cross-Motion to Compel |
| Defendants' Reply in Support of Their Motion to Dismiss, Transfer or Stay<br><br>Plaintiffs' Reply in Support of Their Motion to Strike | May 8, 2009 | 7 days after the filing of Plaintiffs' Opposition to Defendants' Motion to Dismiss, Transfer or Stay |
| Hearing on (i) Defendants' Motion to Dismiss, Transfer or Stay; and (ii) Plaintiffs' Motion to Strike | May 22, 2009 | 60 days after the entry of an Order <u>granting</u> Plaintiffs' Cross-Motion to Compel, <u>or</u> on the earliest date thereafter that is convenient for the Court<br><br>30 days after the entry of an Order <u>denying</u> Plaintiffs' Cross-Motion to Compel, <u>or</u> on the earliest date thereafter that is convenient for the Court |

The above proposed schedule would ensure Plaintiffs have sufficient time to obtain any discovery to which they are entitled before filing their brief in opposition to Defendants' Motion to Dismiss, Transfer or Stay and would obviate the need for the parties to file supplemental briefing if Plaintiffs' Cross-Motion to Compel is granted. The schedule for the briefing and hearing on Plaintiffs' Motion to Strike is being proposed to be moved for the convenience of the parties and the Court, since, as previously noted, it is scheduled to be heard with Defendants' Motion to Dismiss, Transfer or Stay.

5. In accordance with Civil Local Rule 6-3(a), Plaintiffs believe the requested continuance will not prejudice the parties nor significantly impact the case schedule. There have been only four other schedule modifications in this case, all of which were agreed to by the parties. (*See* Dkt. Nos. 20, 60, 78, 81.) Plaintiffs have attempted to obtain a stipulation from

1  Defendants regarding the proposed continuance, however, the parties were unable to reach an
2  agreement.  (Declaration of Jennifer A. Kash In Support of Plaintiffs' Administrative Motion for
3  Continuance of the Briefing and Hearing Schedule for Defendants' Motion to Dismiss, Transfer or
4  Stay and Plaintiffs' Motion to Strike ¶ 2.)

5  For all of the foregoing reasons, Plaintiffs respectfully request that the Court issue an order
6  adopting the briefing and hearing schedule set forth above for (i) Defendants' Motion to Stay,
7  Transfer or Dismiss and (ii) Plaintiffs' Motion to Strike.

| | |
|---|---|
| Dated: April 29, 2009 | Respectfully submitted, |
| | By: /s/ Thomas B. Walsh, IV |
| | Thomas B. Walsh, IV |
| | *pro hac vice* |
| | Texas Bar No. 00785173 |
| | E-mail: walsh@fr.com |
| | Fish & Richardson P.C. |
| | 1717 Main Street |
| | Suite 5000 |
| | Dallas, TX 75201 |
| | Telephone: (214) 747-5070 |
| | Facsimile: (214) 747-2091 |
| | |
| | Juanita R. Brooks (CA Bar No. 75934) |
| | Jason W. Wolff (CA Bar No. 215819) |
| | FISH & RICHARDSON P.C. |
| | 12390 El Camino Real |
| | San Diego, CA 92130 |
| | Telephone: 858-678-5070 |
| | Facsimile: 858-678-5099 |
| | Email: wolff@fr.com |
| | |
| | Attorneys for Plaintiffs GOOGLE INC. and AOL, LLC |
| | |
| | By: /s/ Richard. S.J. Hung |
| | Michael A. Jacobs (CA Bar No. 111664) |
| | Richard S.J. Hung (CA Bar No. 197425) |
| | MORRISON & FOERSTER |
| | 425 Market Street |
| | San Francisco, CA 94105 |
| | Telephone: 415-268-7000 |
| | Facsimile: 415-268-7522 |
| | Email: mjacobs@mofo.com |
| | |
| | Attorneys for Plaintiff YAHOO! INC. |
| | |
| | By: /s/ Jennifer A. Kash |
| | Claude M. Stern (CA Bar No. 96737) |
| | Jennifer A. Kash (CA Bar No. 203679) |
| | QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP |
| | 555 Twin Dolphin Drive, Suite 560 |
| | Redwood Shores, CA 94065 |
| | Telephone: (650) 801-5000 |
| | Facsimile: (650) 801-5100 |
| | Email: claudestern@quinnemanuel.com |
| | Email:jenniferkash@quinnemanuel.com |
| | |
| | Attorneys for Plaintiffs IAC SEARCH & MEDIA, INC. and LYCOS, INC. |

## **DECLARATION OF CONSENT**

Pursuant to General Order No. 45, Section X(B) regarding signatures, I attest under penalty of perjury that concurrence in the filing of this document has been obtained from counsel for all Plaintiffs.

/s/ Jennifer A. Kash
Jennifer A. Kash
