Claude M. Stern (CA Bar No. 96737)
Jennifer A. Kash (CA Bar No. 203679)
QUINN EMANUEL URQUHART
 OLIVER & HEDGES, LLP
555 Twin Dolphin Drive, Suite 560
Redwood Shores, CA 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100
Email: claudestern@quinnemanuel.com
Email: jenniferkash@quinnemanuel.com

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GOOGLE INC., AOL LLC, YAHOO! INC., IAC SEARCH & MEDIA, INC., and LYCOS, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>L. DANIEL EGGER, SOFTWARE RIGHTS ARCHIVE, LLC, and SITE TECHNOLOGIES, INC.,<br><br>Defendants. | CASE NO. CV 08-03172-RMW<br><br>**DECLARATION OF JENNIFER A. KASH IN SUPPORT OF PLAINTIFFS' ADMINISTRATIVE MOTION FOR CONTINUANCE OF THE BRIEFING AND HEARING SCHEDULE FOR DEFENDANTS' MOTION TO DISMISS, TRANSFER OR STAY AND PLAINTIFFS' MOTION TO STRIKE** |

I, Jennifer A. Kash, declare as follows:

1.     I am an attorney admitted to practice in the State of California, and I am a partner of the law firm of Quinn Emanuel Urquhart Oliver & Hedges, LLP.  I represent Plaintiffs IAC Search & Media, Inc. and Lycos, Inc. in this action.  Except as otherwise stated, I have personal firsthand knowledge of the matters set forth in this Declaration, and if called as a witness I would testify competently to those matters.

2.     In accordance with Civil Local Rule 7-11, Plaintiffs attempted to obtain a stipulation from Defendants regarding the proposed continuance set forth in Plaintiffs' Administrative Motion for Continuance of the Briefing and Hearing Schedule for Defendants' Motion to Dismiss, Transfer or Stay and Plaintiffs' Motion to Strike.  The parties were unable to reach any agreement, thereby necessitating this motion.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 29th day of April, 2009, at San Francisco, California.

/s/ Jennifer A. Kash<br>Jennifer A. Kash