Claude M. Stern (CA Bar No. 96737)
Jennifer A. Kash (CA Bar No. 203679)
QUINN EMANUEL URQUHART
 OLIVER & HEDGES, LLP
555 Twin Dolphin Drive, Suite 560
Redwood Shores, CA 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100
Email: claudestern@quinnemanuel.com
Email:jenniferkash@quinnemanuel.com

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GOOGLE INC., AOL LLC, YAHOO! INC., IAC SEARCH & MEDIA, INC., and LYCOS, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>L. DANIEL EGGER, SOFTWARE RIGHTS ARCHIVE, LLC, and SITE TECHNOLOGIES, INC.,<br><br>Defendants. | CASE NO. CV 08-03172-RMW<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION FOR CONTINUANCE OF THE BRIEFING AND HEARING SCHEDULE FOR DEFENDANTS' MOTION TO DISMISS, TRANSFER OR STAY AND PLAINTIFFS' MOTION TO STRIKE** |

Having considered Plaintiffs' Administrative Motion for Continuance of the Briefing and Hearing Schedule for Defendants' Motion to Dismiss, Transfer or Stay and Plaintiffs' Motion to Strike, the opposition thereto by Defendants L. Daniel Egger, Software Rights Archive, LLC and Site Technologies, Inc., and all supporting papers,

IT IS HEREBY ORDERED as follows: Plaintiffs' Administrative Motion is GRANTED.

The Court hereby enters the following briefing and hearing schedule for Defendants' Motion to Dismiss, Transfer or Stay Under the First-To-File Rule, Under Rule 12(b)(2) For Lack of Personal Jurisdiction, and Under Rule 12(b)(1) For Lack of Subject Matter Jurisdiction (Dkt. No. 42) (hereinafter "Defendants' Motion to Dismiss, Transfer or Stay") and Plaintiffs' Motion to Strike Site Technologies, Inc.'s Motion to Dismiss, Transfer or Stay (Dkt. No. 64) (hereinafter "Plaintiffs' Motion to Strike"):

| Event | Old Deadline | New Deadline |
|---|---|---|
| Plaintiffs' Opposition to Defendants' Motion to Dismiss, Transfer or Stay<br><br>Defendants' Opposition to Plaintiffs' Motion to Strike | May 1, 2009 | 30 days after the entry of an Order <u>granting</u> Plaintiffs' Cross-Motion to Compel<br><br><u>or</u><br><br>5 business days after the entry of an Order <u>denying</u> Plaintiffs' Cross-Motion to Compel |
| Defendants' Reply in Support of Their Motion to Dismiss, Transfer or Stay<br><br>Plaintiffs' Reply in Support of Their Motion to Strike | May 8, 2009 | 7 days after the filing of Plaintiffs' Opposition to Defendants' Motion to Dismiss, Transfer or Stay |
| Hearing on (i) Defendants' Motion to Dismiss, Transfer or Stay; and (ii) Plaintiffs' Motion to Strike | May 22, 2009 | 60 days after the entry of an Order <u>granting</u> Plaintiffs' Cross-Motion to Compel, <u>or</u> on the earliest date thereafter that is convenient for the Court<br><br>30 days after the entry of an Order <u>denying</u> Plaintiffs' Cross-Motion to Compel, <u>or</u> on the earliest date thereafter that is convenient for the Court |

SO ORDERED this \_\_\_\_\_ day of _____, 2009.

_____
THE HONORABLE RONALD M. WHYTE
UNITED STATES DISTRICT JUDGE