1　[SEE SIGNATURE BLOCK FOR COUNSEL]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GOOGLE INC., AOL LLC, YAHOO! INC., IAC SEARCH & MEDIA, INC., and LYCOS, INC.,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>L. DANIEL EGGER, SOFTWARE RIGHTS ARCHIVE, LLC, and SITE TECHNOLOGIES, INC.,<br><br>　　　　Defendants. | CASE NO. CV 08-03172-RMW<br><br>**JOINT ADMINISTRATIVE MOTION FOR LEAVE TO FILE OPPOSITION AND REPLY BRIEFS CONTAINING ADDITIONAL PAGES** |

JOINT MOTION FOR ADMINISTRATIVE RELIEF
CASE NO. C-08-03172-RMW

Pursuant to Civil Local Rule 7-11, the parties respectfully submit this joint motion for administrative relief and accompanying stipulation and proposed order to (1) obtain leave for Plaintiffs to file a brief in opposition to Defendants' Motion to Dismiss, Transfer or Stay Under the First-To-File Rule, Under Rule 12(b)(2) For Lack of Personal Jurisdiction, and Under Rule 12(b)(1) For Lack of Subject Matter Jurisdiction (Dkt. No. 42) (hereinafter "Defendants' Motion to Dismiss, Transfer or Stay") that contains eight additional pages of text in excess of the page limit set forth in Civil Local Rule 7-4, and (2) obtain leave for Defendants to file a Reply Brief in support of Defendants' Motion to Dismiss, Transfer or Stay that contains eight additional pages of text in excess of the page limit set forth in Civil Local Rule 7-4.

The parties' motion is made on the ground that Plaintiffs believe the eight additional pages are necessary for them to fully brief the many issues presented by Defendants' Motion to Stay, Transfer or Dismiss. Defendants do not object to the additional page allowance, and the parties agreed that in that event, Defendants should receive the same allowance if needed. Allowing the parties to submit the additional pages will not unduly burden the parties or the Court. For all of the foregoing reasons, the parties respectfully request that the Court issue an order (i) granting Plaintiffs leave to file a brief in opposition to Defendants' Motion to Dismiss, Transfer or Stay containing eight additional pages of text in excess of the page limit set forth in Civil Local Rule 7-4, and (ii) granting Defendants leave to file a Reply Brief in support of Defendants' Motion to Dismiss, Transfer or Stay that contains eight additional pages of text in excess of the page limit set forth in Civil Local Rule 7-4.

| | | |
|---|---|---|
| 1 | Dated: April 30, 2009 | Respectfully submitted, |
| 2 | | By: /s/ Thomas B. Walsh, IV |
| 3 | | Thomas B. Walsh, IV<br>*pro hac vice*<br>Texas Bar No. 00785173 |
| 4 | | E-mail: walsh@fr.com<br>Fish & Richardson P.C. |
| 5 | | 1717 Main Street<br>Suite 5000 |
| 6 | | Dallas, TX 75201<br>Telephone: (214) 747-5070 |
| 7 | | Facsimile: (214) 747-2091 |
| 8 | | Juanita R. Brooks (CA Bar No. 75934) |
| 9 | | Jason W. Wolff (CA Bar No. 215819)<br>FISH & RICHARDSON P.C. |
| 10 | | 12390 El Camino Real<br>San Diego, CA 92130 |
| 11 | | Telephone: 858-678-5070<br>Facsimile: 858-678-5099 |
| 12 | | Email: wolff@fr.com |
| 13 | | Attorneys for Plaintiffs GOOGLE INC. and AOL, LLC |
| 14 | | |
| 15 | | By: /s/ Richard. S.J. Hung |
| 16 | | Michael A. Jacobs (CA Bar No. 111664)<br>Richard S.J. Hung (CA Bar No. 197425)<br>MORRISON & FOERSTER |
| 17 | | 425 Market Street<br>San Francisco, CA 94105 |
| 18 | | Telephone: 415-268-7000<br>Facsimile: 415-268-7522 |
| 19 | | Email: mjacobs@mofo.com |
| 20 | | Attorneys for Plaintiff YAHOO! INC. |
| 21 | | By: /s/ Jennifer A. Kash |
| 22 | | Claude M. Stern (CA Bar No. 96737)<br>Jennifer A. Kash (CA Bar No. 203679)<br>QUINN EMANUEL URQUHART |
| 23 | | OLIVER & HEDGES, LLP<br>555 Twin Dolphin Drive, Suite 560 |
| 24 | | Redwood Shores, CA 94065<br>Telephone: (650) 801-5000 |
| 25 | | Facsimile: (650) 801-5100<br>Email: claudestern@quinnemanuel.com |
| 26 | | Email:jenniferkash@quinnemanuel.com |
| 27 | | Attorneys for Plaintiffs IAC SEARCH & MEDIA, INC. and LYCOS, INC. |
| 28 | | |

|   |   |   |
|---|---|---|
| 1 | | |
| 2 | | By: /s/ Jay D. Ellwanger |
| 3 | | Jay D. Ellwanger (jellwanger@dpelaw.com) |
| 4 | | Dinovo Price Ellwanger LLP P.O. Box 201690 |
| 5 | | Austin, Texas 78720 Telephone: (512) 681-4060 |
| 6 | | Facsimile: (512) 628-3410 |
| 7 | | Thomas F. Smegal, Jr. |
| 8 | | (tomsmegal@smegallaw.com) Law Offices of Thomas F. Smegal, Jr. |
| 9 | | One Sansome Street, 35th floor San Francisco, CA 94104 |
| 10 | | Telephone: (415) 217-8383 Facsimile: (415) 399-0593 |
| 11 | | |
| 12 | | Lee Landa Kaplan (lkaplan@skv.com) (pro hac vice) |
| 13 | | Smyser Kaplan & Veselka, L.L.P. 700 Louisiana St., Suite 2300, Houston, TX |
| 14 | | 77002 Telephone:   (713) 221-2300 |
| 15 | | Facsimile:     (713) 221-2320 |
| 16 | | Attorneys for Defendants L. DANIEL EGGER, SOFTWARE RIGHTS ARCHIVE, LLC, and |
| 17 | | SITE TECHNOLOGIES, INC. |

# **DECLARATION OF CONSENT**

Pursuant to General Order No. 45, Section X(B) regarding signatures, I attest under penalty of perjury that concurrence in the filing of this document has been obtained from the above-listed counsel for all Plaintiffs and Defendants.

Dated: April 30, 2009

                                        /s/ Jennifer A. Kash
                                        Jennifer A. Kash