1 | [SEE SIGNATURE BLOCK FOR COUNSEL]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GOOGLE INC., AOL LLC, YAHOO! INC., IAC SEARCH & MEDIA, INC., and LYCOS, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>L. DANIEL EGGER, SOFTWARE RIGHTS ARCHIVE, LLC, and SITE TECHNOLOGIES, INC.,<br><br>Defendants. | CASE NO. CV 08-03172-RMW<br><br>**STIPULATION AND [PROPOSED] ORDER GRANTING JOINT ADMINISTRATIVE MOTION FOR LEAVE TO FILE OPPOSITION AND REPLY BRIEFS CONTAINING ADDITIONAL PAGES** |

| | |
|---|---|
| 1 | **STIPULATION** |
| 2 | Subject to the approval of this Court and pursuant to Civil Local Rule 7-11, IT IS |
| 3 | HEREBY STIPULATED by and between Plaintiffs and Defendants, through their respective |
| 4 | counsel of record, as follows: |
| 5 | i) Plaintiffs may file a brief in opposition to Defendants' Motion to Dismiss, Transfer |
| 6 | or Stay Under the First-To-File Rule, Under Rule 12(b)(2) For Lack of Personal Jurisdiction, and |
| 7 | Under Rule 12(b)(1) For Lack of Subject Matter Jurisdiction (Dkt. No. 42) (hereinafter |
| 8 | "Defendants' Motion to Dismiss, Transfer or Stay") that contains eight additional pages of text in |
| 9 | excess of the page limit set forth in Civil Local Rule 7-4; and |
| 10 | ii) Defendants may file a Reply Brief in Support of Defendants' Motion to Dismiss, |
| 11 | Transfer or Stay containing eight additional pages of text in excess of the page limit set forth in |
| 12 | Civil Local Rule 7-4. |
| 13 | **ORDER** |
| 14 | PURSUANT TO STIPULATION, IT IS SO ORDERED. |

SO ORDERED this _____ day of _____, 2009.

_____
THE HONORABLE RONALD M. WHYTE
UNITED STATES DISTRICT JUDGE

| | | |
|---|---|---|
| 1 | Dated: April 30, 2009 | Respectfully submitted, |
| 2 | | By: /s/ Thomas B. Walsh, IV |
| 3 | | Thomas B. Walsh, IV<br>*pro hac vice* |
| 4 | | Texas Bar No. 00785173<br>E-mail: walsh@fr.com |
| 5 | | Fish & Richardson P.C.<br>1717 Main Street<br>Suite 5000 |
| 6 | | Dallas, TX 75201<br>Telephone: (214) 747-5070 |
| 7 | | Facsimile: (214) 747-2091 |
| 8 | | Juanita R. Brooks (CA Bar No. 75934) |
| 9 | | Jason W. Wolff (CA Bar No. 215819)<br>FISH & RICHARDSON P.C. |
| 10 | | 12390 El Camino Real<br>San Diego, CA 92130 |
| 11 | | Telephone: 858-678-5070<br>Facsimile: 858-678-5099 |
| 12 | | Email: wolff@fr.com |
| 13 | | Attorneys for Plaintiffs GOOGLE INC. and |
| 14 | | AOL, LLC |
| 15 | | By: /s/ Richard. S.J. Hung |
| 16 | | Michael A. Jacobs (CA Bar No. 111664)<br>Richard S.J. Hung (CA Bar No. 197425) |
| 17 | | MORRISON & FOERSTER<br>425 Market Street |
| 18 | | San Francisco, CA 94105<br>Telephone: 415-268-7000 |
| 19 | | Facsimile: 415-268-7522<br>Email: mjacobs@mofo.com |
| 20 | | Attorneys for Plaintiff YAHOO! INC. |
| 21 | | By: /s/ Jennifer A. Kash |
| 22 | | Claude M. Stern (CA Bar No. 96737)<br>Jennifer A. Kash (CA Bar No. 203679) |
| 23 | | QUINN EMANUEL URQUHART<br>OLIVER & HEDGES, LLP |
| 24 | | 555 Twin Dolphin Drive, Suite 560<br>Redwood Shores, CA 94065 |
| 25 | | Telephone: (650) 801-5000<br>Facsimile: (650) 801-5100 |
| 26 | | Email: claudestern@quinnemanuel.com<br>Email:jenniferkash@quinnemanuel.com |
| 27 | | Attorneys for Plaintiffs IAC SEARCH &<br>MEDIA, INC. and LYCOS, INC. |
| 28 | | |

| | |
|---|---|
| 1 | By: /s/ Jay D. Ellwanger |
| 2 | Jay D. Ellwanger (jellwanger@dpelaw.com)<br>Dinovo Price Ellwanger LLP |
| 3 | P.O. Box 201690<br>Austin, Texas 78720 |
| 4 | Telephone: (512) 681-4060<br>Facsimile: (512) 628-3410 |
| 5 | |
| 6 | Lee Landa Kaplan (lkaplan@skv.com)<br>Smyser Kaplan & Veselka, L.L.P. |
| 7 | 700 Louisiana St., Suite 2300, Houston, TX 77002 |
| 8 | Telephone: (713) 221-2300<br>Facsimile: (713) 221-2320 |
| 9 | Attorneys for Defendants L. DANIEL EGGER, SOFTWARE RIGHTS ARCHIVE, LLC, and SITE TECHNOLOGIES, INC. |

## **DECLARATION OF CONSENT**

Pursuant to General Order No. 45, Section X(B) regarding signatures, I attest under penalty of perjury that concurrence in the filing of this document has been obtained from the above-listed counsel for all Plaintiffs and Defendants.

Dated: April 30, 2009

                                          /s/ Jennifer A. Kash
                                          Jennifer A. Kash