[SEE SIGNATURE BLOCK FOR COUNSEL]

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| GOOGLE INC., AOL LLC, YAHOO! INC., IAC SEARCH & MEDIA, INC., and LYCOS, INC.<br><br>**Plaintiffs**<br><br>v.<br><br>L. DANIEL EGGER, SOFTWARE RIGHTS ARCHIVE, LLC, and SITE TECHNOLOGIES, INC.<br><br>**Defendants** | Case No. CV08-03172RMW<br><br>**SOFTWARE RIGHTS ARCHIVE, LLC'S AND L. DANIEL EGGER'S OPPOSITION TO PLAINTIFFS' ADMINISTRATIVE MOTION FOR CONTINUANCE OF THE BRIEFING SCHEDULE AND HEARING ON THE MOTIONS SET FOR MAY 22, 2009** |

Software Rights Archive, LLC's and L. Daniel Egger's Opposition to Plaintiffs' Administrative Motion for Continuance of the Briefing Schedule and Hearing on the Motions Set for May 22, 2009
CASE NO. CV08-03172

1

Dockets.Justia.com

Software Rights Archive, LLC ("SRA") and L. Daniel Egger[1] oppose the motion for continuance. For many months, and again over the last 24 hours, SRA's counsel has tried to ascertain what legitimate purpose is served by having a belated, later-filed case on the docket. The accused infringers have never offered any plausible explanation.

Declaratory Judgment Plaintiffs ask that the Court delay the presentation and submission of SRA's Motion to Dismiss, Transfer or Stay, which has been on file for over five months, so that they may obtain discovery purportedly concerning personal jurisdiction over SRA. But SRA's motion is supported by independent bases that indisputably have nothing to do with, and are unaffected by, the discovery sought by these Plaintiffs—including the pendency of a first-filed case in Texas and a lack of subject matter jurisdiction. Declaratory Judgment Plaintiffs' stated reason for continuance ignores this fact. They have forced SRA to litigate this dispute on multiple fronts for too long, and SRA is entitled to have its motion heard.

In addition, now that the Eastern District of Texas has found that SRA has standing, that case will not be dismissed anytime soon. The Texas defendants have recently filed a motion to transfer venue in the Eastern District of Texas, seeking transfer to this Court. As is customary, the issue of venue will be decided in the regular order by the Court in which the first-filed case is pending.

SRA and Mr. Egger ask that the Court deny the motion for continuance and hear the Motion to Dismiss, Transfer, or Stay on May 22 as scheduled.

---

[1] Declaratory Judgment Plaintiffs have raised questions about the undersigned's representation of Site Tech in their motion to strike Site Tech's responsive pleading. Although the undersigned believes that its representation of Site Tech was proper, in light of the Plaintiffs' accusations, and in light of the fact that Site Tech's corporate status is currently suspended, this opposition is filed on behalf of SRA and Egger alone.

Software Rights Archive, LLC's and L. Daniel Egger's Opposition to Plaintiffs' Administrative Motion for
Continuance of the Briefing Schedule and Hearing on the Motions Set for May 22, 2009
CASE NO. CV08-03172

Respectfully submitted,


   /s/ Lee L. Kaplan
Thomas F. Smegal, Jr. (Bar No. 34,819)
One Sansome Street, 35th Floor
San Francisco, CA 94104
Telephone: (415) 217-8383
Facsimile: (415) 399-5093
Email: tomsmegal@smegallaw.com

Lee L. Kaplan (Texas Bar No. 11094400)
Kristen L. McKeever (Texas Bar No. 24030775)
Raj Duvvuri (Texas Bar No. 24054185)
(admitted *pro hac vice*)
700 Louisiana Street, Suite 2300
Houston, TX 77002
Telephone: (713) 221-2300
Facsimile: (713) 221-2320
Email: lkaplan@skv.com

Jay D. Ellwanger (California Bar No. 217747))
DiNovo Price Ellwanger & Hardy LLP
7000 North MoPac Expressway
Suite 350
Austin, Texas 78731
Telephone: (512) 539-2630
Facsimile: (512) 539-2627
Email: jellwanger@dpelaw.com

Attorneys for Defendants L. Daniel Egger
and Software Rights Archive, LLC

---

Software Rights Archive, LLC's and L. Daniel Egger's Opposition to Plaintiffs' Administrative Motion for Continuance of the Briefing Schedule and Hearing on the Motions Set for May 22, 2009
CASE NO. CV08-03172

3

# CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing instrument has been forwarded to all counsel of record pursuant to Federal Rules of Civil Procedure on this the 30th day of April, 2009.

            /s/ Lee L. Kaplan
            Lee L. Kaplan

Juanita R. Brooks
Jason W. Wolff
Fish & Richardson P.C.
12390 El Camino Real
San Diego, California 92130

Thomas B. Walsh, IV
Fish & Richardson P.C.
5000 Bank One Center
1717 Main St.
Dallas, Texas 75201

Ramon K. Tabtiang
Stephen A. Marshall
Fish & Richardson P.C.
225 Franklin Street
Boston, Massachusetts 02110-2804

Michael A. Jacobs
Richard S.J. Hung
Morrison & Foerster
425 Market Street
San Francisco, CA 94105

Claude M. Stern
Jennifer A. Kash
Quinn Emanuel Urquhart Oliver & Hedges, LLP
555 Twin Dolphin Drive, Suite 560
Redwood Shores, CA 9406

Mark D. Baker
Quinn Emanuel Urquhart Oliver & Hedges, LLP
51 Madison Ave., 22nd Floor
New York, New York 10010

---

Software Rights Archive, LLC's and L. Daniel Egger's Opposition to Plaintiffs' Administrative Motion for Continuance of the Briefing Schedule and Hearing on the Motions Set for May 22, 2009
CASE NO. CV08-03172

4