Lee L. Kaplan (Texas Bar No. 11094400)
lkaplan@skv.com
Kristen L. McKeever (Texas Bar No. 24030775)
kmckeever@skv.com
Raj Duvvuri (Texas Bar No. 24054185)
rduvvuri@skv.com
(admitted *pro hac vice*)
Smyser Kaplan & Veselka, L.L.P.
700 Louisiana Street, Suite 2300
Houston, TX 77002
Telephone: (713) 221-2300
Facsimile: (713) 221-2320

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| **GOOGLE INC., AOL LLC, YAHOO! INC., IAC SEARCH & MEDIA, INC., and LYCOS, INC.**<br><br>**Plaintiffs**<br><br>v.<br><br>**L. DANIEL EGGER, SOFTWARE RIGHTS ARCHIVE, LLC, and SITE TECHNOLOGIES, INC.**<br><br>**Defendants** | Case No. CV08-03172RMW<br><br>**[PROPOSED] ORDER DENYING PLAINTIFFS' ADMINISTRATIVE MOTION FOR CONTINUANCE OF THE BRIEFING SCHEDULE AND HEARING ON THE MOTIONS SET FOR MAY 22, 2009** |

[Proposed] Order Denying Plaintiffs' Administrative Motion for Continuance of the Briefing Schedule
and Hearing on the Motions Set for May 22, 2009
CASE NO. CV08-03172

1

Dockets.Justia.com

| | |
|---|---|
| 1 | Pending before the Court is Plaintiffs' Administrative Motion for Continuance of the |
| 2 | Briefing Schedule and Hearing on the Motions Set for May 22, 2009. Having considered the |
| 3 | motion, response, pleadings, evidence, and argument of counsel, the Court finds and holds that |
| 4 | the Motion should be DENIED. It is therefore |
| 5 | ORDERED that the Hearing on the Motion to Dismiss, Transfer or Stay remain set for |
| 6 | Oral argument on May 22, 2009. |

Dated: _____, 2009.

_____
Hon. Ronald Whyte
**UNITED STATES DISTRICT JUDGE**

[Proposed] Order Denying Plaintiffs' Administrative Motion for Continuance of the Briefing Schedule
and Hearing on the Motions Set for May 22, 2009
CASE NO. CV08-03172

2