1 | [SEE SIGNATURE PAGE FOR COUNSEL]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GOOGLE INC., AOL LLC, YAHOO! INC., IAC SEARCH & MEDIA, INC., and LYCOS, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>L. DANIEL EGGER, SOFTWARE RIGHTS ARCHIVE, LLC, and SITE TECHNOLOGIES, INC.,<br><br>Defendants. | Case No.   C-08-03172-RMW<br><br>**STIPULATION AND [PROPOSED] ORDER FOR CONTINUANCE OF HEARING ON DEFENDANTS' MOTION TO DISMISS, TRANSFER, OR STAY AND PLAINTIFFS' MOTION TO STRIKE SITE TECHNOLOGIES, INC.'S MOTION TO DISMISS, TRANSFER, OR STAY**<br><br>**Date: June 26, 2009**<br>**Time: 9:00 AM**<br>**Courtroom: 6, 4th Floor**<br>**Judge: Honorable Ronald M. Whyte** |

STIP. AND [PROPOSED] ORDER FOR CONTINUANCE - Case No. C-08-03172-RMW

sf-2690427

The parties hereby stipulate and request this Court to continue the scheduled hearing on Defendants' Motion to Dismiss, Transfer, or Stay (Dkt. No. 42) and Plaintiffs' Motion to Strike Site Technologies, Inc.'s Motion to Dismiss, Transfer, or Stay (Dkt. No. 64) from Friday June 12, 2009, at 9:00 a.m. to Friday, June 26, 2009, at 9:00 a.m. in Courtroom 6, 4th Floor, 280 South 1st Street, San Jose, California, 95113.

Plaintiffs have not yet filed their opposition papers to Defendants' Motion to Dismiss, Transfer, or Stay, and Defendants have not yet filed their opposition papers to Plaintiffs' motion to strike. Pursuant to the continued hearing date, both parties' opposition papers will be due June 12, 2009, and reply papers will be due June 19, 2009.

Dated: May 27, 2009

Respectfully submitted,

By: /s/ Thomas B. Walsh, IV
Thomas B. Walsh, IV (*admitted pro hac vice*)
FISH & RICHARDSON P.C.
5000 Bank One Center
1717 Main Street
Dallas, TX 75201
Telephone: (214)747-5070
Facsimile: (214) 747-2091
Email: walsh@fr.com

Juanita R. Brooks (SBN 75934, brooks@fr.com)
Jason W. Wolff (SBN 215819, wolff@fr.com)
FISH & RICHARDSON P.C.
12390 El Camino Real
San Diego, CA 92130
Telephone: (858) 678-5070
Facsimile: (858) 678-5099

Jerry T. Yen (SBN 247988, yen@fr.com)
FISH & RICHARDSON P.C.
500 Arguello Street, Suite 500
Redwood City, CA 94063
Telephone: (650) 839-5070
Facsimile: (650) 839-5071

Attorneys for GOOGLE INC. and AOL LLC

| | |
|---|---|
| 1 | By: /s/ Richard. S.J. Hung |
| 2 | Michael A. Jacobs (CA Bar No. 111664) |
| | Richard S.J. Hung (CA Bar No. 197425) |
| 3 | MORRISON & FOERSTER |
| | 425 Market Street |
| 4 | San Francisco, CA 94105 |
| | Telephone: 415-268-7000 |
| 5 | Facsimile: 415-268-7522 |
| | Email: mjacobs@mofo.com |

Attorneys for YAHOO! INC.

By: /s/ Jennifer A. Kash
Claude M. Stern (CA Bar No. 96737)
Jennifer A. Kash (CA Bar No. 203679)
QUINN EMANUEL URQUHART
OLIVER & HEDGES, LLP
555 Twin Dolphin Drive, Suite 560
Redwood Shores, CA 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100
Email: claudestern@quinnemanuel.com
Email:jenniferkash@quinnemanuel.com

Attorneys for IAC SEARCH & MEDIA, INC.
and LYCOS, INC.


By:  /s/ Lee L. Kaplan

Lee Landa Kaplan (lkaplan@skv.com)
(pro hac vice)
Smyser Kaplan & Veselka, L.L.P.
700 Louisiana St., Suite 2300, Houston, TX 77002
Telephone:   (713) 221-2300
Facsimile:    (713) 221-2320

Thomas F. Smegal, Jr.
(tomsmegal@smegallaw.com)
Law Offices of Thomas F. Smegal, Jr.
One Sansome Street, 35th floor
San Francisco, CA 94104
Telephone: (415) 217-8383
Facsimile: (415) 399-0593

Jay D. Ellwanger
(jellwanger@dpelaw.com)
Dinovo Price Ellwanger LLP
P.O. Box 201690
Austin, Texas 78720
Telephone: (512) 681-4060
Facsimile: (512) 628-3410

Attorneys for L. DANIEL EGGER, SOFTWARE RIGHTS ARCHIVE, LLC, and SITE TECHNOLOGIES, INC.

# DECLARATION OF CONSENT

Pursuant to General Order No. 45, Section X(B) regarding signatures, I attest under penalty of perjury that concurrence in the filing of this document has been obtained from the above-listed counsel.

Dated: May 27, 2009

                                          /s/ Richard S. J. Hung  
                                          Richard S. J. Hung

1 **[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS HEREBY ORDERED that the Hearing for Defendants' Motion to Dismiss, Transfer, or Stay (Dkt. No. 42) and Plaintiffs' Motion to Strike Site Technologies, Inc.'s Motion to Dismiss, Transfer, or Stay (Dkt. No. 64) is continued from Friday June 12, 2009, at 9:00 a.m. to Friday, June 26, 2009, at 9:00 a.m. in Courtroom 6, 4th Floor, 280 South 1st Street, San Jose, California, 95113. Opposition papers are due June 12, 2009 and reply papers are due June 19, 2009.

Dated: _____, 2009

_____
Hon. Ronald M. Whyte
United States District Judge