**E-FILED on** __05/28/09__

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GOOGLE INC., AOL LLC, YAHOO! INC., IAC SEARCH & MEDIA, INC., and LYCOS, INC.,<br><br>        Plaintiffs,<br><br>    v.<br><br>L. DANIEL EGGER, SOFTWARE RIGHTS ARCHIVE, LLC and SITE TECHNOLOGIES, INC.,<br><br>        Defendants. | No. C-08-03172 RMW<br><br>ORDER REGARDING STIPULATION TO CONTINUE HEARING ON DEFENDANTS' MOTION TO DISMISS, TRANSFER OR STAY AND PLAINTIFFS' MOTION TO STRIKE SITE TECHNOLOGIES, INC.'S MOTION TO DISMISS, TRANSFER, OR STAY |

On March 27, 2009 the parties filed a stipulation to continue the scheduled hearing on Defendants' Motion to Dismiss, Transfer, or Stay (Docket No. 42) and Plaintiffs' Motion to Strike Site Technologies, Inc.'s Motion to Dismiss, Transfer, or Stay (Docket No. 64) from Friday, June 12, 2009 to Friday, June 26, 2009. The proposed date, June 26, 2009 has a full schedule and the following Friday, July 3, 2009, is a court holiday.

ORDER REGARDING STIPULATION TO CONTINUE HEARING ON DEFENDANTS' MOTION TO DISMISS, TRANSFER OR STAY AND PLAINTIFFS' MOTION TO STRIKE SITE TECHNOLOGIES, INC.'S MOTION TO DISMISS, TRANSFER, OR STAY
—No. C-08-03172 RMW
JAS

1         The court therefore continues the above-referenced motion hearings to Friday, July 10, 2009
2 at 9:00 a.m.. As the stipulation provides, both parties' opposition papers will be due June 12, 2009,
3 and reply papers will be due June 19, 2009. If the July 10, 2009 hearing date causes hardship, then
4 the parties shall meet and confer regarding a mutually acceptable hearing date and call the court if
5 there is a problem.

DATED:    05/28/09

*Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge

**Notice of this document has been electronically sent to:**

**Counsel for Search Engines:**

| | |
|---|---|
| Richard S.J. Hung | rhung@mofo.com |
| Michael A. Jacobs | mjacobs@mofo.com |
| | |
| Jennifer A. Kash | jenniferkash@quinnemanuel.com |
| Claude Michael Stern | claudestern@quinnemanuel.com |
| Kristin Janet Madigan | kristinmadigan@quinnemanuel.com |
| | |
| Juanita R. Brooks | brooks@fr.com |
| Jason W. Wolff | wolff@fr.com |
| Jerry T. Yen | yen@fr.com |
| Ramon K Tabtiang | rkt@fr.com |
| Thomas Bernard Walsh, IV | walsh@fr.com |

**Counsel for Daniel Egger, Software Rights Archive, et al.:**

| | |
|---|---|
| Jay David Ellwanger | jellwanger@dpehlaw.com |
| Jeffrey A. Potts | jpotts@skv.com |
| Lee Landa Kaplan | lkaplan@skv.com |
| Narasa Raju Duvvuri | rduvvuri@skv.com |
| Thomas Frank Smegal, Jr. | tomsmegal@smegallaw.com |

**Counsel for Murray & Murray, P.C.:**

Joseph J. De Hope, Jr.    jdehope@hinshawlaw.com

**Counsel for Wilson Sonsini Goodrich & Rosati, P.C.:**

Mark Gregory Parnes    mparnes@wsgr.com

Counsel are responsible for distributing copies of this document to co-counsel that have not registered for e-filing under the court's CM/ECF program.

**Dated:** 05/28/09         JAS
                **Chambers of Judge Whyte**

ORDER REGARDING STIPULATION TO CONTINUE HEARING ON DEFENDANTS' MOTION TO DISMISS, TRANSFER OR STAY AND PLAINTIFFS' MOTION TO STRIKE SITE TECHNOLOGIES, INC.'S MOTION TO DISMISS, TRANSFER, OR STAY —No. C-08-03172 RMW
JAS                                3