1  [SEE SIGNATURE PAGE FOR COUNSEL]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GOOGLE INC., AOL LLC, YAHOO! INC., IAC SEARCH & MEDIA, INC., and LYCOS, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>L. DANIEL EGGER, SOFTWARE RIGHTS ARCHIVE, LLC, and SITE TECHNOLOGIES, INC.,<br><br>Defendants. | Case No.   C-08-03172-RMW<br><br>**STIPULATION AND [PROPOSED] ORDER FOR CONTINUANCE OF HEARING ON DEFENDANTS' MOTION TO DISMISS, TRANSFER, OR STAY AND PLAINTIFFS' MOTION TO STRIKE SITE TECHNOLOGIES, INC.'S MOTION TO DISMISS, TRANSFER, OR STAY**<br><br>Date: July 31, 2009<br>Time: 9:00 AM<br>Courtroom: 6, 4th Floor<br>Judge: Honorable Ronald M. Whyte |

STIP. AND [PROPOSED] ORDER FOR CONTINUANCE - Case No. C-08-03172-RMW

sf-2695622

1   The parties hereby stipulate and request this Court to continue the scheduled hearing on
2   Defendants' Motion to Dismiss, Transfer, or Stay (Dkt. No. 42) and Plaintiffs' Motion to Strike
3   Site Technologies, Inc.'s Motion to Dismiss, Transfer, or Stay (Dkt. No. 64) from Friday July 10,
4   2009, at 9:00 a.m. to Friday, July 31, 2009, at 9:00 a.m. in Courtroom 6, 4th Floor, 280 South 1st
5   Street, San Jose, California, 95113.

6   Plaintiffs' Opposition to Defendants' Motion to Dismiss, Transfer, or Stay, and
7   Defendants' Opposition to Plaintiffs' Motion to Strike will be due July 2, 2009.  Both parties'
8   reply papers in support of their respective motions will be due July 17, 2009.

9   Dated:  June 5, 2009                                      Respectfully submitted,

                                                              By: /s/ Thomas B. Walsh, IV
                                                              Thomas B. Walsh, IV (*admitted pro hac vice*)
                                                              FISH & RICHARDSON P.C.
                                                              5000 Bank One Center
                                                              1717 Main Street
                                                              Dallas, TX 75201
                                                              Telephone:  (214)747-5070
                                                              Facsimile:  (214) 747-2091
                                                              Email:  walsh@fr.com


                                                              Juanita R. Brooks (SBN 75934, brooks@fr.com)
                                                              Jason W. Wolff (SBN 215819, wolff@fr.com)
                                                              FISH & RICHARDSON P.C.
                                                              12390 El Camino Real
                                                              San Diego, CA  92130
                                                              Telephone:  (858) 678-5070
                                                              Facsimile:   (858) 678-5099


                                                              Jerry T. Yen (SBN 247988, yen@fr.com)
                                                              FISH & RICHARDSON P.C.
                                                              500 Arguello Street, Suite 500
                                                              Redwood City, CA  94063
                                                              Telephone: (650) 839-5070
                                                              Facsimile: (650) 839-5071

                                                              Attorneys for GOOGLE INC. and AOL LLC

STIP. AND [PROPOSED] ORDER FOR CONTINUANCE - Case No. C-08-03172-RMW          1

sf-2695622

| | |
|---|---|
| 1 | |
| 2 | By: /s/ Richard. S.J. Hung<br>    Michael A. Jacobs (CA Bar No. 111664) |
| 3 |     Richard S.J. Hung (CA Bar No. 197425)<br>    MORRISON & FOERSTER |
| 4 |     425 Market Street<br>    San Francisco, CA 94105 |
| 5 |     Telephone: 415-268-7000<br>    Facsimile: 415-268-7522 |
| 6 |     Email: mjacobs@mofo.com |
| 7 | Attorneys for YAHOO! INC. |
| 8 | By: /s/ Jennifer A. Kash<br>    Claude M. Stern (CA Bar No. 96737) |
| 9 |     Jennifer A. Kash (CA Bar No. 203679)<br>    QUINN EMANUEL URQUHART |
| 10 |     OLIVER & HEDGES, LLP<br>    555 Twin Dolphin Drive, Suite 560 |
| 11 |     Redwood Shores, CA 94065<br>    Telephone: (650) 801-5000 |
| 12 |     Facsimile: (650) 801-5100<br>    Email: claudestern@quinnemanuel.com |
| 13 |     Email:jenniferkash@quinnemanuel.com |
| 14 | Attorneys for IAC SEARCH & MEDIA, INC.<br>and LYCOS, INC. |

STIP. AND [PROPOSED] ORDER FOR CONTINUANCE - Case No. C-08-03172-RMW

sf-2695622

2

By: /s/ Lee L. Kaplan
Thomas F. Smegal, Jr.
(tomsmegal@smegallaw.com)
Law Offices of Thomas F. Smegal, Jr.
One Sansome Street, 35th floor
San Francisco, CA  94104
Telephone:  (415) 217-8383
Facsimile:  (415) 399-0593

Lee Landa Kaplan (lkaplan@skv.com)
(pro hac vice)
Smyser Kaplan & Veselka, L.L.P.
700 Louisiana St., Suite 2300, Houston, TX 77002
Telephone:   (713) 221-2300
Facsimile:    (713) 221-2320

Jay D. Ellwanger
(jellwanger@dpelaw.com)
Dinovo Price Ellwanger LLP
P.O. Box 201690
Austin, Texas 78720
Telephone:  (512) 681-4060
Facsimile:  (512) 628-3410

Attorneys for L. DANIEL EGGER, SOFTWARE RIGHTS ARCHIVE, LLC, and SITE TECHNOLOGIES, INC.

## DECLARATION OF CONSENT

Pursuant to General Order No. 45, Section X(B) regarding signatures, I attest under penalty of perjury that concurrence in the filing of this document has been obtained from the above-listed counsel.

Dated: June 5, 2009

                                                     /s/ Richard S. J. Hung  
                                                   Richard S. J. Hung

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS HEREBY ORDERED that the Hearing for Defendants' Motion to Dismiss, Transfer, or Stay (Dkt. No. 42) and Plaintiffs' Motion to Strike Site Technologies, Inc.'s Motion to Dismiss, Transfer, or Stay (Dkt. No. 64) is continued from Friday July 10, 2009, at 9:00 a.m. to Friday, July 31, 2009, at 9:00 a.m. in Courtroom 6, 4th Floor, 280 South 1st Street, San Jose, California, 95113.  Opposition papers are due July 2, 2009 and reply papers are due July 17, 2009.

Dated: _____, 2009

_____
Hon. Ronald M. Whyte
United States District Judge