1 [SEE SIGNATURE PAGE FOR COUNSEL]

*E-FILED - 6/11/09*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GOOGLE INC., AOL LLC, YAHOO! INC., IAC SEARCH & MEDIA, INC., and LYCOS, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>L. DANIEL EGGER, SOFTWARE RIGHTS ARCHIVE, LLC, and SITE TECHNOLOGIES, INC.,<br><br>Defendants. | Case No.   C-08-03172-RMW<br><br>**STIPULATION AND []<br>ORDER FOR CONTINUANCE OF HEARING ON DEFENDANTS' MOTION TO DISMISS, TRANSFER, OR STAY AND PLAINTIFFS' MOTION TO STRIKE SITE TECHNOLOGIES, INC.'S MOTION TO DISMISS, TRANSFER, OR STAY**<br><br>Date: July 31, 2009<br>Time: 9:00 AM<br>Courtroom: 6, 4th Floor<br>Judge: Honorable Ronald M. Whyte |

STIP. AND [ ORDER FOR CONTINUANCE - Case No. C-08-03172-RMW

sf-2695622

1 | The parties hereby stipulate and request this Court to continue the scheduled hearing on Defendants' Motion to Dismiss, Transfer, or Stay (Dkt. No. 42) and Plaintiffs' Motion to Strike Site Technologies, Inc.'s Motion to Dismiss, Transfer, or Stay (Dkt. No. 64) from Friday July 10, 2009, at 9:00 a.m. to Friday, July 31, 2009, at 9:00 a.m. in Courtroom 6, 4th Floor, 280 South 1st Street, San Jose, California, 95113.

Plaintiffs' Opposition to Defendants' Motion to Dismiss, Transfer, or Stay, and Defendants' Opposition to Plaintiffs' Motion to Strike will be due July 2, 2009. Both parties' reply papers in support of their respective motions will be due July 17, 2009.

Dated: June 5, 2009                    Respectfully submitted,

By: /s/ Thomas B. Walsh, IV
    Thomas B. Walsh, IV (*admitted pro hac vice*)
    FISH & RICHARDSON P.C.
    5000 Bank One Center
    1717 Main Street
    Dallas, TX 75201
    Telephone: (214)747-5070
    Facsimile: (214) 747-2091
    Email: walsh@fr.com

    Juanita R. Brooks (SBN 75934, brooks@fr.com)
    Jason W. Wolff (SBN 215819, wolff@fr.com)
    FISH & RICHARDSON P.C.
    12390 El Camino Real
    San Diego, CA  92130
    Telephone: (858) 678-5070
    Facsimile:  (858) 678-5099

    Jerry T. Yen (SBN 247988, yen@fr.com)
    FISH & RICHARDSON P.C.
    500 Arguello Street, Suite 500
    Redwood City, CA  94063
    Telephone: (650) 839-5070
    Facsimile: (650) 839-5071

Attorneys for GOOGLE INC. and AOL LLC

| | |
|---|---|
| 1 | |
| 2 | By: /s/ Richard. S.J. Hung |
|   | Michael A. Jacobs (CA Bar No. 111664) |
|   | Richard S.J. Hung (CA Bar No. 197425) |
| 3 | MORRISON & FOERSTER |
|   | 425 Market Street |
| 4 | San Francisco, CA 94105 |
|   | Telephone: 415-268-7000 |
| 5 | Facsimile: 415-268-7522 |
|   | Email: mjacobs@mofo.com |

Attorneys for YAHOO! INC.

By: /s/ Jennifer A. Kash
Claude M. Stern (CA Bar No. 96737)
Jennifer A. Kash (CA Bar No. 203679)
QUINN EMANUEL URQUHART
OLIVER & HEDGES, LLP
555 Twin Dolphin Drive, Suite 560
Redwood Shores, CA 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100
Email: claudestern@quinnemanuel.com
Email:jenniferkash@quinnemanuel.com

Attorneys for IAC SEARCH & MEDIA, INC. and LYCOS, INC.

By: /s/ Lee L. Kaplan
Thomas F. Smegal, Jr.
(tomsmegal@smegallaw.com)
Law Offices of Thomas F. Smegal, Jr.
One Sansome Street, 35th floor
San Francisco, CA  94104
Telephone:  (415) 217-8383
Facsimile:  (415) 399-0593

Lee Landa Kaplan (lkaplan@skv.com)
(pro hac vice)
Smyser Kaplan & Veselka, L.L.P.
700 Louisiana St., Suite 2300, Houston, TX 77002
Telephone:    (713) 221-2300
Facsimile:     (713) 221-2320

Jay D. Ellwanger
(jellwanger@dpelaw.com)
Dinovo Price Ellwanger LLP
P.O. Box 201690
Austin, Texas 78720
Telephone: (512) 681-4060
Facsimile: (512) 628-3410

Attorneys for L. DANIEL EGGER, SOFTWARE RIGHTS ARCHIVE, LLC, and SITE TECHNOLOGIES, INC.

STIP. AND [] ORDER FOR CONTINUANCE - Case No. C-08-03172-RMW

sf-2695622

3

## **DECLARATION OF CONSENT**

Pursuant to General Order No. 45, Section X(B) regarding signatures, I attest under penalty of perjury that concurrence in the filing of this document has been obtained from the above-listed counsel.

Dated: June 5, 2009

                                                  /s/ Richard S. J. Hung
                                                  Richard S. J. Hung

**ORDER**

PURSUANT TO STIPULATION, IT IS HEREBY ORDERED that the Hearing for Defendants' Motion to Dismiss, Transfer, or Stay (Dkt. No. 42) and Plaintiffs' Motion to Strike Site Technologies, Inc.'s Motion to Dismiss, Transfer, or Stay (Dkt. No. 64) is continued from Friday July 10, 2009, at 9:00 a.m. to Friday, July 31, 2009, at 9:00 a.m. in Courtroom 6, 4th Floor, 280 South 1st Street, San Jose, California, 95113.  Opposition papers are due July 2, 2009 and reply papers are due July 17, 2009.

Dated: __6/11_____, 2009

_____
Hon. Ronald M. Whyte
United States District Judge