[SEE SIGNATURE PAGE FOR COUNSEL]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GOOGLE INC., AOL LLC, YAHOO! INC., IAC SEARCH & MEDIA, INC., and LYCOS, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>L. DANIEL EGGER, SOFTWARE RIGHTS ARCHIVE, LLC, and SITE TECHNOLOGIES, INC.,<br><br>Defendants. | Case No.   C-08-03172-RMW<br><br>**STIPULATION AND [PROPOSED] ORDER FOR CONTINUANCE OF THE BRIEFING SCHEDULE ON DEFENDANTS' MOTION TO DISMISS, TRANSFER, OR STAY AND PLAINTIFFS' MOTION TO STRIKE SITE TECHNOLOGIES, INC.'S MOTION TO DISMISS, TRANSFER, OR STAY**<br><br>Date: July 31, 2009<br>Time: 9:00 AM<br>Courtroom: 6, 4th Floor<br>Judge: Honorable Ronald M. Whyte |

STIP. AND [PROPOSED] ORDER FOR CONTINUANCE ON BRIEFING SCHEDULE - Case No. C-08-03172-RMW

sf-2706426

1  WHEREAS Defendants' Motion to Dismiss, Transfer or Stay Under the First-To-File Rule, Under Rule 12(b)(2) For Lack of Personal Jurisdiction, and Under Rule 12(b)(1) For Lack of Subject Matter Jurisdiction (Dkt. No. 42) (hereinafter "Defendants' Motion to Dismiss, Transfer or Stay") and Plaintiffs' Motion to Strike Site Technologies, Inc.'s Motion to Dismiss, Transfer, or Stay (Dkt. No. 64) are currently set to be heard on July 31, 2009 at 9:00 am;

WHEREAS Plaintiffs' Opposition to Defendants' Motion to Dismiss, Transfer, or Stay, and Defendants' Opposition to Plaintiffs' Motion to Strike are currently due July 2, 2009, with the parties' respective reply briefs in support of their motions due July 17, 2009;

WHEREAS the parties wish to continue the deadlines for their opposition papers from July 2, 2009 to July 8, 2009 in order to complete certain discovery in connection with these motions;

WHEREAS Plaintiffs believe that eight additional pages are necessary for them to fully brief the many issues presented by Defendants' Motion to Dismiss, Transfer or Stay, and Defendants do not object to the additional page allowance.  The parties also agree that Defendants should receive a reciprocal allowance of eight additional pages for their reply brief in support of their Motion to Dismiss, Transfer, or Stay, if needed;[1]

WHEREAS allowing the parties to submit the additional pages will not unduly burden the parties or the Court;

THEREFORE THE PARTIES HEREBY STIPULATE that Plaintiffs' Opposition to Defendants' Motion to Dismiss, Transfer, or Stay, and Defendants' Opposition to Plaintiffs' Motion to Strike will be due July 8, 2009, rather than July 2, 2009.  Both parties' reply papers in support of their respective motions will remain due July 17, 2009.

Plaintiffs may file a brief in opposition to Defendants' Motion to Dismiss, Transfer or Stay that contains eight additional pages of text in excess of the page limit set forth in Civil Local

---

[1] On April 30, 2009, the parties filed a stipulation and proposed order (Dkt. No. 109) requesting leave for Plaintiffs to submit eight additional pages of briefing for Plaintiffs' Opposition to Defendants' Motion to Dismiss, Transfer or Stay and eight additional pages of briefing for Defendants' Reply brief in support.  The order has not yet been entered, however.

1  Rule 7-4.  Defendants may likewise file a reply brief in Support of Defendants' Motion to

2  Dismiss, Transfer or Stay containing eight additional pages of text in excess of the page limit set

3  forth in Civil Local Rule 7-4.

4

5  Dated:  June 29, 2009                                      Respectfully submitted,

6
                                                              By:  /s/ Thomas B. Walsh, IV
7                                                                  Thomas B. Walsh, IV (*admitted pro hac
                                                                   vice*)
8                                                                  FISH & RICHARDSON P.C.
                                                                   5000 Bank One Center
9                                                                  1717 Main Street
                                                                   Dallas, TX 75201
10                                                                 Telephone:  (214)747-5070
                                                                   Facsimile:  (214) 747-2091
11                                                                 Email:  walsh@fr.com

12                                                                 Juanita R. Brooks (SBN 75934,
                                                                   brooks@fr.com)
13                                                                 Jason W. Wolff (SBN 215819,
                                                                   wolff@fr.com)
14                                                                 FISH & RICHARDSON P.C.
                                                                   12390 El Camino Real
15                                                                 San Diego, CA  92130
                                                                   Telephone:  (858) 678-5070
16                                                                 Facsimile:   (858) 678-5099

17                                                                 Jerry T. Yen (SBN 247988, yen@fr.com)
                                                                   FISH & RICHARDSON P.C.
18                                                                 500 Arguello Street, Suite 500
                                                                   Redwood City, CA  94063
19                                                                 Telephone: (650) 839-5070
                                                                   Facsimile: (650) 839-5071
20
                                                              Attorneys for GOOGLE INC. and AOL LLC
21

22
                                                              By:  /s/ Richard. S.J. Hung
23                                                                 Michael A. Jacobs (CA Bar No. 111664)
                                                                   Richard S.J. Hung (CA Bar No. 197425)
24                                                                 MORRISON & FOERSTER
                                                                   425 Market Street
25                                                                 San Francisco, CA 94105
                                                                   Telephone: 415-268-7000
26                                                                 Facsimile: 415-268-7522
                                                                   Email: mjacobs@mofo.com
27
                                                              Attorneys for YAHOO! INC.
28

STIP. AND [PROPOSED] ORDER FOR CONTINUANCE ON BRIEFING SCHEDULE - Case No. C-08-03172-RMW    2

sf-2706426

|   |   |
|---|---|
| 1 | By: /s/ Jennifer A. Kash |
| 2 | Claude M. Stern (CA Bar No. 96737)<br>Jennifer A. Kash (CA Bar No. 203679) |
| 3 | QUINN EMANUEL URQUHART<br>OLIVER & HEDGES, LLP |
| 4 | 555 Twin Dolphin Drive, Suite 560<br>Redwood Shores, CA 94065 |
| 5 | Telephone: (650) 801-5000<br>Facsimile: (650) 801-5100 |
| 6 | Email: claudestern@quinnemanuel.com<br>Email:jenniferkash@quinnemanuel.com |

Attorneys for IAC SEARCH & MEDIA, INC. and LYCOS, INC.

STIP. AND [PROPOSED] ORDER FOR CONTINUANCE ON BRIEFING SCHEDULE - Case No. C-08-03172-RMW

sf-2706426

3

|   |   |
|---|---|
| 1 |  |
| 2 | By: /s/ Thomas F. Smegal, Jr. |
|   | Thomas F. Smegal, Jr. |
| 3 | (tomsmegal@smegallaw.com) |
|   | Law Offices of Thomas F. Smegal, Jr. |
| 4 | One Sansome Street, 35th floor |
|   | San Francisco, CA  94104 |
| 5 | Telephone:  (415) 217-8383 |
|   | Facsimile:  (415) 399-0593 |

By: /s/ Thomas F. Smegal, Jr.
Thomas F. Smegal, Jr.
(tomsmegal@smegallaw.com)
Law Offices of Thomas F. Smegal, Jr.
One Sansome Street, 35th floor
San Francisco, CA  94104
Telephone:  (415) 217-8383
Facsimile:  (415) 399-0593

Lee Landa Kaplan (lkaplan@skv.com)
(pro hac vice)
Smyser Kaplan & Veselka, L.L.P.
700 Louisiana St., Suite 2300, Houston, TX 77002
Telephone:    (713) 221-2300
Facsimile:     (713) 221-2320

Jay D. Ellwanger
(jellwanger@dpelaw.com)
Dinovo Price Ellwanger LLP
P.O. Box 201690
Austin, Texas 78720
Telephone:  (512) 681-4060
Facsimile:  (512) 628-3410

Attorneys for L. DANIEL EGGER, SOFTWARE RIGHTS ARCHIVE, LLC, and SITE TECHNOLOGIES, INC.

STIP. AND [PROPOSED] ORDER FOR CONTINUANCE ON BRIEFING SCHEDULE - Case No. C-08-03172-RMW

4

sf-2706426

**DECLARATION OF CONSENT**

Pursuant to General Order No. 45, Section X(B) regarding signatures, I attest under penalty of perjury that concurrence in the filing of this document has been obtained from the above-listed counsel.

Dated: June 29, 2009

                                          /s/ Richard S. J. Hung
                                          Richard S. J. Hung

## [PROPOSED] ORDER

PURSUANT TO STIPULATION, IT IS HEREBY ORDERED that Plaintiffs' Opposition to Defendants' Motion to Dismiss, Transfer, or Stay (Dkt. No 42), and Defendants' Opposition to Plaintiffs' Motion to Strike (Dkt. No. 64) will be due July 8, 2009, rather than July 2, 2009.  Both parties' reply papers in support of their respective motions will remain due July 17, 2009.

Additionally, Plaintiffs' Opposition to Defendants' Motion to Dismiss, Transfer, or Stay may contain eight additional pages of text in excess of the page limit set forth in Civil Local Rule 7-4.  Likewise, Defendants' Reply in Support of their Motion to Dismiss, Transfer or Stay may contain eight additional pages of text in excess of the page limit set forth in Civil Local Rule 7-4.

Dated: _____, 2009

_____
Hon. Ronald M. Whyte
United States District Judge