1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

GOOGLE INC., AOL LLC, YAHOO!
INC., IAC SEARCH & MEDIA, INC., and
LYCOS, INC.

Plaintiffs,

v.

L. DANIEL EGGER, SOFTWARE
RIGHTS ARCHIVE, LLC, and SITE
TECHNOLOGIES, INC.

Defendants.

Case No. CV08-03172RMW

**AMENDED DECLARATION OF**
**RUSSELL J. BARRON**

BARRON DECLARATION
CASE NO. CV08-03172

Dockets.Justia.com

1    I, Russell J. Barron, declare as follows:

2       1.      My name is Russell J. Barron. I am over the age of 21 years and am competent to

3    make this declaration. The statements set forth herein are within my personal knowledge based

4    on my investigation into the pertinent facts.

5       2.      No entity with a controlling ownership stake in Software Rights Archive, LLC,

6    including SRA, LLC and Altitude Capital Partners, LLC ("controlling entity"), has ever

7    contacted any entity in California to allege infringement of the patents-in-suit. No controlling

8    entity has ever licensed the patents-in-suit or the patented technology in California. No

9    controlling entity has ever sold the patented technology in California. No controlling entity has

10   ever hired a patent attorney in California.

11      3.      No controlling entity is organized under the laws of California. No controlling

12   entity has its principal place of business in California. No controlling entity is pursuing litigation

13   in California. No controlling entity has an office in California. No controlling entity has any

14   employees in California. No controlling entity has any addresses in California. No controlling

15   entity has any telephone numbers in California. No controlling entity has any bank accounts in

16   California. No controlling entity has any real property interests in California. No controlling

17   entity possesses personal property located in California. No controlling entity is registered to do

18   business in California. No controlling entity is subject to continuing contractual obligations in

19   California. No controlling entity has an agent for service of process in California. No

20   controlling entity has solicited or consummated sales of any products or services in California.

21   No controlling entity holds any licenses issued by the State of California. No controlling entity

22   pays taxes in California.

23      4.      My previous Declaration of February 28, 2009 was correct to the best of my

24   knowledge at the time I executed it. I have since been informed as a result of further

25   investigation that (1) Altitude Capital Partners, LLC, not Altitude Capital Partners, L.P., is a

26   controlling entity of Software Rights Archive, LLC, but that (2) all other statements relating to

27   Altitude Capital Partners, L.P. in that Declaration, including the facts set out in Paragraph 3 of

28

BARRON DECLARATION
CASE NO. CV08-03172

2

1    the Declaration, are correct as to both Altitude Capital Partners, L.P. and Altitude Capital

2    Partners, LLC.

3         5.     I declare under penalty of perjury under the laws of the United States of America

4    that the foregoing statements are true and correct.

5

6         Executed this 26 day of ____June____, 2009 in Milwaukee, Wisconsin.

7

8

9                                   Russell J. Barron

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28