[SEE SIGNATURE PAGE FOR COUNSEL]

***E-FILED - 7/8/09***

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GOOGLE INC., AOL LLC, YAHOO! INC., IAC SEARCH & MEDIA, INC., and LYCOS, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>L. DANIEL EGGER, SOFTWARE RIGHTS ARCHIVE, LLC, and SITE TECHNOLOGIES, INC.,<br><br>Defendants. | Case No.   C-08-03172-RMW<br><br>**STIPULATION AND [] ORDER FOR CONTINUANCE OF HEARING AND BRIEFING SCHEDULE ON DEFENDANTS' MOTION TO DISMISS, TRANSFER, OR STAY AND PLAINTIFFS' MOTION TO STRIKE SITE TECHNOLOGIES, INC.'S MOTION TO DISMISS, TRANSFER, OR STAY**<br><br>Date: August 21, 2009<br>Time: 9:00 AM<br>Courtroom: 6, 4th Floor<br>Judge: Honorable Ronald M. Whyte |

STIP. AND [] ORDER FOR CONTINUANCE - Case No. C-08-03172-RMW

sf-2709070

WHEREAS Defendants' Motion to Dismiss, Transfer or Stay Under the First-To-File Rule, Under Rule 12(b)(2) For Lack of Personal Jurisdiction, and Under Rule 12(b)(1) For Lack of Subject Matter Jurisdiction (Dkt. No. 42) (hereinafter "Defendants' Motion to Dismiss, Transfer or Stay") and Plaintiffs' Motion to Strike Site Technologies, Inc.'s Motion to Dismiss, Transfer, or Stay (Dkt. No. 64) are currently set to be heard on July 31, 2009 at 9:00 a.m.;

WHEREAS the parties wish to continue the hearing on both of these motions until August 21, 2009 at 9:00 a.m. and to continue the deadlines for their opposition papers until July 24, 2009 and the deadlines for their reply papers to August 7, 2009 in order to complete certain discovery in connection with these motions;

WHEREAS Plaintiffs believe that eight additional pages are necessary for them to fully brief the many issues presented by Defendants' Motion to Dismiss, Transfer or Stay, and Defendants do not object to the additional page allowance. The parties also agree that Defendants should receive a reciprocal allowance of eight additional pages for their reply brief in support of their Motion to Dismiss, Transfer, or Stay, if needed;[1]

WHEREAS allowing the parties to submit the additional pages will not unduly burden the parties or the Court;

THEREFORE THE PARTIES HEREBY STIPULATE, subject to the Court's order, that Plaintiffs' Opposition to Defendants' Motion to Dismiss, Transfer, or Stay, and Defendants' Opposition to Plaintiffs' Motion to Strike will be heard on August 21, 2009. The Parties' opposition papers relating to these motions will be due July 24, 2009. Both parties' reply papers in support of their respective motions will be due August 7, 2009.

Plaintiffs may file a brief in opposition to Defendants' Motion to Dismiss, Transfer or Stay that contains eight additional pages of text in excess of the page limit set forth in Civil Local Rule 7-4. Defendants may likewise file a reply brief in Support of Defendants' Motion to

---

[1] On April 30, 2009, the parties filed a stipulation and proposed order (Dkt. No. 109) requesting leave for Plaintiffs to submit eight additional pages of briefing for Plaintiffs' Opposition to Defendants' Motion to Dismiss, Transfer or Stay and eight additional pages of briefing for Defendants' Reply brief in support. The order has not yet been entered, however.

1  Dismiss, Transfer or Stay containing eight additional pages of text in excess of the page limit set
2  forth in Civil Local Rule 7-4.
3
4  Dated: July 7, 2009                          Respectfully submitted,
5
6                                               By: /s/ Thomas B. Walsh, IV
                                                    Thomas B. Walsh, IV (*admitted pro hac vice*)
7                                                   FISH & RICHARDSON P.C.
                                                    5000 Bank One Center
8                                                   1717 Main Street
                                                    Dallas, TX 75201
9                                                   Telephone: (214)747-5070
                                                    Facsimile: (214) 747-2091
10                                                  Email: walsh@fr.com
11                                                  Juanita R. Brooks (SBN 75934,
                                                    brooks@fr.com)
12                                                  Jason W. Wolff (SBN 215819,
                                                    wolff@fr.com)
13                                                  FISH & RICHARDSON P.C.
                                                    12390 El Camino Real
14                                                  San Diego, CA  92130
                                                    Telephone: (858) 678-5070
15                                                  Facsimile: (858) 678-5099
16                                                  Jerry T. Yen (SBN 247988, yen@fr.com)
                                                    FISH & RICHARDSON P.C.
17                                                  500 Arguello Street, Suite 500
                                                    Redwood City, CA  94063
18                                                  Telephone: (650) 839-5070
                                                    Facsimile: (650) 839-5071
19
20                                              Attorneys for GOOGLE INC. and AOL LLC
21
                                                By: /s/ Richard. S.J. Hung
22                                                  Michael A. Jacobs (CA Bar No. 111664)
                                                    Richard S.J. Hung (CA Bar No. 197425)
23                                                  MORRISON & FOERSTER
                                                    425 Market Street
24                                                  San Francisco, CA 94105
                                                    Telephone: 415-268-7000
25                                                  Facsimile: 415-268-7522
                                                    Email: mjacobs@mofo.com
26                                              Attorneys for YAHOO! INC.
27
                                                By: /s/ Jennifer A. Kash
28                                                  Claude M. Stern (CA Bar No. 96737)

STIP. AND [] ORDER FOR CONTINUANCE - Case No. C-08-03172-RMW                                    2

sf-2709070

| | |
|---|---|
| 1 | Jennifer A. Kash (CA Bar No. 203679) |
| 2 | QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP |
| 3 | 555 Twin Dolphin Drive, Suite 560 Redwood Shores, CA 94065 |
| 4 | Telephone: (650) 801-5000 Facsimile: (650) 801-5100 |
| 5 | Email: claudestern@quinnemanuel.com Email:jenniferkash@quinnemanuel.com |
| 6 | Attorneys for IAC SEARCH & MEDIA, INC. and LYCOS, INC. |

STIP. AND [] ORDER FOR CONTINUANCE - Case No. C-08-03172-RMW

sf-2709070

3

| | |
|---|---|
| 1 | |
| 2 | By: /s/ Thomas F. Smegal, Jr. |
|   | Thomas F. Smegal, Jr. |
|   | (tomsmegal@smegallaw.com) |
| 3 | Law Offices of Thomas F. Smegal, Jr. |
|   | One Sansome Street, 35th floor |
| 4 | San Francisco, CA  94104 |
| 5 | Telephone:  (415) 217-8383 |
|   | Facsimile:  (415) 399-0593 |

By: /s/ Thomas F. Smegal, Jr.
Thomas F. Smegal, Jr.
(tomsmegal@smegallaw.com)
Law Offices of Thomas F. Smegal, Jr.
One Sansome Street, 35th floor
San Francisco, CA  94104
Telephone:  (415) 217-8383
Facsimile:  (415) 399-0593

Lee Landa Kaplan (lkaplan@skv.com)
(pro hac vice)
Smyser Kaplan & Veselka, L.L.P.
700 Louisiana St., Suite 2300, Houston, TX 77002
Telephone:      (713) 221-2300
Facsimile:       (713) 221-2320

Jay D. Ellwanger
(jellwanger@dpelaw.com)
Dinovo Price Ellwanger LLP
P.O. Box 201690
Austin, Texas 78720
Telephone: (512) 681-4060
Facsimile: (512) 628-3410

Attorneys for L. DANIEL EGGER, SOFTWARE RIGHTS ARCHIVE, LLC, and SITE TECHNOLOGIES, INC.

**DECLARATION OF CONSENT**

Pursuant to General Order No. 45, Section X(B) regarding signatures, I attest under penalty of perjury that concurrence in the filing of this document has been obtained from the above-listed counsel.

Dated: July 7, 2009

              /s/ Richard S. J. Hung
              Richard S. J. Hung

STIP. AND [] ORDER FOR CONTINUANCE - Case No. C-08-03172-RMW    5

sf-2709070

1 **ORDER**

PURSUANT TO STIPULATION, IT IS HEREBY ORDERED that Plaintiffs' Opposition to Defendants' Motion to Dismiss, Transfer, or Stay (Dkt. No 42), and Defendants' Opposition to Plaintiffs' Motion to Strike (Dkt. No. 64) will be heard on August 21, 2009 at 9:00 a.m. The parties' opposition papers relating to these motions will be due July 24, 2009. Both parties' reply papers in support of their respective motions will be due August 7, 2009.

Additionally, Plaintiffs' Opposition to Defendants' Motion to Dismiss, Transfer, or Stay may contain eight additional pages of text in excess of the page limit set forth in Civil Local Rule 7-4. Likewise, Defendants' Reply in Support of their Motion to Dismiss, Transfer or Stay may contain eight additional pages of text in excess of the page limit set forth in Civil Local Rule 7-4.

Dated: __7/8/09____, 2009

_____
Hon. Ronald M. Whyte
United States District Judge