1  Juanita R. Brooks (SBN 75934, brooks@fr.com)
   Jason W. Wolff (SBN 215819, wolff@fr.com)
2  FISH & RICHARDSON P.C.
   12390 El Camino Real
3  San Diego, CA  92130
   Telephone:  (858) 678-5070
4  Facsimile:  (858) 678-5099

5  Jerry T. Yen (SBN 247988, yen@fr.com)
   FISH & RICHARDSON P.C.
6  500 Arguello Street, Suite 500
   Redwood City, CA  94063
7  Telephone: (650) 839-5070
   Facsimile: (650) 839-5071
8
   Thomas B. Walsh, IV (Admitted pro hac vice, walsh@fr.com)
9  FISH & RICHARDSON P.C.
   5000 Bank One Center,1717 Main Street
10 Dallas, TX 75201
   Telephone: (214)747-5070
11 Facsimile: (214) 747-2091

12 Attorneys for GOOGLE INC.

13 Additional counsel listed on last page

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| GOOGLE INC., AOL LLC, YAHOO! INC., IAC SEARCH & MEDIA, INC., and LYCOS, INC., <br><br> Plaintiffs, <br><br> v. <br><br> L. DANIEL EGGER, SOFTWARE RIGHTS ARCHIVE, LLC, and SITE TECHNOLOGIES, INC., <br><br> Defendants. | Case No. CV 08-03172-RMW <br><br> **PLAINTIFFS GOOGLE INC., AOL LLC, IAC SEARCH & MEDIA, INC., AND LYCOS, INC.'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL PLAINTIFFS GOOGLE INC., AOL LLC, IAC SEARCH & MEDIA, INC., AND LYCOS, INC.'S OPPOSITION TO DEFENDANTS' MOTION TO DISMISS, TRANSFER, OR STAY UNDER THE FIRST-TO-FILE RULE, UNDER RULE 12(B)(2) FOR LACK OF PERSONAL JURISDICTION, AND UNDER RULE 12(B)(1) FOR LACK OF SUBJECT MATTER JURISDICTION AND CERTAIN EXHIBITS TO DECLARATIONS IN SUPPORT THEREOF** <br><br> Hearing Date:  August 21, 2009 <br> Hearing Time:  9:00 am <br> Courtroom:  6 (4th Floor) <br> Judge:  Hon. Ronald M. Whyte |

Pursuant to Civil Local Rules 7-11 and 79-5, Plaintiffs Google Inc., AOL LLC, IAC Search & Media, Inc., and Lycos, Inc. hereby request that the following papers filed on July 24, 2009 be placed under seal: (i) Plaintiffs Google Inc., AOL LLC, IAC Search & Media, Inc., and Lycos, Inc.'s Opposition to Defendants' Motion to Dismiss, Transfer, or Stay Under the First-To-File Rule, Under Rule 12(b)(2) For Lack of Personal Jurisdiction, and Under Rule 12(b)(1) For Lack of Subject Matter Jurisdiction ("Opposition to Motion to Dismiss"); (ii) Exhibits B, D, K, O, R, S, T, U, V, BB, CC, DD, EE, FF, HH, KK, LL and PP to the First Declaration of Thomas B. Walsh, IV; and (iii) Exhibits C, E, F, I, J, K, L and M to the Second Declaration of Thomas B. Walsh, IV.

A party may be permitted to file court documents under seal to protect confidential and trade secret information. *See, e.g.*, *Johnson Controls, Inc. v. Phoenix Control Sys., Inc.*, 886 F.2d 1173, 1176 (9th Cir. 1988) (discussing proper procedure to submit trade secrets under seal); *Henry Hope X-Ray Prods., Inc. v. Marron Carrel, Inc.*, 674 F.2d 1336, 1343 (9th Cir. 1982). The brief and exhibits identified above: (i) relate to or contain information considered to be confidential by at least one of the parties to this action and/or by a third party from whom discovery was sought; (ii) relate to or contain information exchanged during the course of discovery in this matter and/or the related action pending in the Eastern District of Texas, *Software Rights Archive, LLC v. Google Inc., et al.*, Case No. 07-CV-511 (the "Texas Action"), and were designated by the producing party as "Confidential" or "Confidential Attorneys' Eyes Only" pursuant to the Protective Order filed in the Texas Action (Dkt. No. 99-2, November 4, 2008) and agreed to by the parties;[1] and/or (iii) were filed under seal by a party in the Texas Action. (*See* Declaration of Thomas B. Walsh, IV in Support of Plaintiff Google, Inc., AOL LLC, IAC Search & Media, Inc., and Lycos, Inc.'s Administrative Motion to File Under Seal).

---

[1] The Agreed Protective Order (Dkt. No. 99-2) filed by all parties in the Texas Action on November 4, 2008 has not yet been entered by the Court because there is one dispute among the parties that the Court has been asked to resolve, but this one dispute does not concern the authority to file documents containing protected information under seal or to designate documents as "Confidential" or "Confidential Attorneys' Eyes Only" pursuant to that Protective Order.

1  Accordingly, Plaintiffs respectfully request that the Court enter an order placing under
2  seal: (i) Opposition to Motion to Dismiss; (ii) Exhibits B, D, K, O, R, S, T, U, V, BB, CC, DD,
3  EE, FF, HH, KK, LL, and PP to the First Declaration of Thomas B. Walsh, IV; and (iii) Exhibits
4  C, E, F, I, J, K, L and M to the Second Declaration of Thomas B. Walsh, IV.

6  Dated: July 24, 2009                                FISH & RICHARDSON P.C.

8                                                      By: /s/ Thomas B. Walsh, IV
                                                            Thomas B. Walsh, IV

10                                                     Attorneys for Plaintiffs GOOGLE INC. and
                                                       AOL, LLC

11  Additional counsel

13  Claude M. Stern (CA Bar No. 96737)
    Jennifer A. Kash (CA Bar No. 203679)
    QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
14  555 Twin Dolphin Drive, Suite 560
    Redwood Shores, CA 94065
15  Telephone: (650) 801-5000
    Facsimile: (650) 801-5100
16  Email: claudestern@quinnemanuel.com
    Email: jenniferkash@quinnemanuel.com

18  Attorneys for Plaintiffs IAC SEARCH & MEDIA, INC.
    and LYCOS, INC.

## DECLARATION OF CONSENT

Pursuant to General Order No. 45, Section X(B) regarding signatures, I attest under penalty of perjury that concurrence in the filing of this document has been obtained from counsel for Plaintiffs IAC Search & Media, Inc. and Lycos, Inc.

Dated: July 24, 2009

/s/ Thomas B. Walsh, IV
Thomas B. Walsh, IV

Additional counsel

Claude M. Stern (CA Bar No. 96737)
Jennifer A. Kash (CA Bar No. 203679)
QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
555 Twin Dolphin Drive, Suite 560
Redwood Shores, CA 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100
Email: claudestern@quinnemanuel.com
Email: jenniferkash@quinnemanuel.com

Attorneys for Plaintiffs IAC SEARCH & MEDIA, INC. and LYCOS, INC.