1  Juanita R. Brooks (SBN 75934, brooks@fr.com)
   Jason W. Wolff (SBN 215819, wolff@fr.com)
2  FISH & RICHARDSON P.C.
   12390 El Camino Real
3  San Diego, CA 92130
   Telephone: (858) 678-5070
4  Facsimile: (858) 678-5099

5  Jerry T. Yen (SBN 247988, yen@fr.com)
   FISH & RICHARDSON P.C.
6  500 Arguello Street, Suite 500
   Redwood City, CA 94063
7  Telephone: (650) 839-5070
   Facsimile: (650) 839-5071
8
   Thomas B. Walsh, IV (*Admitted pro hac vice*, walsh@fr.com)
9  FISH & RICHARDSON P.C.
   5000 Bank One Center,1717 Main Street
10 Dallas, TX 75201
   Telephone: (214)747-5070
11 Facsimile: (214) 747-2091

12 Attorneys for GOOGLE INC.

13 Additional counsel listed on last page

14                    UNITED STATES DISTRICT COURT
                     NORTHERN DISTRICT OF CALIFORNIA
15                          SAN JOSE DIVISION

| | |
|---|---|
| 16  GOOGLE INC., AOL LLC, YAHOO! INC., IAC SEARCH & MEDIA, INC., and LYCOS, INC., | CASE NO. CV 08-03172-RMW |
| 18  Plaintiffs, | **DECLARATION OF THOMAS B. WALSH, IV IN SUPPORT OF PLAINTIFFS GOOGLE INC., AOL LLC, IAC SEARCH & MEDIA, INC., AND LYCOS, INC.'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL PLAINTIFFS GOOGLE INC., AOL LLC, IAC SEARCH & MEDIA, INC., AND LYCOS, INC.'S OPPOSITION TO DEFENDANTS' MOTION TO DISMISS, TRANSFER, OR STAY UNDER THE FIRST-TO-FILE RULE, UNDER RULE 12(B)(2) FOR LACK OF PERSONAL JURISDICTION, AND UNDER RULE 12(B)(1) FOR LACK OF SUBJECT MATTER JURISDICTION AND CERTAIN EXHIBITS TO DECLARATIONS IN SUPPORT THEREOF** |
| 19  v. | |
| 20  L. DANIEL EGGER, SOFTWARE RIGHTS ARCHIVE, LLC, and SITE TECHNOLOGIES, INC., | |
| 22  Defendants. | |
| | Hearing Date: August 21, 2009 |
| | Hearing Time: 9:00 am |
| | Courtroom: 6 (4th Floor) |
| | Judge: Hon. Ronald M. Whyte |

DECL. IN SUPPORT OF PLAINTIFFS GOOGLE INC., AOL LLC, IAC
SEARCH & MEDIA, INC., AND LYCOS, INC.'S MOT TO SEAL
CASE NO. C-08-03172-RMW

I, Thomas B. Walsh, IV, declare as follows:

1. I am an attorney admitted to practice in the State of Texas and I am a principal in the law firm of Fish & Richardson P.C. I represent Plaintiffs Google Inc. and AOL LLC in this action and have been admitted *pro hac vice* in this action. I have personal firsthand knowledge of the matters set forth in this Declaration, and if called as a witness I would testify competently to those matters.

2. Plaintiffs Google Inc., AOL, LLC, IAC Search & Media, Inc., and Lycos, Inc.'s Opposition to Defendants' Motion to Dismiss, Transfer, or Stay Under the First-To-File Rule, Under Rule 12(b)(2) For Lack of Personal Jurisdiction, and Under Rule 12(b)(1) For Lack of Subject Matter Jurisdiction, Exhibits B, D, K, O, R, S, T, U, V, BB, CC, DD, EE, FF, HH, KK, LL and PP to the First Declaration of Thomas B. Walsh, IV, and Exhibits C, E, F, I, J, K, L and M to the Second Declaration of Thomas B. Walsh, IV (i) relate to or contain information considered to be confidential by at least one of the parties to this action and/or by a third party from whom discovery was sought; (ii) relate to or contain information exchanged during the course of discovery in this matter and/or the related action pending in the Eastern District of Texas, *Software Rights Archive, LLC v. Google Inc., et al.*, Case No. 07-CV-511 (the "Texas Action"), and were designated by the producing party as "Confidential" or "Confidential Attorneys' Eyes Only" pursuant to the Protective Order filed in the Texas Action (Dkt. No. 99-2, November 4, 2008) and agreed to by the parties;[1] and/or (iii) were filed under seal by a party in the Texas Action.

I declare under penalty of perjury that the foregoing is true and correct.

---

[1] The Agreed Protective Order (Dkt. No. 99-2) filed by all parties in the Texas Action on November 4, 2008 has not yet been entered by the Court because there is one dispute among the parties that the Court has been asked to resolve, but this one dispute does not concern the authority to file documents containing protected information under seal or to designate documents as "Confidential" or "Confidential Attorneys' Eyes Only" pursuant to that Protective Order.

1 | Executed this 24th day of July, 2009, at Dallas, Texas.

2

3 | /s/ Thomas B. Walsh, IV
Thomas B. Walsh, IV

4

5

6 | Additional counsel

7

8 | Claude M. Stern (CA Bar No. 96737)
Jennifer A. Kash (CA Bar No. 203679)
QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

9 | 555 Twin Dolphin Drive, Suite 560
Redwood Shores, CA 94065

10 | Telephone: (650) 801-5000
Facsimile: (650) 801-5100

11 | Email: claudestern@quinnemanuel.com
Email:jenniferkash@quinnemanuel.com

12

13 | Attorneys for Plaintiffs IAC SEARCH & MEDIA, INC.
and LYCOS, INC.

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2   DECL IN SUPPORT OF  PLAINTIFFS GOOGLE INC., AOL LLC, IAC SEARCH & MEDIA, INC., AND LYCOS, INC.'S MOT TO SEAL
CASE NO. C-08-03172-RMW