1  MICHAEL A. JACOBS (CA SBN 111664)
   mjacobs@mofo.com
2  RICHARD S.J. HUNG (CA SBN 197425)
   rhung@mofo.com
3  MORRISON & FOERSTER LLP
   425 Market Street
4  San Francisco, CA  94105-2482
   Telephone: (415) 268-7000
5  Facsimile: (415) 268-7522

6  ATTORNEYS FOR YAHOO! INC.

7

8                      UNITED STATES DISTRICT COURT

9                     NORTHERN DISTRICT OF CALIFORNIA

10                              SAN JOSE DIVISION

11

12

13  GOOGLE INC., AOL LLC, YAHOO! INC.,        Case No.   C-08-03172-RMW
    IAC SEARCH & MEDIA, INC., and
14  LYCOS, INC.,                              **YAHOO! INC.'s JOINDER RE:
                                              PLAINTIFF GOOGLE INC., AOL
15                       Plaintiffs,          LLC, IAC SEARCH & MEDIA, AND
                                              LYCOS, INC.'S OPPOSITION TO
16         v.                                 DEFENDANTS' MOTION TO
                                              DISMISS, TRANSFER, OR STAY
17  L. DANIEL EGGER, SOFTWARE RIGHTS          UNDER THE FIRST-TO-FILE RULE,
    ARCHIVE, LLC, and SITE                    UNDER RULE 12(B)(2) FOR LACK
18  TECHNOLOGIES, INC.,                       OF PERSONAL JURISDICTION,
                                              AND UNDER RULE 12(B)(1) FOR
19                       Defendants.          LACK OF SUBJECT MATTER
                                              JURISDICTION**

20                                            Date:  August 21, 2009
                                              Time:  9:00 AM
21                                            Courtroom: 6, 4th Floor
                                              Judge: Honorable Ronald M. Whyte
22

23

24

25

26

27

28
   YAHOO! INC.'S JOINDER RE: OPP'N TO MOTION TO DISMISS, TRANSFER, OR STAY
   Case No. C-08-03172-RMW

   sf-2716688

Plaintiff Yahoo! Inc. ("Yahoo!") hereby joins in Google Inc., AOL LLC, IAC Search & Media Inc. and Lycos Inc.'s Opposition to Defendants' Motion to Dismiss, Transfer or Stay Under the First-To-File Rule, Under Rule 12(B)(2) for Lack of Personal Jurisdiction, and Under Rule 12(B)(1) for Lack of Subject Matter Jurisdiction, filed with the Court July 24, 2009.

Yahoo! joins separately because jurisdictional discovery from Altitude Capital Partners, L.P. and Altitude Capital Partners, LLC (together, "Altitude") is not yet complete. Altitude Capital Partners, LLC is a "controlling entity" of Software Rights Archive, LLC ("SRA"), a defendant in this action.[1] After being compelled by the United States District Court of the District of Delaware to produce documents responsive to Plaintiffs' subpoena, Altitude stipulated that it would produce all responsive documents by June 30, 2009.[2]

To date, Altitude still has not completed this production. The parties have continued to meet and confer about this production, however, and hope to resolve all outstanding issues in the near future without further intervention by the Court. If the Court is inclined to resolve any of the jurisdictional issues in Defendants' favor, Yahoo! requests that the Court's decision be deferred pending completion of the jurisdictional discovery from Altitude and a further opportunity for Plaintiffs to be heard by this Court.

Dated:  July 24, 2009                                   Respectfully submitted,

By:  /s/ Richard. S.J. Hung
Michael A. Jacobs (CA Bar No. 111664)
Richard S.J. Hung (CA Bar No. 197425)
MORRISON & FOERSTER
425 Market Street
San Francisco, CA 94105
Telephone: 415-268-7000
Facsimile: 415-268-7522
Email: mjacobs@mofo.com

Attorneys for YAHOO! INC.

---

[1] *See* Amended Declaration of Russell J. Barron, dated June 26, 2009, at ¶ 4, attached as Ex. A.

[2] *See* Stipulation & Order in Misc. Case No. 09-017 (D. Del.), dated June 9, 2009, attached as Ex. B.

YAHOO! INC.'S JOINDER RE: OPP'N TO MOTION TO DISMISS, TRANSFER, OR STAY
Case No. C-08-03172-RMW                                                                                                   1

sf-2716688