Google Inc. et al v. Egger et al Doc. 126

Case5:08-cv-03172-RMW Document126 Filed07/24/09 Page1 of 7

**vegaki09**

Juanita R. Brooks (SBN 75934, brooks@fr.com)
Jason W. Wolff (SBN 215819, wolff@fr.com)
FISH & RICHARDSON P.C.
12390 El Camino Real
San Diego, CA 92130
Telephone: (858) 678-5070
Facsimile: (858) 678-5099

Jerry T. Yen (SBN 247988, yen@fr.com)
FISH & RICHARDSON P.C.
500 Arguello Street, Suite 500
Redwood City, CA 94063
Telephone: (650) 839-5070
Facsimile: (650) 839-5071

Thomas B. Walsh, IV (Admitted pro hac vice, walsh@fr.com)
FISH & RICHARDSON P.C.
5000 Bank One Center,1717 Main Street
Dallas, TX 75201
Telephone: (214)747-5070
Facsimile: (214) 747-2091

Attorneys for GOOGLE INC.

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

GOOGLE INC., AOL LLC, YAHOO! INC., IAC SEARCH & MEDIA, INC., and LYCOS, INC.,

Plaintiffs,

v.

L. DANIEL EGGER, SOFTWARE RIGHTS ARCHIVE, LLC, and SITE TECHNOLOGIES, INC.

Defendants

.

Case No. CV08-03172-RMW

**FIRST DECLARATION OF THOMAS B. WALSH, IV IN SUPPORT OF PLAINTIFFS GOOGLE INC., AOL LLC, IAC SEARCH & MEDIA, INC., AND LYCOS, INC.'S OPPOSITION TO DEFENDANTS' MOTION TO DISMISS, TRANSFER, OR STAY UNDER THE FIRST-TO-FILE RULE, UNDER RULE 12(B)(2) FOR LACK OF PERSONAL JURISDICTION, AND UNDER RULE 12(B)(1) FOR LACK OF SUBJECT MATTER JURISDICTION**

CERTAIN EXHIBITS FILED UNDER SEAL

Hearing Date: August 21, 2009
Hearing Time: 9:00 am
Courtroom: 6 (4th Floor)
Judge: Hon. Ronald M. Whyte

1ST DECL. OF THOMAS B. WALSH, IV TO PLAINTIFFS GOOGLE INC., AOL LLC, IAC SEARCH & MEDIA, INC., AND LYCOS, INC.'S OPP'N TO DEFS' MOT TO DISMISS, TRANSFER OR STAY
CASE NO. C-08-03172-RMW

Dockets.Justia.com

**vegaki09**

1. I, Thomas B. Walsh, IV declare as follows:

2. I am an attorney admitted to practice in the State of Texas and I am a principal in the law firm of Fish & Richardson P.C. I represent Plaintiffs Google Inc. and AOL LLC in this action and have been admitted *pro hac vice* in this action. I submit this declaration in support of Google Inc., AOL LLC, IAC Search & Media, Inc., and Lycos, Inc.'s Opposition to Defendants' Motion to Dismiss, Transfer, or Stay Under the First-to-File Rule, Under Rule 12(b)(2) for Lack of Personal Jurisdiction, and Under Rule 12(b)(1) for Lack of Subject Matter Jurisdiction. Except as otherwise stated, I have personal firsthand knowledge of the matters set forth in this Declaration, and if called as a witness I would testify competently to those matters.

3. Attached to this declaration as **Exhibit A** is a true and correct copy of a Site Technologies, Inc. Stock Exchange Agreement ("Stock Exchange Agreement") as obtained from Global Securities Information, Inc.

4. Attached to this declaration as **Exhibit B** are true and correct excerpts from the September 30, 2008 deposition of Jeffery Franklin Ait ("Ait Depo") [FILED UNDER SEAL] , with highlighting added.

5. Attached to this declaration as **Exhibit C** is a true and correct copy of Site Technologies, Inc.'s Bill of Sale, Assignment, and License Agreement, dated September 15, 1998 ("1998 Bill of Sale"), as obtained from the United States Patent and Trademark Office.

6. Attached to this declaration as **Exhibit D** are true and correct excerpts from the October 2, 2008 deposition of Daniel Egger ("Egger Depo I") with errata [FILED UNDER SEAL], with highlighting added.

7. Attached to this declaration as **Exhibit E** is a true and correct copy of the Debtor's First Amended Plan of Reorganization dated April 25, 2000 from Site Technologies, Inc.'s bankruptcy proceeding in the Northern District of California (Case No. 99-50736-JRG-11).

8. Attached to this declaration as **Exhibit F** is a true and correct copy of an Order Confirming Debtor's First Amended Plan of Reorganization dated June 15, 2000 from Site Technologies, Inc.'s bankruptcy proceeding in the Northern District of California (Case No. 99-

50736-JRG-11).

9. Attached to this declaration as **Exhibit G** is a true and correct copy of a Certificate of Ownership Merging Site/Technologies/Inc. into Site Technologies, Inc. dated December 29, 2000 from the California Secretary of State.

10. Attached to this declaration as **Exhibit H** is a true and correct copy of a Certificate of Ownership Merging Site/Technologies/Inc. into Site Technologies, Inc., filed with the Delaware Secretary of State on December 29, 2000.

11. Attached to this declaration as **Exhibit I** is a true and correct copy of the Final Decree dated January 6, 2004 from Site Technologies, Inc.'s bankruptcy proceeding in the Northern District of California (Case No. 99-50736-JRG-11).

12. Attached to this declaration as **Exhibit J** is a true and correct copy of the Certificate of Incorporation of Software Rights Archive, Inc., filed with the Delaware Secretary of State and dated January 7, 2004, with highlighting of the file stamp date.

13. Attached to this declaration as **Exhibit K** is a true and correct copy of a document bates labeled EGG_0000066-68, as produced by Software Rights Archive LLC [FILED UNDER SEAL].

14. Attached to this declaration as **Exhibit L** is a true and correct copy of a document titled "Assignment of Patent" and dated February 11, 2005 with its recordation coversheet, as obtained from the United States Patent and Trademark Office.

15. Attached to this declaration as **Exhibit M** is a true and correct copy of a document titled "Assignment of Patent" and dated February 22, 2005 with its recordation coversheet, as obtained from the United States Patent and Trademark Office.

16. Attached to this declaration as **Exhibit N** is a true and correct copy of Plaintiff Software Rights Archive, LLC's Rule 7.1 Disclosure dated November 21, 2007 in the Texas Action, Civil Action No. 2:07-cv-511 (CE) (E.D. Tex.) (hereinafter "Texas Action").

17. Attached to this declaration as **Exhibit O** is a true and correct copy of a document bates labeled EGG_ND_0000164-172 and 0000175-176, as produced by Software Rights Archive LLC. [FILED UNDER SEAL].

18. Attached to this declaration as **Exhibit P** is a true and correct copy of the Status Conference Statement by Software Rights Archive, LLC dated December 16, 2008 in Site Technologies, Inc.'s bankruptcy proceeding in the Northern District of California (Case No. 99-50736-RLE).

19. Attached to this declaration as **Exhibit Q** are true and correct excerpts from a December 17, 2008 hearing transcript from Site Technologies, Inc.'s bankruptcy proceeding in the Northern District of California (Case No. 99-50736-RLE) ("Bankr. Tr.").

20. Attached to this declaration as **Exhibit R** is a true and correct copy of a document bates labeled STI_0011611-613, as produced by Software Rights Archive, LLC [FILED UNDER SEAL].

21. Attached to this declaration as **Exhibit S** is a true and correct copy of a document bates labeled EGG_0000668-670, as produced by Software Rights Archive, LLC [FILED UNDER SEAL].

22. Attached to this declaration as **Exhibit T** are true and correct copies of the Declarations of Christopher W. Day, Donald Frisbie, Adam L. Barea, Arnabnil Bhatttacharjee and Kevin Baillie, filed on February 20, 2009 in the Texas Action [FILED UNDER SEAL].

23. Attached to this declaration as **Exhibit U** are true and correct excerpts from the Disclosures of Plaintiff Yahoo! Pursuant to FRCP 26(a)(1) and Plaintiff Google Inc.'s Initial Disclosures Pursuant to Federal Rule of Civil Procedure 26(A)(1) dated December 29, 2008 [FILED UNDER SEAL].

24. Attached to this declaration as **Exhibit V** are true and correct excerpts from the January 27, 2009 deposition of Daniel Egger. ("Egger Depo II") [FILED UNDER SEAL], with highlighting added.

25. Attached to this declaration as **Exhibit W** are true and correct excerpts from

Case5:08-cv-03172-RMW Document126 Filed07/24/09 Page5 of 7

Plaintiff Software Rights Archive, LLC's Disclosure of Asserted Claims and Infringement Contentions served on October 31, 2008 in the Texas Action.

26. Attached to this declaration as **Exhibit X** are true and correct excerpts from Notice of Allowability from US Serial No. 08/649,304 and an Office Action dated July 19, 2000 from U.S. Serial No. 09/071,120, with highlighting added.

27. Attached to this declaration as **Exhibit Y** is a true and correct excerpt from Software Rights Archive, LLC's Objections and Response to Defendants' First Set of Common Interrogatories (Nos. 1-9) served on January 5, 2009 in the Texas Action.

28. Attached to this declaration as **Exhibit Z** is a true and correct copy of a web page entitled "Trusted, Objective Source for Software Code History" at srarchive.com as obtained from the Internet archive, webarchive.org.

29. Attached to this declaration as **Exhibit AA** is a true and correct copy of a Whois web page available at http://whois.domaintools.com/srarchive.com regarding srarchive.com, with highlighting added and a true and correct copy of the top portion of the web page available at http://www.lunarpages.com/contact/.

30. Attached to this declaration as **Exhibit BB** is a true and correct copy of a document bates labeled SRA_0000364, as produced by Software Rights Archive LLC, with highlighting added [FILED UNDER SEAL].

31. Attached to this declaration as **Exhibit CC** is a true and correct copy of an email bates labeled EGG_ND_0000011, with highlighting added and redaction of user id and password information [FILED UNDER SEAL].

32. Attached to this declaration as **Exhibit DD** are true and correct excerpts from the May 22, 2009 deposition of Russell Barron and errata [FILED UNDER SEAL], with highlighting added.

33. Attached to this declaration as **Exhibit EE** is a true and correct copy of a document bates labeled STI_0011614, as produced by Software Rights Archive LLC [FILED UNDER SEAL].

4

1st DECL. OF THOMAS B. WALSH, IV to PLAINTIFFS GOOGLE INC., AOL LLC, IAC SEARCH & MEDIA, INC., AND LYCOS, INC.'S OPP'N TO DEFS' MOT TO DISMISS, TRANSFER OR STAY
CASE NO. C-08-03172-RMW

34. Attached to this declaration as **Exhibit FF** are true and correct copies of 1998 and 1999 Site/Technologies/Inc. U.S. Federal Corporation Income Tax Returns, as produced by counsel for Software Rights Archive LLC [FILED UNDER SEAL].

35. Attached to this declaration as **Exhibit GG** is a true and correct copy of Exhibit 8 from Dkt. No. 76 in the Texas Action, which is an excerpt of a document titled “Noncompetition Agreement” with highlighting from the exhibit.

36. Attached to this declaration as **Exhibit HH** is a true and correct of a document bates numbered SRA_0000180-182, as produced by Software Rights Archive LLC [FILED UNDER SEAL].

37. Attached to this declaration as demonstrative **Exhibit II** is a table regarding the chain of title of the asserted patents.

38. Attached to this declaration is **Exhibit JJ** is a true and correct copy of a Statement of Information for Site Technologies, Inc. dated August 1, 2008 as filed with the California Secretary of State.

39. Attached to this declaration as **Exhibit KK** is a true and correct copy of a document, bates labeled ACP001 – 004, with highlighting added. [FILED UNDER SEAL].

40. Attached to this declaration as **Exhibit LL** are true and correct excerpts from the October 1, 2008 deposition of J. Christopher Lynch [FILED UNDER SEAL], with highlighting added.

41. Attached to this declaration as **Exhibit MM** are true and correct excerpts of various IP seminar brochures printed from the internet for seminars which occurred in California, with highlighting added.

42. Attached to this declaration as **Exhibit NN** are true and correct copies of Altitude Capital Partners webpages, as accessed at www.altitudecp.com/board.html and www.altitudecp.com/portfolio.html, with highlighting added.

43. Attached to this declaration as **Exhibit OO** is a true and correct copy of an Altitude Capital Partners press release entitled “Altitude Capital Partners Names Former Apple Computer

& National Semiconductor Chief IP Counsel Irving Rappaport to its Advisory Board."

44. Attached to this declaration as **Exhibit PP** is a true and correct copy of a Declaration of William Marino dated July 23, 2009 [FILED UNDER SEAL].

I declare under penalty of perjury that the foregoing is true and correct. Executed this 24th day of July, 2009, at Dallas, Texas.

/s/ Thomas B. Walsh, IV
Thomas B. Walsh, IV