# EXHIBIT G

A0557391

1632789 SURV

**FILED** ɛ℔
In the Office of the Secretary of State
of the State of California

DEC 2 9 2000

*Bill Jones*

BILL JONES, Secretary of State

## CERTIFICATE OF OWNERSHIP

## MERGING

## SITE/TECHNOLOGIES/INC.

## INTO

## SITE TECHNOLOGIES, INC.

I, Jeff Ait, the Chief Executive Officer and Secretary of Site Technologies, Inc., do hereby certify:

1. That I am the Chief Executive Officer and Secretary of this corporation.

2. That this corporation is duly organized and existing under the laws of the State of California, the provisions of which permit a merger in the manner provided by Section 1110 of the California Corporations Code.

3. That this corporation owns 100 percent of the outstanding shares of site/technologies/inc. a corporation duly organized and existing under the laws of the State of Delaware, the provisions of which permit a merger in the manner provided by Section 1110 of the California Corporations Code.

4. That the following resolution was duly adopted and approved by the board of directors of this corporation:

RESOLVED, that Site Technologies, Inc. merge, and it hereby does merge into itself, site/technologies/inc., its subsidiary, and assumes all of its obligations pursuant to Section 1110 of the California Corporations Code.

The undersigned declares under penalty of perjury that the statements contained in the foregoing certificate are true of their own knowledge. Executed this twenty-first day of December, 2000.

_____
Jeff Ait
Chief Executive Officer and Secretary