# EXHIBIT I

CRAIG M. PRIM (077820)
JANICE M. MURRAY (099996)
MURRAY & MURRAY
A Professional Corporation
19330 Stevens Creek Blvd.
Cupertino, CA 95014-2526
(650) 852-9000; (408) 907-9200
(650) 852-9244 (Facsimile)

Attorneys for Debtor

SEP 30 2003

FILED
JAN 0 6 2004
CLERK
U.S. BANKRUPTCY COURT
SAN JOSE, CALIFORNIA

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

In re:

Site Technologies, Inc.,
dba DeltaPoint, Inc.

                    Debtor.

EIN No.: 77-0216760

Case No. 99-50736-JRG-11

Chapter 11

## FINAL DECREE

THE APPLICATION FOR ENTRY OF FINAL DECREE having been filed by Site Technologies, Inc., the Debtor herein; the Court being fully advised in the premises; and good cause appearing therefor;

IT IS HEREBY ORDERED that the above-captioned Chapter 11 case of Site Technologies, Inc. be, and it hereby is, closed.

Dated: Jan 6 2004

_____
United States Bankruptcy Judge

The United States Trustee has no objection to the entry of the Final Decree in this case.

UNITED STATES TRUSTEE

By: _____
Nanette Dumas, Esq.

JMM:esg-08
I:\Daily\JMM\SITE\pld\FinalDecree.wpd

FINAL DECREE

ORIGINAL