# EXHIBIT J

State of Delaware
Secretary of State
Division of Corporations
Delivered 11:21 AM 01/07/2004
FILED 11:13 AM 01/07/2004
SRV 040009614 - 3749278 FILE

# CERTIFICATE OF INCORPORATION
## OF
## SOFTWARE RIGHTS ARCHIVE, INC.

**FIRST**  The name of the corporation is Software Rights Archive, Inc. (the "Corporation").

**SECOND:**  The address of the Corporation's registered office in the State of Delaware is 15 E. North Street, in the City of Dover, Kent County, Delaware 19901. The name of its registered agent at such address is Incorporating Services, Ltd.

**THIRD**  The purpose of the Corporation is to engage in any lawful act or activity for which corporations may be organized under the General Corporation Law of Delaware.

**FOURTH**  The total number of shares that the Corporation shall have authority to issue is ten million (10,000,000) shares of Common Stock and the par value of each such share shall be $.001.

**FIFTH:**  The name and mailing address of the incorporator are as follows:

    Christopher Lynch      4101 Lake Boone Trail, Suite 300
                                         Raleigh, North Carolina 27607

**SIXTH**  Unless and except that the bylaws of the Corporation shall so require, the election of directors of the Corporation need not be by written ballot.

**SEVENTH**  To the fullest extent permitted by the Delaware General Corporation Law as the same exists or as may hereafter be amended, no present or former director of the Corporation shall be personally liable to the Corporation or its stockholders for monetary damages for breach of fiduciary duty as a director. Neither any amendment nor repeal of this Article, nor the adoption of any provision of this Certificate of Incorporation inconsistent with this Article, shall eliminate or reduce the effect of this Article in respect of any matter occurring, or any cause of action, suit or claim that, but for this Article, would accrue or arise, prior to such amendment, repeal or adoption of an inconsistent provision.

**EIGHTH:**  The Corporation shall have the power to indemnify any person who was or is a party or is threatened to be made a party to, or testifies in, any threatened, pending or completed action, suit or proceeding, whether civil, criminal, administrative or investigative in nature, by reason of the fact such person is or was a director, officer or employee or agent of the Corporation, or is or was serving at the request of the Corporation as a director, officer, employee or agent of another corporation, partnership, joint venture, employee benefit plan, trust or other enterprise, against expenses (including attorney's fees), judgments, fines and amounts paid in settlement actually and reasonably incurred by such person in

:ORP-999999-  340344-v1

connection with such action, suit or proceeding to the full extent permitted by law, and the Corporation may adopt bylaws or enter into agreements with any such person for the purpose of providing for such indemnification.

NINTH: The Corporation reserves the right at any time, and from time to time, to amend, alter, change or repeal any provision contained in this Certificate of Incorporation, and other provisions authorized by the laws of the State of Delaware at the time in force may be added or inserted, in the manner now or hereafter prescribed by law; and all rights, preferences and privileges of whatsoever nature conferred upon stockholders, directors or any other persons whomsoever by and pursuant to this Certificate of Incorporation in its present form or as hereafter amended are granted subject to the rights reserved in this article.

TENTH: In furtherance and not in limitation of the powers conferred by the laws of the State of Delaware, the Board of Directors of the Corporation is expressly authorized to make, alter and repeal the bylaws of the Corporation, subject to the power of the stockholders of the Corporation to alter or repeal any bylaw whether adopted by them or otherwise.

ELEVENTH: The powers of the incorporator are to terminate upon filing of this Certificate of Incorporation with the Secretary of State of the State of Delaware.

The undersigned incorporator hereby acknowledges that the foregoing Certificate of Incorporation is his act and deed and that the facts stated herein are true.

Dated: January 7, 2004

*[signature]*
Christopher Lynch, Incorporator