# EXHIBIT L

# PATENT ASSIGNMENT

Electronic Version v1.1
Stylesheet Version v1.1

| SUBMISSION TYPE: | NEW ASSIGNMENT |
|---|---|
| NATURE OF CONVEYANCE: | ASSIGNMENT |

CONVEYING PARTY DATA

| Name | Execution Date |
|---|---|
| Site/Technologies/Inc. | 02/11/2005 |

RECEIVING PARTY DATA

| Name: | Mr. Daniel Egger |
|---|---|
| Street Address: | 2027 West Club Boulevard |
| City: | Durham |
| State/Country: | NORTH CAROLINA |
| Postal Code: | 27705 |

PROPERTY NUMBERS Total: 2

| Property Type | Number |
|---|---|
| Patent Number: | 5832494 |
| Patent Number: | 5544352 |

CORRESPONDENCE DATA

Fax Number: (919)781-4865
*Correspondence will be sent via US Mail when the fax attempt is unsuccessful.*
Phone: 919-781-4000
Email: rjones@wyrick.com
Correspondent Name: Robert T. Jones, Jr.
Address Line 1: 4101 Lake Boone Trail, Suite 300
Address Line 4: Raleigh, NORTH CAROLINA 27607

| NAME OF SUBMITTER: | Robert T. Jones, Jr. |
|---|---|

Total Attachments: 3
source=SiteAssignmentDOC6629#page1.tif
source=SiteAssignmentDOC6629#page2.tif
source=SiteAssignmentDOC6629#page3.tif

500020572

PATENT
REEL: 015687 FRAME: 0186

## ASSIGNMENT OF PATENT

WHEREAS Site/Technologies/Inc., a Delaware corporation, with offices at 2200 West Main Street, Suite 230B, Durham, North Carolina 27705 (the "Assignor"), is the owner of the patent(s) identified on Schedule A attached hereto (the "Patents"); and

WHEREAS Daniel Egger, an individual resident of the State of North Carolina, residing at 2027 West Club Boulevard, Durham, North Carolina 27705 (the "Assignee"), is desirous of obtaining the entire right, title and interest in and to the Patents;

NOW THEREFORE, in consideration of the sum of One Dollar ($1.00) and other good and valuable consideration, the receipt of which is hereby acknowledged, Assignor hereby sells, assigns and transfers to Assignee the entire right, title and interest in and to the Patents, the same to be held and enjoyed by Assignee for its own use and enjoyment, and for the use and enjoyment of its successors, assigns and legal representatives, to the end of the terms for which the Patents have been granted, as fully and entirely as the same would have been held and enjoyed by Assignor if this assignment had not been made; together with all claims by Assignor for damages by reason of past infringement of the Patents with the right to sue for, and collect the same for Assignee's own use and benefit, and for the use and benefit of its successors, assigns and other legal representatives.

Assignor hereby covenants and agrees that it has full right to convey the entire interest herein assigned, and that Assignor has not executed, and will not execute, any agreement in conflict herewith.

Assignor hereby further covenants and agrees that it will communicate to Assignee, its successors, legal representatives and assigns, any facts known to Assignor respecting said Patent(s).

**[The remainder of this page is intentionally left blank]**

IN TESTIMONY WHEREOF, the undersigned hereto sets his hand and seal this ____ day of Feb. 11 2005

Assignor: Site Technologies/Inc.

Name: Daniel Egger
Title: President

State of North Carolina )
SS:
County of ~~Durham~~ Granville )

I, the undersigned Notary Public, do hereby certify that Daniel Egger personally appeared before me this day and acknowledged the due execution of the foregoing instrument.

Witness my hand and official seal, this the 11th day of February 2005

Lacey G Rexrode
Notary Public

My Commission Expires:

4-12-06

## SCHEDULE A

### Patents

| Country/Patent No. | Patent Title | Issue Date |
| --- | --- | --- |
| USA/5,832,494 | Method and Apparatus for Indexing, Searching and Displaying Data | November 3, 1998 |
| USA/5,544,352 | Method and Apparatus for Indexing, Searching and Displaying Data | August 6, 1996 |

IP-16573-2- 373174-v1

3