# EXHIBIT O

**DOCUMENT SUBMITTED UNDER SEAL
PURSUANT TO LOCAL RULE 79-5**