# EXHIBIT Z

Dockets.Justia.com

# Trusted, Objective Source for Software Code History

The Software Rights Archive serves as a trusted, objective source of historical information about the development of software from its origins through the present day. The Archive contains a large library of licensed source code, rarer forms of technical literature and documentation, and oral histories by numerous key individual contributors to the development of information technology, with a particular focus on contributors to the Unix and the Gnu/Linux Operating systems. Archive information is indexed, tagged and organized electronically into topical Timelines so that it can be searched in a highly efficient manner using sophisticated search methodologies.

U.S.
Army
Photo

The Software Rights Archive is designed to provide intellectual property counsel researching issues of software copyrights, trade secrets, patents, etc. with actionable information available nowhere else.

Software Rights Archive

**CONTACT INFORMATION:**

Software Rights Archive, Inc. is based in Durham, NC. SRA is a startup company supported by venture funding from Eno River Capital of Durham, N.C. Inquiries should be directed to Daniel Egger, Managing Partner, Eno River Capital.

**INDEMNIFIED CERTIFICATION:**

Archive information is a key component of Open Source Risk Management's Indemnified Certification program. Click here to learn more.



Barron

**EXHIBIT NO.** 105

**T. VINSON**