# EXHIBIT AA

TrafficZ  DomainTools  LeaseThis.com      Show Summary View            Welcome  Guest! Login/Join



Google™ [           ]  [Search]    

Whois Record for Srarchive.com      Enter a Domain Name   [Go]
( Srarch Ive )


Aftermarket — Submit your domains NOW!
Auction at Domain Roundtable 2009   www.Aftermarket.com
Washington, DC | June 16th

**Front Page Information**                         Thumbnail:            2009-03-22

| | |
|---|---|
| Website Title: | Software Rights Archive |
| Title Relevancy | 0% |
| SEO Score: | 56% |
| Terms: | 6 (Unique: 6, Linked: 0) |
| Images: | 0 (Alt tags missing: 0) |
| Links: | 0 (Internal: 0, Outbound: 0) |
| AboutUs: | Wiki article on Srarchive.com |



**Registry Data**

| | |
|---|---|
| ICANN Registrar: | TUCOWS INC. |
| Created: | 2004-01-07 |
| Expires: | 2010-01-07 |
| Updated: | 2008-12-23 |
| Registrar Status: | ok |
| Name Server: | NS1.DYNAMICNAME.COM (has 9,273 domains) |
| Name Server: | NS2.DYNAMICNAME.COM (has 9,273 domains) |
| Whois Server: | whois.tucows.com |

Historical Thumbnails:   4 records

  

12-29-2007  10-09-2007  09-18-2005

View Thumbnail History
Queue this Domain for Update

**SEO Text Browser**

Loading...  SEO Text Browser

**Server Data**

| | |
|---|---|
| Server Type: | Apache/1.3.41 (Unix) Resin/2.1.13 mod_fastcgi/2.4.6 mod_log_bytes/1.2 mod_bwlimited/1.4 mod_auth_passthrough/1.8 FrontPage/5.0.2.2635 mod_ssl/2.8.31 OpenSSL/0.9.7a |
| IP Address: | 67.210.124.60 Whois \| Reverse-IP \| Ping \| DNS Lookup \| Traceroute |
| IP Location: | - California - La Habra - Lunar Pages |
| Response Code: | 200 |
| Domain Status: | Registered And Active Website |

**DomainTools Exclusive**

| | |
|---|---|
| Registrant Search: | "John Stclair" owns about 8 other domains |
| Email Search: | hostmaster@lunarpages.com is associated with about 128,903 domains |
| Registrar History: | 1 registrar |
| NS History: | 1 change on 2 unique name servers over 5 years. |
| IP History: | 3 changes on 4 unique name servers |

Barron
EXHIBIT NO. 104
T. VINSON

http://whois.domaintools.com/srarchive.com

|  | |
|---|---|
| | over 4 years. |
| Whois History: | 8 records have been archived since 2007-08-23. |
| Reverse IP: | 464 other sites hosted on this server. |
| Monitor Domain: | Set Free Alerts on srarchive.com |
| Free Tool: | Download DomainTools for Windows |

**Whois Record**

```
Registrant:
 John Stclair
 1107 Vickers Ave.
 Durham, NC 27707
 US

Domain name: SRARCHIVE.COM

Administrative Contact:
   Stclair, John    sshorter@anorivercapital.com
   1107 Vickers Ave.
   Durham, NC 27707
   US
   9193795616
Technical Contact:
   Andersen, Maximiliam    hostmaster@lunarpages.com
   14730 Beach Blvd. Suite 102
   La Mirada, California 90638
   US
   +1.7145218150

Registrar of Record: TUCOWS, INC.
Record last updated on 23-Dec-2008.
Record expires on 07-Jan-2010.
Record created on 07-Jan-2004.

Registrar Domain Name Help Center:
   http://domainhelp.tucows.com

Domain servers in listed order:
   NS1.DYNAMICNAME.COM
   NS2.DYNAMICNAME.COM

Domain status: ok
```

Disable SEO Text Browser ( Beta )

**Other TLDs**

| .com | .net | .org | .biz | .info | .us |
|---|---|---|---|---|---|

**Symbol Key**                                     Hide Key

Available
Available (Previously registered)
Registered (Active website)
Registered (Parked or redirected)
Registered (No website)
On-Hold (Generic)
On-Hold (Redemption Period)
On-Hold (Pending Delete)
Monitor
Preview
No preview
Buy this (Available)
Buy this (Bid at auction)

**Domains for Sale**

| Domain | Price |
|---|---|
| Ive.de | $1,254.00 |
| Ive.us | $1,255.00 |
| WorldIve.com | $1,888.00 |
| CoolIve.com | $888.00 |
| IveCorp.com | $688.00 |
| IveCa.com | $500.00 |
| NhlIve.com | $628.00 |
| InterIve.com | $400.00 |
| PetCentIve.com | $1,788.00 |
| FindIve.com | $90.00 |
| VocalIve.com | $500.00 |

**Domains At Auction**

| Domain | Auction Date |
|---|---|
| AtomicArcive.com | 05-20-2009 |
| GDgIve.com | 05-20-2009 |
| GKgIve.com | 05-20-2009 |
| PeerSpective.net | 05-20-2009 |
| AcIveDuty.com | 05-20-2009 |
| OIVe365.com | 05-20-2009 |
| Gimme5Ive.net | 05-21-2009 |
| OIVesEx.com | 05-21-2009 |
| StickToItIveness.net | 05-21-2009 |
| MartysAdictIveGames.com | 05-22-2009 |
| PhIveBags.com | 05-22-2009 |

**Compare Similar Domains**

| Domain | Created |
|---|---|
| Srarch Inc | 2001-07-17 |
| Sr Architect | 2001-08-15 |
| Sr Architects | 2002-10-01 |
| Srarch Ive | 2004-01-07 |
| Sr Architecture | 2004-08-26 |
| Srarch I | 2004-11-05 |
| Sr Ar Dock | 2005-11-23 |
| Srarch Galleries | 2006-01-06 |
| Srarch Oi Ce | 2006-02-03 |
| Srarch Scout | 2006-03-07 |

http://whois.domaintools.com/srarchive.com

| Sr Archery | 2006-03-22 |
|---|---|
| Sr Arcou Nr Er | 2006-05-04 |
| Srarch Ives | 2006-10-03 |
| Sr Ar Diecast | 2006-10-05 |
| Srarch Mash | 2006-10-08 |

**Customize This Page**

Select the items you want to be shown on this page. Login to save preferences.

- ☑ Front Page      ☑ Indexed Data
- ☑ Server Data    ☑ Registry Data
- ☑ Exclusive Data ☑ Whois Record

http://whois.domaintools.com/srarchive.com



PRE SALES QUESTIONS
CONTACT US NOW AT
**1-877-586-2772**

 Hosting Solutions | Support Center | Specials | Community | Affiliates | Webmaster Tools

# CONTACT US

**Global Headquarters**

**Corporate Office**

* Add2Net, Inc
* Lunarpages Division
* 1360 N Hancock Street
* Anaheim, CA 92807

**Office Hours**

* Monday - Friday
* 7:00am PST – 7:00pm PST

**Contact Us By Phone**

* 1-877-586-2772
* (US/Canada)
* 0800-072-9150
* (United Kingdom)

**Network Status**

* 562-697-8106
* 24 hour status line

**International Phone**

* 714-521-8150

## Contact Us

### Support

- Open Support Ticket
- Lunarpages Support
- Knowledgebase
- 1-877-586-2772 (US/Canada)
- 0800-072-9150 (United Kingdom)
- 714-521-8150 (Outside US/Canada)
- 714-521-8195 (Fax)

### Shared Hosting

- 1-877-586-2772 ext 3 (Sales)
- 1-877-586-2772 ext 1 (Support)
- 1-877-586-2772 ext 5 (Spanish)

### LPQuicksite

- 1-877-586-2772 ext 3 (Sales)
- 1-877-586-2772 ext 1 (Support)

### Dedicated/VPS

- dedicated@lunarpages.com
- 1-877-586-2772 ext 3 (Order/Sales)
- 1-877-586-2772 ext 1 (Support)

### Affiliate

- affiliate@lunarpages.com
- 1-877-586-2772 ext 4



Barron
EXHIBIT NO. 103
T. VINSON