# EXHIBIT II

# Exhibit II

|  | Title Holder Immediately before Transaction | Listed Assignor → Listed Assignee | | Legal Effect |
|---|---|---|---|---|
| 1998 Bill of Sale and Undated Assignment of '352 patent (First Hung Decl., Ex. C) | Libertech (a.k.a. Site/Tech) | Deltapoint (a.k.a. Site Technologies, Inc.) | Egger | None<br><br>Title remains with Libertech (a.k.a. Site/Tech) |
| December 2000 Merger of Deltapoint and Libertech (First Hung Decl., H) | Libertech (a.k.a. Site/Tech) | (not applicable) | (not applicable) | By merger, title would transfer to merged entity, Deltapoint (a.k.a. Site Technologies, Inc.) |
| February 11, 2005 Assignment of '352 and '494 patents (First Hung Decl., Ex. L) | Deltapoint (a.k.a. Site Technologies, Inc.) | *defunct and/or non-existent* entity Libertech (a.k.a. Site/Tech) | Egger | None |
| February 22, 2005 Assignment of '352, '494 and '571 patents (First Hung Decl., Ex. M) | Deltapoint (a.k.a. Site Technologies, Inc.) | Egger | SRA | None |