# EXHIBIT JJ



## State of California
### Secretary of State


**STATEMENT OF INFORMATION**
(Domestic Stock and Agricultural Cooperative Corporations)

FEES (Filing and Disclosure): $25.00. If amendment, see instructions.
**IMPORTANT - READ INSTRUCTIONS BEFORE COMPLETING THIS FORM**

**E-603608**

**FILED**
In the office of the Secretary of State of the State of California

**Aug - 1 2008**

This Space For Filing Use Only



EXHIBIT
Ait 28
9.30.08

1. CORPORATE NAME (Please do not alter if name is preprinted.)
C1532789
SITE TECHNOLOGIES, INC.

1120 FORREST AVENUE SUITE 301
PACIFIC GROVE, CA 93950

DUE DATE:

COMPLETE ADDRESSES FOR THE FOLLOWING (Do not abbreviate the name of the city. Items 2 and 3 cannot be P.O. Boxes.)

2. STREET ADDRESS OF PRINCIPAL EXECUTIVE OFFICE — CITY — STATE — ZIP CODE
1120 FORREST AVENUE SUITE 301 PACIFIC GROVE, CA 93950

3. STREET ADDRESS OF PRINCIPAL BUSINESS OFFICE IN CALIFORNIA, IF ANY — CITY — STATE — ZIP CODE
1120 FORREST AVENUE SUITE 301 PACIFIC GROVE, CA 93950

4. MAILING ADDRESS OF THE CORPORATION, IF DIFFERENT THAN ITEM 2 — CITY — STATE — ZIP CODE
1120 FORREST AVENUE SUITE 301 PACIFIC GROVE, CA 93950

NAMES AND COMPLETE ADDRESSES OF THE FOLLOWING OFFICERS (The corporation must have these three officers. A comparable title for the specific officer may be added; however, the preprinted titles on this form must not be altered.)

5. CHIEF EXECUTIVE OFFICER/ — ADDRESS — CITY — STATE — ZIP CODE
JEFFREY AIT 1253 MONTICELLO DRIVE MYRTLE BEACH, SC 29577

6. SECRETARY/ — ADDRESS — CITY — STATE — ZIP CODE
JEFFREY AIT 1253 MONTICELLO DRIVE MYRTLE BEACH, SC 29577

7. CHIEF FINANCIAL OFFICER/ — ADDRESS — CITY — STATE — ZIP CODE
JEFFREY AIT 1253 MONTICELLO DRIVE MYRTLE BEACH, SC 29577

NAMES AND COMPLETE ADDRESSES OF ALL DIRECTORS, INCLUDING DIRECTORS WHO ARE ALSO OFFICERS (The corporation must have at least one director. Attach additional pages, if necessary.)

8. NAME — ADDRESS — CITY — STATE — ZIP CODE
JEFFREY AIT  1253 MONTICELLO DRIVE MYRTLE BEACH, SC 29577

9. NAME — ADDRESS — CITY — STATE — ZIP CODE

10. NAME — ADDRESS — CITY — STATE — ZIP CODE

11. NUMBER OF VACANCIES ON THE BOARD OF DIRECTORS, IF ANY:

AGENT FOR SERVICE OF PROCESS (If the agent is an individual, the agent must reside in California and Item 13 must be completed with a California street address (a P.O. Box address is not acceptable). If the agent is another corporation, the agent must have on file with the California Secretary of State a certificate pursuant to Corporations Code section 1505 and Item 13 must be left blank.)

12. NAME OF AGENT FOR SERVICE OF PROCESS
CT CORPORATION SYSTEM

13. STREET ADDRESS OF AGENT FOR SERVICE OF PROCESS IN CALIFORNIA, IF AN INDIVIDUAL — CITY — STATE

TYPE OF BUSINESS

14. DESCRIBE THE TYPE OF BUSINESS OF THE CORPORATION
COMPUTER SOFTWARE MANUFACTURER

15. BY SUBMITTING THIS STATEMENT OF INFORMATION TO THE CALIFORNIA SECRETARY OF STATE, THE CORPORATION CERTIFIES THE INFORMATION CONTAINED HEREIN, INCLUDING ANY ATTACHMENTS, IS TRUE AND CORRECT.

| 08/01/2008 | JEFFREY AIT | CEO | |
|---|---|---|---|
| DATE | TYPE OR PRINT NAME OF PERSON COMPLETING THE FORM | TITLE | SIGNATURE |

SI-200 C (REV 01/2008)  APPROVED BY SECRETARY OF STATE