# EXHIBIT LL

**DOCUMENT SUBMITTED UNDER SEAL
PURSUANT TO LOCAL RULE 79-5**