# EXHIBIT NN



**Advisory Board**

### *BRUCE A. LEHMAN*

Mr. Lehman is the chairman of the International Intellectual Property Institute (IIPI), a nonpartisan, nonprofit organization, based in Washington, D.C. The Institute promotes the creation of modern intellectual property systems and the use of intellectual property rights as a mechanism for investment, technology transfer and the creation of wealth in all countries of the world. From January 1999 to May 2004 he also served as the chief executive officer of IIPI. Mr. Lehman was recently elected to the Intellectual Asset Management IP Hall of Fame. Members include Thomas Edison and Thomas Jefferson, the first superintendent of U.S. patents.



From August 1993 through December 1998 Mr. Lehman served as assistant secretary of commerce and U.S. commissioner of patents and trademarks. As the Clinton administration's primary representative for intellectual property rights protection, he was a key player on these issues, both domestically and internationally. At the request of the president, he served concurrently in the fall of 1997 as acting chairman of the National Endowment for the Humanities, which fosters and recognizes the work of America's artistic and creative community.

In 1994 The National Law Journal named Mr. Lehman its "Lawyer of the Year." In 1997 public - policy magazine National Journal named him as one of the 100 most influential men and women in Washington, noting, "In today's Information Age, the issue of intellectual property rights is no longer an arcane concern, but a vital part of U.S. trade policy. Since taking over his current posts in 1993, Lehman has been the Clinton Administration's outspoken voice on such matters here and abroad."

Serving as the leader of the U.S. delegation to WIPO's December 1996 Diplomatic Conference on Certain Copyright and Neighboring Rights Questions, Mr. Lehman concluded negotiations that resulted in the adoption of two treaties: the WIPO Copyright Treaty and the WIPO Performances and Phonograms Treaty; by updating international copyright law for the digital age, the treaties aim to facilitate the growth of online digital commerce over the Internet. Mr. Lehman's guidance on the development of the intellectual property provisions of the Uruguay Round Agreement, now known as TRIPS (Trade Related Aspects of Intellectual Property), has enabled American creators and inventors to more easily protect their creations from piracy throughout the world.

Mr. Lehman engaged in streamlining the U.S. Patent and Trademark Office (PTO) to be more responsive and customer - focused. His efforts were recognized by Vice President Gore's National Performance Review as a success story for government reinvention. As commissioner, he held a series of public hearings throughout the country to solicit the views and concerns of PTO customers. Feedback led PTO to develop new guidelines for patents in the biotechnology field and establish partnership libraries in Sunnyvale, California, and Detroit, Michigan, to provide better public access to PTO information and services. Mr. Lehman also chaired the Working Group on Intellectual Property Rights of the National Information Infrastructure Task Force. In September 1995 the Working Group released Intellectual Property and the National Information Infrastructure, which examines the role of copyright law in cyberspace and makes recommendations to fortify copyright protection of intellectual property in the networked environment of the information superhighway.

For 10 years prior to joining the Clinton administration, Mr. Lehman was a partner in the Washington, D.C., law firm of Swidler & Berlin. There he represented individuals, companies and trade associations in the areas of intellectual property rights. His clients were drawn from the motion picture, telecommunications, pharmaceutical, computer software and broadcasting industries.

Prior to entering private practice, Mr. Lehman worked for nine years in the U.S. House of Representatives as counsel to the

<1>

Case5:08-cv-03172-RMW   Document126-40   Filed07/24/09   Page3 of 5

Committee on the Judiciary and chief counsel to the Subcommittee on Courts, Civil Liberties, and the Administration of Justice. He was the Committee's principal legal adviser in the drafting of the 1976 Copyright Act, the 1980 Computer Software Amendments and the 1982 Amendments to the Patent Laws. Early in his career, Mr. Lehman served as legal counsel to the Wisconsin State Legislature, as an attorney with the U.S. Department of Justice and as an officer in the U.S. Army.

Mr. Lehman received his B.A. and his J.D. from the University of Wisconsin. He is a member of the District of Columbia Bar. He is also a member of the Policy Advisory Commission to the Director General of the World Intellectual Property Organization (WIPO), the specialized United Nations agency headquartered in Geneva, Switzerland; a member of the board of directors of the U.S. Committee for WIPO; and a member of several corporate boards.

### IRVING S. RAPPAPORT

Irving Rappaport has been a licensed patent attorney for over 35 years. He has served as the head of IP departments in all of his positions and consistently allied himself with emerging technology companies. This is evidenced by his career which began at Raytheon in the late 1960's. From there, Irving joined Medtronic in the early 1970's was approached by Data General in the late 70's. He was then recruited by Bally-Midway to chase Pac-Man clones during the first video game revolution and was brought to Silicon Valley as Associate General Counsel for Intellectual Property and Licensing at Apple Computer, where he built Apple's IP department from 1984-90. Irving also spent time consulting for Intel and was VP and Associate General Counsel for IP and Licensing at National Semiconductor in the early 1990's.

With a talent for spotting up and coming trends, Irving identified the need to create tools for evaluating and manipulating patents that would keep the field of patent analysis current with the high tech explosion. Thus in 1992, Irving co-founded SmartPatents, Inc., a start up focused on converting paper patents into an electronic format. This enabled people to begin to develop tools aimed at assessing and manipulating patents in ways never before possible. In 1996 SmartPatents began developing a powerful software platform used for evaluating and assessing entire patent portfolios in their competitive landscapes. In 1998 SmartPatents changed its name to Aurigin Systems, Inc. At the time of its sale in 2002 the company had over 100 Fortune 1000 companies as customers. Irving is a co-inventor on 16 U.S. patents that underlie the AurekaÆ software, which is considered the pre-eminent platform in its class.

### JACK GRANOWITZ

Jack Granowitz is Senior Technical Advisor to the Executive Director of Science & Technology Ventures (STV) at Columbia University, with special focus on STV Partnerships, an expanding technology transfer consortium of academic centers to enhance the impact and speed the use of university-generated discoveries. Mr. Granowitz joined Columbia University's technology transfer office, Columbia Innovation Enterprise, in 1983, and served as Executive Director from 1988 through 2000. Under his leadership, the office was built and staffed with more than thirty people. Revenue from intellectual property and support for research and development grew to more than $167 million per year. As a result, Columbia University leads U.S. universities and research centers in revenues from the transformation of knowledge products to public use. Columbia University now has equity interest in over forty startup companies, several of which have gone public. As Executive Director, Mr. Granowitz directed several significant collaborative academic deals, most notably including a major research and licensing collaboration with Oxford University, Pasteur, and Eli Lilly Corporation; formation of publicly-held Pharmacopeia, Inc. in conjunction with Cold Springs Harbor Laboratories; and establishment of MPEG LA, LLC, which pools MPEG II patents from Columbia and seven industrial partners. He led development of numerous major licensing and research collaborations, including the licensing of technologies for co-transformation, chimeric antibodies and diagnostic kits.

Prior to joining Columbia University, Mr. Granowitz worked in the corporate health care industry. He was Vice-President and General Manager of the International Division of IPCO Corporation and before that was an executive with American Cyanamid Company and Pfizer, Inc. He was involved with the development and marketing of medical and pharmaceutical products including the first surgical scrub sponge and the first total hip prosthesis. He holds several patents related to medical and surgical devices.

© 2009, Altitude Capital Partners. All rights reserved.



### Investment Portfolio

Since the fund's inception in July 2005, Altitude has consummated thirteen transactions in sixteen different portfolio companies. The portfolio companies' intellectual property covers inventions in the following fields:

- Internet Dynamic Web Pages
- Voice Over Internet Protocol ("VOIP")
- Internet Commerce
- Internet Personalization
- High Speed Data Communications
- Automated Machine Tools
- Data Storage Devices
- Personal Communication Devices
- International Integrated Transactional System
- Network Security
- E-mail Mobility Solutions
- Semiconductor Chip Design
- Cardio Medical Devices
- Computer Security (RNG)
- Semiconductor
- Internet Search





**Visto Corporation (Visto)** is the leading provider of mobile access solutions for the enterprise and mobile professionals. Visto's technology provides secure access to the most widely used corporate messaging applications over any network and on a broad array of devices, and supports both browser-based as well as offline-capable devices (e.g., wireless PDAs, smartphones, etc.). Visto leverages its portfolio of multiple granted patents in synchronization, access and security technologies. Other investors include Allegis Capital, Draper Fisher Jurvetson, Oak Investment Partners, Blueprint Ventures, Rustic Canyon Partners, and VantagePoint Venture Partners. In January 2007, Altitude invested $35 million in 8% Senior Convertible Preferred Stock. www.visto.com



**DeepNines Technologies (DeepNines)** is a network security solutions provider with a visionary approach to security. DeepNines technology is secured by patented technology for a unified threat management (UTM) appliance and a network access control (NAC) solution. DeepNines scalable security platform integrates firewall, signature and behavior-based intrusion prevention and traffic management into a single appliance that prevents both known and unknown attacks from entering the network. Other investors include Dawntreader Ventures. In January 2007, Altitude invested $8 million in Senior Secured Notes

Case5:08-cv-03172-RMW   Document126-40   Filed07/24/09   Page5 of 5

with warrants. www.deepnines.com

© 2009, Altitude Capital Partners. All rights reserved.