Juanita R. Brooks (SBN 75934, brooks@fr.com)
Jason W. Wolff (SBN 215819, wolff@fr.com)
FISH & RICHARDSON P.C.
12390 El Camino Real
San Diego, CA 92130
Telephone: (858) 678-5070
Facsimile: (858) 678-5099

Jerry T. Yen (SBN 247988, yen@fr.com)
FISH & RICHARDSON P.C.
500 Arguello Street, Suite 500
Redwood City, CA 94063
Telephone: (650) 839-5070
Facsimile: (650) 839-5071

Thomas B. Walsh, IV (*Admitted pro hac vice*, walsh@fr.com)
FISH & RICHARDSON P.C.
5000 Bank One Center,1717 Main Street
Dallas, TX 75201
Telephone: (214)747-5070
Facsimile: (214) 747-2091

Attorneys for GOOGLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GOOGLE INC., AOL LLC, YAHOO! INC., IAC SEARCH & MEDIA, INC., and LYCOS, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>L. DANIEL EGGER, SOFTWARE RIGHTS ARCHIVE, LLC, and SITE TECHNOLOGIES, INC.,<br><br>Defendants. | CASE NO. CV 08-03172-RMW<br><br>**SECOND DECLARATION OF THOMAS B. WALSH, IV IN SUPPORT OF PLAINTIFFS GOOGLE INC., AOL LLC, IAC SEARCH & MEDIA, INC., AND LYCOS, INC.'S OPPOSITION TO DEFENDANTS' MOTION TO DISMISS, TRANSFER, OR STAY UNDER THE FIRST-TO-FILE RULE, UNDER RULE 12(B)(2) FOR LACK OF PERSONAL JURISDICTION, AND UNDER RULE 12(B)(1) FOR LACK OF SUBJECT MATTER JURISDICTION**<br><br>CERTAIN EXHIBITS FILED UNDER SEAL<br><br>Hearing Date: August 21, 2009<br>Hearing Time: 9:00 am<br>Courtroom: 6 (4th Floor)<br>Judge: Hon. Ronald M. Whyte |

2nd DECL. OF THOMAS B. WALSH, IV, tO PLAINTIFFS GOOGLE
INC., AOL LLC, IAC SEARCH & MEDIA, INC., AND LYCOS,
INC.'S OPP'N TO DEFS' MOT TO DISMISS, TRANSFER OR STAY
Case No. C-08-03172-RMW

I, Thomas B. Walsh, IV declare as follows:

1. I am an attorney admitted to practice in the State of Texas and I am a principal in the law firm of Fish & Richardson P.C. I represent Plaintiffs Google Inc. and AOL LLC in this action and have been admitted *pro hac vice* in this action. I submit this declaration in support of Google Inc., AOL LLC, IAC Search & Media, Inc., and Lycos, Inc.'s Opposition to Defendants' Motion to Dismiss, Transfer, or Stay Under the First-to-File Rule, Under Rule 12(b)(2) for Lack of Personal Jurisdiction, and Under Rule 12(b)(1) for Lack of Subject Matter Jurisdiction. Except as otherwise stated, I have personal firsthand knowledge of the matters set forth in this Declaration, and if called as a witness I would testify competently to those matters.

2. Attached hereto as **Exhibit A** are true and correct copies of Defendants' Motion to Dismiss for Lack of Standing and corresponding Exhibits 1-17 filed on July 16, 2008 in the Texas Action, Civil Action No. 2:07-cv-511 (CE) (E.D. Tex.) (hereinafter "Texas Action") (Dkt. No. 66), with slip sheets added to more easily differentiate between the various exhibits to the motion.

3. Attached hereto as **Exhibit B** are true and correct copies of Plaintiff's Response to Defendants' Motion to Dismiss for Lack of Standing, Declaration of Lee Kaplan and corresponding Exhibits 1-36 filed on August 25, 2008 in the Texas Action (Dkt. No. 76).

4. Attached hereto as **Exhibit C** are true and correct copies of the Reply in Support of Defendants' Motion to Dismiss for Lack of Standing and Exhibits 1-17 filed on November 10, 2008 in the Texas Action (Dkt. No. 102) [FILED UNDER SEAL].

5. Attached hereto as **Exhibit D** are true and correct copies of Plaintiff's Sur-Response to Defendants' Motion to Dismiss and corresponding Exhibits 1-27 filed on December 15, 2008 in the Texas Action (Dkt. No. 118).

6. Attached hereto as **Exhibit E** are true and correct copies of Defendants' Suggestion to Refer Bankruptcy Issues to Bankruptcy Court or, in the Alternative, Motion to for Leave to File Response to Plaintiff's Sur-Response Brief filed on January 16, 2009 in the Texas Action (Dkt. No. 124) [FILED UNDER SEAL].

7. Attached hereto as **Exhibit F** are true and correct copies of Defendants' Response to Plaintiff's Sur-Response Brief in Opposition to Defendants' Motion to Dismiss for Lack of Standing and corresponding Exhibits 1-2 filed on January 16, 2009 in the Texas Action (Dkt. No. 125) [FILED UNDER SEAL]. Exhibit F was the brief for which leave was sought in Exhibit E.

8. Attached hereto as **Exhibit G** are true and correct copies of Plaintiff's Opposition to Defendants' "Suggestion to Refer Bankruptcy Issue to Bankruptcy Court" and Opposition to Defendants' Alternative Motion for Leave to File Third Brief on Standing and corresponding Exhibits A and B filed on January 28, 2009 in the Texas Action (Dkt. No. 129).

9. Attached hereto as **Exhibit H** is a true and correct copy of the Memorandum Opinion and Order issued by Magistrate Judge Charles Everingham on March 31, 2009 in the Texas Action (Dkt. No. 138).

10. Attached hereto as **Exhibit I** is a true and correct copy of Defendants' Motion to Transfer Pursuant to 28 U.S.C. 1404(a) and corresponding Exhibits 1-23 filed on February 20, 2009 in the Texas Action (Dkt. No. 130) [FILED UNDER SEAL].

11. Attached hereto as **Exhibit J** is a true and correct copy of Plaintiff's Response in Opposition to Defendants' Motion to Transfer Pursuant to 28 U.S.C. 1404(a) and corresponding Exhibits 1-18 filed on May 8, 2009 in the Texas Action (Dkt. No. 143) [FILED UNDER SEAL].

12. Attached hereto as **Exhibit K** is a true and correct copy of Defendants' Reply in Support of Defendants' Motion to Transfer Pursuant to 28 U.S.C. § 1404(a) filed on May 18, 2009 in the Texas Action and corresponding Exhibits 24-27 (Dkt. No. 146) [FILED UNDER SEAL].

13. Attached hereto as **Exhibit L** is a true and correct copy of Software Rights Archive, LLC's Sur-Reply in further Opposition to Defendants' Motion to Transfer Venue and corresponding Declaration of Lee Kaplan and Exhibits 1-8 filed on May 29, 2009 in the Texas Action (Dkt. No. 148) [FILED UNDER SEAL].

14. Attached hereto as **Exhibit M** is a true and correct copy of Google Inc., AOL LLC, and Yahoo! Inc.'s Motion for Certification of Order for Interlocutory Appeal, or in the

1 Alternative, for Reconsideration, filed May 22, 2009 in the Texas Action (Dkt. No. 147), and

2 Exhibits 1-2 thereto [FILED UNDER SEAL].

3     15.    Attached hereto as **Exhibit N** is a true and correct copy of Software Rights Archive, LLC's Opposition to Google Inc., AOL LLC, and Yahoo! Inc.'s Motion for Certification of Order for Interlocutory Appeal, or in the Alternative, for Reconsideration, filed June 15, 2009 in the Texas Action (Dkt. No. 151).

    16.    Attached hereto as **Exhibit O** is a true and correct copy of the Memorandum Opinion and Order issued by Magistrate Judge Charles Everingham on June 24, 2009 in the Texas Action (Dkt. No. 154).

    I declare under penalty of perjury that the foregoing is true and correct. Executed this 24th day of July, 2009, at Dallas, Texas.

                                        /s/ Thomas B. Walsh, IV
                                            Thomas B. Walsh, IV