# EXHIBIT E

## DOCUMENT SUBMITTED UNDER SEAL
## PURSUANT TO LOCAL RULE 79-5

Dockets.Justia.com