# EXHIBIT J

**DOCUMENT SUBMITTED UNDER SEAL
PURSUANT TO LOCAL RULE 79-5**

Dockets.Justia.com