# EXHIBIT K

**DOCUMENT SUBMITTED UNDER SEAL
PURSUANT TO LOCAL RULE 79-5**