# EXHIBIT L

## DOCUMENT SUBMITTED UNDER SEAL
## PURSUANT TO LOCAL RULE 79-5