1   Juanita R. Brooks (SBN 75934, brooks@fr.com)
    Jason W. Wolff (SBN 215819, wolff@fr.com)
2   FISH & RICHARDSON P.C.
    12390 El Camino Real
3   San Diego, CA  92130
    Telephone:  (858) 678-5070
4   Facsimile:   (858) 678-5099

5   Jerry T. Yen (SBN 247988, yen@fr.com)
    FISH & RICHARDSON P.C.
6   500 Arguello Street, Suite 500
    Redwood City, CA  94063
7   Telephone: (650) 839-5070
    Facsimile: (650) 839-5071
8
    Thomas B. Walsh, IV (Admitted pro hac vice, walsh@fr.com)
9   FISH & RICHARDSON P.C.
    5000 Bank One Center,1717 Main Street
10  Dallas, TX 75201
    Telephone: (214)747-5070
11  Facsimile: (214) 747-2091

12  Attorneys for GOOGLE INC.

13

14
                        UNITED STATES DISTRICT COURT
15
                       NORTHERN DISTRICT OF CALIFORNIA
16
                              SAN JOSE DIVISION
17
    GOOGLE INC., AOL LLC, YAHOO! INC.,        CASE NO. CV 08-03172-RMW
18  IAC SEARCH & MEDIA, INC., and
    LYCOS, INC.,                              **CERTIFICATE OF SERVICE**
19
                Plaintiffs,                   Judge:        Hon. Ronald M. Whyte
20
          v.
21
    L. DANIEL EGGER, SOFTWARE RIGHTS
22  ARCHIVE, LLC, and SITE
    TECHNOLOGIES, INC.,
23
                Defendants.
24

25

26

27

28

1

<u>CERTIFICATE OF SERVICE</u>

2

The undersigned hereby certifies that a true and correct copy of the foregoing documents:

3

1.      PLAINTIFFS GOOGLE INC., AOL LLC, IAC SEARCH & MEDIA, INC., AND LYCOS, INC.'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL PLAINTIFFS GOOGLE INC., AOL LLC, IAC SEARCH & MEDIA, INC., AND LYCOS, INC.'S OPPOSITION TO DEFENDANTS' MOTION TO DISMISS, TRANSFER, OR STAY UNDER THE FIRST-TO-FILE RULE, UNDER RULE 12(B)(2) FOR LACK OF PERSONAL JURISDICTION, AND UNDER RULE 12(B)(1) FOR LACK OF SUBJECT MATTER JURISDICTION AND CERTAIN EXHIBITS TO DECLARATIONS IN SUPPORT THEREOF

4

5

6

7

2.      DECLARATION OF THOMAS B. WALSH, IV IN SUPPORT OF PLAINTIFFS GOOGLE INC., AOL LLC, IAC SEARCH & MEDIA, INC., AND LYCOS, INC.'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL PLAINTIFFS GOOGLE INC., AOL LLC, IAC SEARCH & MEDIA, INC., AND LYCOS, INC.'S OPPOSITION TO DEFENDANTS' MOTION TO DISMISS, TRANSFER, OR STAY UNDER THE FIRST-TO-FILE RULE, UNDER RULE 12(B)(2) FOR LACK OF PERSONAL JURISDICTION, AND UNDER RULE 12(B)(1) FOR LACK OF SUBJECT MATTER JURISDICTION AND CERTAIN EXHIBITS TO DECLARATIONS IN SUPPORT THEREOF

8

9

10

11

12

3.      [PROPOSED] ORDER GRANTING PLAINTIFFS GOOGLE INC., AOL LLC, IAC SEARCH & MEDIA, INC., AND LYCOS, INC.'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL PLAINTIFFS GOOGLE INC., AOL LLC, IAC SEARCH & MEDIA, INC., AND LYCOS, INC.'S OPPOSITION TO DEFENDANTS' MOTION TO DISMISS, TRANSFER, OR STAY UNDER THE FIRST-TO-FILE RULE, UNDER RULE 12(B)(2) FOR LACK OF PERSONAL JURISDICTION, AND UNDER RULE 12(B)(1) FOR LACK OF SUBJECT MATTER JURISDICTION AND CERTAIN EXHIBITS TO DECLARATIONS IN SUPPORT THEREOF

13

14

15

16

17

4.      NOTICE OF MANUAL FILING OF PLAINTIFF GOOGLE INC., AOL LLC, IAC SEARCH & MEDIA, AND LYCOS, INC.'S OPPOSITION TO DEFENDANTS' MOTION TO DISMISS, TRANSFER, OR STAY UNDER THE FIRST-TO-FILE RULE, UNDER RULE 12(B)(2) FOR LACK OF PERSONAL JURISDICTION, AND UNDER RULE 12(B)(1) FOR LACK OF SUBJECT MATTER JURISDICTION

18

19

5.      PLAINTIFF GOOGLE INC., AOL LLC, IAC SEARCH & MEDIA, AND LYCOS, INC.'S OPPOSITION TO DEFENDANTS' MOTION TO DISMISS, TRANSFER, OR STAY UNDER THE FIRST-TO-FILE RULE, UNDER RULE 12(B)(2) FOR LACK OF PERSONAL JURISDICTION, AND UNDER RULE 12(B)(1) FOR LACK OF SUBJECT MATTER JURISDICTION

20

21

22

6.      [PROPOSED] ORDER DENYING DEFENDANTS' MOTION TO DISMISS, TRANSFER, OR STAY UNDER THE FIRST-TO-FILE RULE, UNDER RULE 12(B)(2) FOR LACK OF PERSONAL JURISDICTION, AND UNDER RULE 12(B)(1) FOR LACK OF SUBJECT MATTER JURISDICTION

23

24

25

7.      NOTICE OF MANUAL FILING OF EXHIBITS B, D, K, O, R, S, T, U, V, BB, CC, DD, EE, FF, HH, KK, LL, AND PP TO THE FIRST DECLARATION OF THOMAS B. WALSH, IV

26

27

8.      FIRST DECLARATION OF THOMAS B. WALSH, IV IN SUPPORT OF PLAINTIFFS GOOGLE INC., AOL LLC, IAC SEARCH & MEDIA, INC., AND LYCOS, INC.'S OPPOSITION TO DEFENDANTS' MOTION TO DISMISS, TRANSFER, OR STAY UNDER

28

CERTIFICATE OF SERVICE
Case No. C-08-03172-RMW

1  THE FIRST-TO-FILE RULE, UNDER RULE 12(B)(2) FOR LACK OF PERSONAL
   JURISDICTION, AND UNDER RULE 12(B)(1) FOR LACK OF SUBJECT MATTER
2  JURISDICTION

3  9.      NOTICE OF MANUAL FILING OF EXHIBITS C, E, F, I, J, K, AND L TO THE
   SECOND DECLARATION OF THOMAS B. WALSH, IV
4
5  10.     SECOND DECLARATION OF THOMAS B. WALSH, IV IN SUPPORT OF
   PLAINTIFFS GOOGLE INC., AOL LLC, IAC SEARCH & MEDIA, INC., AND LYCOS,
6  INC.'S OPPOSITION TO DEFENDANTS' MOTION TO DISMISS, TRANSFER, OR STAY
   UNDER THE FIRST-TO-FILE RULE, UNDER RULE 12(B)(2) FOR LACK OF PERSONAL
   JURISDICTION, AND UNDER RULE 12(B)(1) FOR LACK OF SUBJECT MATTER
7  JURISDICTION

8  have been served on all counsel of record via Federal Express on this 24th day of July 2009, as
   follows:
9
   Thomas F. Smegal, Jr.
10 State Bar No. 34819
   Law Offices of Thomas F. Smegal, Jr.
11 One Sansome Street, 35th Floor
   San Francisco, CA  94104
12 Telephone:  (415) 217-8383
   Facsimile:  (415) 399-5093
13 Jay D. Ellwanger
   State Bar No. 24036522
14 DiNovo Price Ellwanger & Hardy LLP
   P.O. Box 201690
15 Austin , Texas 78720
   Telephone: (512) 681-4060
16 Facsimile: (512) 628-3410
   Lee L. Kaplan
17 State Bar No. 11094400
   (admitted pro hac vice)
18 Jeffrey A. Potts
   State Bar No. 00784781
19 (admitted pro hac vice)
   Raj Duvvuri
20 State Bar No. 24054185
   (admitted pro hac vice)
21 Smyser Kaplan & Veselka, L.L.P.
   700 Louisiana, Suite 2300
22 Houston, Texas 77002
   Telephone: (713) 221-2323
23 Facsimile: (713) 221-2320
   lkaplan@skv.com
24
   Attorneys for Defendants L. DANIEL EGGER,
25 SOFTWARE RIGHTS ARCHIVE, LLC, and
   SITE TECHNOLOGIES, INC.
26
   Michael A. Jacobs (CA Bar No. 111664)
27 Richard S.J. Hung (CA Bar No. 197425)
   MORRISON & FOERSTER
28 425 Market Street

3

1   San Francisco, CA 94105
    Telephone: 415-268-7000
2   Facsimile: 415-268-7522
    Email: mjacobs@mofo.com
3
    Attorneys for Plaintiff YAHOO! INC.
4
    Jennifer A. Kash (CA Bar No. 203679)
5   QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
    555 Twin Dolphin Drive, Suite 560
6   Redwood Shores, CA 94065
    Telephone: (650) 801-5000
7   Facsimile: (650) 801-5100
    Email: claudestern@quinnemanuel.com
8   Email:jenniferkash@quinnemanuel.com

9   Attorneys for Plaintiffs IAC SEARCH & MEDIA, INC. and LYCOS, INC.

10          I declare under penalty of perjury that the above is true and correct.  Executed on July 24,
    2009, at Redwood City, California.
11
                                              /s/ Janel M. Pearson
12                                                 Janel M. Pearson