| | |
|---|---|
| 1 | Juanita R. Brooks (SBN 75934, brooks@fr.com) |
| 2 | Jason W. Wolff (SBN 215819, wolff@fr.com)<br>FISH & RICHARDSON P.C. |
| 3 | 12390 El Camino Real<br>San Diego, CA  92130 |
| 4 | Telephone:  (858) 678-5070<br>Facsimile:   (858) 678-5099 |
| 5 | Jerry T. Yen (SBN 247988, yen@fr.com) |
| 6 | FISH & RICHARDSON P.C.<br>500 Arguello Street, Suite 500 |
| 7 | Redwood City, CA  94063<br>Telephone: (650) 839-5070 |
| 8 | Facsimile: (650) 839-5071 |
| 9 | Thomas B. Walsh, IV (Admitted pro hac vice, walsh@fr.com)<br>FISH & RICHARDSON P.C. |
| 10 | 5000 Bank One Center,1717 Main Street<br>Dallas, TX 75201 |
| 11 | Telephone: (214)747-5070<br>Facsimile: (214) 747-2091 |
| 12 | Attorneys for GOOGLE INC. |
| 13 | Additional counsel listed on last page |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GOOGLE INC., AOL LLC, YAHOO! INC., IAC SEARCH & MEDIA, INC., and LYCOS, INC.,<br><br>          Plaintiffs,<br><br>     v.<br><br>L. DANIEL EGGER, SOFTWARE RIGHTS ARCHIVE, LLC, and SITE TECHNOLOGIES, INC.,<br><br>          Defendants. | Case No. CV 08-03172-RMW<br><br>**NOTICE OF MANUAL FILING OF EXHIBITS C, E, F, I, J, K, AND L TO THE SECOND DECLARATION OF THOMAS B. WALSH, IV** |

1 | Regarding: **EXHIBITS C, E, F, I, J, K, AND L TO THE SECOND DECLARATION OF THOMAS B. WALSH, IV IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO DISMISS, TRANSFER, OR STAY UNDER THE FIRST-TO-FILE RULE, UNDER RULE 12(B)(2) FOR LACK OF PERSONAL JURISDICTION, AND UNDER RULE 12(B)(1) FOR LACK OF SUBJECT MATTER JURISDICTION**

This filing is in paper or physical form only, and is being maintained in the case file in the Clerk's office.  If you are a participant in this case, this filing will be served in hard copy shortly.  For information on retrieving this filing directly from the court, please see the court's main web site at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).

This filing was not e-filed for the following reason(s):

[_] Voluminous Document (PDF file size larger than the e-filing system allows)

[_] Unable to Scan Documents

[_] Physical Object:

[_] Non-Graphic/Text Computer File (audio, video, etc.) on CD or other media

**[X] Item Under Seal**

[_] Conformance with the Judicial Conference Privacy Policy (General Order 53).

[_] Other:

Dated: July 24, 2009                                         Fish & Richardson P.C.


By: /s/ Thomas B. Walsh, IV
    _____
    Thomas B. Walsh, IV

Attorneys for Plaintiffs GOOGLE INC. and AOL, LLC

1

NOTICE OF MANUAL FILING
Case No. C-08-03172-RMW

1  Additional counsel

2

3  Claude M. Stern (CA Bar No. 96737)
   Jennifer A. Kash (CA Bar No. 203679)
   QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
4  555 Twin Dolphin Drive, Suite 560
   Redwood Shores, CA 94065
5  Telephone: (650) 801-5000
   Facsimile: (650) 801-5100
6  Email: claudestern@quinnemanuel.com
   Email:jenniferkash@quinnemanuel.com

7

   Attorneys for Plaintiffs IAC SEARCH & MEDIA, INC.
8  and LYCOS, INC.

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28