1    [SEE SIGNATURE PAGE FOR COUNSEL]

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                      NORTHERN DISTRICT OF CALIFORNIA

10                               SAN JOSE DIVISION

11

12   GOOGLE INC., AOL LLC, YAHOO! INC., IAC        Case No.    C-08-03172-RMW
     SEARCH & MEDIA, INC., and LYCOS, INC.,
13                                                 **REPLY IN SUPPORT OF**
                    Plaintiffs,                    **PLAINTIFFS' MOTION TO**
14                                                 **STRIKE SITE TECHNOLOGIES,**
          v.                                       **INC.'S MOTION TO DISMISS,**
15                                                 **TRANSFER, OR STAY**
     L. DANIEL EGGER, SOFTWARE RIGHTS
16   ARCHIVE, LLC, and SITE TECHNOLOGIES,          **HEARING REQUESTED**
     INC.,
17                                                 Date:    August 21, 2009
                    Defendants.                    Time:    9:00 AM
18                                                 Judge:   Hon. Ronald M. Whyte

19

20

21

22

23

24

25

26

27

28

Dockets.Justia.com

SRA and Egger's Response to Plaintiffs' Motion to Strike is effectively a non-opposition.[1] Indeed, by filing the Response on behalf of SRA and Egger only, and not on behalf of Site Technologies, Inc. ("Site Technologies") SRA and Egger concede that their counsel does not represent Site Technologies.

SRA and Egger do not attempt to rebut Plaintiffs' showing that their counsel cannot represent Site Technologies in this proceeding.  They also do not put forward any theory as to why their counsel should be permitted to file motions on behalf of an entity whose interests are adverse to their own.  For all the reasons set forth in their opening brief, Plaintiffs' Motion to Strike therefore should be granted.

SRA and Egger's only argument is that Plaintiffs' Motion to Strike is a "waste of time" because this action allegedly should be dismissed.  As Plaintiffs explained in their Opposition to the Motion to Dismiss, however, neither this motion nor this action is a waste of time.[2]  This case is appropriately before this Court and should remain so.

---

[1] "SRA" refers to Defendant Software Rights Archive, LLC.  "Egger" refers to Defendant L. Daniel Egger.  "Motion to Strike" refers to Plaintiffs' Motion to Strike Site Technologies, Inc.'s Motion to Dismiss, Transfer, or Stay, dated January 20, 2009 [Docket No. 64].

[2] "Motion to Dismiss" refers to the Defendants' Motion to Dismiss, Transfer or Stay, Under the First-to-File Rule, Under Rule 12(b)(2) for Lack of Personal Jurisdiction, and Under Rule 12(b)(1) for Lack of Subject Matter Jurisdiction, filed November 10, 2008 [Docket No. 42]. Plaintiffs filed their Opposition to the Motion to Dismiss on July 24, 2009.

1    Dated:  August 7, 2009                          Respectfully submitted,

2

                                        By:  /s/ Juanita R. Brooks

3                                            Juanita R. Brooks (SBN 75934,
                                           brooks@fr.com)

4                                            Jason W. Wolff (SBN 215819,
                                           wolff@fr.com)

5                                            FISH & RICHARDSON P.C.
                                           12390 El Camino Real

6                                            San Diego, CA  92130
                                           Telephone:  (858) 678-5070

7                                            Facsimile:   (858) 678-5099

8                                            Thomas B. Walsh, IV (*admitted pro hac vice*)

9                                            FISH & RICHARDSON P.C.
                                           5000 Bank One Center

10                                           1717 Main Street
                                          Dallas, TX 75201

11                                         Telephone:  (214)747-5070
                                        Facsimile:  (214) 747-2091

12                                         Email:  walsh@fr.com

13                                       Jerry T. Yen (SBN 247988, yen@fr.com)
                                      FISH & RICHARDSON P.C.

14                                       500 Arguello Street, Suite 500
                                      Redwood City, CA  94063

15                                       Telephone: (650) 839-5070
                                      Facsimile: (650) 839-5071

16

                             Attorneys for Plaintiffs GOOGLE INC. and

17                             AOL LLC

18                             By:  /s/ Richard. S.J. Hung
                                        Michael A. Jacobs (CA Bar No. 111664)

19                                         Richard S.J. Hung (CA Bar No. 197425)
                                        MORRISON & FOERSTER

20                                         425 Market Street
                                        San Francisco, CA 94105

21                                         Telephone: 415-268-7000
                                        Facsimile: 415-268-7522

22                                         Email: mjacobs@mofo.com

23                             Attorneys for Plaintiff YAHOO! INC.

24                             By:  /s/ Jennifer A. Kash
                                        Claude M. Stern (CA Bar No. 96737)

25                                         Jennifer A. Kash (CA Bar No. 203679)
                                        QUINN EMANUEL URQUHART

26                                         OLIVER & HEDGES, LLP
                                        555 Twin Dolphin Drive, Suite 560

27                                         Redwood Shores, CA 94065
                                        Telephone: (650) 801-5000

28                                         Facsimile: (650) 801-5100

1
                             Email: claudestern@quinnemanuel.com
                             Email:jenniferkash@quinnemanuel.com

2

3
                Attorneys for Plaintiffs IAC SEARCH &
                MEDIA, INC. and LYCOS, INC.

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

**DECLARATION OF CONSENT**

2         Pursuant to General Order No. 45, Section X(B) regarding signatures, I attest under

3  penalty of perjury that concurrence in the filing of this document has been obtained from counsel

4  for Plaintiffs Google Inc., AOL LLC, IAC Search & Media, Inc. and Lycos, Inc.

5

6  Dated: August 7, 2009

7

8                                    By: _____/s/ Richard S.J. Hung_____

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28