

1

2

3

4                                          **E-FILED on**    8/22/09

5

6

7                    IN THE UNITED STATES DISTRICT COURT

8              FOR THE NORTHERN DISTRICT OF CALIFORNIA

9                           SAN JOSE DIVISION

10

11   GOOGLE INC., AOL LLC, YAHOO! INC.,        No. C-08-03172 RMW
     IAC SEARCH & MEDIA, INC., and LYCOS,
12   INC.,

13              Plaintiffs,
                                               ORDER REGARDING MOTION TO
14          v.                                 DISMISS, TRANSFER, OR STAY

15   L. DANIEL EGGER, SOFTWARE RIGHTS
     ARCHIVE, LLC and SITE TECHNOLOGIES,       **[Docket No. 42, 64]**
16   INC.,

17              Defendants.

18

19       The court grants defendants' motion to stay pending resolution of the case in the Eastern

20   District of Texas or a decision by that court to transfer the action to the Northern District of

21   California.  By this order the court expresses no opinion on whether the motion to transfer tho this

22   district pending in the Eastern District of Texas should be granted or denied.

23       The motion to dismiss plaintiff L. Daniel Egger ("Egger") is granted on the basis of his

24   statement that he does not now and will not in the future assert any ownership rights in the patents-

25   at-issue. *See* Decl. of Lee Kaplan ISO Defs.' Reply Ex. 10 (Declaration of L. Daniel Egger) ("I

26   owned the patents directly from September 1998 until February 2005, when I assigned them to

27   Software Rights Archive, Inc. . . ."); *Id.* at Ex. 12 (Egger's Assignment Agreement) ("[Egger] hereby

28   sells, assigns, and transfers to [Software Rights Archive, Inc.] his entire right, title, and interest in

ORDER REGARDING MOTION TO DISMISS, TRANSFER, OR STAY    —No. C-08-03172 RMW
JAS

Dockets.Justia.com

1  and to the Patents . . ."). This dismissal is conditioned on Egger filing a signed stipulation to that

2  effect. The court recognizes, and Egger's stipulation may provide, that Egger has an interest in the

3  outcome of the litigation or may be entitled to some payment by Software Rights Archive for his

4  purported past sale or assignment of any ownership interests in the patents.

5         The motion to dismiss Site Technologies is denied. The motion to strike is denied.

6

7

8  DATED:        8/21/09                          *Ronald M Whyte*

9                                                RONALD M. WHYTE
                                                 United States District Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ORDER REGARDING MOTION TO DISMISS, TRANSFER, OR STAY        —No. C-08-03172 RMW
JAS                                                    2

**United States District Court**
For the Northern District of California

**United States District Court**
For the Northern District of California

1   **Notice of this document has been electronically sent to:**

2   **Counsel for Search Engines:**

3   Richard S.J. Hung              rhung@mofo.com
    Michael A. Jacobs             mjacobs@mofo.com
4
    Jennifer A. Kash              jenniferkash@quinnemanuel.com
5   Claude Michael Stern          claudestern@quinnemanuel.com
    Kristin Janet Madigan         kristinmadigan@quinnemanuel.com
6
    Juanita R. Brooks             brooks@fr.com
7   Jason W. Wolff                wolff@fr.com
    Jerry T. Yen                  yen@fr.com
8   Ramon K Tabtiang              rkt@fr.com
    Thomas Bernard Walsh , IV     walsh@fr.com
9
    **Counsel for Daniel Egger, Software Rights Archive, et al.:**
10
    Jay David Ellwanger          jellwanger@dpehlaw.com
11  Jeffrey A. Potts             jpotts@skv.com
    Lee Landa Kaplan             lkaplan@skv.com
12  Narasa Raju Duvvuri          rduvvuri@skv.com
    Thomas Frank Smegal , Jr.    tomsmegal@smegallaw.com
13
    **Counsel for Murray & Murray, P.C.:**
14
    Joseph J. De Hope , Jr.       jdehope@hinshawlaw.com
15
    **Counsel for Wilson Sonsini Goodrich & Rosati, P.C.:**
16
    Mark Gregory Parnes           mparnes@wsgr.com
17

18  Counsel are responsible for distributing copies of this document to co-counsel that have not
    registered for e-filing under the court's CM/ECF program.
19

20

21
    **Dated:** _____8/22/09_____              _____JAS_____
22                                                 **Chambers of Judge Whyte**

23

24

25

26

27

28

ORDER REGARDING MOTION TO DISMISS, TRANSFER, OR STAY     —No. C-08-03172 RMW
JAS                                                      3