# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

*E-FILED*

## CIVIL MINUTES

**DATE:** August 21, 2009

**Case No.** C-08-03172-RMW **JUDGE:** Ronald M. Whyte **TIME IN:** *35 min.*

**Title** GOOGLE, INC., et al.   -V-   L. DANIEL EGGER, et al.

K. Madigan, M. Lee
T. Walsh, R. Hung, C. Stern, R. Tabtiang, R. Saelao          L. Kaplan, B. Duvvuri
**Attorneys Present (Plaintiff)**                            **Attorneys Present (Defendant)**

**COURT CLERK:** Jackie Garcia          **COURT REPORTER:** Jana Ridenour

## PROCEEDINGS

**PLAINTIFF'S MOTION TO STRIKE, DEFENDANT'S MOTION TO DISMISS, TRANSFER, OR STAY**

**ORDER AFTER HEARING**

Hearing Held. The Court heard oral argument from the parties. The Court's tentative ruling is to deny without prejudice the motion to dismiss or transfer. The motion to stay is granted. The motion to dismiss for lack of personal jurisdiction over Eggers and SRA is denied. The Court to send out a final ruling to the parties. The matter is deemed submitted.