QUINN EMANUEL URQUHART & SULLIVAN, LLP
  Claude M. Stern (Bar No. 96737)
  claudestern@quinnemanuel.com
  Jennifer A. Kash (Bar No. 203679)
  jenniferkash@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California  94111
Telephone:     (415) 875-6600
Facsimile:     (415) 875-6700

Attorneys for Plaintiffs IAC Search & Media, Inc.
and Lycos, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GOOGLE INC., AOL LLC, YAHOO! INC., IAC SEARCH & MEDIA, INC. AND LYCOS, INC., <br><br>                 Plaintiffs, <br><br>        v. <br><br> L. DANIEL EGGER, SOFTWARE RIGHTS ARCHIVE, LLC, AND SITE TECHNOLOGIES, INC., <br><br>             Defendants. | CASE NO. C-08-03172-RMW <br><br> **IAC SEARCH & MEDIA, INC.'S AND LYCOS, INC.'S NOTICE OF CHANGE OF FIRM NAME** |

1  TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

2      NOTICE IS HEREBY GIVEN that QUINN EMANUEL URQUHART OLIVER &

3  HEDGES, LLP has changed its name to QUINN EMANUEL URQUHART & SULLIVAN, LLP

4  effective March 11, 2010. All pleadings, notices and correspondence in connection with the

5  above-captioned matter should employ the new firm name.   All addresses, e-mail addresses,

6  telephone numbers, and facsimile numbers for Quinn Emanuel Urquhart & Sullivan remain

7  unchanged.

8

9  DATED: March 12, 2010             QUINN EMANUEL URQUHART &
SULLIVAN, LLP

10

11

12                   By _/s/ Jennifer A. Kash_____
                     Jennifer A. Kash

13                       Attorney for Plaintiffs IAC Search & Media, Inc.
and Lycos, Inc.

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Case No. C-08-03172-RMW                 -1-

NOTICE OF CHANGE OF FIRM NAME

1

**CERTIFICATE OF SERVICE**

2          The undersigned hereby certifies that a true and correct copy of the foregoing document

3  has been served on all counsel of record by ECF on this 12th day of March 2010.

4  Thomas F. Smegal, Jr.
   State Bar No. 34819
5  Law Offices of Thomas F. Smegal, Jr.
   One Sansome Street, 35th Floor
6  San Francisco, CA  94104
   Telephone:  (415) 217-8383
7  Facsimile:  (415) 399-5093

8  Jay D. Ellwanger
   State Bar No. 24036522
9  DiNovo Price Ellwanger & Hardy LLP
   P.O. Box 201690
10 Austin , Texas 78720
   Telephone: (512) 681-4060
11 Facsimile: (512) 628-3410

12 Lee L. Kaplan
   State Bar No. 11094400
13 (admitted *pro hac vice*)
   Jeffrey A. Potts
14 State Bar No. 00784781
   (admitted *pro hac vice*)
15 Raj Duvvuri
   State Bar No. 24054185
16 (admitted *pro hac vice*)
   Smyser Kaplan & Veselka, L.L.P.
17 700 Louisiana, Suite 2300
   Houston, Texas 77002
18 Telephone: (713) 221-2323
   Facsimile: (713) 221-2320
19 lkaplan@skv.com

20
   Attorneys for Defendants L. DANIEL EGGER,
21 SOFTWARE RIGHTS ARCHIVE, LLC, and
   SITE TECHNOLOGIES, INC.
22

23

24

25                                        _/s/ Jennifer A. Kash_____
                                          Jennifer A. Kash
26

27

28

Case No. C-08-03172-RMW                           -2-

NOTICE OF CHANGE OF FIRM NAME