| | |
|---|---|
| MICHAEL A. JACOBS (CA SBN 111664)<br>mjacobs@mofo.com<br>RICHARD S.J. HUNG (CA SBN 197425)<br>rhung@mofo.com<br>MORRISON & FOERSTER LLP<br>425 Market Street<br>San Francisco, CA  94105-2482<br>Telephone: (415) 268-7000<br>Facsimile: (415) 268-7522 | *E-FILED - 8/27/10* |

Attorneys for Plaintiff
LYCOS, INC.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| GOOGLE INC., AOL LLC, YAHOO! INC., IAC SEARCH & MEDIA, INC., and LYCOS, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>L. DANIEL EGGER, SOFTWARE RIGHTS ARCHIVE, LLC, and SITE TECHNOLOGIES, INC.,<br><br>Defendants. | Case No. CV 08-03172 RMW (RS)<br><br>[] ORDER RE:<br>**SUBSTITUTION OF ATTORNEYS PURSUANT TO LOCAL RULE 11-5** |

### [PROPOSED] ORDER

IT IS HEREBY ORDERED that the substitution of Morrison & Foerster LLP in the place of Quinn, Emanuel, Urquhart & Sullivan LLP as Lycos, Inc.'s sole attorneys of record is hereby approved.

**IT IS SO ORDERED**.

Dated: ___8/27_____, 2010

_____
HONORABLE RONALD M. WHYTE
United States District Court Judge

1 ] ORDER RE: SUBSTITUTION OF ATTORNEYS
Case No. CV 08-03172 RMW (RS)

sf-2888405

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the foregoing document has been served on all counsel of record by ECF on this 26th day of August 2010.

/s/ Richard S.J. Hung