*E-FILED - 10/13/10*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SOFTWARE RIGHTS ARCHIVE, LLC,<br><br>        Plaintiff,<br><br>      v.<br><br>GOOGLE INC., AOL LLC, YAHOO! INC., IAC SEARCH & MEDIA, INC., and LYCOS, INC.,<br><br>        Defendants. | Case No. 5:08-cv-03172 RMW (RS) (consolidated with Case No. 5:10-cv-03723 RMW)<br><br>[]     **ORDER WITHDRAWING COUNSEL FROM FISH & RICHARDSON P.C.** |

IT IS HEREBY ORDERED that all counsel from Fish & Richardson P.C., including Juanita R. Brooks, Jason W. Wolff, Jerry T. Yen, Thomas B. Walsh, IV, Ramon K. Tabtiang, Ruffin B. Cordell and Stephen A. Marshall, are withdrawn as counsel for Defendants Google Inc. and AOL LLC in this case, and the Clerk of this Court shall remove their names from the service list for this matter.

Dated: 10/13/10

*Ronald M. Whyte*
UNITED STATE DISTRICT COURT JUDGE