**E-FILED on**   10/15/10

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SOFTWARE RIGHTS ARCHIVE LLC,<br><br>        Plaintiff,<br>    v.<br><br>GOOGLE INC., AOL LLC, YAHOO! INC., IAC SEARCH &MEDIA, INC., and LYCOS INC.,<br><br>        Defendants. | No. C-08-03172 RMW<br>No. C-10-03723 RMW<br><br>ORDER GRANTING IN PART AND DENYING IN PART MOTION TO SEAL<br><br>**[Re Docket No. 200]** |
| GOOGLE INC., AOL LLC, YAHOO! INC., IAC SEARCH &MEDIA, INC., and LYCOS INC.,<br><br>        Counter-Claimants,<br>    v.<br><br>L. DANIEL EGGER, SOFTWARE RIGHTS ARCHIVE LLC, and SITE TECHNOLOGIES, INC.,<br><br>        Counter-Defendants. | |

ORDER GRANTING IN PART AND DENYING IN PART MOTION TO SEAL—No. C-08-03172 RMWNo. C-10-03723 RMW
CCL

1  Plaintiff Software Rights Archive LLC ("SRA") moves to file under seal its response to
2 defendants' statement in support of stay pending reexamination of patents-in-suit as well as attached
3 exhibits. A request to seal must establish that the document, or portions thereof, is privileged or
4 protectable as a trade secret or otherwise entitled to protection under the law. Civ. L. R. 79-5(a).
5 The request must be narrowly tailored to seek sealing of only sealable material. *Id.*

6  Having reviewed the material that SRA seeks to file under seal, the court finds no basis for
7 filing SRA's entire response under seal. The motion to seal is thus granted in part and denied in part.
8 All of the exhibits attached to SRA's response may be filed under seal. In addition, the following
9 portions of SRA's response may be filed under seal: lines 5 to 28 on page 5 and lines 1 to 5 on page
10 6. All other portions of SRA's response must be publicly filed. Pursuant to Local Rule 79-5(e),
11 SRA has 4 days to resubmit the documents in a manner that conforms to this order.

DATED:    10/15/10

*Ronald M Whyte*
RONALD M. WHYTE
United States District Judge

ORDER GRANTING IN PART AND DENYING IN PART MOTION TO SEAL—No. C-08-03172 RMW No. C-10-03723 RMW
CCL                                        2