**E-FILED on** __10/18/10__

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SOFTWARE RIGHTS ARCHIVE LLC,<br><br>    Plaintiff,<br>  v.<br><br>GOOGLE INC., AOL LLC, YAHOO! INC., IAC SEARCH &MEDIA, INC., and LYCOS INC.,<br><br>    Defendants. | No. C-08-03172 RMW<br>No. C-10-03723 RMW<br><br>ORDER GRANTING IN PART AND DENYING IN PART MOTION TO EXTEND PAGE LIMITS FOR CLAIM CONSTRUCTION BRIEFS<br><br>**[Re Docket No. 205]** |
| GOOGLE INC., AOL LLC, YAHOO! INC., IAC SEARCH &MEDIA, INC., and LYCOS INC.,<br><br>    Counter-Claimants,<br>  v.<br><br>L. DANIEL EGGER, SOFTWARE RIGHTS ARCHIVE LLC, and SITE TECHNOLOGIES, INC.,<br><br>    Counter-Defendants. | |

Software Rights Archive ("SRA") filed an unopposed motion to extend the page limits for claim construction briefs. The court grants the motion in part and denies the motion in part. The page limit for SRA's opening claim construction brief is extended to 30 pages, and the page limits for defendants' opposition briefs are extended to 40 pages. Pages that substantially consist of drawings, diagrams, or charts do not count toward the page limit.

DATED: 10/18/10

*Ronald M Whyte*
RONALD M. WHYTE
United States District Judge