1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| SOFTWARE RIGHTS ARCHIVE, LLC,<br><br>Plaintiff,<br><br>v.<br><br>GOOGLE INC., AOL LLC, YAHOO! INC., IAC SEARCH & MEDIA, INC., and LYCOS, INC.,<br><br>Defendants. | Case No. CV 08-03172 RMW (PVT)<br><br>**ORDER GRANTING DEFENDANTS' MOTION TO SHORTEN TIME TO HEAR MOTION TO DISMISS FOR LACK OF STANDING** |
|---|---|
| GOOGLE INC., AOL LLC, YAHOO! INC., IAC SEARCH & MEDIA, INC., and LYCOS, INC.,<br><br>Counter-Claimants,<br>v.<br><br>L. DANIEL EGGER, SOFTWARE RIGHTS ARCHIVE LLC, AND SITE TECHNOLOGIES INC.,<br><br>Counter-Defendants. | Case No. CV 10-03723 RMW (PVT) |

1     Defendants Google Inc., Yahoo! Inc., AOL LLC, and Lycos, Inc.'s ("Defendants") motion for the Court to hear on shortened time Defendants' motion to dismiss is hereby granted.

    The Court will hear Defendants' motion to dismiss on December 3, 2010 at 9:00 a.m. Plaintiff Software Rights Archive, LLC's ("SRA's") opposition brief shall be due November 12, 2010 (*i.e.*, 21 days prior to the requested hearing date pursuant to Civil L.R. 7-3(a)). Defendants' reply brief shall be due November 19, 2010 (*i.e.*, 14 days prior to the requested hearing date pursuant to Civil L.R. 7-3(c)).

    IT IS SO ORDERED.

Dated: November 2, 2010

By: *Ronald M. Whyte*
Hon. Ronald M. Whyte
United States District Judge