1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| SOFTWARE RIGHTS ARCHIVE, LLC, | Case No. CV 08-03172 RMW (PVT) |
|---|---|
| Plaintiff, | |
| v. | XXXXXXXXXXX] **ORDER RESCHDULING HEARING ON DISCOVERY MOTIONS** |
| GOOGLE INC., AOL LLC, YAHOO! INC., IAC SEARCH & MEDIA, INC., and LYCOS, INC., | |
| Defendants. | |
| GOOGLE INC., AOL LLC, YAHOO! INC., IAC SEARCH & MEDIA, INC., and LYCOS, INC., | Case No. CV 10-03723 RMW (PVT) |
| Counter-Claimants, | |
| v. | |
| L. DANIEL EGGER, SOFTWARE RIGHTS ARCHIVE LLC, AND SITE TECHNOLOGIES INC., | |
| Counter-Defendants. | |

PLESAE TAKE NOTICE that the motions currently set before Magistrate Judge Patricia V. Trumbull for Tuesday, November 9, 2010 at 10:00 a.m. are hereby continued to Tuesday, November 30, 2010 at 10:00 a.m. Parties are to appear in Courtroom 5, 4th Floor of the United States District Court, 280 South First Street, San Jose, California 95113.

Dated: November 3, 2010                            By: /s/ Patricia V. Trumbull
                                                       Hon. Patricia V. Trumbull
                                                       United States Magistrate Judge

1