**E-FILED on**   11/4/10

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SOFTWARE RIGHTS ARCHIVE LLC,<br><br>    Plaintiff,<br>      v.<br><br>GOOGLE INC., AOL LLC, YAHOO! INC., IAC SEARCH &MEDIA, INC., and LYCOS INC.,<br><br>    Defendants. | No. C-08-03172 RMW<br>No. C-10-03723 RMW<br><br>ORDER REGARDING CONSOLIDATION OF CASES |
| GOOGLE INC., AOL LLC, YAHOO! INC., IAC SEARCH &MEDIA, INC., and LYCOS INC.,<br><br>    Counter-Claimants,<br>      v.<br><br>L. DANIEL EGGER, SOFTWARE RIGHTS ARCHIVE LLC, and SITE TECHNOLOGIES, INC.,<br><br>    Counter-Defendants. | |

ORDER REGARDING CONSOLIDATION OF CASES —No. C-08-03172 RMWNo. C-10-03723 RMW
CCL

On September 20, 2010, the court consolidated *Google Inc., et al. v. L. Daniel Egger, et al.*, C 08-3172 RMW and *Software Rights Archive, LLC v. Google Inc., et al.*, C 10-3723 RMW. The court hereby orders that the consolidated case shall be entitled "In re Google Litigation" and shall bear the case number of the earlier numbered case: C 08-3172 RMW. After filing this order in each case, the Clerk of the Court is ordered to close the file on Case No. C 10-3723 RMW. All future filings shall be in the consolidated case file.

DATED: 11/4/10

*/s/ Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge