1  [SEE SIGNATURE BLOCKS FOR COUNSEL]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| SOFTWARE RIGHTS ARCHIVE, LLC | No. C-08-03172 RMW |
|---|---|
| Plaintiff, | No. C-10-03723 RMW |
| v. | [PROPOSED] ORDER GRANTING SOFTWARE RIGHTS ARCHIVE, LLC'S UNOPPOSED MOTION FOR LEAVE TO FILE AMENDED CLAIM CONSTRUCTION BRIEF |
| GOOGLE, INC., AOL LLC, YAHOO! INC., IAC SEARCH & MEDIA, INC., and LYCOS INC., | |
| Defendants. | |
| GOOGLE INC., AOL LLC, YAHOO! INC., IAC SEARCH & MEDIA, INC., and LYCOS INC., | |
| Counter-Claimants, | |
| v. | |
| L. DANIEL EGGER, SOFTWARE RIGHTS ARCHIVE LLC, and SITE TECHNOLOGIES, INC., | |
| Counter-Defendants. | |

Before the Court is Software Rights Archive, LLC's Unopposed Motion for Leave to File Amended Claim Construction Brief. Based on the arguments presented in the motion, the pleadings on file, and any other relevant matter, the Court hereby GRANTS the motion. Accordingly, SRA may file an amended claim construction brief incorporating only the changes described in its Motion.

1   IT IS SO ORDERED.

2

3   Dated: _____11/10/2010_____   *Ronald M. Whyte*
                                       _____
4                                      RONALD M. WHYTE
                                       UNITED STATES DISTRICT JUDGE

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[PROPOSED] ORDER GRANTING SOFTWARE RIGHTS ARCHIVE, LLC'S
UNOPPOSED MOTION FOR LEAVE TO FILE AMENDED CLAIM CONSTRUCTION BRIEF
CASE NO. 08-CV-3172-RMW