UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SOFTWARE RIGHTS ARCHIVE, LLC,<br><br>Plaintiff,<br><br>v.<br><br>GOOGLE INC., AOL LLC, YAHOO! INC., IAC SEARCH & MEDIA, INC., and LYCOS, INC.,<br><br>Defendants. | Case No. CV 08-03172 RMW (PVT)<br><br>**ORDER GRANTING DEFENDANTS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL** |
| GOOGLE INC., AOL LLC, YAHOO! INC., IAC SEARCH & MEDIA, INC., and LYCOS, INC.,<br><br>Counter-Claimants,<br><br>v.<br><br>L. DANIEL EGGER, SOFTWARE RIGHTS ARCHIVE LLC, AND SITE TECHNOLOGIES INC.,<br><br>Counter-Defendants. | Case No. CV 10-03723 RMW (PVT) |

1  Before the Court is Defendants' Administrative Motion to File Under Seal.  Based on the
2  arguments presented in the motion, the pleadings on file, and any other relevant matter, the Court
3  hereby GRANTS the motion.

5  IT IS SO ORDERED.

7  Dated: ___11/16/2010_____        ___*Ronald M. Whyte*___
                                         RONALD M. WHYTE
8                                        UNITED STATES DISTRICT JUDGE