1
2
3
4
5
6
7

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN JOSE DIVISION

| | |
|---|---|
| GOOGLE INC., AOL LLC, YAHOO! INC., IAC SEARCH & MEDIA, INC., and LYCOS, INC.<br><br>v.<br><br>L. DANIEL EGGER, SOFTWARE RIGHTS ARCHIVE, LLC, and SITE TECHNOLOGIES, INC. | Case No. 08-CV-3172-RMW-PVT<br><br>XXXXXXXXXXX ORDER GRANTING SOFTWARE RIGHTS ARCHIVE, LLC'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL |
| SOFTWARE RIGHTS ARCHIVE, LLC<br><br>v.<br><br>GOOGLE INC., YAHOO! INC., IAC SEARCH & MEDIA, INC., AOL, LLC, and LYCOS, INC. | Case No. 10-CV-3723-RMW-PVT |

Before the Court is Software Rights Archive, LLC's Administrative Motion to File Under Seal. Based on the arguments presented in the motion, the pleadings on file, and any other relevant matter, the Court hereby GRANTS the motion.

IT IS SO ORDERED.

1  Dated: __November 29, 2010_____        *Patricia V. Trumbull*
                                                _____
2                                               ]XXXXXXXXXXXXXXXXE
                                                UNITED STATES XXXXXXXXXXXXX ( XXX
3                                                         MAGISTRATE JUDGE

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28