[SEE SIGNATURE PAGE FOR COUNSEL]

*E-FILED - 1/3/11*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

**IN RE GOOGLE LITIGATION**

Case No. CV 08-03172 (RMW)

STIPULATION AND []
ORDER EXTENDING TIME TO CONDUCT MEDIATION

1    Pursuant to Northern District ADR Local Rule 6-5, Plaintiff Software Rights Archive,
2  LLC and Defendants Google Inc., Yahoo! Inc., AOL LLC, and Lycos, Inc., through their
3  respective attorneys, hereby stipulate and agree to extend time to conduct mediation.

4    The requested extension is based on the parties' discussions with the Court at the Case
5  Management Conference held in this case on November 19, 2010. During that conference, the
6  parties proposed, and the Court agreed, that mediation after the *Markman* ruling in this case likely
7  would be more productive than mediation before the *Markman* ruling. Assuming that the
8  *Markman* ruling issues on or before April 1, 2011, the parties therefore respectfully request an
9  extension to conduct mediation until May 13, 2011.

10   The parties also note that the ADR unit has assigned Ms. Debra Mellinkoff as the
11 mediator in this case. The parties had previously discussed and agree, however, that private
12 mediation before a mutually-agreed upon mediator is most likely to be productive in this case.
13 The parties therefore respectfully request that they be allowed to mediate before a mutually-
14 agreed upon private mediator.

15 DATED: December 17, 2010           By: Donald F. Zimmer (by permission)
                                          Donald F. Zimmer (CA Bar No. 112279)
16                                        KING & SPALDING LLP
                                          101 Second Street - Suite 2300
17                                        San Francisco, CA 94105
                                          Telephone: (415) 318-1200
18                                        Facsimile: (415) 318-1300
                                          E-mail: fzimmer@kslaw.com
19
                                       Attorneys for Defendants GOOGLE INC. and
20                                     AOL LLC

21
                                       By: /s/ Richard S. J. Hung
22                                        Michael A. Jacobs (CA Bar No. 111664)
                                          Richard S. J. Hung (CA Bar No. 197425)
23                                        Email: mjacobs@mofo.com
                                          Email: rhung@mofo.com
24                                        MORRISON & FOERSTER
                                          425 Market Street
25                                        San Francisco, CA 94105
                                          Telephone: 415-268-7000
26                                        Facsimile: 415-268-7522

27                                     Attorneys for Defendants YAHOO! INC. and
                                       LYCOS, INC.
28

|   |   |
|---|---|
| 1 |   |
| 2 | By: /s/ |
| 3 | Lee L. Kaplan (Texas Bar No. 11094400)<br>Jeffrey A. Potts (Texas Bar No. 00784781)<br>Raj Duvvuri (Texas Bar No. 24054185) |
| 4 | (admitted *pro hac vice*)<br>Smyser Kaplan & Veselka |
| 5 | 700 Louisiana St., Suite 2300<br>Houston, TX  77002 |
| 6 | Telephone:      (713) 221-2300<br>Facsimile:       (713) 221-2320 |
| 7 | E-mail: lkaplan@skv.com |
| 8 | Victor G. Hardy (Texas Bar No. 00790821) |
| 9 | Jay D. Ellwanger (CA Bar No. 217747)<br>Chester J. Shiu (Texas Bar No. 24071126) |
| 10 | (admitted *pro hac vice*)<br>DiNovo Price Ellwanger & Hardy LLP |
| 11 | 7000 North MoPac Expressway Ste. 350<br>Austin, TX  78731 |
| 12 | Telephone:  (512) 539-2630<br>Facsimile:  (512) 539-2627 |
| 13 | E-mail: jellwanger@dpelaw.com |
| 14 | Thomas F. Smegal, Jr. (CA Bar No. 34,819) |
| 15 | Law Offices of Thomas F. Smegal, Jr.<br>One Sansome Street, 35th floor |
| 16 | San Francisco, CA  94104<br>Telephone:  (415) 217-8383 |
| 17 | Facsimile:  (415) 399-0593<br>E-mail: tomsmegal@smegallaw.com |
| 18 |   |
| 19 |   |
| 20 | Attorneys for SOFTWARE RIGHTS ARCHIVE, LLC. |
| 21 |   |
| 22 |   |
| 23 |   |
| 24 |   |
| 25 |   |
| 26 |   |
| 27 |   |
| 28 |   |

STIPULATION AND [] ORDER EXTENDING TIME TO CONDUCT MEDIATION  
Case No. CV 08-03172-(RMW)

2

sf-2932988

1

**DECLARATION OF CONSENT**

2

3      Pursuant to General Order No. 45, Section X(B) regarding signatures, I attest under

4  penalty of perjury that concurrence in the filing of this document has been obtained from counsel

5  for Defendants Google Inc. and AOL LLC, and counsel for Plaintiff Software Rights Archive,

6  LLC.

7

8  Dated: December 17, 2010          By:      /s/ Richard S.J. Hung
                                              Richard. S.J. Hung

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND [] ORDER EXTENDING TIME TO CONDUCT MEDIATION          3
Case No. CV 08-03172-(RMW)

sf-2932988

|  |  |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

**IN RE GOOGLE LITIGATION**

Case No. CV 08-03172 (RMW)

[] ORDER EXTENDING TIME TO CONDUCT MEDIATION

Pursuant to the parties' stipulation, the time to conduct mediation in the above-captioned matter is hereby extended to May 13, 2011, subject to revisiting depending on the timing of the Court's *Markman* ruling. Mediation will occur before a mediator to which the parties mutually agree.

Dated: __1/3/11_____

_/s/ Ronald M. Whyte_
Honorable Ronald M. Whyte
Judge of the United States District Court