**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION**

| | |
|---|---|
| IN RE GOOGLE LITIGATION | C 08-3172-RMW<br><br>ORDER GRANTING SOFTWARE RIGHTS ARCHIVE, LLC'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL |

Before the Court is Software Rights Archive, LLC's Administrative Motion to File Under Seal. Based on the arguments presented in the motion, the documents on file, the governing law, and the applicable facts, the Court hereby GRANTS the motion. Accordingly, SRA may file under seal portions of Software Rights Archive, LLC's Response to Defendants' Motion to Dismiss for Lack of Standing, as well as the entirety of Exhibits 5-13 thereto.

IT IS SO ORDERED.

Dated: 01/03/2011

*Ronald M. Whyte*
RONALD M. WHYTE
UNITED STATES DISTRICT JUDGE