|  |  |
|---|---|
| 1 |  |
| 2 |  |
| 3 |  |
| 4 |  |
| 5 |  |
| 6 |  |
| 7 |  |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| IN RE GOOGLE LITIGATION | Case No. CV 08-03172 RMW (PVT) |
|---|---|
|  | **ORDER GRANTING DEFENDANTS' MOTION TO FILE PORTIONS OF THEIR REPLY ISO MOTION TO DISMISS UNDER SEAL** |

1  Before the Court is Defendants Google Inc., AOL, LLC, Yahoo!, Inc., and Lycos, Inc.
2  motion to file portions of Defendants' Reply in Support of Their Motion to Dismiss for Lack of
3  Standing ("Reply") under seal pursuant to Civil L. R. 79-5(a) - (c).
4  Based on the arguments in the motion, the pleadings on file in this case, and any other
5  relevant matter, the Court hereby GRANTS the motion.
6  The following portions of Defendants' Reply may be filed under seal: page 1, lines 10-12;
7  page 2, lines 11, 13-18, 20-22; page 3, lines 3-7, page5, lines 2-3.

9  IT IS SO ORDERED.

11  Dated: January 3, 2011

12  By: *Ronald M. Whyte*
13  Hon. Ronald M. Whyte
    United States District Judge