1  [SEE SIGNATURE BLOCKS FOR COUNSEL]

*E-FILED - 2/3/11*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| **IN RE GOOGLE LITIGATION** | **No. C-08-03172 RMW** |
|---|---|
| | **STIPULATION AND [] ORDER REGARDING AMENDED PLEADINGS AND RESPONSES** |

Pursuant to Northern District Local Rules 6-2 and 7-12, Plaintiff Software Rights Archive, LLC ("SRA") and Defendants Google Inc., Yahoo! Inc., AOL LLC, and Lycos, Inc., through their respective attorneys, hereby stipulate as follows:

WHEREAS, on January 6, 2011 Plaintiff SRA filed an amended complaint in this action (Dkt. No. 309);

WHEREAS, on January 6, 2011 Defendants each filed amended answers, affirmative defenses and counterclaims to SRA's original complaint, filed November 21, 2007 (Dkt. Nos. 310-313);

WHEREAS, Defendants intend to file answers, affirmative defenses and counterclaims to SRA's amended complaint, and these pleadings are currently due to be filed by February 4, 2011 under the Court's Scheduling Order entered January 3, 2011 (Dkt. No. 302); and

WHEREAS Defendants' answers, affirmative defenses and counterclaims to SRA's amended complaint will moot and take the place of the amended pleadings Defendants filed on January 6, 2011.

THEREFORE, the parties hereby stipulate that:

1. SRA need not file any pleadings or answers in response to Defendants' amended answers, affirmative defenses and counterclaims to SRA's original complaint (Dkt. Nos. 310-313);

2. Defendants shall have until February 11, 2011 to file their answers, affirmative defenses and counterclaims in response to SRA's amended complaint, including any claims or defenses relating to inequitable conduct; and

3. SRA shall have until March 4, 2011 to file its pleadings in response to Defendants' answers, affirmative defenses and counterclaims to SRA's amended complaint.

The February 4, 2011 deadline to respond to amended pleadings is the only deadline already set by the Court which will be altered by this stipulation.

SO STIPULATED.

Dated:  January 26, 2011                    Respectfully submitted,

                                              By:   /s/ Lee L. Kaplan
                                                      Lee L. Kaplan (Texas Bar No. 11094400)
                                                       Jeffrey A. Potts (Texas Bar No. 00784781)
                                                       Raj Duvvuri (Texas Bar No. 24054185)
                                                       (admitted *pro hac vice*)
                                                       700 Louisiana Street, Suite 2300
                                                       Houston, Texas 77002
                                                       Telephone: (713) 221-2300
                                                       Facsimile: (713) 221-2320
                                                       Email: lkaplan@skv.com
                                                       Email: jpotts@skv.com
                                                       Email: rduvvuri@skv.com

                                                       Victor G. Hardy (Texas Bar No. 00790821)
                                                       (admitted *pro hac vice*)
                                                       Jay D. Ellwanger (California Bar No. 217747)
                                                       Chester J. Shiu (Texas Bar No. 24071126)
                                                       (admitted *pro hac vice*)
                                                       DiNovo Price Ellwanger & Hardy LLP
                                                       7000 North MoPac Expressway
                                                       Suite 350
                                                       Austin, Texas  78731
                                                       Telephone: (512) 539-2630
                                                       Facsimile: (512) 539-2627
                                                       Email: vhardy@dpelaw.com
                                                       Email: cshiu@dpelaw.com
                                                       Email: jellwanger@dpelaw.com

                                                       Thomas F. Smegal, Jr. (Bar No. 34,819)
                                                       One Sansome Street, 35th Floor
                                                       San Francisco, CA  94104
                                                       Telephone: (415) 217-8383
                                                       Facsimile: (415) 399-5093
                                                       Email:   tomsmegal@smegallaw.com

                                                       Attorneys for Software Rights Archive, LLC

STIPULATION AND [] ORDER RE: AMENDED PLEADINGS AND RESPONSES
CASE NO. 08-CV-3172-RMW

2

sf-2944683

|   |   |
|---|---|
| 1 |   |
| 2 |   |
| 3 |   |
| 4 | By: /s/ Donald F. Zimmer, Jr. |

By:  /s/ Donald F. Zimmer, Jr.
Donald F. Zimmer, Jr.
Email: fzimmer@kslaw.com
KING & SPALDING LLP
101 Second Street – Suite 2300
San Francisco, CA 94105
Telephone:  (415) 318-1200
Facsimile:   (415) 318-1300

Scott T. Weingaertner
(Admitted *pro hac vice*)
Robert F. Perry
rperry@kslaw.com
King & SPALDING LLP
1185 Avenue of the Americas
New York, NY 10036-4003
Telephone: (212) 556-2100
Facsimile:  (212) 556-2222

Attorneys for Plaintiffs GOOGLE INC. and AOL LLC


By:    /s/ Richard. S.J. Hung
Michael A. Jacobs (CA Bar No. 111664)
Richard S.J. Hung (CA Bar No. 197425)
MORRISON & FOERSTER
425 Market Street
San Francisco, CA 94105
Telephone: 415-268-7000
Facsimile: 415-268-7522
Email: mjacobs@mofo.com

Attorneys for Plaintiff YAHOO! INC. and Lycos, Inc.

STIPULATION AND [] ORDER RE: AMENDED PLEADINGS AND RESPONSES
CASE NO. 08-CV-3172-RMW

3

sf-2944683

**[] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: __2/3/11__, 2011

By: _____*Ronald M. Whyte*_____
Honorable Ronald M. Whyte
Judge of the United States District Court