**E-FILED on** 03/03/2011

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE GOOGLE LITIGATION | No. C-08-03172 RMW<br><br>ORDER DENYING DEFENDANTS YAHOO! INC. AND LYCOS INC.'S MOTION FOR CONTINUANCE OF TUTORIAL AND CLAIM CONSTRUCTION HEARING PURSUANT TO LOCAL RULE 6-3<br><br>**[Re Docket No. 338]** |

Upon consideration of the papers submitted by the parties, defendants' motion for continuance of the tutorial and claim construction hearing is DENIED. For now, the tutorial and claim construction hearing will remain set for March 16, 2011. However, if Mr. Jacobs' arbitration schedule proceeds as he anticipates, the court will continue the hearing to April 20, 2011. Mr.

Jacob's must notify the court and the parties in writing by March 9, 2011 as to whether his arbitration schedule will hold and thus prevent him from attending a March 16, 2011 hearing.

DATED:    03/03/2011

*Ronald M Whyte*
RONALD M. WHYTE
United States District Judge