1  [SEE SIGNATURE BLOCKS FOR COUNSEL]
2
3
4
5
6
7
8
9        **UNITED STATES DISTRICT COURT**
10
         **NORTHERN DISTRICT OF CALIFORNIA**
11
         **SAN JOSE DIVISION**
12

13  **IN RE GOOGLE LITIGATION**          No. C-08-03172 RMW

14                                       **STIPULATION AND [** xxxxxxxxxxx
                                         **ORDER WITHDRAWING NOTICES**
15                                       **OF INTENT TO REDACT**

16
17
18
19
20
21
22
23
24
25
26
27
28

Pursuant to Northern District Local Rules 7-12 and General Order No. 59 of the Northern District of California on the electronic availability of transcripts of court proceedings, Defendant Google Inc. and Plaintiff Software Rights Archive, LLC ("SRA"), hereby stipulate as follows:

In conjunction with its request to seal portions of the transcript from the December 14, 2010 hearing on discovery motions and out of an abundance of caution, Google filed two Notices of Intent to Redact, an initial and amended notice, appearing as Docket Nos. 325 and 329. Google's counsel understands that such notices are not necessary and may trigger additional deadlines for court personnel. Google's unopposed Amended Administrative Motion to Redact and Seal, Docket No. 330, is sufficient to move the Court to seal portions of the December 14, 2010 Transcript. Accordingly, Google respectfully requests an order withdrawing Docket Nos. 325 and 329 from the docket. Counsel for SRA does not oppose and hereby consents to this request.

SO STIPULATED.

| | |
|---|---|
| Dated:  February 22, 2011 | Respectfully submitted, |

                                By:  /s/ Donald F. Zimmer, Jr.
                                    Donald F. Zimmer, Jr.
                                    Email: fzimmer@kslaw.com
                                    KING & SPALDING LLP
                                    101 Second Street – Suite 2300
                                    San Francisco, CA 94105
                                    Telephone:  (415) 318-1200
                                    Facsimile:   (415) 318-1300

                                    Scott T. Weingaertner
                                    (Admitted *pro hac vice*)
                                    Robert F. Perry
                                    rperry@kslaw.com
                                    King & SPALDING LLP
                                    1185 Avenue of the Americas
                                    New York, NY 10036-4003
                                    Telephone: (212) 556-2100
                                    Facsimile:  (212) 556-2222

                                  Attorneys for Plaintiffs GOOGLE INC. and AOL LLC

---

2

STIPULATION AND [PROPOSED] ORDER WITHDRAWING NOTICES OF INTENT TO REDACT
CASE NO. 08-CV-3172-RMW

```
                                    By:  /s/ Lee L. Kaplan
                                         Lee L. Kaplan (Texas Bar No. 11094400)
                                         Jeffrey A. Potts (Texas Bar No. 00784781)
                                         Raj Duvvuri (Texas Bar No. 24054185)
                                         (admitted pro hac vice)
                                         700 Louisiana Street, Suite 2300
                                         Houston, Texas 77002
                                         Telephone: (713) 221-2300
                                         Facsimile: (713) 221-2320
                                         Email: lkaplan@skv.com
                                         Email: jpotts@skv.com
                                         Email: rduvvuri@skv.com

                                         Victor G. Hardy (Texas Bar No. 00790821)
                                         (admitted pro hac vice)
                                         Jay D. Ellwanger (California Bar No. 217747)
                                         Chester J. Shiu (Texas Bar No. 24071126)
                                         (admitted pro hac vice)
                                         DiNovo Price Ellwanger & Hardy LLP
                                         7000 North MoPac Expressway
                                         Suite 350
                                         Austin, Texas  78731
                                         Telephone: (512) 539-2630
                                         Facsimile: (512) 539-2627
                                         Email: vhardy@dpelaw.com
                                         Email: cshiu@dpelaw.com
                                         Email: jellwanger@dpelaw.com

                                         Thomas F. Smegal, Jr. (Bar No. 34,819)
                                         One Sansome Street, 35th Floor
                                         San Francisco, CA  94104
                                         Telephone: (415) 217-8383
                                         Facsimile: (415) 399-5093
                                         Email:    tomsmegal@smegallaw.com

                                    Attorneys for Software Rights Archive, LLC
```

3

STIPULATION AND [PROPOSED] ORDER WITHDRAWING NOTICES OF INTENT TO REDACT
CASE NO. 08-CV-3172-RMW

1

**[PROPOSED] ORDER**

2

PURSUANT TO STIPULATION, IT IS SO ORDERED.

3

4 Dated:  March 11, 2011

5

6 By: _____

Honorable Paul S. Grewal

7 Magistrate Judge, United States District Court

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

4

STIPULATION AND [PROPOSED] ORDER WITHDRAWING NOTICES OF INTENT TO REDACT
CASE NO. 08-CV-3172-RMW

### DECLARATION OF CONSENT

Pursuant to General Order No. 45, Section X(B) regarding signatures, I attest under penalty of perjury that concurrence in the filing of this document has been obtained from counsel for Plaintiff Software Rights Archive.

Dated: February 22, 2011

By:    /s/ Donald F. Zimmer, Jr.