LEE L. KAPLAN (Admitted *pro hac vice*)
lkaplan@skv.com
JEFFREY A. POTTS (Admitted *pro hac vice*)
jpotts@skv.com
RAJ DUVVURI (Admitted *pro hac vice*)
rduvvuri@skv.com
SMYSER KAPLAN & VESELKA, L.L.P.
700 Louisiana Street, Suite 2300
Houston, Texas 77002
Telephone: (713) 221-2300
Facsimile:  (713) 221-2320

VICTOR G. HARDY (Admitted *pro hac vice*)
vhardy@dpelaw.com
JAY D. ELLWANGER (California Bar No. 217747)
jellwanger@dpelaw.com
CHESTER J. SHIU (Admitted *pro hac vice*)
cshiu@dpelaw.com
DINOVO PRICE ELLWANGER & HARDY LLP
7000 North MoPac Expressway, Suite 350
Austin, Texas  78731
Telephone: (512) 539-2630
Facsimile:  (512) 539-2627

THOMAS F. SMEGAL, JR. (Bar No. 34,819)
tomsmegal@smegallaw.com
333 Bush Street, 21st Floor
San Francisco, CA  94104
Telephone: (415) 217-8383
Facsimile: (415) 399-5093

Attorneys for Plaintiff
SOFTWARE RIGHTS ARCHIVE, LLC

*E-FILED  - 4/15/11*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE GOOGLE LITIGATION | C 08-3172-RMW<br><br>[] ORDER GRANTING PLAINTIFF'S REQUEST RE EQUIPMENT IN COURTROOM |

1   IT IS HEREBY ORDERED that Plaintiff, its attorneys, and consultant, shall be permitted
2   to bring, use, and remove the following equipment for the purpose of showing demonstratives at
3   the Claim Construction hearing being held March 16, 2011 at 9:00 a.m.  All will be held in
4   Courtroom 6, 4th Floor, of Judge Ronald M. Whyte:

5     1.  (2) Laptop Computers for display
6     2.  (1) Projector and screen for primary display
7     3.  (5) additional small monitors for counsel
8     4.  (1) Document camera (ELMO)
9     5.  (1) Small Printer
10    6.  (1) Small Scanner
11    7.  (1) Video/Audio Mixer
12    8.  (1) Small Table
13    9.  Necessary Cabling

Dated:  4/15/11

*/s/ Ronald M. Whyte*
RONALD M. WHYTE
UNITED STATES DISTRICT JUDGE

***The courtroom will be available for setup all day on April 26, 2011.**

[] ORDER GRANTING PLAINTIFF'S REQUEST RE EQUIPMENT IN COURTROOM
C 08-3172-RMW
2
254548.1