1  [SEE SIGNATURE BLOCK FOR COUNSEL]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| IN RE GOOGLE LITIGATION | C 08-3172-RMW<br><br>[PROPOSED] ORDER GRANTING SOFTWARE RIGHTS ARCHIVE, LLC'S MOTION FOR LEAVE TO FILE SUPPLEMENTAL CLAIM CONSTRUCTION BRIEF |
|---|---|

Before the Court is Software Rights Archive, LLC's Motion for Leave to File Supplemental Claim Construction Brief. Based on the arguments presented in the motion, the pleadings on file, and any other relevant matter, the Court hereby GRANTS the motion. Accordingly, SRA may file a supplemental claim construction brief.

IT IS SO ORDERED.

Dated: 04/18/2011

*Ronald M. Whyte*
RONALD M. WHYTE
UNITED STATES DISTRICT JUDGE