UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| **IN RE GOOGLE LITIGATION** | Case No. CV 08-03172 RMW<br><br>**ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION FOR LEAVE TO FILE RESPONSIVE SUPPLEMENTAL CLAIM CONSTRUCTION BRIEF** |

Before the Court is Defendants' Unopposed Motion for Leave to File Responsive Supplemental Claim Construction Brief. Having considered the matter, and the fact that the Motion is unopposed, the Court hereby GRANTS the motion. Accordingly, Defendants may file a responsive supplemental claim construction brief.

IT IS SO ORDERED

DATED: ____04/25/11_____          _____*Ronald M. Whyte*_____
                                                                    RONALD M. WHYTE
                                                                    UNITED STATES DISTRICT JUDGE