UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE GOOGLE LITIGATION | C 08-3172-RMW<br><br>[~~PROPOSED~~] ORDER GRANTING SOFTWARE RIGHTS ARCHIVE, LLC'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL |

Before the Court is Software Rights Archive, LLC's Administrative Motion to File Under Seal its Amended Motion to Preclude. Based on the arguments presented in the motion, the documents on file, the governing law, and the applicable facts, the Court hereby GRANTS the motion. Accordingly, SRA may file under seal portions of Software Rights Archive, LLC's Motion to Preclude, as well as Exhibits 3-7, 11, 16, 23, and 27, and the entirety of Exhibits 1, 8-10, 12-15, 17-22, 24, 25, and 28-30, accompanying Software Rights Archive, LLC's Amended Motion to Preclude.

IT IS SO ORDERED.

Dated: 5/17/2011

*Ronald M. Whyte*
RONALD M. WHYTE
UNITED STATES DISTRICT JUDGE