LEE L. KAPLAN (Admitted *pro hac vice*)
lkaplan@skv.com
JEFFREY A. POTTS (Admitted *pro hac vice*)
jpotts@skv.com
RAJ DUVVURI (Admitted *pro hac vice*)
rduvvuri@skv.com
SMYSER KAPLAN & VESELKA, L.L.P.
700 Louisiana Street, Suite 2300
Houston, Texas 77002
Telephone: (713) 221-2300
Facsimile:  (713) 221-2320

VICTOR G. HARDY (Admitted *pro hac vice*)
vhardy@dpelaw.com
JAY D. ELLWANGER (California Bar No. 217747)
jellwanger@dpelaw.com
CHESTER J. SHIU (Admitted *pro hac vice*)
cshiu@dpelaw.com
DINOVO PRICE ELLWANGER & HARDY LLP
7000 North MoPac Expressway, Suite 350
Austin, Texas  78731
Telephone: (512) 539-2630
Facsimile:  (512) 539-2627

THOMAS F. SMEGAL, JR. (Bar No. 34,819)
tomsmegal@smegallaw.com
333 Bush Street, 21st Floor
San Francisco, CA  94104
Telephone: (415) 217-8383
Facsimile: (415) 399-5093

Attorneys for Plaintiff
SOFTWARE RIGHTS ARCHIVE, LLC

*E-FILED - 6/2/11*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| **IN RE GOOGLE LITIGATION** | **C 08-3172-RMW**<br><br>[] ORDER GRANTING PLAINTIFF'S REQUEST RE EQUIPMENT IN COURTROOM |

1  IT IS HEREBY ORDERED that Plaintiff, its attorneys, and consultant, shall be permitted
2  to bring, use, and remove the following equipment for the purpose of showing demonstratives at
3  the Motion hearing being held June 3, 2011 at 9:00 a.m.  All will be held in Courtroom 6, 4th
4  Floor, of Judge Ronald M. Whyte:
5     1.  (2) Laptop Computers for display
6     2.  (1) Projector and screen for primary display
7     3.  (1) Document camera (ELMO)

Dated: 6/2/11

*Ronald M. Whyte*
RONALD M. WHYTE
UNITED STATES DISTRICT JUDGE