UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE GOOGLE LITIGATION | C 08-3172-RMW<br><br>[~~PROPOSED~~] ORDER GRANTING SOFTWARE RIGHTS ARCHIVE, LLC'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL |

Before the Court is Software Rights Archive, LLC's Administrative Motion to File Under Seal its Reply in Support of its Amended Motion to Preclude. Based on the arguments presented in the motion, the documents on file, the governing law, and the applicable facts, the Court hereby GRANTS the motion. Accordingly, SRA may file under seal portions of Software Rights Archive, LLC's Reply in Support of its Amended Motion to Preclude, as well as the entirety of Exhibits 1-13, 15B-15C, 15E-15F, 15I-15J, and 17, accompanying Software Rights Archive, LLC's Reply in Support of its Amended Motion to Preclude.

IT IS SO ORDERED.

Dated: 6/2/2011

*Ronald M. Whyte*
RONALD M. WHYTE
UNITED STATES DISTRICT JUDGE

[~~PROPOSED~~] ORDER GRANTING SRA'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL
08-CV-3172 RMW

271604.1