1
2
3
4
5
6
7
8         UNITED STATES DISTRICT COURT
9         NORTHERN DISTRICT OF CALIFORNIA
10        SAN JOSE DIVISION
11
                                        Case No. CV 08-03172 RMW
12
13                                      **ORDER GRANTING
    **IN RE GOOGLE LITIGATION**          SOFTWARE RIGHTS ARCHIVE,
14                                      LLC'S MOTION FOR LEAVE TO FILE
                                        SUPPLEMENTAL CLAIM
15                                      CONSTRUCTION BRIEF**
16
17
18
19
20
21
22
23
24
25
26
27
28

1
2        Based on the arguments presented in the motion, the pleadings on file, and any other
3  relevant matter, the Court hereby GRANTS SRA's Motion For Leave To File Supplemental Claim
4  Construction Brief.  Defendants are granted leave to file a response of similar length
5  within ten days of this Order.
6        IT IS SO ORDERED.
7
8  Dated: ____06/03/2011_____        ___*Ronald M. Whyte*___
                                                  RONALD M. WHYTE
9                                                    UNITED STATES SENIOR DISTRICT JUDGE