1  LEE L. KAPLAN (Admitted *pro hac vice*)
   lkaplan@skv.com
2  JEFFREY A. POTTS (Admitted *pro hac vice*)
   jpotts@skv.com
3  RAJ DUVVURI (Admitted *pro hac vice*)
   rduvvuri@skv.com
4  SMYSER KAPLAN & VESELKA, L.L.P.
   700 Louisiana Street, Suite 2300
5  Houston, Texas 77002
   Telephone: (713) 221-2300
6  Facsimile:  (713) 221-2320

7  VICTOR G. HARDY (Admitted *pro hac vice*)
   vhardy@dpelaw.com
8  JAY D. ELLWANGER (California Bar No. 217747)
   jellwanger@dpelaw.com
9  CHESTER J. SHIU (Admitted *pro hac vice*)
   cshiu@dpelaw.com
10 DINOVO PRICE ELLWANGER & HARDY LLP
   7000 North MoPac Expressway, Suite 350
11 Austin, Texas  78731
   Telephone: (512) 539-2630
12 Facsimile:  (512) 539-2627

13
   THOMAS F. SMEGAL, JR. (Bar No. 34,819)
14 tomsmegal@smegallaw.com
   333 Bush Street, 21st Floor
15 San Francisco, CA  94104
   Telephone: (415) 217-8383
16 Facsimile: (415) 399-5093

17
   Attorneys for Plaintiff
18 SOFTWARE RIGHTS ARCHIVE, LLC

19

20                    UNITED STATES DISTRICT COURT

21                  NORTHERN DISTRICT OF CALIFORNIA

22                          SAN JOSE DIVISION

23

24 | IN RE GOOGLE LITIGATION | CV 08-3172 RMW |
   |---|---|
25 | | [PROPOSED] ORDER GRANTING PLAINTIFF'S REQUEST RE EQUIPMENT IN COURTROOM |
26

27

28

---
[PROPOSED] ORDER GRANTING PLAINTIFF'S REQUEST RE EQUIPMENT IN COURTROOM
CV 08-3172 RMW
1

281572.1

1    IT IS HEREBY ORDERED that Plaintiff, its attorneys, and consultant, shall be permitted
2 to bring, use, and remove the following equipment for the purpose of showing demonstratives at
3 the Motion hearing being held June 14, 2011 at 1:30 p.m.  The hearing will be held in Courtroom
4 5, 4th Floor, of Judge Paul S. Grewal:

5    1.  (2) Laptop Computers for display
6    2.  (1) Projector and screen for primary display
7    3.  (1) Document camera (ELMO)
8    4.  (1) Video/Audio Mixer
9    5.  Necessary Cabling


12 Dated:  June 8, 2011                             _____
                                                    PAUL S. GREWAL
13                                                  UNITED STATES MAGISTRATE JUDGE