1  DONALD F. ZIMMER, JR. (CA Bar No. 112279)
   fzimmer@kslaw.com
2  CHERYL A. SABNIS (CA Bar No. 224323)
   csabnis@kslaw.com
3  KING & SPALDING  LLP
   101 Second Street - Suite 2300
4  San Francisco, CA 94105
   Telephone:  (415) 318-1200
5  Facsimile:   (415) 318-1300

6  SCOTT T. WEINGAERTNER (Admitted *pro hac vice*)
   sweingaertner@kslaw.com
7  ROBERT F. PERRY
   rperry@kslaw.com
8  KING & SPALDING LLP
   1185 Avenue of the Americas
9  New York, NY 10036-4003
   Telephone:  (212) 556-2100
10 Facsimile:   (212) 556-2222

11 Attorneys for Defendants
   GOOGLE INC. and AOL, INC.
12
                    UNITED STATES DISTRICT COURT
13
                 NORTHERN DISTRICT OF CALIFORNIA
14
                        SAN JOSE DIVISION
15

16 IN RE GOOGLE LITIGATION                Case No. CV 08-03172 RMW (PSG)

17

18                                        xxxxxxxxxxxx **ORDER GRANTING
                                          DEFENDANTS' REQUEST RE
19                                        EQUIPMENT IN COURTROOM**

20

21

22

23

24

25

26

27

28

1    IT IS HEREBY ORDERED that Defendants Google Inc., and AOL, Inc., their attorneys,

2   and consultants, shall be permitted to bring, use, and remove the following equipment for the

3   purpose of showing demonstratives at the hearing being held June 14, 2011 at 1:30 p.m. in

4   Courtroom 5, 4th Floor, of Judge Paul S. Grewal:

5
        1.  (2) Laptop Computers for display
6
        2.  (1) Projector and screen for primary display
7
        3.  (1) Document camera (ELMO)
8
        4.  Necessary Cabling
9

10

11
    DATED:  ___June 10, 2011___                    _Paul S. Grewal___
12                                                  Paul S. Grewal
                                                    United States Magistrate Judge
13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1