UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE GOOGLE LITIGATION | Case No.: C 08-03172 RMW (PSG)<br><br>**ORDER GRANTING PLAINTIFF SOFTWARE RIGHTS ARCHIVE, LLC'S UNOPPOSED MOTION FOR LEAVE TO FILE SUPPLEMENTAL BRIEF**<br><br>(Docket No. 440) |

Plaintiff Software Rights Archive LLC ("SRA") seeks leave to file a supplemental brief on its motion for protective order (now under submission). Defendant Google, Inc. ("Google") does not oppose the request, provided that it is permitted to file a responsive brief of similar length within five days. Having reviewed SRA's request,

IT IS HEREBY ORDERED that no later than June 24, 2011, SRA may file a supplemental brief not to exceed five pages, and no later than June 29, 2011, Google may file a response not to exceed five pages.

Dated: June 21, 2011

      *Paul S. Grewal*
PAUL S. GREWAL
United States Magistrate Judge