1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| **IN RE GOOGLE LITIGATION** | Case No. CV 08-03172 RMW<br><br>XXXXXXXXXXXX **ORDER GRANTING GOOGLE INC.'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL** |

1  Before the Court is Google Inc's Administrative Motion to File Under Seal filed with
2  Google's Surreply to SRA's Motion to Preclude Argument Regarding the Location of Accused
3  Activity.  Based on the arguments presented in the motion, the pleadings on file, and any other
4  relevant matter, the Court hereby GRANTS the motion.

6  IT IS SO ORDERED.

8  Dated: ___July 7, 2011_____        _____/s/ Paul S. Grewal_____
9                                                           PAUL S. GREWAL
                                                         UNITED STATES MAGISTRATE JUDGE