*E-FILED - 7/22/11*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

**IN RE GOOGLE LITIGATION**

Case No. CV 08-03172 (RMW)

[] ORDER EXTENDING TIME
TO CONDUCT MEDIATION

Pursuant to the parties' stipulation, the time to conduct mediation in the above-captioned matter is hereby extended to September 15, 2011, subject to revisiting depending on the timing of the Court's *Markman* ruling.  Mediation will occur before a mediator to which the parties mutually agree.

Dated: 7/22/11 _____

_____

Honorable Ronald M. Whyte
Judge of the United States District Court