1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

**IN RE GOOGLE LITIGATION**

Case No. CV 08-03172 RMW

xxxxxxxxxx） **ORDER]**

1   Before the Court is Google's Administrative Motion to File Under Seal Defendant Google
2  Inc.'s Motion for Protection.  Based on the arguments presented in the motion, the pleadings on
3  file, and any other relevant matter, the Court hereby GRANTS the motion.
4   IT IS HEREBY ORDERED:

6  Dated:   August 2, 2011

7   _____
   Honorable Paul S. Grewal
8   United States Magistrate Judge