1  [See Signature Block for Counsel]

2
3
4
5
6
7

8                    UNITED STATES DISTRICT COURT
9                    NORTHERN DISTRICT OF CALIFORNIA
10                           SAN JOSE DIVISION

11
| | |
|---|---|
| **IN RE GOOGLE LITIGATION** | Case No. CV 08-03172 RMW<br><br>**STIPULATION AND [**XXXXXXXXXXXX**<br>ORDER REGARDING CERTAIN<br>BRIEFING SCHEDULES AND<br>HEARINGS, INCLUDING ON<br>SOFTWARE RIGHTS ARCHIVE,<br>LLC'S MOTION TO COMPEL AND<br>FOR SANCTIONS REGARDING<br>SOURCE CODE AND OTHER<br>DISCOVERY** |

(1)     Whereas the parties are attempting to resolve the discovery issues identified in Software Rights Archive LLC's Motion to Compel and For Sanctions Regarding Source Code and Other Discovery (D.I. 472) and in Google's Motion for Protection (D.I. 462), IT IS THEREFORE HEREBY STIPULATED AND AGREED, subject to the approval of the Court, that:

- the time for Google, Inc. to file an opposition to Software Rights Archive LLC's Motion to Compel and For Sanctions Regarding Source Code and Other Discovery (D.I. 472) is extended through and including **August 15, 2011**;
- the time for Software Rights Archive, LLC to file a reply on its Motion to Compel and For Sanctions Regarding Source Code and Other Discovery (D.I. 472) is extended through and including **August 24, 2011**;
- the time for Google, Inc. to file a reply on its Motion for Protection (D.I. 462) is extended through and including **August 18, 2011**;
- and the Hearing Date on the abovementioned motions (D.I. 462 and 472) will be set for **September 20, 2011**.

(2)     Whereas, Software Rights Archive has a scheduling conflict, IT IS THEREFORE HEREBY STIPULATED AND AGREED, subject to the approval of the Court, that the time for SRA to file a reply in support of its Motion for Clarification (D.I. 465) is extended through and including **August 24, 2011**.

August 8, 2011                    SMYSER KAPLAN & VESELKA, L.L.P.

                                  _____/s/_Raj Duvvuri /s/_____
                                  Raj Duvvuri


                                  LEE L. KAPLAN (Admitted PHV)
                                  lkaplan@skv.com
                                  JEFFREY A. POTTS (Admitted PHV)
                                  jpotts@skv.com
                                  RAJ DUVVURI (Admitted PHV)
                                  rduvvuri@skv.com

1

STIPULATION [AND PROPOSED ORDER] REGARDING CERTAIN
BRIEFING SCHEDULES AND HEARINGS
CASE NO. CV 08-03172 RMW

| | |
|---|---|
| 1 | SMYSER KAPLAN & VESELKA, L.L.P. |
| 2 | 700 Louisiana Street, Suite 2300<br>Houston, Texas 77002 |
| 3 | Telephone: (713) 221-2300<br>Facsimile: (713) 221-2320 |
| 4 | VICTOR G. HARDY (Admitted PHV) |
| 5 | vhardy@dpelaw.com<br>JAY D. ELLWANGER (SBN 217747) |
| 6 | jellwanger@dpelaw.com<br>CHESTER J. SHIU (Admitted PHV) |
| 7 | cshiu@dpelaw.com<br>DINOVO PRICE ELLWANGER &<br>HARDY LLP |
| 8 | 7000 North MoPac Expressway, Suite 350<br>Austin, Texas 78731 |
| 9 | Telephone: (512) 539-2630<br>Facsimile: (512) 539-2627 |
| 10 | |
| 11 | THOMAS F. SMEGAL, JR. (SBN 34,819)<br>tomsmegal@smegallaw.com |
| 12 | 333 Bush Street, 21 st Floor<br>San Francisco, CA 94104<br>Telephone: (415) 217-8383 |
| 13 | Facsimile: (415) 399-5093 |
| 14 | |
| 15 | Attorneys for Plaintiff<br>SOFTWARE RIGHTS ARCHIVE, LLC |
| 16 | |
| 17 | August 8, 2011   KING & SPALDING  LLP |
| 18 | |
| 19 | /s/ Cheryl A. Sabnis /s/<br>Cheryl A. Sabnis |
| 20 | DONALD F. ZIMMER, JR. (SBN 112279) |
| 21 | fzimmer@kslaw.com<br>CHERYL A. SABNIS (SBN 224323) |
| 22 | csabnis@kslaw.com<br>KING & SPALDING  LLP |
| 23 | 101 Second Street - Suite 2300<br>San Francisco, CA 94105<br>Telephone:  (415) 318-1200 |
| 24 | Facsimile:   (415) 318-1300 |
| 25 | SCOTT T. WEINGAERTNER (Admitted PHV) |
| 26 | sweingaertner@kslaw.com<br>ROBERT F. PERRY |
| 27 | rperry@kslaw.com<br>KING & SPALDING  LLP |
| 28 | 1185 Avenue of the Americas |

New York, NY 10036-4003
Telephone: (212) 556-2100
Facsimile: (212) 556-2222

Attorneys for Defendants
GOOGLE INC. and AOL INC.

## DECLARATION OF CONSENT

Pursuant to General Order No. 45, Section X(B) regarding signatures, I attest under penalty of perjury that concurrence in the filing of this document has been obtained from Raj Duvvuri.

Dated: August 8, 2011

                                        /s/ Cheryl A. Sabnis /s/
                                           Cheryl A. Sabnis

**PURSUANT TO STIPULATION, IT IS SO ORDERED** that:

- the time for Google, Inc. to file an opposition to Software Rights Archive LLC's Motion to Compel and For Sanctions Regarding Source Code and Other Discovery (D.I. 472) is extended through and including **August 15, 2011**;

- the time for Software Rights Archive, LLC to file a reply on its Motion to Compel and For Sanctions Regarding Source Code and Other Discovery (D.I. 472) is extended through and including **August 24, 2011**;

- the time for Google, Inc. to file a reply on its Motion for Protection (D.I. 462) is extended through and including **August 18, 2011**;

- the Hearing Date on the abovementioned motions (D.I. 462 and 472) will be set for **September 20, 2011**;

- the time for SRA to file a reply in support of its Motion for Clarification (D.I. 465) is extended through and including **August 24, 2011**.

Dated: August 11, 2011

                                       Paul S. Grewal
                                       United States Magistrate Judge