UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| **IN RE GOOGLE LITIGATION** | Case No. CV 08-03172 (RMW)<br><br>[] ORDER EXTENDING DEADLINE IN THE COURT'S JANUARY 3, 2011 SCHEDULING ORDER [DKT. NO. 302] |

Pursuant to the parties' stipulation, the following deadline in the Court's January 3, 2011 Scheduling Order is extended as follows:

| New Deadline | Event |
|---|---|
| October 3, 2011 | Defendants may amend their invalidity contentions to substitute new anticipatory references or obviousness combinations upon a showing of good cause.  To establish good cause, Defendants must show why the Court's claim construction requires amendment of their invalidity contentions. |

Dated: _____9/23/2011_____

*Ronald M. Whyte*
_____
Honorable Ronald M. Whyte
Judge of the United States District Court