1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

**IN RE GOOGLE LITIGATION**

Case No. CV 08-03172 RMW

**[] ORDER GRANTING GOOGLE INC. AND AOL INC.'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL**

Before the Court is Defendants Google Inc. and AOL Inc.'s Administrative Motion to File Under Seal filed with Defendants Google Inc. and AOL Inc.'s Motion to Strike Portions of SRA's Claim Election. Based on the arguments presented in the motion, the pleadings on file, and any other relevant matter, the Court hereby GRANTS the motion.

IT IS SO ORDERED.

Dated: 3217 14233

_____
RONALD M. WHYTE
UNITED STATES DISTRICT JUDGE