1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                        NORTHERN DISTRICT OF CALIFORNIA

10                               SAN JOSE DIVISION

11                                          | Case No. CV 08-03172 (RMW)
                                            |
12    **IN RE GOOGLE LITIGATION**           | [] ORDER EXTENDING TIME
                                            | TO CONDUCT MEDIATION
13                                          |

14

15

16          Pursuant to the parties' stipulation, the time to conduct mediation in the above-captioned

17    matter is hereby extended to November 15, 2011.  Mediation will occur before a mediator to

18    which the parties mutually agree.

19

20    Dated: _____

21                                          Honorable Ronald M. Whyte

22                                          Judge of the United States District Court

23

24

25

26

27

28