1  [SEE SIGNATURE BLOCK FOR COUNSEL]

8              UNITED STATES DISTRICT COURT
9              NORTHERN DISTRICT OF CALIFORNIA
10                    SAN JOSE DIVISION

| IN RE GOOGLE LITIGATION | CV 08-3172 RMW<br><br>STIPULATION REGARDING DATE FOR CASE MANAGEMENT CONFERENCE |
|---|---|

Plaintiff Software Rights Archive, LLC and Defendants Google Inc., Yahoo! Inc., AOL LLC, and Lycos, Inc., through their respective attorneys, hereby stipulate and agree, with subject to permission by the Court, that the Case Management Conference currently scheduled for October 28, 2011 (Dkt. No. 538) be moved to November 18, 2011 at ~~9:00~~ a.m., or a time set by the Court. The parties further stipulate and agreed that the Joint Case Management Statement is due November 11, 2011.

Respectfully submitted,

By: /s/ Lee L. Kaplan
Lee L. Kaplan (Texas Bar No. 11094400)
Jeffrey A. Potts (Texas Bar No. 00784781)
Raj Duvvuri (Texas Bar No. 24054185)
(admitted *pro hac vice*)
700 Louisiana Street, Suite 2300
Houston, Texas 77002
Telephone: (713) 221-2300
Facsimile: (713) 221-2320
Email: lkaplan@skv.com

Victor G. Hardy (Texas Bar No. 00790821)
(admitted *pro hac vice*)
Jay D. Ellwanger (California Bar No. 217747)
Chester J. Shiu (Texas Bar No. 24071126)
(admitted *pro hac vice*)
DiNovo Price Ellwanger & Hardy LLP
7000 North MoPac Expressway, Suite 350
Austin, Texas 78731
Telephone: (512) 539-2630
Facsimile: (512) 539-2627
Email: vhardy@dpelaw.com

Thomas F. Smegal, Jr. (Bar No. 34,819)
333 Bush Street, 21st Floor
San Francisco, CA 94104
Telephone: (415) 217-8383
Facsimile: (415) 399-5093
Email: tomsmegal@smegallaw.com

Attorneys for SOFTWARE RIGHTS ARCHIVE, LLC

| | |
|---|---|
| 1 | By: /s/ Jennifer Schmidt (by permission) |
| 2 | Donald F. Zimmer (CA Bar No. 112279)<br>KING & SPALDING LLP |
| 3 | 101 Second Street – Suite 2300<br>San Francisco, CA 94105 |
| 4 | Telephone: (415) 318 -1200<br>Facsimile:   (415) 318-1300 |
| 5 | Email: fzimmer@kslaw.com |

Attorneys for Defendants GOOGLE INC. and AOL LLC

By: /s/ Richard S.J. Hung (by permission)
Michael A. Jacobs (CA Bar No. 111664)
Richard S. J. Hung (CA Bar No. 197425)
MORRISON & FOERSTER
425 Market Street
San Francisco, CA 94105
Telephone: (415) 268 -7000
Facsimile:   (415) 268-7522
Email: mjacobs@mofo.com
Email: rhung@mofo.com

Attorneys for Defendants YAHOO! INC. and LYCOS INC.

## DECLARATION OF CONSENT

Pursuant to General Order No. 45, Section X(B) regarding signatures, I attest under penalty of perjury that concurrence in the filing of this document has been obtained from counsel for Defendants Google Inc., AOL LLC, Yahoo! Inc., and Lycos, Inc.

Dated: October 19, 2011

                                          /s/ Lee L. Kaplan
                                          Lee L. Kaplan

1  **[~~PROPOSED~~] ORDER**

2  PURSUANT TO STIPULATION, IT IS SO ORDERED.

3  Dated: ~~FEDî FF~~ _____, 2011     By: _/s/ Ronald M. Whyte_____

4                                                Honorable Ronald M. Whyte
                                                  Judge of the United States District Court