1

2

3

4                                                            E-FILED on 10/26/2011

5

6

7

8                          UNITED STATES DISTRICT COURT

9                        NORTHERN DISTRICT OF CALIFORNIA

10                                SAN JOSE DIVISION

11                                              | Case No. CV 08-03172 (RMW)

**IN RE GOOGLE LITIGATION**

12                                              | [] ORDER EXTENDING TIME
                                                | TO CONDUCT MEDIATION
13

14

15

16          Pursuant to the parties' stipulation, the time to conduct mediation in the above-captioned

17   matter is hereby extended to January 17, 2012.  Mediation will occur before a mediator to which

18   the parties mutually agree.

19

20   Dated: _____        *Ronald M. Whyte*

21                                   Honorable Ronald M. Whyte

22                                   Judge of the United States District Court

23

24

25

26

27

28