UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

IN RE GOOGLE LITIGATION

CV 08-3172-RMW

[PROPOSED] ORDER GRANTING SOFTWARE RIGHTS ARCHIVE, LLC'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL

Before the Court is Software Rights Archive, LLC's Administrative Motion to File Under Seal portions of its Response to Defendants Google Inc. and AOL Inc.'s Motion to Strike Portions of Software Rights Archive LLC's Election of Claims along with the entirety of Exhibit 3. Based on the arguments presented in the motion, the documents on file, the governing law, and the applicable facts, the Court hereby GRANTS the motion. Accordingly, SRA may file under seal portions of its Response to Defendants Google Inc. and AOL Inc.'s Motion to Strike Portions of Software Rights Archive LLC's Election of Claims along with the entirety of Exhibit 3.

IT IS SO ORDERED.

Dated: 32 I4: I4233

*Ronald M. Whyte*
PRESIDING JUDGE

[PROPOSED] ORDER GRANTING SRA'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL
08-CV-3172 RMW

321729.1