1
2
3
4
5
6
7
8

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| **IN RE GOOGLE LITIGATION** | **CV 08-3172-RMW**<br><br>**[] ORDER GRANTING SOFTWARE RIGHTS ARCHIVE, LLC'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL** |
|---|---|

Before the Court is Software Rights Archive, LLC's Administrative Motion to File Under Seal portions of its Motion to Construe and for Leave to Seek Reconsideration along with portions of Exhibit 9 and the entirety of Exhibit 4. Based on the arguments presented in the motion, the documents on file, the governing law, and the applicable facts, the Court hereby GRANTS the motion. Accordingly, SRA may file under seal portions of its Motion to Construe and for Leave to Seek Reconsideration along with portions of Exhibit 9 and the entirety of Exhibit 4.

IT IS SO ORDERED.

Dated:  _____11/8/2011_____            _____/s/ Ronald M. Whyte_____
                                       PRESIDING JUDGE