**E-FILED on** 11/9/2011

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE GOOGLE LITIGATION | No. C-08-03172 RMW<br><br>ORDER GRANTING IN PART AND DENYING IN PART GOOGLE INC. AND AOL INC.'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL<br><br>**[Re Docket No. 547]** |

    Defendants Google Inc. and AOL Inc. filed an administrative motion to file under seal portions of their Reply In Support Of Their Motion To Strike Portions Of Software Rights Archive LLC's Election Of Claims and the entirety of Exhibits 1 through 5 to the Declaration of Scott Kolassa in support. Dkt. No. 547. The court having considered defendants' administrative motion and the documents at issue, the motion is hereby granted in part and denied in part. Defendants shall be permitted to file Exhibits 1-2 and the corresponding portions of their reply under seal. However, with respect to Exhibits 3-5, it appears that the information contained therein is largely derived from public sources. Thus, defendants must submit a more detailed explanation as to why these exhibits are sealable in their entirety or resubmit the documents it wishes to file under seal indicating which

ORDER GRANTING IN PART AND DENYING IN PART GOOGLE INC. AND AOL INC.'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL—No. C-08-03172 RMW
LJP

specific portions of the documents must be redacted in order to protect confidential or trade secret information.

DATED:     11/9/2011

*Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge

ORDER GRANTING IN PART AND DENYING IN PART GOOGLE INC. AND AOL INC.'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL—No. C-08-03172 RMW
LJP                    2