1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

**IN RE GOOGLE LITIGATION**

Case No. CV 08-03172 RMW

[PROPOSED] ORDER

1  Before the Court is Google's Administrative Motion to File Under Seal Defendant Google
2  Inc.'s Response to the Report and Recommendation.  Based on the arguments presented in the
3  motion, the pleadings on file, and any other relevant matter, the Court hereby GRANTS the
4  motion.

6  IT IS HEREBY ORDERED this ___32ÿ___ day of ____Pqxgo dgt____, 2011

*/s/ Ronald M. Whyte*

Honorable Ronald M. Whyte

United States District Judge