UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE GOOGLE LITIGATION | Case No.: C 08-03172 RMW (PSG)<br><br>**ORDER GRANTING PLAINTIFF SOFTWARE RIGHTS ARCHIVE, LLC'S MOTION FOR LEAVE TO FILE SUPPLEMENTAL BRIEF;**<br><br>**FURTHER SCHEDULING ORDER**<br><br>**(Re: Docket Nos. 465, 568, 586, 593)** |

Plaintiff Software Rights Archive, LLC ("SRA") moves for leave to file a supplemental brief in support of its motion to compel and for sanctions against Google, Inc. ("Google) regarding source code and other discovery. Google opposes the motion. Having reviewed the papers,

IT IS HEREBY ORDERED that SRA's motion for leave to file a supplemental brief is GRANTED.

A further hearing on the motion shall be held on December 16, 2011 at 2PM. Google may file an opposition to the supplemental brief on December 9, 2011. No reply will be considered

IT IS FURTHER ORDERED that the hearing on Google's motion to compel infringement

Case No.: C 08-3172 RMW (PSG)
ORDER GRANTING SRA'S MOTION FOR LEAVE; FURTHER SCHEDULING ORDER      1

contentions is rescheduled for December 16, 2011 at 2PM. The court will also hear further argument on SRA's motion for clarification and Google's objections to attorneys' fees.

**IT IS SO ORDERED**.

Dated: December 6, 2011

_____
PAUL S. GREWAL
United States Magistrate Judge

Case No.: C 08-3172 RMW (PSG)
ORDER GRANTING SRA'S MOTION FOR LEAVE; FURTHER SCHEDULING ORDER       2