*E-FILED on 12/14/11*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE GOOGLE LITIGATION | No. C-08-03172 RMW<br><br>ORDER CONTINUING HEARING AND SETTING BRIEFING SCHEDULE FOR PLAINTIFF'S MOTION FOR RECONSIDERATION<br><br>**[Re Docket No. 558]** |

On August 31, 2011, the court issued an order construing claim terms from U.S. Patent No. 5,544,352 and U.S. Patent No. 5,832,494. On October 31, 2011, plaintiff Software Rights Archive, LLC ("SRA") filed a Motion to Construe and for Leave to Seek Reconsideration regarding the court's construction of the term "selecting a node for analysis." SRA noticed its motion for hearing on December 16, 2011. Defendants filed an opposition arguing that both issues raised by SRA were addressed by the court's claim construction order and that SRA has not met the standard for seeking reconsideration under Civil Local Rule 7-9. Having considered the papers submitted by the parties, the court hereby continues the hearing on SRA's motion to construe and grants SRA's motion for leave to file a motion for reconsideration. SRA's motion for reconsideration is deemed filed. Defendants' opposition papers shall be filed and served on or before January 6, 2012; SRA's reply

ORDER CONTINUING HEARING AND SETTING BRIEFING SCHEDULE FOR PLAINTIFF'S MOTION FOR RECONSIDERATION—No. C-08-03172 RMW
LJP

papers, if any, shall be filed and served on or before January 13, 2012. The court will conduct a hearing on the motions on Friday, February 10, 2012, at 9:00 a.m.

DATED: 12/14/11

*Ronald M Whyte*
RONALD M. WHYTE
United States District Judge

**United States District Court**
For the Northern District of California

ORDER CONTINUING HEARING AND SETTING BRIEFING SCHEDULE FOR PLAINTIFF'S MOTION FOR RECONSIDERATION—No. C-08-03172 RMW
LJP                                              2

Copy of Order E-Filed to Counsel of Record:

ORDER CONTINUING HEARING AND SETTING BRIEFING SCHEDULE FOR PLAINTIFF'S MOTION FOR RECONSIDERATION—No. C-08-03172 RMW
LJP
3