UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE GOOGLE LITIGATION | Case No.: C 08-03172 RMW (PSG)<br><br>**ORDER GRANTING-IN-PART SOFTWARE RIGHTS ARCHIVE, LLC'S MOTION FOR CLARIFICATION**<br><br>**(Docket No. 465)** |

In this patent infringement suit, Software Rights Archive, LLC ("SRA") moves for clarification of the court's July 8, 2011 Report and Recommendation ("R&R). *See* Docket No. 451. Google, Inc. ("Google") opposes the request, to which SRA has replied. The parties appeared for oral argument earlier today. Having considered the arguments of the parties, the court GRANTS-IN-PART the request as follows:

1. The January 27, 2011 order underlying the R&R still applies unless modified by the presiding judge's order on the motion for sanctions giving rising to the R&R. That order, however, requires Google, among other things, to produce either documents sufficient to show what accused activity is conducted inside the United States and what accused activity is conducted outside the United States or to provide such information in a supplementary interrogatory response. It does not require both.

2. The January 27 order does not compel itself production of any revenue data.

3. The R&R that Google make available for inspection "[a]ll source code for all accused indexing and serving activity" means <u>all</u> code, whether configuration files, data structures, or any other code for accused indexing and serving activity.

4. The R&R that Google tender a spreadsheet detailing the volume of search queries means the volume of search queries processed in each country throughout the accused infringement period regardless of language of language or country or origin.

5. The R&R that SRA recover fees and costs is limited to those fees and costs associated with SRA's efforts in bringing the motions reflected at Docket No. 231 and 355.

**IT IS SO ORDERED**.

Dated: December 16, 2011

PAUL S. GREWAL
United States Magistrate Judge