UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| **IN RE GOOGLE LITIGATION** | Case No. CV 08-03172 RMW<br><br>**[] ORDER FOR STAY OF PROCEEDINGS AS TO GOOGLE INC. AND AOL INC. PENDING SETTLEMENT** |

1  **PURSUANT TO STIPULATION, IT IS SO ORDERED** that:

2  Proceedings in this action are hereby stayed as to Google Inc. and AOL Inc. until February 9,

3  2012. This Order does not affect that portion of the action relating to claims between SRA and

4  Yahoo! Inc.

5

6  Dated: _____

7  _____
   Ronald M. Whyte
8  United States District Judge

1

[] ORDER STAYING ACTION AS TO GOOGLE AND AOL PENDING SETTLEMENT
CASE NO. CV 08-03172 RMW

DMSLIBRARY01-18079980.1