UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE GOOGLE LITIGATION | CV 08-3172-RMW<br><br>[] ORDER GRANTING SOFTWARE RIGHTS ARCHIVE, LLC'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL |

Before the Court is Software Rights Archive, LLC's Administrative Motion to File Under Seal portions of its Reply in Support of Motion to Construe and for Reconsideration and the entirety of Exhibit 3. Based on the arguments presented in the motion, the documents on file, the governing law, and the applicable facts, the Court hereby GRANTS the motion. Accordingly, SRA may file under seal portions of its Reply in Support of Motion to Construe and for Reconsideration and the entirety of Exhibit 3.

IT IS SO ORDERED.

Dated:    February 2, 2012

*Ronald M. Whyte*
UNITED STATES DISTRICT JUDGE