1

2

3

4                                        ԕ·ʙ¿³ÒÒǺÅ̃ɆJʙ́ʒ́

5

6

7

8                          UNITED STATES DISTRICT COURT

9                       NORTHERN DISTRICT OF CALIFORNIA

10                              SAN JOSE DIVISION

11                                          | Case No. CV 08-03172 (RMW)

12   **IN RE GOOGLE LITIGATION**           | [] ORDER GRANTING STAY
                                            | OF PROCEEDINGS PENDING
13                                          | SETTLEMENT

14

15

16

17        **PURSUANT TO STIPULATION, IT IS SO ORDERED** that:

18        Proceedings in this action are hereby stayed until February 16, 2012.  The February 10,

19   2012 hearing on SRA's Motion For Reconsideration and Motion to Construe (*see* Dkt. 610) is

20   taken off calendar.

21

22   Dated:  ___ʒ́·ʒ́ʒ́___

23                                           *Ronald M. Whyte*
                                            Honorable Ronald M. Whyte
24                                          Judge of the United States District Court

25

26

27

28