1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

|  |  |
|---|---|
| **IN RE GOOGLE LITIGATION** | Case No. CV 08-03172 (RMW) |
|  | [] ORDER GRANTING FURTHER STAY OF PROCEEDINGS PENDING SETTLEMENT |

**PURSUANT TO STIPULATION, IT IS SO ORDERED** that:

Proceedings in this action are hereby stayed until March 2, 2012.

Dated:   4/19/1234"

*Ronald M. Whyte*

Honorable Ronald M. Whyte
Judge of the United States District Court