UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

**IN RE GOOGLE LITIGATION**

Case No. CV 08-03172 (RMW)

[] ORDER GRANTING FURTHER STAY OF PROCEEDINGS PENDING SETTLEMENT

**PURSUANT TO STIPULATION, IT IS SO ORDERED** that:

Proceedings in this action are hereby stayed until March 8, 2012.

Dated: 5 18 14 234

*Ronald M. Whyte*
Honorable Ronald M. Whyte
Judge of the United States District Court