UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| **IN RE GOOGLE LITIGATION** | Case No. CV 08-03172 (RMW) |
| | STIPULATED MOTION AND [PROPOSED] ORDER OF DISMISSAL |

On this day, Plaintiff Software Rights Archive, LLC ("SRA") and Defendants Yahoo! Inc. ("Yahoo!") and Lycos, Inc. ("Lycos") have announced to the Court that they have entered into a Patent License, Release, and Settlement Agreement and settled their respective claims and counterclaims for relief asserted in this action. The Court, having considered this request, is of the opinion that their request for dismissal should be granted.

IT IS THEREFORE ORDERED that all claims and counterclaims for relief asserted against Yahoo! and Lycos by SRA herein are dismissed with prejudice, and all claims and counterclaims for relief against SRA and Site Technologies, Inc. by Yahoo! and Lycos are dismissed without prejudice; and

IT IS FURTHER ORDERED that all attorneys' fees, costs of court and expenses shall be borne by each party incurring the same.

1  The Court shall retain jurisdiction of this matter to the extent necessary to enforce the
2  terms of Patent License, Release, and Settled Agreement, the terms and conditions of which are
3  incorporated herein by reference.
4
5  Signed this _____ day of _____ 2012
6
7  _____
   Honorable Ronald M. Whyte
8  Judge of the United States District Court
9
10 By: /s/ Lee L. Kaplan                                By: /s/ Richard S. J. Hung
    Lee L. Kaplan (Texas Bar No. 11094400)                Michael A. Jacobs (CA Bar No. 111664)
11  Jeffrey A. Potts (Texas Bar No. 00784781)             Richard S. J. Hung (CA Bar No. 197425)
    Raj Duvvuri (Texas Bar No. 24054185)                  Email: mjacobs@mofo.com
12  (admitted *pro hac vice*)                             Email: rhung@mofo.com
    Smyser Kaplan & Veselka                               MORRISON & FOERSTER
13  700 Louisiana St., Suite 2300                         425 Market Street
    Houston, TX 77002                                     San Francisco, CA 94105
14  Telephone:    (713) 221-2300                          Telephone: 415-268-7000
    Facsimile:    (713) 221-2320                          Facsimile: 415-268-7522
15  E-mail: lkaplan@skv.com
                                                          Attorneys for YAHOO! INC. and LYCOS,
16  Victor G. Hardy (Texas Bar No. 00790821)              INC.
    Jay D. Ellwanger (CA Bar No. 217747)
17  Chester J. Shiu (Texas Bar No. 24071126)
    (admitted *pro hac vice*)
18  DiNovo Price Ellwanger & Hardy LLP
    7000 North MoPac Expressway Ste. 350
19  Austin, TX 78731
    Telephone: (512) 539-2630
20  Facsimile: (512) 539-2627
    E-mail: jellwanger@dpelaw.com
21
    Thomas F. Smegal, Jr. (CA Bar No. 34,819)
22  Law Offices of Thomas F. Smegal, Jr.
    One Sansome Street, 35th floor
23  San Francisco, CA 94104
    Telephone: (415) 217-8383
24  Facsimile: (415) 399-0593
    E-mail: tomsmegal@smegallaw.com
25
26
    Attorneys for SOFTWARE RIGHTS ARCHIVE,
27  LLC.
28