UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE GOOGLE LITIGATION | Case No. CV 08-03172 RMW<br><br>[PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE OF GOOGLE INC. AND AOL INC. |

**PURSUANT TO STIPULATION, IT IS SO ORDERED** that:

All claims asserted by SRA in this action against Google and AOL are hereby dismissed with prejudice, and that all counterclaims asserted by Google and AOL in this action against SRA are hereby dismissed without prejudice, and that all declaratory judgment claims asserted by Google and AOL against SRA and Site Technologies Inc. in this action are hereby dismissed without prejudice.

It is further ORDERED that all attorneys' fees and costs are to be borne by the party that incurred them.

Dated: ~~HDICBFG~~ _____

*/s/ Ronald M. Whyte*
_____
Ronald M. Whyte
United States District Judge